AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_MIDDLE_ District of _ALABAMA_

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:08cv18 - WKW

RECEIVED 2008 JAN -8 A 9:18
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

I, _Calvin Alphonse Lee #152056_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _yes_   Do you receive any payment from the institution? _no_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _1997 Pheumden, Hayneville AL_

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.  N/A

I declare under penalty of perjury that the above information is true and correct.

_01-06-08_____      _____C____ 9. Gee_____
Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Middle_____ DIVISION

RECEIVED
2008 JAN -8 P 2:02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Calvin Alphense Lee #152056 )
_____ )
_____ )
_____ )
         Plaintiff(s)            )
                                 )
            v.                   )    2:08CV18-WKW
                                 )
Warden Levan Tihmes, LT Janet Hicks )
SGT. Nathan Parrish              )
Dept. Heads Correctional Medical Services )
_____ )
         Defendant(s)            )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) _Calvin Alphense Lee #152056_ moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

_Calvin G. Lee_ Pro Se.
Plaintiff(s) signature

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECE[IVED]

Dear Chief United States Magistrate Judge 2008 JAN -8

DEBRA P. H[ACKETT], CLK
U.S. DIST[RICT COURT]
MIDDLE D[ISTRICT]

The Plaintiff Calvin Alphonse Lee #152056, is requesting premission to proceed in Forma Pauperis with this 1983 Complaint.
And is requesting that the Court Consider that it allowed the plaintiff to proceed in Forma Pauperis in a previous Complaint filed 12-05-07, Case 2:07-CV-00973 MEF-CSC. And granted the plaintiff Forma Pauperis status.

The Plaintiff is requesting that since his financial status has not changed by any means. That the Court submit the prior Affidavit stating Assets, to be used along with the new 1983 Complaint. Since the plaintiff has been transferred, to 2 Institutions, since filing his last 1983 and this will present a problem as to the plaintiff assets information catching up with him. But the Plaintiff is assuring the Court that there has not been any change in Assets. His Balance is -0- standing. If the Court would honor this request it would allow for the plaintiff to file this Complaint. Without having to wait, for a period not known, for the present Institution to receive his Assets information from other Institutions.

Sincerely Submitted
Calvin C. Lee 152056 Pro. Se
Draper Corr. Center
P. O. Box 1107
Elmore, AL 36025