**COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

Levan Thomas, Warden
Frank Lee Work-Release
P.O. Box 220410
Deatsville, AL 36022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_ ☑ Agent ☐ Addressee

B. Received by (Printed Name): DEBRA MARTIN
C. Date of Delivery: 1-11-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

08cv18
RO + cmp

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0003 1841 5097

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540