| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ ~~Attach this card to the back of the mailpiece,~~<br><br>Lt. Janet Hicks<br>Frank Lee Work Release<br>P.O. Box 220410<br>Deatsville, AL 36022 | A. Signature<br>X _[signature]_  ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): DEBRA MARTIN   C. Date of Delivery: 1-11-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>08CV18<br>PO+CMP<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label)   7007 2680 0003 1841 5103 | |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540