**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.

IıIIııIıIıııIıIıIıııIııIıIıIıııII

Correctional Medical Services
Regional Office
4000 Eagle Point Corp. Drive
Suite 100
Birmingham, AL 35242

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Kim Hock_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

_Kim Hock_   1/14/08

address different from item 1?   ☐ Yes
nter delivery address below:   ☐ No

_08cv18_
_po + cmp_

3. Service Type
- ☑ Certified Mail   ☐ Express Mail
- ☐ Registered   ☑ Return Receipt for Merchandise
- ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 2680 0003 1841 5110

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540