IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:08-CV-18-WKW |
| ) | |
| LEVAN THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for reconsideration or motion for more definite statement filed by the defendants on February 7, 2008 (Court Doc. No. 10), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent the defendants seek additional information from the plaintiff.

2. The motion be and is hereby DENIED in all other respects.

3. On or before February 19, 2008, the plaintiff shall file an amendment to his complaint which specifically describes how each named defendant deprived him of adequate medical treatment.

4. The defendants be and are hereby GRANTED an extension from February 19, 2008 to and including March 10, 2008 to file a special report to the complaint, as amended.

In response to the directives of this order, the plaintiff is advised that he must set forth

**short and plain statements**.  Each response should be simple, concise and direct.  *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the Magistrate Judge will recommend that this case be dismissed.

Done this 8th day of February, 2007.


    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE