IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE #152056, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| LEVAN THOMAS, ET AL., | ) 2:08-CV-18-WKW |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, CORRECTIONAL MEDICAL SERVICES, INC. (hereinafter "CMS"), and requests from this Court a thirty-day extension in which to respond to the Court's Order of January 9, 2008, and for cause would show to the Court as follows:

1. On January 8, 2008, the Plaintiff filed an action against numerous defendants, including CMS.

2. On January 9, 2008, this Honorable Court entered an Order stating that the Defendants are to file a written report within forty (40) days from the date of the Order.

3. The Plaintiff was released from the confines of the Alabama Department of Corrections on January 24, 2008. When an inmate is released, all of his medical records are transferred from the facility where he was incarcerated, to the Kilby Correctional Facility in Montgomery, Alabama.

{B0810665}

4. The Plaintiff's medical records have been requested from Kilby to be forwarded back to Draper where they can be reviewed by the medical staff who saw and treated Plaintiff.

5. In order to retrieve the inmate's medical records from Kilby and to have the medical staff review those records in order to respond to the Court's January 9, 2008 Order, CMS respectfully requests that this Court grant it an additional thirty days to file the Special Report.

Respectfully submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB 4379-P67P
E-Mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB#: 5657-D65W
E-Mail: tdavis@starneslaw.com

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional
Medical Services, Inc.

CERTIFICATE OF SERVICE

      I hereby certify that on February 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Calvin Alphonse Lee
AIS #152056
Draper Correctional Facility
P.O. Box 1107
Elmore, AL  36025

      s/Philip G. Piggott
      PHILIP G. PIGGOTT
      ASB#:  4379-P67P
      E-mail: ppiggott@starneslaw.com

{B0810665}