IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

CALVIN ALPHONSE LEE
_____,  )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   CASE NO. 2:08-CV-00018-WKW-CSC
                                 )   _____
LEVAN THOMAS, ET AL.             )
_____,  )
                                 )
    Defendants,                  )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  Prison Health Services, Inc.  , a  Defendant  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| America Service Group, Inc. | Parent Company |
| Correctional Health Services, Inc. | Subsidiary of Same Parent Company |
| | |

2/18/2008
_____
Date

/s/ William R. Lunsford
_____
(Signature)

William R. Lunsford
_____
(Counsel's Name)

Prison Health Services, Inc.
_____
Counsel for (print names of all parties)
655 Gallatin Street, Huntsville, AL 35801
_____
Address, City, State Zip Code
(256) 551-0171
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, William R. Lunsford, do hereby Certify that a true and correct copy of the foregoing has been furnished by US Mail / CM/ECF (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 18th day of February 20 08, to:

Calvin Alphonse Lee, AIS 152056, 7216 8th Street, Mobile, AL 36608

Albert Sim Butler, AL Dept of Corrections, PO Box 301501, Montgomery, AL 36130-1501

Philip Guy Piggott, Starnes & Atchison, PO Box 598512, 100 Brookwood Place, Birmingham, AL 35259

William Anthony Davis, III, Starnes & Atchison, PO Box 598512, 100 Brookwood Place, Birmingham, AL 35259

2/18/2008                              /s/ William R. Lunsford
Date                                   Signature