**IN THE UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **CALVIN A. LEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:08-cv-00018** |
| | ) | |
| **WARDEN LEVAN THOMAS,** | ) | |
| **LT. JANET HICKS, SGT. NATHAN** | ) | |
| **PARRISH, PRISON HEALTHCARE** | ) | |
| **SERVICES, AND CORRECTIONAL** | ) | |
| **MEDICAL SERVICES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**SPECIAL REPORT AND ANSWER OF**
**DEFENDANT PRISON HEALTH SERVICES, INC.**

COMES NOW, Defendant PRISON HEALTH SERVICES, INC. ("PHS") in response to this Court's Order dated January 9, 2008, requiring PHS to provide their Special Report and Answer, and submits the following Special Report and Answer addressing the allegations asserted in the Complaint filed by Plaintiff CALVIN ALPHONSE LEE ("Plaintiff"):

**I.      INITIAL DISCLOSURES**

PHS makes the following initial disclosures as required by this Court's January 9, 2008, Order for Special Report:

1.      The sworn statement of Dr. Paul A Corbier[1]; and

2.      The sworn statement of Catherine Stallworth with a true and correct copy of excerpts from Plaintiff's medical records attached thereto.[2]

---

[1]      A true and correct copy of Dr. Paul Corbier's affidavit ("Corbier Aff.") is attached hereto as **Exhibit A** and incorporated herein by reference.

[2]      A true and correct copy of Catherine Stallworth's affidavit ("Stallworth Affidavit") is attached hereto as **Exhibit B** and incorporated herein by reference.  For purposes of this Special Report and Answer, PHS will cite to and refer to portions of Plaintiff's medical records by Bates-number which begin with the prefix "PHS."

## II.  NARRATIVE STATEMENT OF UNDISPUTED FACTS

### A.  Procedural History

Plaintiff, an inmate formerly incarcerated at the Frank Lee Work Release Facility ("FLWR") in Deatsville, Alabama, instituted his first lawsuit (the "First Lawsuit") on or about October 30, 2007, asserting claims for alleged inadequate medical care at FLWR. (See Lee v. Prison Health Services, Inc., In the United States District Court for the Middle District of Alabama, Northern Division, 2:07-CV-0097-CSC).   PHS submitted its Special Report and Answer in response to Plaintiff's allegations in the First Lawsuit on January 14, 2008. (Id.). Only days prior to PHS's submission of its Special Report and Answer in the First Lawsuit, Plaintiff filed this second action (the "Second Lawsuit"), asserting additional allegations against PHS and other parties arising out of his incarceration at FLWR. (See Complaint).   In his Complaint in this Second Lawsuit, Plaintiff acknowledges the First Lawsuit, but fails to correctly identify the names of the parties named in the First Lawsuit. (Id. at § I.).   According to his Complaint, Plaintiff claims that the Second Lawsuit arises out of a series of purported events which allegedly occurred between November 16, 2007, and November 29, 2007. (Id. at § IV). Plaintiff specifically avers that, during this period of time, two (2) other inmates were not subjected to necessary disciplinary action, thereby resulting in an alleged "violation of Equal Protection Clause by the Defendants." (Id. at § V.).

Nothing in the form complaint completed by Plaintiff suggests that his claims in this Second Lawsuit relate in any way to any act or omission of PHS. (Id. at pp. 1-4).   Through the first two pages of the written narrative attached to Plaintiff's Complaint, he describes a series of alleged events which Plaintiff claims began on November 16, 2007.  As an obvious after-thought to his detailed narrative allegations, Plaintiff adds one paragraph to his narrative claiming that he has been denied access to a physician and that the amount of treatment provided for his

complaints of knee pain was inadequate. (Id. at p. 7).  Plaintiff claims that this alleged denial of adequate medical treatment was in retaliation for the First Lawsuit. (Id. at p. 7).

On January 9, 2008, the Court entered its Order for Defendants to submit their respective Special Reports and Answers.

### B.    FACTS RELEVANT TO PLAINTIFF'S MEDICAL TREATMENT AT FLWR.

Prison Health Services, Inc. contracted with the Alabama Department of Corrections ("ADOC") to provide medical services to individuals incarcerated in its facilities through October 31, 2007.  (Corbier Aff .at ¶ 2).  The contract between PHS and ADOC terminated on October 31, 2007, and, as such, PHS has not been responsible for any medical care requested or provided to Plaintiff since November 1, 2007. (Id.).  In other words, PHS's provision of medical care to Plaintiff ended the day after Plaintiff filed the First Lawsuit and before PHS was even served with the complaint in the First Lawsuit. (Id.).

During the final months of PHS's contract with the ADOC, the ADOC utilized FLWR to house low acuity inmates who did not have a history of chronic medical conditions requiring regular medical attention. (Id. at ¶ 4).  The ADOC adopted specific protocols for the assignment of inmates to FLWR, prohibiting inmates with chronic medical problems requiring regular medical attention, such as diabetic inmates, from being incarcerated at FLWR. (Id.).  In the event that an inmate at FLWR developed a serious medical condition requiring regular medical treatment, then such inmate would be immediately transferred to a non-work release institution. (Id.).

Dr. Paul Corbier ("Dr. Corbier"), a licensed physician who is board certified in internal medicine, has served as the Medical Director for Staton Correctional Facility ("Staton") in Elmore, Alabama since July of 2007. (Id. at ¶ 2).  When Dr. Corbier took over as Staton's Medical Director, his responsibilities included providing assistance to the medical staff at

FLWR. (Id. at ¶ 3).  Because of the low medical acuity of the inmate population at FLWR, the medical staff at FLWR consisted of various medical personnel, including a certified registered nurse practitioner working with the assistance of Dr. Corbier. (Id. at ¶ 3).  A certified registered nurse practitioner ("CRNP") working in collaboration with an attending physician can, for all practical purposes and in a very general sense, engage in almost every medical activity related to the treatment of a patient other than surgery. (Id. at ¶ 3).   So, the CRNP at FLWR was and is equally qualified to evaluate any complaints voiced by the inmate population at FLWR, order diagnostic and/or lab testing, prescribe medication and/or order specialty consultation, if necessary.  (Id. at ¶ 3).   Based upon Dr. Corbier's experiences with the nurse practitioners assigned to FLWR since he began working at Staton, they routinely and properly addressed the medical complaints of the inmate population at FLWR. (Id. at ¶ 3).

 The medical staff at FLWR conducted sick call, conducted physical examinations, administered medications and, if necessary, referred inmates for further evaluation by a physician. (Id. at ¶ 3).  When Dr. Corbier first arrived at Staton, the CRNP would refer patients to Dr. Corbier for further evaluation, when necessary. (Id. at ¶ 3).  Inmates referred to Dr. Corbier were transported from FLWR to Staton, which required only a ten (10) to fifteen (15) minute drive. (Id. at ¶ 3).  Dr. Corbier eventually stopped seeing patients from FLWR when the ADOC and PHS formed a roving medical team, which included a physician, and this roving medical team assumed full responsibility for the care being provided to inmates at various facilities throughout the state which housed low acuity inmates, like FLWR. (Id. at ¶ 3).

During his incarceration at FLWR, Plaintiff received regular and consistent medical attention and treatment from the medical staff at FLWR. (Stallworth Aff. and PHS0001-100). Over the course of approximately four (4) months, Plaintiff submitted approximately twenty (20) sick call request forms dated August 9, 2007, August 17, 2007, August 24, 2007, August 31,

2007, September 7, 2007, September 9, 2007, September 18, 2007, September 27, 2007, September 29, 2007, October 3, 2007, October 7, 2007, October 8, 2007, October 17, 2007, October 21, 2007, November 2, 2007, November 8, 2007, November 15, 2007, November 16, 2007, November 27, 2007, and December 2, 2007, regarding various complaints and requests including allergies, sore throat, runny nose, asthma, insomnia, additional medication requests, a no-shaving profile allowing him to forego shaving, a pulled muscle, back pain, athlete's feet and knee pain. (Id. at PHS0013-14, 16, 18-44).  On each occasion, Plaintiff submitted a sick call request form, he was evaluated by and often received treatment from a member of the medical staff at FLWR.  (Id.).  Between June 1, 2007 and December 4, 2007, Plaintiff was evaluated by a physician or CRNP on approximately twelve (12) occasions. (Id. at PHS0007-11).

With regard to Plaintiff's complaints of right knee pain prior to PHS's departure, Plaintiff submitted sick call request slips and reported to sick call at FLWR on September 28, 29, 2007, and October 3, 4, 7, 8, 9, 2007, but did not mention any knee problems or complaints of any kind regarding his knee. (Id. at PHS0025-55).  Plaintiff submitted a sick call request slip on October 17, 2007, complaining of right knee soreness for the first time. (Id. at PHS0023).  During sick call on the morning of October 19, 2007, Plaintiff complained of right knee pain, noting that it had not been injured previously. (Id. at PHS00024).  Plaintiff received a prescription for Motrin following this initial evaluation. (Id. at PHS0003, 4).  Plaintiff notified the medical staff that his right knee pain still remained two (2) days later. (Id. at PHS0022).  The medical staff did not see any swelling of Plaintiff's right knee on October 23, 2007, but referred Plaintiff to the CRNP for further evaluation and continued his prescription for Motrin. (Id. at PHS0021).

During this same period of time, Plaintiff did not appear at pill call on three (3) different occasions to receive Motrin, as prescribed by the medical staff. (Id. at PHS0054-55).  Plaintiff did not submit another sick call request slip until after the termination of PHS's contract. (Id. at

PHS0020). After PHS's contract terminated, Plaintiff underwent an x-ray of his right knee which demonstrated that there were "mild degenerative" changes, which were actually worse in his left knee than his right. (<u>Id.</u> at PHS0075).

**B.    THE GRIEVANCE PROCESS.**

As evident from the grievances attached to Plaintiff's Complaint in the First Lawsuit and the grievance included in Plaintiff's Medical Records (<u>Id.</u> at PHS0016), Plaintiff was well-aware of and utilized the grievance process which is available at Staton and FLWR for inmates who wish to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Staton or FLWR. (Corbier Aff. at ¶ 6; Complaint, Attached Grievances).  The initial orientation process with the ADOC correctional system includes educating inmates as to the availability of the grievance process.  (Corbier Aff. at ¶ 6). The existence of this grievance procedure is well-known among the prison population, as indicated by the fact that the medical staff at Staton receives inmate requests and/or inmate grievances on a daily basis. (<u>Id.</u>).  The physicians, nurse practitioners, nurses and other medical personnel at Staton and FLWR attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.  (<u>Id.</u>).

The grievance process is initiated when an inmate submits an informal Inmate Grievance form to me through the institutional mail system. (<u>Id.</u> at ¶ 7).  After reviewing the Inmate Grievance, the medical staff then provides a written response within approximately five (5) days of receipt of the Inmate Grievance. (<u>Id.</u>).  The written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. (<u>Id.</u>). Below the portion of the form designated for the "Response," the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A <u>GRIEVANCE APPEAL</u> FORM FROM THE HEALTH SERVICES ADMINISTRATOR.  RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM

IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE
SEGREGATION SICK CALL NURSE ON ROUNDS.

(Id.).  As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate may be brought in for one-on-one communication with the medical staff, Health Services Administrator and/or the Director of Nursing. (Id.).  A written response to a formal Grievance Appeal is provided within approximately five (5) days of receipt.

Inmate Grievance and Grievance Appeal forms are available from the correctional officers at Staton and FLWR. (Id.). Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call boxes located throughout these facilities. (Id.). The medical staff reviews the Grievances daily, provides a written response within approximately five (5) days at the bottom of the form and returns a copy of the completed forms to the inmate. (Id.).

Though Plaintiff does not submit any grievance forms with his Complaint in this case, he clearly initiated the grievance process regarding his complaints of right knee pain. (Id. at PHS0016).  However, Plaintiff did not appeal the response in this Inmate Grievance.  Plaintiff clearly fails to demonstrate that he engaged in this next step, a necessary part of completing the grievance process.

## III.  <u>DISCUSSION</u>

While Plaintiff provides a lengthy factual recitation related to his claims against the state officials identified in his Complaint, he does not provide the same level of detail with regard to his purported claims against PHS.   As indicated through the attached medical records and affidavits, Plaintiff has repeatedly requested and received medical attention and treatment from the medical staff at FLWR for all types of complaints, including his complaints of right knee pain.  Given that Plaintiff's claims cannot realistically relate to an absolute denial of treatment,

his claims must therefore be limited to his disagreement with the course of treatment prescribed by the medical staff at FLWR.    Plaintiff's disagreement with the type of medical treatment provided by PHS and/or its staff for his right knee and the order in which treatment was provided does not automatically equate an Eighth Amendment claim brought pursuant to 42 U.S.C. § 1983.  The evidence presented by PHS demonstrates:

> (1)    PHS did not violate Plaintiff's Eighth Amendment right to necessary medical treatment;

> (2)    Section 1983 does not permit any finding of liability against PHS on the basis of *respondeat superior*; and

> (3)    Plaintiff did not exhaust his administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. §1997e(a).

Plaintiff's Complaint does not identify any specific instance when he requested medical treatment and PHS refused to provide him with any necessary medical treatment.  In sum, Plaintiff simply claims that he was dissatisfied with the specific treatment prescribed for him and the manner in which such treatment was provided.  For these reasons and the reasons stated below, Plaintiff is not entitled to assert a claim for deliberate indifference against PHS.  Even if Plaintiff's Complaint stated a claim against PHS, such claims are precluded by the exhaustion requirement of the Prison Litigation Reform Act, 42 U.S.C. § 1997e.

A.    **PHS DID NOT VIOLATE PLAINTIFF'S EIGHTH AMENDMENT RIGHT TO NECESSARY MEDICAL TREATMENT.**

In the last paragraph of the narrative attached to Plaintiff's Complaint, he alleges that he has been denied treatment for his complaints of right knee pain.  This allegation indicates his apparent intentions of bringing a claim against PHS's alleged deliberate indifference to his serious medical need, i.e. a purported violation of his Eighth Amendment rights to necessary medical treatment. (Complaint at p. 3).  The Eighth Amendment[3] does not on its face reference

---

[3]    The Eighth Amendment applies to the states by virtue of the Fourteenth Amendment's Due Process Clause. Robinson v. California, 370 U.S. 660, 666 (1962).

in any way any medical care due to incarcerated persons. See e.g. Marsh v. Butler County, Ala., 268 F. 3d 1014, 1038 (11th Cir. 2001)(*en banc*).  In Estelle v. Gamble, 429 U.S. 97(1976), the United States  Supreme Court first inferred a prisoner's "right" to necessary medical care from the text of the Eighth Amendment.  In reaching this conclusion, the Estelle Court held that the prohibition against cruel and unusual punishment in the Eighth Amendment prohibits prison officials from acting with "deliberate indifference" with regard to prisoners' serious medical needs. 429 U.S. at 104.   Since Estelle, courts have routinely recognized that the Eighth Amendment[4] to the United States Constitution governs the conditions of confinement for prisoners and the treatment of these prisoners during the term of their incarceration.  Farmer v. Brennan, 511 U.S. 825, 832 (1994) (quoting Helling v. McKinney, 509 U.S. 25, 31 (1993)); see also Whitley v. Albers, 475 U.S. 312, 327 (1986); Rhodes v. Chapman, 452 U.S. 337, 345-46 (1981).

An alleged claim of "deliberate indifference" under the Eighth Amendment may be actionable under 42 U.S.C. § 1983.[5]  See Graham v. Connor, 490 U.S. 386, 393-94 (1989)(recognizing that § 1983 is not a source of "any substantive right," but rather provides a

---

[4]    Though liability arising out of the treatment of pretrial detainees triggers Fourteenth Amendment considerations, "the minimum standard for providing medical care to a pre-trial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner . . ." See Hamm v. DeKalb County, 774 F.2d 1567, 1573-74 (11th Cir. 1985).  To the extent PHS relies upon any cases addressing the application of the Fourteenth Amendment in the prison context, such cases are equally applicable in this case.

[5]    42 U.S.C. § 1983 provides, in pertinent part,

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State of Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivations of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceedings for redress . . . .

means for "vindicating federal rights elsewhere conferred."). Every claim by a prisoner that he has not received adequate medical treatment does not state a violation of the Eighth Amendment. McElligott v. Foley, 182 F. 3d 1248, 1254 (11th Cir. 1999). Courts have devoted an extraordinary amount of time clearly defining the requirements for asserting and succeeding upon an Eighth Amendment claim under § 1983. Both the Supreme Court and Eleventh Circuit have described the Eighth Amendment standard of deliberate indifference as requiring allegations and evidence of both "objective" and "subjective" components. See e.g. Farmer, 511 U.S. 825 at 834, 837; Chandler v. Crosby, 379 F. 3d 1278, 1289-90 (11th Cir. 2004).

The "objective" component of the Eighth Amendment analysis requires a prisoner to demonstrate the existence of a condition, act or omission which is sufficiently egregious to violate the Eighth Amendment. See Hudson v. McMillian, 503 U.S. 1, 8 (1992). The underlying conduct or condition must be "extreme" and pose "an unreasonable risk of serious damage to his future health," if left unchecked. Chandler, 379 F. 3d at 1289-90 (quoting Hudson, 503 U.S. at 9) (other citations omitted). At a minimum, a prisoner must allege and establish the existence of "a serious medical need." Chandler, 379 F. 3d at 1289-90; Farrow v. West, 320 F. 3d 1235, 1243 (11th Cir. 2003). The Eleventh Circuit's long-standing definition of "serious medical need" is a condition "that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention." See e.g. Farrow, 320 F. 3d at 1243 (citing Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F. 3d 1176, 1187 (11th Cir. 1994) (internal quotations omitted)). Additionally, the serious medical need must be such that, if left untreated, "pos[es] a substantial risk of serious harm." Farmer, 511 U.S. at 834. The burden falls squarely upon Plaintiff to allege and ultimately establish the existence of a serious medical need. See e.g. Hamm v. DeKalb County, 774 F. 2d 1567 (11th Cir. 1985).

If Plaintiff successfully identifies and establishes the existence of a "serious medical need," he must also establish the "subjective" component of an Eighth Amendment violation. Plaintiff must prove PHS acted with "deliberate indifference." See e.g. Farmer, 511 U.S. at 837. This subjective component requires evidence PHS possessed actual knowledge of "an excessive risk to inmate health or safety" and disregarded that risk. Id. at 837. Evidence demonstrating PHS failed "to alleviate a significant risk that [they] should have perceived but did not, while no cause for commendation, cannot under our cases be condemned as the infliction of punishment" or serve as a basis for a claim of deliberate indifference. Burks v. Sikes, 169 F. 3d 1353, 1363-1364 (11th Cir. 1999)(other citations omitted); see also Cottrell v. Caldwell, 85 F.3d 1480, 1491 (11th Cir.1996) (holding, "[t]here is no liability for 'an official's failure to alleviate a significant risk that he should have perceived but did not ....'" (quoting Farmer, 511 U.S. at 838)). Courts summarize this component as requiring evidence of a "subjectively sufficiently culpable state of mind." Id. at 1491 (other citations and internal quotations omitted).

It is incumbent upon a prisoner asserting a § 1983 claim to establish "conscious or callous indifference" on the part of the prison official. See e.g. Daniels v. Williams, 474 U.S. 327 (1986); Brown v. Hughes, 894 F.2d 1533, 1537-38 (11th Cir. 1990). For example, a prisoner's § 1983 claim for inadequate medical treatment cannot survive summary judgment unless and until the inmate produces evidence "of the prison official's subjective awareness" of the alleged medical condition and an "intentional refusal [by the official] to provide . . . care." Id.; Campbell v. Sikes, 169 F. 3d 1353, 1364 (11th Cir. 1999) (quoting Steele v. Shah, 87 F. 3d 1266, 1269 (11th Cir. 1996)); Hill, 40 F. 3d at 1186). Without evidence of this "specific intent," a prisoner's § 1983 claim cannot succeed. Steele, 87 F. 3d at 1269.

Courts have devoted a significant amount of time identifying the specific types of allegations which do *not* give rise to the claim of "deliberate indifference." In declaring the

"deliberate indifference" standard for the first time, the <u>Estelle</u> Court wrote, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." 429 U.S. at 106. The Eleventh Circuit in <u>Chandler</u> held a prisoner's discomfort does not give rise to an Eighth Amendment violation. 379 F. 3d at 1295 (citations omitted). Applying <u>Estelle</u>, the Eleventh Circuit also noted that a complaint that prison medical staff should have done more to diagnose and/or treat a prisoner is "at most . . . medical malpractice." <u>Campbell</u>, 169 F. 3d at 1363. Indeed, the Eighth Amendment does not prohibit or provide any remedy for any "accidental inadequacy . . . or even medical malpractice actionable under state law." <u>Taylor v. Adams</u>, 221 F. 3d 1254, 1258 (11th Cir. 2000) (quotations and citation omitted). For this reason, medical decisions not to or when to provide certain types of medical treatment, such as an x-ray, are not actionable as a matter of law under the Eighth Amendment. <u>Id.</u>

In instances when inmates acknowledge treatment but contest the manner in which treatment is provided, courts have applied an altered analysis of claims involving requests for different or alternative types of medical treatment. When an inmate claims "different treatment should have been provided," such a claim "is tantamount to a medical judgment call," not an Eighth Amendment violation. <u>McElligott</u>, 182 F. 3d at 1259. In greater detail, the Eleventh Circuit explained in <u>Hamm</u>:

> Although Hamm may have desired different modes of treatment, the care the jail provided did not amount to deliberate indifference. <u>See</u> <u>Bass v. Sullivan</u>, 550 F.2d 229, 231-32 (5th Cir.), <u>cert. denied</u>, 434 U.S. 864, 98 S.Ct. 195, 54 L.Ed.2d 138 (1977); <u>accord</u>, <u>Westlake v. Lucas</u>, 537 F.2d 857, 860 n. 5 (1st Cir. 1981) ("***Where a prisoner has received ... medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgments and to constitutionalize claims that sound in tort law***.").

774 F. 2d at 1575 (emphasis supplied).

The second broad category of cases in which courts have historically mandated limitations upon the liability of prison officials under the Eighth Amendment constitute cases of alleged delayed medical treatment. In cases when a prisoner actually receives medical treatment, courts employ an altered analysis of deliberate indifference. As to claims of delayed medical treatment, the Eleventh Circuit has instructed courts to be hesitant to find an Eighth Amendment violation when officials provide medical care to prison inmates. McElligott, 182 F. 3d at 1259 (11th Cir. 1999) (citing Waldrup v. Evans, 871 F. 2d 1030, 1035 (11th Cir. 1989)). In fact, a prisoner alleging delayed medical treatment must show that the official acted with deliberate indifference, meaning the official knew of the serious medical condition and "intentionally or with reckless disregarded, delayed treatment." Hinson v. Edmond, 192 F. 3d 1342, 1348 (11th Cir. 1999). In Hill, the Eleventh Circuit added:

> Cases stating a constitutional claim for immediate or emergency medical attention have concerned medical needs that are obvious even to a lay person because they involve life-threatening conditions or situations where it is apparent that delay would detrimentally exacerbate the medical problem. In contrast, delay or even denial of medical treatment for superficial, nonserious physical conditions does not constitute an Eighth Amendment violation. * * * Consequently, delay in medical treatment must be interpreted in the context of the seriousness of the medical need, deciding whether the delay worsened the condition, and considering the reason for the delay.

40 F. 3d 1176, 1188-89 (11th Cir. 1994) (emphasis added). Whether a claim arises from delayed treatment depends upon "the nature of the medical need and the reason for the delay." Harris v. Coweta County, 21 F. 3d 388, 393-94 (11th Cir. 1994). Accordingly, in instances where prisoners complain of delays in medical treatment or request different medical treatment, prisoners must overcome a much greater threshold in order to state and/or succeed upon such a §1983 claim.

In this instance, Plaintiff's Complaint does not even approach the level of detail or specificity required in order for PHS to identify any basis for his claim. (Complaint at p. 3).[6] Reading Plaintiff's Complaint liberally, he does not even identify a "serious medical need." The simple allegation that Plaintiff suffered pain, soreness or discomfort in his right knee is nothing more than a complaint, which requires additional evidence that it mandated further treatment. Making matters more difficult, Plaintiff does not differentiate between and/or specify the purported acts and/or omissions of any specific agent, employee and/or representative of PHS which serve as the alleged basis of his claims. Though Plaintiff identifies PHS in his Complaint, his Complaint lacks any specific allegation as to any act or omission of any specific individual which gives rise to his purported claim.

The evidence submitted in conjunction with this Special Report demonstrates that Plaintiff has consistently received medical attention and treatment from the medical staff during his incarceration at FLWR. (Stallworth Aff. and PHS0001-100). The medical records demonstrate that the FLWR medical staff did not ignore Plaintiff's medical complaints but evaluated Plaintiff on each occasion that he submitted sick call request forms and requested medical attention. (Id. at PHS0013-14, 16, 18-44). Over the six-month period leading up to the filing of this action, Plaintiff was evaluated by a physician or CRNP on approximately twelve (12) occasions. (Id. at PHS0007-11). When Plaintiff most recently complained of right knee pain on October 17, 2007, he was promptly evaluated by the medical staff at FLWR and received pain medication. (Id. at PHS0003, 4, 23-24). When Plaintiff's complaints of right knee

---

[6] PHS and Dr. Corbier will not devote an extraordinary amount of time to Plaintiff's allegation of inadequate staffing at FLWR since it is nothing more than an empty allegation without any evidentiary basis. Though Plaintiff complains that this staffing pattern causes inmates to be transported to another facility in emergency situations, he does not present any evidence that (1) there has ever been any medical emergency at FLWR; (2) that any inmate was harmed in any way as a result of this staffing pattern; (3) that Plaintiff has ever experienced a medical emergency at FLWR, or (4) that the staffing pattern has impacted Plaintiff in any way. In the end, absent allegation or evidence that there is any causal connection between the staffing pattern at FLWR and a verifiable constitutional deprivation, this claim must fail. Jones v. Preuit & Mauldin, 851 F. 2d 1321 (11th Cir. 1988).

continued over the course of more than a week, he was evaluated again, provided more medication and referred to the CRNP for further evaluation. (Id. at PHS0021, 22). Though Plaintiff was prescribed medication, he did not always appear at pill call to take that medication. (Id. at PHS0054-55). Subsequently, an x-ray of Plaintiff's right knee showed that there were "mild degenerative" changes, which were actually worse in his left knee than his right. (Id. at PHS0075). This evidence directly disproves any suggestion on the part of Plaintiff that the medical staff at FLWR acted with deliberate indifference to even those complaints which did not rise to the level of a serious medical need.

There is simply no evidence that Plaintiff was ever refused any type of medical treatment of any kind. (Corbier Aff. at ¶ 8). There is no evidence of any instance when any member of the medical staff at Staton or FLWR ignored any of Plaintiff's medical requests or complaints or refused in any way to provide him with any necessary medical treatment. (Id.). In short, Plaintiff's complaints constitute nothing more than a disagreement with the nature of medical treatment provided and, therefore, do not give rise to any claim under the Eighth Amendment. Accordingly, there is simply no basis to conclude or ever allege that PHS or any agent, employee or representative of PHS intentionally acted in any way to deprive Plaintiff of any necessary medical care.

   **B.    Section 1983 does not permit any finding of liability against PHS on the basis of *respondeat superior*.**

Given the absence of any specific factual allegations pertaining to PHS, PHS is left to assume Plaintiff's claims against PHS are based upon the conduct of the medical staff at FLWR. Any reliance by Plaintiff upon a theory of *respondeat superior* in attempting to pursue a claim against PHS is also fatal. It is well-established in the Eleventh Circuit that liability under § 1983 "must be based on something more than a theory of *respondeat superior*." H.C. by Hewett v. Jarrard, 786 F. 2d 1080, 1086 (11th Cir. 1986) (citing Monell v. Department of Social Servs.,

436 U.S. 658, 691, 98 S. Ct. 2018, 2036, 56 L. Ed. 2d 611 (1978)); see also Polk County v. Dodson, 454 U.S. 312, 325, 102 S. Ct. 445, 70 L. Ed. 2d 509 (1981) ("Section 1983 will not support a claim based on a respondeat superior theory of liability."); Marsh v. Butler County, 268 F.3d 1014, 1035 (11th Cir. 2001); Washington v. Dugger, 860 F. 2d 1018, 1021 (11th Cir. 1988) ("[the inmate's] complaint against [certain defendants] is not supported by any evidence which would permit a fact finder to find their participation in any deliberate indifference to his medical needs. Of course, these persons cannot be held liable under Section 1983 on the basis of respondeat superior."); Jetter v. Beard, 130 Fed. Appx. 523, 525 (3rd Cir. 2005) (unpubl.) (panel featuring Justice Alito) (dismissing Eighth Amendment claims against supervisory defendants because "liability under Section 1983 cannot be imposed on a supervisor on the basis of *respondeat superior*. Personal involvement must be alleged and is only present where the supervisor knew of the actions and acquiesced in them. [The inmate] simply has not alleged any facts to support a conclusion that the supervisory defendants had personal involvement in the medical treatment [the inmate] received at [the prison]."). The Eleventh Circuit has applied this principle in various contexts, precluding claims against various kinds of supervisors and/or employing entities. See Farrow, 320 F. 3d at 1238 (holding that a supervising physician was not liable under § 1983 for the acts and/or omissions of a physician acting under his supervision); Buckner v. Toro, 116 F. 3d 450, 452-53 (11th Cir. 1997)(recognizing that the principle that *respondeat superior* liability does not exist under § 1983 has been expanded to included private medical contractors employed to perform governmental functions).

Given this black letter law, Plaintiff's claims against PHS must fail to the extent he relies upon any alleged acts and/or omissions of any member of the FLWR medical staff as a basis for his claim against PHS.

### C.   PLAINTIFF'S COMPLAINT IS BARRED BY THE PRISON LITIGATION REFORM ACT.

42 U.S.C. §1997e(a) of the Prison Litigation Reform Act ("PLRA") mandates that "[n]o action may be brought with respect to prison conditions[7] under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. §1997e(a).[8]   Any remedy available under § 1983 before this Court is not available unless and until Plaintiff utilizes the grievance process available within the correctional system.   See e.g. Brown v. Sikes, 212 F. 3d 1205, 1207 (11th Cir. 2000); Miller v. Tanner, 196 F. 3d 1190, 1193 (11th Cir. 1999); Alexander v. Hawk, 159 F. 3d 1321, 1325 (11th Cir. 1998); see also Higginbottom v. Carter, 223 F. 3d 1259, 1261 (11th Cir. 2000) (holding that invoking the grievance process is "a pre-condition to filing an action in federal court."); A.N.R. v. Caldwell, 111 F. Supp. 2d 1294, 1297-99 (M.D. Ala. 2000) (dismissing prisoner's complaint for failure to exhaust administrative remedies through the available grievance process).   The Supreme Court wrote in Porter v.

---

[7]    The PLRA does not define "prison conditions." See 42 U.S.C. § 1997e. Nevertheless, 18 U.S.C. §3626(g)(2) defines a "civil action with respect to prison conditions" as any civil action arising under federal law "with respect to the conditions of confinement or the effects of actions by government officials on the lives of persons confined in prison." The Eleventh Circuit has relied upon this definition of "prison conditions" in applying the PLRA to cases before it. See Higginbottom v. Carter, 223 F. 3d 1259 (11th Cir. 2000).  It is incontrovertible that Plaintiff's allegations in this case relate solely to the "conditions of [her] confinement" at Bullock and, as such, trigger the application of the PLRA.

[8]    The PLRA's exhaustion requirement applies to all prisoner suits filed after April 26, 1996. See Higginbottom v. Carter, 223 F. 3d 1259 (11th Cir. 2000); Alexander v. Hawk, 159 F. 3d 1321 (11th Cir. 1998).  This requirement was specifically intended to :

> afford[ ] corrections officials time and opportunity to address complaints internally before allowing the initiation of a federal case . . . [because i]n some instances, corrective action taken in response to an inmate's grievance might improve prison administration and satisfy the inmate, thereby obviating the need for litigation . . . [and i]n other instances, the internal review might 'filter out some frivolous claims.'

Porter v. Nussle, 534 U.S. 516, 524-525 (2002)(citations omitted).

<u>Nussle</u>, "exhaustion is now required for all 'action [s] ... brought with respect to prison conditions,' whether under § 1983 or 'any other Federal law.'" 534 U.S. 516, 524, (2002).

In <u>Alexander v. Hawk</u>, 159 F. 3d 1321, 1328 (11th Cir. 1998) the Court noted:

> In summary we conclude that Section 1997 e(a) requires Alexander to submit his claims for monetary and injunctive relief to the [Federal Bureau of Prisons] available prison grievance program, even if the relief offered by the program does not appear to be "plain, speedy, and effective," before filing those claims in federal court. The judicially created futility and inadequacy doctrines do not survive the PLRA's mandatory exhaustion requirement.

According to the Eleventh Circuit, a prisoner's claims must be dismissed under Rule 12(b)(1) or Rule 12(b)(6) of the <u>Federal Rules of Civil Procedure</u> if he has failed to exhaust his administrative remedies. <u>Chandler</u>, 379 F. 3d at 1286.

There can be no dispute that PHS maintained a well-established, widely publicized grievance process within the correctional facilities in Alabama, including FLWR. (Corbier Aff. at ¶¶ 6-7). Likewise, there can be no dispute that Plaintiff was aware the availability of this administrative grievance process. (<u>See</u> Complaint, Stallworth Aff. and PHS0016). More importantly, there can be no dispute that Plaintiff failed to demonstrate that he availed himself of the full grievance process or pursued his complaints through the entire grievance process at FLWR. (<u>Id.</u>). By failing to utilize procedures available to him at FLWR, of which he was aware, Plaintiff failed to exhaust the administrative remedies available to him as required by the PLRA. As such, Plaintiff's Complaint is premature.

## VI.    <u>CONCLUSION</u>

Based on the foregoing facts and legal arguments, the Complaint filed by Plaintiff is not entitled to maintain any claim against PHS based upon the facts alleged in the Complaint.

**IN THE UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CALVIN A. LEE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No.: 2:08-cv-00018** |
| | ) |
| **WARDEN LEVAN THOMAS,** | ) |
| **LT. JANET HICKS, SGT. NATHAN** | ) |
| **PARRISH, PRISON HEALTHCARE** | ) |
| **SERVICES, AND CORRECTIONAL** | ) |
| **MEDICAL SERVICES,** | ) |
| | ) |
| **Defendants.** | ) |

**ANSWER OF DEFENDANT PRISON HEALTH SERVICES, INC.**

COMES NOW, Defendant PRISON HEALTH SERVICES, INC. ("PHS") and for its

Answer to the Complaint filed by Plaintiff CALVIN A. LEE ("Plaintiff"), states as follows:

**FACTUAL ALLEGATIONS**

1.    In response to the statements made by Plaintiff in section I of his Complaint

regarding "PREVIOUS LAWSUITS," PHS denies the allegations in this section and demand

strict proof thereof.

2.    In response to section II of Plaintiff's Complaint, PHS admits Plaintiff was

incarcerated at the Frank Lee Youth Center at one time, also known as the "Frank Lee Work

Release Facility ("FLWR").  Except as admitted above, PHS denied each and every remaining

allegation in section II of Plaintiff's Complaint and demand strict proof thereof.

3.    In response to section III of Plaintiff's Complaint, PHS denies that any of the

named Defendants violated Plaintiff's constitutional rights based upon any medical condition

suffered by Plaintiff during his incarceration at FLWR.

4.    PHS denies the allegations asserted in section IV of Plaintiff's Complaint and demand strict proof thereof.

5.    In response to the allegations asserted in section V of Plaintiff's Complaint and the written narrative attached thereto:

a.    To the extent that Plaintiff asserts any claims and/or makes any allegations against the other defendants (i.e. other than PHS) regarding the terms and conditions of his confinement which do not relate to medical care sought and/or received by him, including, without limitation, any allegations regarding the denial of parole, discrimination related to his assignment to various correctional facilities, his classification and/or decisions pertaining to his classification by the Alabama Department of Corrections and/or any other term or condition of his incarceration, no response is required on the part of PHS.  To the extent that Plaintiff intends to assert claims based upon these purported allegations against PHS, PHS denies these allegations and demand strict proof thereof.

b.    PHS denies that it has discriminated and/or retaliated against Plaintiff in any fashion.

c.    PHS denies Plaintiff's allegation that he was "denied adequate treatment" or denied access to any necessary medical treatment of any kind.

d.    PHS denies that the medical staff at FLWR was improperly or inadequately staffed, as alleged by Plaintiff.

e.    PHS denies that Plaintiff was injured in any way as a result of the alleged acts and/or omissions in section V of his Complaint.

6.    PHS denies Plaintiff is entitled to any relief including any relief alleged in his Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

### First Defense

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff's claims are barred by the doctrine of contributory negligence and/or last clear chance.

### Third Defense

Plaintiff's claims are barred by the doctrine of assumption of risk.

### Fourth Defense

Plaintiff's claims are barred by the doctrine of laches.

### Fifth Defense

Plaintiff's claims are barred by the statute of limitations.

### Sixth Defense

Plaintiff's claims are barred by the doctrine of waiver.

### Seventh Defense

The Court lacks subject matter jurisdiction over this dispute.

### Eighth Defense

This Court is the improper venue in which to assert this action.

### Ninth Defense

Plaintiff lacks standing to bring this action.

### Tenth Defense

Plaintiff's claims are barred by the doctrine of unclean hands.

### Eleventh Defense

Plaintiff's claims are barred by the doctrine of qualified immunity.

### Twelfth Defense

Plaintiff's claims are barred by the doctrine of sovereign immunity.

### Thirteenth Defense

Plaintiff's claims are barred by the doctrine of estoppel.

### Fourteenth Defense

Plaintiff's claims are barred by the doctrine of *res judicata* and/or collateral estoppel.

### Fifteenth Defense

Plaintiff's claims are barred, in whole or in part, because of his failure to mitigate damages.

### Sixteenth Defense

PHS avers that the wrongs and damages alleged by Plaintiff were caused solely by the acts and/or omissions of person and/or entities for whom or which PHS is not responsible.

### Seventeenth Defense

Plaintiff's claims are barred because PHS did not breach any duty allegedly owed to Plaintiff.

### Eighteenth Defense

Plaintiff's claims are barred because there is no casual relationship, legal or proximate, between any actions or failures to act by PHS and the Plaintiff's alleged injuries and damages.

### Nineteenth Defense

Plaintiff's claims are barred because of the existence of superseding, intervening causes.

### Twentieth Defense

Plaintiff's claims are barred because of the lack of damages suffered due to any of the alleged wrongs asserted against PHS.

**Twenty-First Defense**

Plaintiff has failed to exhaust or attempt to exhaust administrative remedies.  42 U.S.C. § 1997e (a) (2005).

**Twenty-Second Defense**

Plaintiff's claims are barred because the action asserted is "frivolous, malicious, and fails to state a claim upon which relief can be granted."  42 U.S.C. § 1997e(c)(1) (2005).

**Twenty-Third Defense**

Plaintiff's claims are barred because the injunctive relief sought is not sufficiently narrowly drawn.  18 U.S.C. § 3626(a)(1)(A) (2005).

**Twenty-Fourth Defense**

Plaintiff's claims are barred because PHS did not act with deliberate indifference. Estelle v. Gamble, 429 U.S. 97 (1976).

**Twenty-Fifth Defense**

Plaintiff's claims are barred because he is seeking to question a medical judgment via 42 U.S.C. § 1983.

**Twenty-Sixth Defense**

To the extent Plaintiff seeks to recover any attorneys' fees, PHS objects to any and all such requests for fees that are not asserted in the Complaint or otherwise approved by court order.

**Twenty-Seventh Defense**

Plaintiff's claims for punitive damages violate PHS's United States and Alabama constitutional protections from, including without limitation, excessive fines, cruel and unusual punishment, denial of due process and denial of equal protection of the law.

**Twenty-Eighth Defense**

PHS reserves the right to assert other defenses as discovery proceeds.

Respectfully submitted this 18th day of February, 2008,

/s/ William R. Lunsford
One of the Attorneys for Prison Healthcare Services, Inc.

William R. Lunsford
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone:  (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court and mailed via regular U.S. mail to the following:

Calvin Alphonse Lee
AIS 152056
7216 8th Street
Mobile, AL 36608

Albert Sim Butler
Alabama Department of Corrections
Legal Division
PO Box 301501
Montgomery, AL 36130-1501

Philip Guy Piggott
William Anthony Davis, III
Starnes & Atchison
PO Box 598512
100 Brookwood Place
Birmingham, AL 35259-8512

/s/ William R. Lunsford
Of Counsel

# Exhibit "A"

Dr. Paul Corbier's Affidavit

**IN THE UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CALVIN A. LEE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:08-cv-00018** |
| ) | |
| **WARDEN LEVAN THOMAS,** ) | |
| **LT. JANET HICKS, SGT. NATHAN** ) | |
| **PARRISH, PRISON HEALTHCARE** ) | |
| **SERVICES, AND CORRECTIONAL** ) | |
| **MEDICAL SERVICES,** ) | |
| ) | |
| **Defendants.** ) | |

**AFFIDAVIT OF PAUL A. CORBIER, M.D.**

| | |
|---|---|
| **STATE OF ALABAMA** ) | |
| ) | |
| **COUNTY OF ELMORE** ) | |

Before me, the undersigned Notary Public, personally appeared PAUL A. CORBIER, M.D., who, after being duly sworn, states as follows:

1.    My name is Paul A. Corbier, MD.  I am over the age of nineteen (19) years and have personal knowledge of the information contained in this affidavit.

2.    I am currently employed as the Medical Director for Staton Correctional Facility ("Staton") in Elmore, Alabama and have served in this position since July of 2007, when I was initially hired for this position by Prison Health Services, Inc. ("PHS").  I received my medical degree from Michigan State University in 1995.  I have been licensed to practice medicine in the State of Alabama since 2004 and am board certified in internal medicine.  On October 31, 2007, the contract between PHS and the Alabama Department of Corrections ("ADOC") ended and

PHS ceased providing medical services to inmates incarcerated in Alabama effective November 1, 2007.

3.    When I was initially hired as the Medical Director at Staton, I was also responsible for providing assistance to the medical staff at the Frank Lee Work Release Center ("FLWR") in Deatsville, Alabama.  At that time, the medical staff at FLWR consisted of various medical personnel, including a certified registered nurse practitioner working with my assistance. A nurse practitioner working in collaboration with an attending physician can, for all practical purposes and in a very general sense, engage in almost every medical activity related to the treatment of a patient other than surgery.  So, the nurse practitioner at FLWR was and is equally qualified to evaluate any complaints voiced by the inmate population at FLWR, order diagnostic and/or lab testing, prescribe medication and/or order specialty consultation, if necessary.  Based upon my experiences with the nurse practitioners assigned to FLWR since I began working at Staton, these individuals routinely and properly addressed the medical complaints of the inmate population at FLWR.  The medical staff at FLWR conducted sick call, conducted physical examinations, administered medications and, if necessary, referred inmates for further evaluation by a physician.  When I first arrived at Staton, inmates were often referred to me by the CRNP assigned to FLWR for further evaluation.  Inmates referred to me were transported from FLWR to Staton, which required only a ten (10) to fifteen (15) minute drive.  My involvement with the medical care provided to inmates at FLWR ended when the ADOC and PHS formed a roving medical team, which included a physician, assumed responsibility for the care being provided to inmates at various facilities throughout the state which housed low acuity inmates, like FLWR.

4.    Because no full-time physician was present on-site at FLWR, the ADOC adopted specific protocols for the assignment of inmates to this particular facility.  Inmates with chronic medical problems requiring regular medical attention, such as diabetic inmates, were prohibited

from being incarcerated at FLWR. In the event that an inmate at FLWR developed a serious medical condition requiring regular medical treatment, then such inmate would be immediately transferred to a non-work release facility.

5.    I only recall evaluating Mr. Calvin Lee on one (1) occasion, August 3, 2007. On this occasion, Mr. Lee was referred to me by the nurse practitioner at FLWR for evaluation of his continuing sinus problems. During the course of the evaluation of Mr. Lee's complaints, we conducted various tests and evaluations regarding his respiratory ability and/or capability and determined that Mr. Lee's complaints of dizziness and sinus problems were associated with his nasal congestion. I ordered Mr. Lee to continue his use of a saline nasal decongestant spray and refilled his prescription for Antivert, which is a antihistamine medication sometimes prescribed for the symptoms of motion sickness, but is also prescribed for lightheadedness caused by congestion affecting the inner ear. I was not notified of any additional complaints of Mr. Lee or that this treatment did not relieve his symptoms. Since August 3, 2007, I have not evaluated or examined Mr. Lee.

6.    As evident from the grievances attached to Mr. Lee's Complaint, Mr. Lee was well-aware of and utilized the grievance process which is available at Staton and FLWR for inmates who wish to voice a complaint regarding any medical treatment he has sought or received during his incarceration at Staton or FLWR. The initial orientation process with the ADOC correctional system includes educating inmates as to the availability of the grievance process. The existence of this grievance procedure is well-known among the prison population, as indicated by the fact that the medical staff at Staton receives inmate requests and/or inmate grievances on a daily basis. The physicians, nurse practitioners, nurses and other medical personnel at Staton and FLWR attempt to resolve all inmate concerns prior to an "inmate grievance" being submitted.

7.     The grievance process is initiated when an inmate submits an informal Inmate Grievance form to me through the institutional mail system. After reviewing the Inmate Grievance, the medical staff then provides a written response within approximately five (5) days of receipt of the Inmate Grievance. The written response to an Inmate Grievance is included on the bottom portion of the same form containing an inmate's Inmate Grievance. Below the portion of the form designated for the "Response," the following notation appears:

> IF YOU WISH TO APPEAL THIS REVIEW YOU MAY REQUEST A <u>GRIEVANCE APPEAL</u> FORM FROM THE HEALTH SERVICES ADMINISTRATOR. RETURN THE COMPLETED FORM TO THE ATTENTION OF THE HEALTH SERVICE ADMINISTRATOR. YOU MAY PLACE THE FORM IN THE SICK CALL REQUEST BOX OR GIVE IT TO THE SEGREGATION SICK CALL NURSE ON ROUNDS.

As stated in the Inmate Grievance forms, the second step of the grievance process involves the submission of a formal Grievance Appeal, at which time the inmate may be brought in for one-on-one communication with the medical staff, Health Services Administrator and/or the Director of Nursing. A written response to a formal Grievance Appeal is provided within approximately five (5) days of receipt. Inmate Grievance and Grievance Appeal forms are available from the correctional officers at Staton and FLWR. Inmates are instructed to place completed Inmate Grievance and Grievance Appeal forms in the sick call boxes located throughout these facilities. The medical staff reviews the Grievances daily, provides a written response within approximately five (5) days at the bottom of the form and returns a copy of the completed forms to the inmate. I encourage inmates who have complaints about the medical care they have sought or received at Staton and FLWR to utilize this grievance process.

8.     On the singular occasion that I recall examining Mr. Lee, I provided the medically-appropriate level of care based upon his medical complaints at that time. I did not refuse him treatment, tell him not to request treatment or otherwise deprive him of any necessary

medical treatment of any kind. I am not aware of any instance when any member of the medical staff at Staton or FLWR ignored any of Mr. Lee's medical complaints or refused in any way to provide him with any necessary medical treatment. Mr. Lee did not voice any complaints to me regarding the medical care he received at FLWR during his appointment with me.

Further affiant saith not.

Paul A. Corbier, M.D.

**SWORN TO and SUBSCRIBED** before this the _11_ day of January, 2008.

Notary Public
My Commission Expires: _12/06/2008_

(SEAL)

- 5 -

# Exhibit "B"

Catherine Stallworth's Affidavit and Medical Records of
Plaintiff

A F F I D A V I T

STATE OF ALABAMA          )
                         )
___Montgomery_____ COUNTY   )


I, _Catherine Stallworth_____, hereby certify and affirm that I am a

_Medical Records Supv._____, at _____Kilby_____; that I am one

of the custodians of medical records at this institution; that the attached

documents are true, exact, and correct photocopies of certain medical records

maintained here in the institution medical file of

one __Calvin Lee_____, AIS# ___152056____; and that I am over

the age of twenty-one years and am competent to testify to the aforesaid

documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual

and ordinary course of business at _____Kilby_____; and that said

documents (and the entries therein) were made at, or reasonably near, the time

that by, or from information transmitted by, a person with knowledge of such acts,

events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the ___13th____ day of

_December_____, 2007.

                              _Catherine Stallworth_


SWORN TO AND SUBSCRIBED BEFORE ME THIS THE
__13th____ Day of _December_____, 2007.

_Cynthia R. Evans_____
Notary Public
_6-15-08_____
My Commission Expires

Correctional Medical Services
Physician's Orders

| | | |
|---|---|---|
| Name Lee, Calvin | 1. | Start Date & Time 10/4/07 |
| DOB 05/16/56 | 2. | Ⓡ Tylenol 325--TTPOBID PRN pain x30day |
| Location KSF 152056 | 3. | |
| Allergies Demerol | 4. | |
| (12/4/07) | 5. | |
| | 6. | |
| | 7. | Dispense As Written _____ M.D. |
| | 8. | Substitute Permitted _____ M.D. |
| 152056 | 9. | Start Date & Time 11/28/07 |
| Name Lee, Calvin | 10. | ⑮ Pt. Can wear his soft knee braces x 60days KOP |
| DOB 5/16/56 | 11. | ⑯ Conta Motrin 600mg ÷ PO BID PRN x 60days |
| Location Kilby/OPC | 12. | ⑰ CCC in 3mo. Asthma, HTN, Hyperlipedemia |
| Allergies Demerol | 13. | |
| | 14. | |
| | 15. | Dispense As Written _____ M.D. |
| | 16. | Substitute Permitted Marianne Baker, M.D. CRNP |
| 152056 | 17. | Start Date & Time |
| Name Lee, Calvin | 18. | ⑩ ASA 81mg ÷ PO QD x 180day |
| DOB 5/16/56 | 19. | ⑪ Key lock Profile x180days |
| Location Kilby/OPC | 20. | ⑫ Bilateral knee X-Rays - R/o abnormal |
| Allergies Demerol | 21. | ⑬ X-Ray 2/u OPC 1dr |
| | 22. | ⑭ BB Profile x14days - weal spray |
| | 23. | Dispense As Written _____ M.D. |
| | 24. | Substitute Permitted Marianne Baker, M.D. CRNP |
| 152056 | 25. | Start Date & Time 11/28/07 0930 |
| Name Lee, Calvin 1' | 26. | ⑤ HCTZ 50mg ÷ PO QD x 180 days |
| DOB 5/16/56 | 27. | ⑥ Lisinopril 10mg ÷ PO QD po 180days |
| Location Kilby/OPC | 28. | ⑦ Ranitidine 300mg PO BID x180days |
| Allergies Demerol | 29. | ⑧ Simvastatin 10mg ÷ PO QHS x 180day |
| | 30. | ⑨ Metoprolol 50mg ÷ PO QD x 180days |
| | 31. | Dispense As Written _____ M.D. |
| | 32. | Substitute Permitted Marianne Baker, M.D. CRNP |
| 152056 | 33. | Start Date & Time 11/28/07 0930 |
| Name Lee, Calvin | 34. | ① Liquifilm tears ÷ gtts Botheyes QD PRN x 180day KOP |
| DOB 5/16/56 | 35. | ② Oleta Nasal Spray ÷ sprays each nostril BID PRN |
| Location Kilby/OPC | 36. | x 180 days KOP |
| Allergies Demerol | 37. | ③ Albuterol Inhaler ÷ puffs QID PRN x 180days KOP |
| | 38. | ④ Qvar 8mg ÷ puffs BID PRN x 180days KOP |
| | 39. | Dispense As Written _____ M.D. |
| | 40. | Substitute Permitted Marianne Baker, M.D. CRNP |

CMS 7116 Rev 1/2003



**PRISON HEALTH SERVICES INCORPORATED**

## PHYSICIANS' ORDERS

| NAME: _Lee Calvin_ ecc 152056 | DIAGNOSIS (If Chg'd) _X-ray ® Knee_ _QUAR 80 mg = pfBID X 3d ® Kp_ |
| D.O.B. 5/16/66 | _Notices s. verification 10-29-07 9 ℗_ |
| ALLERGIES: _Demerol_ | |
| Use Last Date _10/29/07_ | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Fourth Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Third Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B. / / | |
| ALLERGIES: | |
| Use Second Date / / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: _Lee Calvin_ 152056 | DIAGNOSIS: _Mot 6 N J w BN X 3 ℗ ℗_ _Nasal decogtil sp ? BN X 3 ℗ ℗_ |
| D.O.B. 5/16/66 | _Nov 27_ |
| ALLERGIES: _Demerol_ | |
| Use First Date 11/2/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

MEDICAL RECORDS COPY

60110 (4/03)

PHS0002



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Lee, Calvin *152056 FLYC* | DIAGNOSIS (If Chg'd) *10-29-07 dm*<br>① Flu c̄ CRNP @ cramp on 10/29/07<br>(chronic knee pain) |
| D.O.B. 5/16/66 *Demerol*<br>ALLERGIES: | |
| Use Last    Date 10/24/07 | *noted Ml anderson 10/24/07 9P*<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    *B. Adkins CRNP* |
| NAME: Lee, Calvin FLYC<br>152056 *Noted guern* | DIAGNOSIS (If Chg'd)<br>Motrin 600mg po BID prn x 5 days<br>Protocol / goellnik |
| D.O.B. 5/16/66 *10/23/07*<br>ALLERGIES: Demerol | |
| Use Fourth    Date 10/23/07 | *R. [signature] CRNP*<br>☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Lee, Calvin<br>152056 | DIAGNOSIS (If Chg'd) Betal: 500l ①FA BID<br>↑ Bun 103 # po BID x 7 |
| D.O.B. 5/16/66 *10/4/07*<br>ALLERGIES: Demerol *10/22* | |
| Use Third    Date 10/22/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) *dm*<br>① Flu c̄ CRNP @ cramp on 10/22/07<br>(Request for extended motrin Rx /<br>cold symptoms) |
| D.O.B.  /  /  *Demerol*<br>ALLERGIES: | *10/19/07    3PM* |
| Use Second    Date 10/19/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    *R. [signature] CRNP* |
| NAME: Lee, Calvin<br>*FLYCC* | DIAGNOSIS<br>1) Motrin 600mg po BID<br>2) CTM 8mg po BID x 5 day<br>noted 10/19/07 @ 2P R. [signature] |
| D.O.B. 5/16/66<br>ALLERGIES: Demerol | |
| Use First    Date 10/19/07 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED    *R. [signature] CRNP* |

60110 (4/03)    **MEDICAL RECORDS COPY**

PHS0003



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

**NAME:** Lee Calvin
152056
**D.O.B.** 3/16/56
**ALLERGIES:** demerol
Use Last   **Date** 10/15/07

DIAGNOSIS (If Chg'd)
Bactin DS 7W BID X10 d
Betadin BID X10 d (LFA 9/14/E)
Silverfto cre BID X14 d
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**NAME:** Lee, Calvin 152056
**D.O.B.** 3/16/56
**ALLERGIES:** demerol
Use Fourth   **Date** 10/10/07

DIAGNOSIS (If Chg'd)
AFU AAA BID X9d
Motrin 600mg ÷ po BID X5d

rp K Jones, LPN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**NAME:** Lee Calvin 152056
**D.O.B.** 3/16/56
**ALLERGIES:** Demerol
Use Third   **Date** 10/8/07

DIAGNOSIS (If Chg'd)
Nasal decongest spray 1 in ea. nostril
BID prn X30 d RC Keep
NTG 0.4 SL ½ X2 in chest pain
albuterol inhaler 2 puffs BID prn X9d
Artifical tears prn X9d RC Keep
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**NAME:** Lee, Calvin
**D.O.B.** / /
**ALLERGIES:** Demerol
Use Second   **Date** 10/4/07

DIAGNOSIS (If Chg'd)
D Flu Š CRNP C camp on 10/8/07
(Request for extended Rx's)
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

**NAME:** Lee, Calvin FLVC 152056
**D.O.B.** 3/16/56
**ALLERGIES:** Demerol
Use First   **Date** 10/4/07

DIAGNOSIS (If Chg'd)
Benadryl 25mg ÷ PO Bid X 5 days
Tylenol ES ÷ PO Bid X 5 days
Wipper Shave X30 days
Benzoyl H2O2 10% TOP AAA Bid X 14 days
rp S Taylor LPN
☐ GENERIC SUBSTITUTION IS NOT PERMITTED

60110 (4/03)   **MEDICAL RECORDS COPY**

PHS0004



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Lee, Calvin FLYC 152056 | DIAGNOSIS (If Chg'd) |
| | Benadryl 25mg ↑ PO Bid X5 days |
| | Tylenol ES ↑ PO Bid X5 days |
| D.O.B. 3/16/56 | |
| ALLERGIES: Demerol | noted by Brown 9-28-07 11AM |
| Use Last   Date 9/28/07 | PPTS Taylor LPN   □ GENERIC SUBSTITUTION IS NOT PERMITTED   Paul Coley |

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
| | ① Flu c̄ me @ camp @ next |
| | Available appt. (allergic sinusitis) |
| D.O.B.  /  / | V Jones LPN 9/26/07   VSD P |
| ALLERGIES: Demerol | |
| Use Fourth   Date 9/26/07 | 10-8-07 noted by □ GENERIC SUBSTITUTION IS NOT PERMITTED   Blair LRNP |

| | |
|---|---|
| NAME: Lee, Calvin 152056 | DIAGNOSIS (If Chg'd) |
| | CTM Hmg ↑ PO Bio X 3 days |
| | Tylenol ES ↑ PO Bio X 3 days |
| D.O.B. 3/16/56 | noted by Woodley 9-25-07 9 PM   per protocol |
| ALLERGIES: Demerol | |
| Use Third   Date 9/19/07 | □ GENERIC SUBSTITUTION IS NOT PERMITTED   Blair LRNP |

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
| | ① Flu c̄ CRNP @ camp on 9/12/07 |
| | (Chronic LBP) |
| D.O.B.  /  / | ② Motrin 600 mg po BID X 10d PRN |
| ALLERGIES: Demerol | V Jones LPN 9/12/07 9:30 |
| Use Second   Date 9/12/07 | □ GENERIC SUBSTITUTION IS NOT PERMITTED   Blair LRNP |

| | |
|---|---|
| NAME: Lee, Calvin 152056 | DIAGNOSIS |
| | Motrin 600 ↑ po BID PRN X 10 D |
| | Robaxin 500 ↑ po BID  X 10 D |
| D.O.B. 3/16/56 | HCTZ 50 ↑ po Daily X ____ |
| ALLERGIES: Demerol | noted 8/27 |
| Use First   Date 8/27/07 | □ GENERIC SUBSTITUTION IS NOT PERMITTED |

1 (4/03)                    **MEDICAL RECORDS COPY**

PHS0005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
| D.O.B. 5,15,56 | Antivert pe 5mg ↓ PO BID PRN x 30 days |
| ALLERGIES: Demerol | HCU in 30 days → Evaluate, need for Antivert |
| Use Last   Date 7,9,05 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| | |
|---|---|
| NAME: Lee, Calvin 152056 | DIAGNOSIS (If Chg'd) |
| | 7/ Artificial Tear NCO Rx 30 days |
| D.O.B. 5,15,56 | 8/ Antivert 12.5 mg PO BID x 5 days PRN |
| ALLERGIES: Demerol | |
| Use Fourth   Date 6,25,07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   CRNP |

| | |
|---|---|
| NAME: Lee Calvin 152056 | DIAGNOSIS (If Chg'd) |
| | 1/ Saline nasal spray NCOP x 30 days |
| D.O.B. 5,15,56 | 2/ DC CTM |
| ALLERGIES: Demerol | 3/ Bactrim DS ī PO BID x 14 days |
| | 4/ DC Motrin |
| | 5/ Tylenol 650 mg PO BID PRN x 14 days |
| Use Third   Date 6,25,07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   CRNP |

| | |
|---|---|
| NAME: Lee, Calvin FYC 152056 | DIAGNOSIS (If Chg'd) |
| | ① F/u ī Mahood, CRNP @ camp |
| | on 6/25/07  (Sinuses / Profile Requests) |
| D.O.B. 5,15,56 | noted & verbal yes |
| ALLERGIES: Demerol | 6-22-07 |
| | 3:10 pm |
| Use Second   Date 6,22,07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   CRNP |

| | |
|---|---|
| NAME: Lee, Calvin FYC 152056 | DIAGNOSIS |
| | CTM 4 mg ī PO Bid x 5d |
| | Flonase NOS |
| D.O.B. 5,16,56 | Motrin 600 mg PO Bid x 5d |
| ALLERGIES: NKA Demerol | |
| | PO IS Taylor NP |
| Use First   Date 6,20,07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED   CRNP |

60110 (4/03)

MEDICAL RECORDS COPY

PHS0006

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Lee, Calvin_    ID#: _158056_    Institution: _Kilby_

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1/29/07 | 0935 | CC: Renew Meds | |
| | | HPI: 51 y/o BM presents to OPC ē request to have all medication renewed c̄ No problems — Reports having severe bi-lateral knee pain. Multiple requests for profiles. | |
| | | PE) HR Reg ~ no edema | |
| | | Muscular: Little slow in rising — slow to start ambulating — | |
| | | Assess: ① Renew Meds | |
| | | ② Renew Profiles | |
| | | ③ Knee Pain — Prob. Arthritis | |
| | | Plan: ① Liquid tears / Ocean Nasal Spray / Albuterol / Aloe HCTZ / Lisinopril / Ranitidine / Simvastatin / Ketorolac ASA / Key lock / Xray knees / OPC / Motrin / Soft Knee Brace | |
| | | Educ: ① Medication Safety | |
| | | Marianne Baker, CRNP | |
| 12/4/07 | S: | Sick call. ⊕ Exacerbation of chronic knee pain. Denies new trauma. States h/o rigorous training while on "special forces military team" | |
| | O: | Alert/NAD VSS | |
| | | Ambulating s̄ difficulty | |
| | | Knees ⊕ edema | |
| | | Ligaments stable | |
| | | Xray — ⊕ mild degenerative ∆s | |
| | A/P | MS Knee Pain / DJD — ① Continue Ibu prn / Mast/Heat | |
| | | ② | |

7113 Rev 03/04



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin     152056 | D.O.B.: 5 16 158 |
|---|---|---|

10-9-7  VS T. 97.9     P 79   SA 98°   BP 140/90     wt. 260

10-15-7  VS T. 98.2 - R20 - P78 - SA 95 92° BP 120/80     wt 260
Ⓢ leg much better + ⊕ — has open wound Ⓛ PA
2.5 × 3.0 cm yellow exc ̄c yellow blood drng —
mild loose feet
Ⓐ wound Ⓛ PA
tinia
Ⓟ Bact DS tab BID × 10 ↓
Lamisil cream BID × 14 ↓
RTC prn

10-22-7  VS T. 98.0  P 76  SA 98 - 98% BP 130/60  R - 18  wt 26?
Ⓢ 2.5 × 2.5 cm open area Ⓛ min pain Ⓛ PA —
exc seems dry — redness ̄c top —
slightly tender
Ⓞ open wound Ⓛ PA
Ⓐ Bact DS tab ̄p BID × 7 ↓
Betad soak BID × 7 ↓
RTC prn
                                                Ⓛ R - 102/50
10-29-07  VS T. 97.9  P 69  SA - 98%  BP 92/64 R-18  wt 260
Ⓢ open wound 1.5 × 1.5 cm Ⓛ PA - 0 ↑ signs infect
↓ pain ̄c prior Ⓡ knee
Ⓐ healed wound Ⓛ PA
Ⓟ cont
RTC cont

60111 (5/85)          **Complete Both Sides Before Using Another Sheet**

PHS0008

| Date/Time | Inmate's Name: | D.O.B.: |

8/6/07
0725 — VS wt 260 T 98⁴ p61 O₂S 96% R 20 118/62 — [signature]

see cc too / NM CRNP

8-27-07 — VS - T-98.5 p.56 SATS 98% R-20 BP 120/80 wt 260

Ⓢ "my back is really hurting me"

Ⓞ ↓ ROM ⊤ gait (fail gance) lower back ⊖ spa—

Ⓐ LBP

Ⓟ Motrin 600mg po BID × 10days
Robaxin 500mg po BID × 10days
RTC PRN [signature]

9/10/07 — VS - T - 97.9 p 46 SATS 99% R-18 BP-138/00 wt 260

Ⓢ "my low back still hurts me & I have a hard time starting my water"

Ⓞ u/A req — sl ↓ Rom Lspine —
Motrin 600mg po BID × 30 day KVO
Repeat 138/110

Ⓟ recheck HCT 2 [signature] Δ ⊗ 9 [signature]

9-17-7 — VS T 98.1 - P63 R18 - SATS 98% — BP 140/90 at 260

Ⓢ "my BP bother me in the back of my neck"

Ⓞ BP 140/50 ↑ — seizure better —
Ped — MAD

Ⓐ Fair regim to NCT 2

Ⓟ cur pain med
RTC 4wks [signature]



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin   152056 | D.O.B.: 5/6/56 |
|---|---|---|

6/2/07
1000

P: 1) Bactrim BID x14 ds
2) DC CTM
3) Saline nasal spray
4) ↑ fluids
5) Antivert for dizziness x5 days
6) Tyl PRN for H/A
7) Artificial Tears
8) 2 wk FU c CRNP — @ FU will consist
1 month of abx, addition of PO steroids
at x-ray (sinus series) if persistent.

_____ M, CRNP

5⁰
PM 8/3/07   To f/c/p re: Need for Antivert wt 260  T 98.1  P 80  R 20  O2sat 99%  BP 128/90
Peak flows - 200-200-280 _____ w/ however can
Pt. c/o Dizziness (Lightheadedness). This
is associated c Nasal congestion & sinus
problems.
Pt. is on saline Nasal spray.

Plan
Renewer saline decongestant spray.
May not need to refill Antivert
when it runs out.

_____ [signature]

60111 (5/85)

**Complete Both Sides Before Using Another Sheet**

PHS0010

| Date/Time | Inmate's Name: | D.O.B.: / / |
|-----------|----------------|-------------|

A: 1) HTN
2) CP
   a) ? W/o CAD
   b) Records from cardiac cath 2003 peg
3) Hyperlipidemia
4) Asthma

P: 1) Conto curnt BP meds
2) Conto NTG SL - annoly recall
3) DC Mevacor — Δ to Zocor 10 mg ½B QHS
   a) goal LDL-C <100
4) Conto CCB
5) Add nasal decgn sprays 3 dys then satis needed prn
6) Artificial tears
7) 2wk RN ĉ CRNP

                 [signature] CRNP

6-20-7  VS: T 98.2 - R 20 - P 65 - sATs 97% - BP 110/70 wt 255

1000  S: Pt to HCU to RN sc 6/21/2 still c/o "sinus problems" described as Bfrontalgia, nasal stuffiness ĉ yellow nasal charge, PND w/ chronic cough, soreĉ maxillary pain ĉ H/A (L maxilly, R maxilly pain) al itchy/watery eyes ⊕ relief w/ OTC nasal decgn Sx x 2 months. Records re: cath 2003 @ bellyes

O: VS,NAD afible. HEENT: @frontal/maxtenderness, B TM's intact w/ ↓ cone of light. PERRLA arcus B. B anterior B nares w/ erytha al edema, but patent. OP: PND lymph, lys, ct A B. COR: S1, S2 ⊕ m/r/g. RRR. ABd: soft, NT, ND, BS⊕

A: 1) Chronic sinusitis(?) exac. by seasonal allergies
2) Asthma     3) HTN

                [signature] CRNP



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin | D.O.B.: 5/16/56 |
|---|---|---|

4/19/07  T 98³ P 70 R-18 BP 135/81

Pt. c/o chronic ® knee pain.
Requests percogesic & soft knee

® Knees - From ; amb/ sits/ stands c ease ;
⊘ edema or effusion ; no acute
injury or trauma

1) Chronic ® knee pain
- Percogesic
- Large soft knee
- ⊘ indication for profiles @ prest
Rtn ī mo / PRN

& Tx prn

5/7/07  pt Scheduled for Eng 5/14/07          (Dr Whl
5/21/07  Temp. 98⁴-82-24 97/70 140/84 wt 189
6⁹⁵  S: Pt. to HU to ƒ/u BP & Cp. Records ⊘ yet
Rcvd re: Cardiac cath 2002 Cp still occasstly w/
activity w/ SOB (since 2003) △ hsx  NTG SL helps.
Also still c/o seasonal allergies - CTM helps - c/o PND, ®
ear fullness w/dizziness, itchy/watery eyes. ⊘ recal artificial
tears.
O: VSS. HEENT: ® Tm's ↓ome ↓ light ⊘PND Nose
erythematous edematous w/ clear nasal drainage. ⊘hyperlymphoid
Lings: CTAB. Cor: S₁S₂ ⊘M/G/R/C. Abd: Benign Ext:
⊘pulses ⊘edema

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY
Date Received: 12/4/07
Time Received: 645A

Print Name: _Calvin Alphonse Lee_          Date of Request: _12-02-07_

ID #: _152056_          Date of Birth: _05-16-1956_  Housing Location: _B-58A_

Nature of problem or request: _I am having major problems with both knees_
_they are locking up and throbbing like a toothache. Can't rest when_
_laying down, sitting are standing. Facial Area tender_

I consent to be treated by health staff for the condition described.

_Calvin G. Lee_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _____
   Initials          Referred to: (Circle ONE)
NSC   (Mid-level SC)   Physician SC   MH   Dental
Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: _Knee pain. Knees locking ↑ x 7 months_

_51 yo Bm c̄ Hx HTN, Orthoscopic Surgery both knees 2001_

Objective: BP _140/72_ T _98.5_ P _86_ R _18_ Wt _260_

_A+O x 3. Resp. Reg c̄ ease. VS WNL NAD_
_X-Ray show mild degenerative changes._

Assessment: _Alt. in comfort r/t abve_

Plan: _See PP_

☐   Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Signature & Title: _Adams, LPN_          Date: _12/4/07_   Time: _645A_

**CORRECTIONAL MEDICAL SERVICES**
HEALTH SERVICES REQUEST FORM



FOR MEDICAL USE ONLY

Date Received: _____
Time Received: _____

Print Name: _Calvin A Lee_ _____ Date of Request: _11-27-07_

ID #: _152056_ Date of Birth: _3-16-54_ Housing Location: _B-58 A_

Nature of problem or request: _Need prescribed Medication Renewed_

I consent to be treated by health staff for the condition described.

_Calvin Lee_
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _____ Referred to: (Circle ONE)
Initials

NSC   (Mid-level SC)   Physician SC   MH   Dental
Other: _____

**HEALTH CARE DOCUMENTATION**

Subjective: _Need my meds renewed. Came back from FLYC_

_S/40 BRMc c̄ HX HTN, Hyperlipidemia, Asthma, InH therapy - last ⊕ PPD_
_Dizziness          Completed_

Objective: BP _140/82_ T _98.3_ P _76_ R _18_ Wt _260_

_A+O X3. Resp. Neg c̄ ease VS WNL NAD._

Assessment: _Alt. in comfort r/t above statement_

Plan: _See NP_

☐       Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable)  (Mid-level)   Physician   MH   Dental   Other: _____

Signature & Title: _D. Graves, LPN_ _____ Date: _1-28-07_ Time: _0630A_

PHS0014

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

| RECEIVED: Inmate/Health Record | RELEASED: Inmate/Health Record | ALLERGIES: |
|---|---|---|
| Institution: _Kilby_ | Institution: _____ | _Demerol_ |

Date: _11/19/07_ Time: _9:00_ AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital
_Frank Lee_

RECEIVING MEDICAL STATUS
- [x] Population
- [ ] Infirmary
- [ ] Isolation

RELEASED: Inmate/Health Record
Institution: _____    Date: _____ Time: _____ AM/PM

RELEASE FROM:
- [ ] Infirmary
- [ ] Population
- [ ] Other
- [ ] Segregation
- [ ] Mental Health

RELEASE TO:
- [ ] DOC
- [ ] Infirmary
- [ ] Mental Health

Institution/Work Release Center/Free-World Hospital

PHYSICAL EXAMINATION
Date of last exam: _____
Chest X-Ray Date: _____ Result: _____
PPD Reading _____
Classification: _____
Limitations: _____

| LAB RESULTS - - LAST REPORT | Date | Normal | Abnormal | | YES | NO | |
|---|---|---|---|---|---|---|---|
| CBC | ____ | [ ] | [ ] | Wears Glasses/Contacts | [ ] | [x] | |
| Urinalysis | ____ | [ ] | [ ] | Dental Prosthesis | [ ] | [x] | |
| | | | | Hearing Aide | [ ] | [x] | |
| | | | | Other Prosthesis | [ ] | [x] | Recieving Nurse |

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
HTN    Hyperlipidemia    Dizziness
Asthma

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
QVAR 80mg ї puffs Bid KOP
Motrin 600mg ї po Bid x 30d   thru 12/2/07
Albuterol Inhaler ії puffs Qid   thru 1/8/07
NTG 0.4mg Sl ї tabg 5min x 3 dose PRN chest pain thru 1/8/07
Nasal Decongestant Spray Qid PRN x 30 days thru 12/2/07

| MEDICATIONS | | |
|---|---|---|
| MEDICATIONS | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| X-RAY FILM | [ ] Sent w / inmate | [ ] Not sent w / inmate |
| HEALTH RECORD | [ ] Sent w / inmate | [ ] Not sent w / inmate |

Released to: _____
Date: _____ Time: _____ AM/PM

| MEDICATIONS | [x] Received | [ ] Not Received |
|---|---|---|
| X-RAY FILM | [ ] Received | [ ] Not Received |
| HEALTH RECORD | [x] Received | [ ] Not Received |
| CHART REVIEWED | [x] YES | [ ] NO |

Received by: _Pam Blackley RN_
Signature of Receiving Nurse
Date: _11/19/07_ Time: _9:00_ AM/PM

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)
- [ ] Medical
- [ ] Dental
- [ ] Mental Health

NURSING ASSESSMENT (SENDING NURSE) (Noted from health record documentation)

HISTORY
| | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

STATUS
| | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE) (Noted from inmate assessment)

SKIN
| | Yes | No |
|---|---|---|
| Open Sores | | [x] |
| Lice | | [x] |
| Edema | | [x] |
| Warm & Dry | [x] | |
| Cool & Moist | | [x] |

CONDITION
| | | |
|---|---|---|
| Alert | [x] | |
| Oriented | [x] | |
| Uncooperative | | [x] |
| Depressed | | [x] |

INTAKE
Sick Call Procedures Explained _Yes_
Height _5'11"_
Weight _260 lbs_
Blood Pressure _135/86_
Temperature _98.6_
Pulse Resp. _98/20_
Other _____

_Pam Blackley RN_
Signature of Nurse Completing Assessment (Sending Nurse)
_11/19/07_
Date

Signature of Intake Screening Nurse (Receiving Nurse)    Date

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 5/16/66 | BM | Kilby |

PHS-MD-70009    (White - Medical Jacket  Yellow - Transfer Coordinator)

PHS0015

Prison Health Services
**Inmate Informal Grievance**

NAME: *Calvin A. Lee*   AIS #: *152056*   UNIT: *F.L.W.R.*   DATE: *11-08-07*

**PART A—Inmate Complainant**

Knees are exstremely worsen I have filed medical complaint about them, 3 week's ago. Only to be told that nothing can be done until they are x-rayed. I can hardly get up and down I need to be seen immediately. Are taken to and outside phsician.

*Cpt. _____ 11/8/07*

INMATE SIGNATURE: *Cal Lee*

**PART B –RESPONSE**     DATE RECEIVED: *11/12/07*

He ordered a (R) Knee Xray on 10/29/07. He X-ray changer has been done. Will see c doctor to try to see why Xray not done yet

MEDICAL STAFF SIGNATURE

DATE: *11/12/07*

If resolution has not occurred and you wish to file a formal grievance you may request a grievance form from the Health Services Administrator. Return the completed grievance form to the Health Service Administrator.

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII  Problems with Medication | | ☐ | ☐ |
| III  Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII  Request to be seen | | ☐ | ☐ |
| IV  Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | | ☐ | ☐ |
| V  Conduct of Healthcare Staff | ☐ | ☐ | X  Other | | ☐ | ☐ |

11/03 - Alabama

PHS0016

Correctional Medical Services

Inmate Transfer Out of System

Transferred From: DRAPER

Transferred to: Kilby

Inmate Name Lee Calvin

ID Number 152 056

Date of Birth 5-16-56

Acute Problems: ☐ None Known ☐ List

Chronic Problems: ☐ None Known ☐ List   HTN, Hyperlipidemia, Asthma, Dizziness

Acute Mental Health Problems ☐ None Known ☐ List

Chronic Mental Health Problems ☐ None Known ☐ List

Acute Dental Health Problems ☐ None Known ☐ List

Chronic Dental Health Problems ☐ None Known ☐ List

Date last TB Screening and results

Following up 9/18/07 0mm    ☐ None Indicated ☐ List

Known suicide attempts or ideation    ☐ None Indicated ☐ List

**Current Medications**

Medication Allergies: ☐ None Indicated ☐ List   Demerol

| Medication/Dose | Frequency/Duration | Last time taken | # of pills sent |
|---|---|---|---|
| Motrin 600mg PO BID x 30 days | | | |
| NASA 1 depone starts spray x 30 days | | | |
| NTG 0.4 SL x 90 days | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Prepared by (Signature and Title) M Sanderson APN

Date 11/9/07    Time 6:30p

6/03

CMS



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_   Date of Request: _11-16-07_
ID # _182086_   Date of Birth: _05-16-56_ Location: _F.L.W.R_
Nature of problem or request: _____

_Knee problem worsen haven't had X-Ray that was scheduled 1month ago. Need Refill on prescribed medication._

_Calvin Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

┌─────────────────────────────┐
│           RECEIVED          │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘

**(S)ubjective:** _Had X-ray today 11-19-07 Needs meds renewed ect BP meds Nasal spray_

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
         Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_    Date of Request: _11/15/07_
ID # _152056_    Date of Birth: _05/10/56_  Location: _F.L.W.C._
Nature of problem or request: _Need all Medication Renewed. Prescribed and_
_other. Lique Tears, 12 Hour Nasal Decongustant spray, Hydrochlorothiazide 50mg_
_Lisinopril 10mg, Ranitidine HCl 300mg, Simvastatin 10mg, Metoprolol_
_Tortrate 50mg, Nitro-Quick, Proventhol Ighalen, Mentin, need x-ray on Knees_
_Shaving profile - Renewal,_    _Cal G. Lee_
                                        _Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _11/16/07_
Time: _7_ AM PM
Allergies: _____

(S)ubjective:

| RECEIVED |
| --- |
| Date: _11/15/07_ |
| Time: _915p_ |
| Receiving Nurse Intials _SM_ |

(O)bjective    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

(A)ssessment:

(P)lan:

Refer to:    MD/PA   Mental Health    Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0019



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_       Date of Request: _Nov. 02, 2007_
ID # _152056_       Date of Birth: _05-16-56_  Location: _F.L.4.C._
Nature of problem or request: _Right Knee is weak and very sore. Also it is Locking-up. causing me to limp when walding, and the knee is going out causing me to trip and fall. It has been in this condition for the past 10 day's_

_Calvin Lee_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _11/6/07_
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│        RECEIVED             │
│ Date: _11/2/07_            │
│ Time: _10/1_               │
│ Receiving Nurse Intials _Y_ │
└─────────────────────────────┘

(S)ubjective: _waiting for x-ray to be taken - Does not want to see DOY st_

(O)bjective    (V/S):   T: _____    P: _____    R: _____    BP: _____    WT: _____

(A)ssessment:

(P)lan:

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
                                CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )      No ( )
                Was MD/PA on call notified:    Yes ( )      No ( )

_____
                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1002   (1/4)

PHS0020

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee___ _Calvin_
                Last        First

Inmate Number: _152056_

Date of Birth: _5_ _16_ _56_ _MI_
                MM   DD   YYYY

Date of Report: _10_,_23_,_07_
                 MM   DD   YYYY

Time Seen: _7:50_ AM/**PM** Circle One

**Subjective:**  Chief Complaint(s): Rt. Knee pain

Onset: 4-5 days ago

Brief History: Never Had arthroscope on Knee
(Continue on back if necessary)   in 2001 - Told had meniscus tear
now with flare up of discomfort

□ Check Here if additional notes on back

**Objective:**  Vital Signs: (As Indicated) T: 97⁶ P: 84 RR: 18 B/P: 108 / 70

Examination Findings: No Swelling noted - flexion
(Continue on back if necessary) + extension ē difficulty -
Stated

**Assessment: (Referral Status)**     Preliminary Determination(s): Alt Comfort
□ Check Here if additional notes on back

□ Referral **NOT REQUIRED**

□ Referral **REQUIRED** due to the following: (Check all that apply)
   □ Recurrent Complaint (More than 2 visits for the same complaint)
   □ Other: _____

10/24/07
See orders
[initials]

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:**  Check All That Apply:
□ Instructions to return if condition worsens.
□ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. □ YES □ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: Motrin 600mg po Bid prn x 5 days
   (Describe)
OTC Medications given ☒ NO □ YES (If Yes List): _____

Referral: □ NO ☒ YES (If Yes, Whom/Where): CRNP          Date for referral 10 23 07
Referral Type: ☒ Routine □ Urgent □ Emergent (if emergent who was contacted?): _____    MM DD YYYY
                                                                                    Time _____

x _C Gardner Rn_          Name: _C Gardner RN_
     Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_    Date of Request: _10-21-07_

ID # _158056_    Date of Birth: _05 16 56_    Location: _F.L. 4p C_

Nature of problem or request: _Severe Knee pain Right Knee Locking-up_
_Very Sore limp when walking_

_Cau Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| --- |
| Date: 10/22/07 |
| Time: 9.51pm |
| Receiving Nurse Intials _AS_ |

**(S)ubjective:**    See next tool Cynthia

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**                  10/24/07
                          See next
                          RN

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)

PHS0022



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_    Date of Request: _10-17-07_
ID # _152056_    Date of Birth: _05-16-56_ Location: _F.L.Y.C._
Nature of problem or request: _Right Knee very sore. Allergy Problems need Benitlayl and pain-Reliver, Runny nise, Sneezing, sore throat, fever sweating, sore in nise._

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/19/07_
Time: _5:25_ (AM) PM
Allergies: _Demerol_

| RECEIVED |
| --- |
| Date: _10-19-07_ |
| Time: _9:56_ |
| Receiving Nurse Intials _JJ_ |

**(S)ubjective:** _Need reorder of Motrin and allergies_

**(O)bjective**  **(V/S):** T: _97.3_   P:       R:        BP:         WT: _260_

**(A)ssessment:**

_10/19 (s)_
_see next_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0023

**PHS**

## Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Alabama Department of Corrections

Patient Name: _Lee_                    _Calvin_
                          Last                      First

Inmate Number: _152 056_        Date of Birth: _05_ / _16_ / _1956_
                                                          MM   DD    YYYY

Date of Report: _10_ / _19_ / _2007_        Time Seen: _5:25_    (AM) PM  Circle One
                      MM    DD    YYYY

<u>Subjective</u>:  Chief Complaint(s): _Need reorder of Motrin. My allergies are_
                  Onset _acting up._

Brief History: _____
(Continue on back if necessary)
_____
_____
_____
                                                      ☐ Check Here if additional notes on back

<u>Objective</u>:  Vital Signs: (As Indicated)  T:_____  P: _70_  RR: _20_  B/P: _/ 260_

Examination Findings: _C/O continuous pain to (R) knee. ⊘ swelling noted. ⊘_
(Continue on back if necessary)
_prior injury. Was treated c̄ Motrin. Also c/o allergies runny nose,_
_sore throat, sneezing. ⊘ redness noted to throat. ⊘ coughing, sneezing_
_or runny nose noted._
                                                      ☐ Check Here if additional notes on back

<u>Assessment: (Referral Status)</u>    Preliminary Determination(s): _____
     ☑ Referral <u>NOT REQUIRED</u>

     ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply) _____
          ☐ Recurrent Complaint (More than 2 visits for the same complaint)
          ☐ Other: _____  _10/19/07_
                                           _/80_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan</u>:  Check All That Apply:
     ☑ Instructions to return if condition worsens.
     ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
     ☐ Other: _____
               (Describe)
OTC Medications given  ☐ NO  ☑ YES (If Yes List): _Motrin 600mg PO BID x 5 day CTM 8mg po BID_
                                                          _x 5 day_
Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: __/__/__
                                                                              MM  DD  YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?)_____  Time _____

X _A. Long LPN_                    Name: _A. LONG LPN_
      Nurse's Signature                              Printed

PHS0024

Facility: Staton Correctional Facility

Patient Name: _Lee_ (Last)    _Calvin_ (First)    (MI)

Inmate Number: _152056_

Date of Report: _10_ _9_ _07_ (MM DD YYYY)    Date of Birth: _5_ _16_ _56_ (MM DD YYYY)

Time Seen: _800_    AM / (PM) Circle One

**Subjective:** Chief Complaint(s): _Inmate c/o backpain for 3 days / Athletesfoot_

Onset: _____ ✓

☑ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) _10_    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant    Numbness: ☑ No ☐ Yes

Location of Pain: ☑ Lower back (Neck / mid back / low back)    Radiation of pain: ☑ No ☐ Yes to: _____

History: _Was lifting weak cars and hurt his back._
(Continue on back if necessary)

Associated symptoms: Pain on urination? ☑ No ☐ Yes    Nausea ☐ No ☑ Yes    Vomiting ☑ No ☐ Yes (x
        Increased urination? ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes    ☐ Check Here/additional notes on back

**Objective:** Vital Signs: (If Indicated) T: _97.6_ P: _65_    RR: _21_    B/P: _122 / 90_

Back Exam: ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☑ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☑ Weakness of extremities ☐ Foot drop ☐ Other:

Elaborate positive findings: _Ambulate c steady gait. Able to flex both_
_Knees up. Unable to bend from waist down. No c/o tender to back._

Lower extremities: ☑ Normal    ☐ Abnormal (Describe): _small break in skin under (R) foot_
Pedal pulses: ☑ Present    ☐ Absent    _c white dry skin noted_    ☐ Check Here if continued on back

☐ Additional Examination: _Skin warm/dry to touch. ⊘ Edema. c/o nausea_
(Continue on back if necessary)
_____ _no distress noted. standsect_    ☐ Check Here if continued on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☑ Referral **NOT** Required

☐ Referral **Required** due to the following: (Check all that apply)
    ☐ Loss of sensation        ☐ Presence of RBCs from dipstick
    ☐ Prior malignancy        ☐ Presence of WBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Plan:**
Check All That Apply: ☑ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain    ☐ Education about stretching and back exercises.    ☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up.    ☐ YES    ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
☑ Cold Compress (Acute injury)    ☑ Warm Compress
☐ OTC Medications given    ☐ NO    ☑ YES (If Yes List) _A&C Cream & Motrin/Cong. 200 B.I.D x5day_

Referral: ☑ NO    ☐ YES (If Yes, Whom/Where): _____    Date for referral _10-09-07_ (MM DD)

Referral Type: ☑ Routine    ☐ Urgent    ☐ Emergent (if emergent who was contacted?): _____    Time: _8_

X _M. Sanders_ (Nurses Signature)    Name: _M. Sanders, LPN_ (Printed)



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name _Calvin A. Lee_ Date of Request: _10-08-07_
ID # _132056_ Date of Birth: _05-16-56_ Location: _F. LAY/C_
Nature of problem or request: _Seariously pulled muscle on left-side_
_Lower Back. Injured lifting was to cons. need buy-in and_
_something for pain and flexibility. Can hardly get up and down in_
_bed turning over is very painful. Athlete feet, need foot cream._
_____Cal. A. Lee_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _10-8-07_
Time: _9:41_
Receiving Nurse Intials _X_

**(S)ubjective:**

_See Next_
_Pool Saunders_
_10/9/07_

**(O)bjective    (V/S):  T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:     Yes ( )     No ( )
        Was MD/PA on call notified:     Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLE-1002  (1/4)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_     Date of Request: _10-07-07_
ID # _152056_     Date of Birth: _05-16-1956_ Location: _F.L.4.C_
Nature of problem or request: _Pulled muscle in Left side, lower back_
_Athlete' feet need fungis cream_

_Cal Lee_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 10-8-07
Time: 9am
Receiving Nurse Intials ___

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )     No ( )
        Was MD/PA on call notified:   Yes ( )     No ( )

_SIGNATURE AND TITLE_

WHITE:     INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0027



Nursing Evaluation Tool:      <u>General Sick Call</u>

Facility: BBB

Patient Name: _Lee_ (Last)     _Calvin_ (First)

Inmate Number: _152056_     Date of Birth: _5_ MM / _16_ DD / _56_ YYYY

Date of Report: _10_ MM / _4_ DD / _07_ YYYY     Time Seen: _205_ AM / PM Circle One

---

**Subjective:** Chief Complaint(s): _my face has gotten real irritated_

Onset: _One week_

Brief History: _____
(Continue on back if necessary)

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.5_ P: _68_ RR: _20_ B/P: _138_ / _88_

Examination Findings: _Bumps noted to face and neck,_
(Continue on back if necessary)
_Ø redness  Ø edema , Ø drainage noted,_
_sneezing itchey throat Ø redness Ø edema noted_
_Ø S/S of acute distress noted_

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)* Preliminary Determination(s): _____

☑ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)

_10/4/07_
_20_
    ☐ Other: _____

_____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)
OTC Medications given  ☐ NO  ☑ YES (If Yes) List: _all orders – renew Benadryl & Tylenol_

Referral: ☑ NO  ☐ YES (If Yes, Whom/Where): _____ Date for referral: __ MM / __ DD / __ YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _S. Taylor_ Nurses Signature     Name: _S Taylor, LPN_ Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_ Date of Request: _09-29-07_
ID # _152056_ Date of Birth: _05-16-56_ Location: _F.L.Y.C._
Nature of problem or request: _Need No shaving profile face has become infected with ingrown hair's face is sore and irritated. Shaving with razor worsen the problem, Cold Sore on upper Lip_

_Calvin G. Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _10/4/07_
Time: _2:05_ AM/PM
Allergies: _Demonal_

RECEIVED
Date: _10-2-07_
Time: _2:00_
Receiving Nurse Intials _ty_

**(S)ubjective:**

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**                    _10/4/07_
                              _See next_
                              _(ty)_

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment         Return to Clinic PRN
                                          CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
         If Emergency was PHS supervisor notified:    Yes ( )    No ( )
                   Was MD/PA on call notified:    Yes ( )    No ( )

_____
                              *SIGNATURE AND TITLE*

WHITE:     INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0029



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonsis Lee_     Date of Request: _10/03/07_
ID # _152056_          Date of Birth: _05/10/56_  Location: _F.L.C.C._
Nature of problem or request: _Would Like to Continue the Benedryl and_
_Tylenol. Sore throat, Sneezing, itching, running eyes, Also could I_
_get something for Athlete's foot_

_Calvin Lee_
                                      *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _10/4/07_
Time: _2:05_ AM PM
Allergies: _Demaal_

```
┌─────────────────────────────┐
│         RECEIVED            │
│  Date: 10/3/07              │
│  Time:                      │
│  Receiving Nurse Intials    │
└─────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective** **(V/S):** **T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**

**(P)lan:**
                            _10/4/07_
                            _See next_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                    Was MD/PA on call notified:   Yes ( )     No ( )

_____
                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0030

Inmate Respiratory Complaints

Facility: BBB

Patient Name: _Lee_ _Calvin_
                First

Inmate Number: _152056_    Date of Birth: _5 / 16 / 56_
                                            MM   DD    YY

Date of Report: _9 / 28 / 07_    Time Seen: _9:10_ (AM) PM Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): ☒ Runny/Stuffy Nose ☒ Sneezing ☒ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
(Check All That Apply)

☐ Malaise ☐ Earache  Cough: ☐ No ☒ Yes: ☐ Non-productive ☒ Productive: (sputum description): _____

☒ Other: _"sputum chokes me"_

Onset: _1 week ago_

History: _HTN, Hyperlipidemia, Asthma_
(Continue on back if necessary)                                                    ☐ Check Here if additional notes on back

History of Asthma: ☐ No ☐ Yes    Cardiac/CHF history: ☐ No ☐ Yes    History of HIV Disease: ☐ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _98_ P: _52_ RR: _20_ B/P: _136 / 80_

Eyes: ☒ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes: _____

Nose: Congestion: ☐ No ☒ Yes  Drainage: ☐ No ☒ Yes: _____

|                          | Right | Lung sounds: | Left |
|--------------------------|-------|--------------|------|
| Clear                    | ☐     |              | ☐    |
| Diminished               | ☐     |              | ☐    |
| Crackles                 | ☐     |              | ☐    |
| Rhonchi                  | ☐     |              | ☐    |
| Wheezing                 | ☐     |              | ☐    |

Throat examination: ☒ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☒ Normal ☐ Enlarged Lymph Nodes

☒ Additional Examination: _∅ SOB noted, Nasal congestion noted_
(Continue on back if necessary) _Throat pink ∅ edema noted, Resp c ease, ∅ S/S of_
                                                                    ☐ Check Here if continued on back _acute distress noted_

**Assessment:** (Referral Status)    Preliminary Determination(s): _Has appt 10-8-07_
☒ Referral **NOT** Required

_noted on tracker_ ☐ Referral **Required** referral due to the following: (Check all that apply)
                    ☐ Abnormal Vital Signs    ☐ Inability to swallow    ☐ Significant shortness of breath    ☐ Recurrent Complaint (More than 2 visits)
                    ☐ Abnormal Lung exam    ☐ Significant Wheezing which does not improve with inhaler    ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☒ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _Request to refill Nasal Decongestant spray_
(Describe)

☐ OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☒ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: _/ /_
                                                                          MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _S. Taylor LPN_    Name: _S. Taylor LPN_
   Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonso Lee_    Date of Request: _09-27-07_
ID # _152056_    Date of Birth: _06-16-56_ Location: _F.L.4.C_
Nature of problem or request: _Very congested in head and nostril Area, Choking_ _and can't breath out of nose. Has asmothia and can't sleep at night_ _because of congestion. Problem has occurred over and over for the_ _last 3 year's. Sneezing and sore throat vomiting_

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/28/07_
Time: _9.10_ (AM) PM
Allergies: _Demerol_

| RECEIVED |
|---|
| Date: _9/27/07_ |
| Time: _10:30p_ |
| Receiving Nurse Intials _S_ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002    (1/4)

PHS0032

# Nursing Evaluation Tool:   Upper Respiratory Complaints

Facility: BBB

Patient Name: ___Lee_____ ___Calvin_____ ___
                  Last                First              MI

Inmate Number: __150056__          Date of Birth: _05_ / _16_ / _1956_
                                                   MM    DD    YYYY

Date of Report: _09_ / _10_ / _07_   Time Seen: _511_   AM /(PM) Circle One
                 MM    DD   YYYY                      HH  MM

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose  ☑ Sneezing  ☑ Sore Throat  ☐ Swollen Glands  ☐ Headache  ☐ Fever
(Check All That Apply)

☐ Malaise  ☐ Earache  Cough: ☐ No  ☐ Yes: ☐ Non-productive  ☐ Productive: (sputum description): _____

☐ Other: _____

Onset: _____

History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☐ No  ☐ Yes      Cardiac/CHF history: ☐ No  ☐ Yes      History of HIV Disease: ☐ No  ☐ Yes

**Objective:** Vital Signs: (If Indicated)  T: _98_  P: _80_  RR: _18_  B/P: _140_ / _90_

Eyes: ☐ Clear  ☐ Watery  ☐ Injected (red)  Drainage: ☐ No  ☐ Yes: _____

| Nose: Congestion: ☐ No ☑ Yes   Drainage: ☐ No ☑ Yes: _____ | Lung sounds | Right | Left |
|---|---|---|---|
| | Clear | ☑ | ☑ |
| Throat examination: ☐ Normal  ☐ Red  ☐ Enlarged tonsils  ☐ Edematous | Diminished | ☐ | ☐ |
| | Crackles | ☐ | ☐ |
| Neck: ☐ Normal  ☐ Enlarged Lymph Nodes | Rhonchi | ☐ | ☐ |
| | Wheezing | ☐ | ☐ |

☐ Additional Examination: _muc membrane pinka moist  skin warm & dry_
(Continue on back if necessary)  _S× Resp ↑ ease  Ø s/s of acute distress._

☐ Check Here if continued on back

**Assessment: (Referral Status)**           Preliminary Determination(s): _____

☐ Referral NOT Required

☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs     ☐ Inability to swallow     ☐ Significant shortness of breath     ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam     ☐ Significant Wheezing which does not improve with inhaler     ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake      ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

_9/26 lin_           ☐ Other: _____
_pm ↑ m_                        (Describe)
_@ next_
_appt._      ☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List): _CTm  Tylenol × 3 days_

(SO) Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _Adams crnp/ Guice_   Date for referral: _9_ / _19_ / _2007_
                                                                                          MM   DD   YYYY
Referral Type: ☐ Routine  ☑ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _J. Woodland  LPN_          Name: _S. Woodard_
       Nurses Signature                    Printed

PHS0033



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_     Date of Request: _09-18-07_
ID # _152056_     Date of Birth: _05-16-56_   Location: _F.L 4.C._
Nature of problem or request: _Stuffy Head, running nose zothing throat_
_Sneezing sure-eyes. Need 12 Hour Nasal-spray and Benadryl_
_severe Headache,_

_Cal G. Lee_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _9·18·07_
Time: _9:30_
Receiving Nurse Intials _g_

**(S)ubjective:** _See Next 100 9-19-07_

**(O)bjective**   **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
         Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0034

Back Pain

Facility: Staton Correctional Facility

Patient Name: Calvin, Alphonse Lee    Lee, Calvin Alphanso.
                    Last                 First       MI

Inmate Number: #152056.    Date of Birth: 05 , 16 , 56 . MM DD YY

Date of Report: 09 , 12 , 2007    Time Seen: 430   AM / PM  Circle One
             MM DD YYYY

**Subjective:** Chief Complaint(s): "I have been hurting in my back for awhile"
"I also need my meds refilled."

Onset: ☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10)  "10"    Type: ☒ Sharp  ☐ Dull  ☐ Intermittent  ☒ Constant    Numbness: ☒ No  ☐ Yes

Location of Pain: lower back    Radiation of pain: ☒ No  ☐ Yes to:
        Neck / mid-back / low back

History:
(Continue on back if necessary)

                                                           ☐ Check Here additional notes on back
Associated symptoms: Pain on urination?  ☒ No  ☐ Yes    Nausea ☒ No  ☐ Yes    Vomiting ☒ No  ☐ Yes (x
         Increased urination?  ☒ No  ☐ Yes    Pain with cough/breathing? ☒ No  ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 98.6  P: 80    RR: 20   B/P: 130 / 90

Back Exam:  ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☒ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other:
Elaborate positive findings: ROM limited unable to bed 30°

Lower extremities: ☒ Normal    ☐ Abnormal (Describe):    ☐ Check Here if add'l anomalies on back
Pedal pulses: ☒ Present  ☐ Absent

☐ Additional Examination:
    Continue on back if necessary)

**Assessment: (Referral Status)**    ☐ Check Here if continued on back
  ☐ Referral NOT Required    Preliminary Determination(s):
  ☒ Referral Required due to the following: (Check all that apply)
    ☐ Loss of sensation  ☐ Presence of RBCs from dipstick  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Prior malignancy  ☐ Presence of WBCs from dipstick
    ☐ Other:

9/12 c/o pain to lower R
calf & cord
cord

**Plan:**
Check All That Apply:  ☐ Work and recreation restrictions x 72 hours
☒ Education on avoiding back pain  ☐ Education about stretching and back exercises  ☒ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding that they should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:  F/U appt. needed.
    (Describe)
☐ Cold Compress (Acute injury)    ☒ Warm Compress
☒ OTC Medications given  ☐ NO  ☐ YES (If Yes List: motrin BID x 3 days,
                          600mg.
Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): Dr. Corb.    Date for referral: 9 , 13 , 2007
                                                          MM DD YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?):    Time

x  I. Baires, LPN.    Name: I. BAIRES, LPN.
   Nurse's Signature                      Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_ ___ Date of Request: _09/09/07_
ID # _152056_ _____ Date of Birth: _05-16-1956_ Location: _F.L.4.C._
Nature of problem or request: _Continuing Problems with Right side and Lower_
_Back. Seems as if internal Organs are stopped-up are not functioning_
_very painful. Laying down, turning over can hardly get-up, out of Bed just_
_stay stiff, when lying, sitting, standing. Muscle Relaxer aren't solving Problem_
_Constantly in Pain._
_____ _Calvin Lee_
_____ Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _9/10/07_
Time: _420_ AM (PM)
Allergies: _NKDA_

RECEIVED
Date: _9/9/07_
Time: _6:00 P_
Receiving Nurse Initals _S_

**(S)ubjective:** _"I've been suffering with my back for awhile"_
_"I need my meds refilled"_

**(O)bjective:** (V/S): T: _98.6_ P: _80_ R: _20_ BP: _130/90_ WT: _260#_

**(A)ssessment:** _ROM limited unable to bed @ waist x 30°._

**(P)lan:** _MD to see pt on F/u appt. 9/11/07 or 9/12/07._

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
   If Emergency was PHS supervisor notified:     Yes ( )    No ( )
   Was MD/PA on call notified:     Yes ( )    No ( )

_9/11/07_
_see not_
_f/u_ ___ _C. Ries rn /PHS._
_____ *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0036



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_  5/16/56    Date of Request: _05-02-07_
ID # _152056_    Date of Birth: _05-06-56_ Location: _F.L.Y.C_
Nature of problem or request: _Need Refill on all Medication_
_12-Hour Nasal Decongestant, Liqui Tears, Nitroglycerin,_
_Lisinopril 10 mg, simvastatin 10 mg, Aspren EC 81 mg, Ranitidine_
_HCl 300mg, Metoprolol Tartrate 50 mg. Also need to reorder Back Medica_
_Also (2) Inhaler's Abuterol_                                              _Calvin Lee_
_And proventrol_          **DO NOT WRITE BELOW THIS LINE**    Signature

Date: _9/10/07_
Time: _430 P_  AM (PM)
Allergies: _NKDA_

| RECEIVED |
| --- |
| Date: _9/9/07_ |
| Time: _6:00 p_ |
| Receiving Nurse Initials _S_ |

**(S)ubjective:** _"I Need refill"_

**(O)bjective**  (V/S): T: _98.6_  P: _80_  R: _20_  BP: _130/70_  WT: _260_

**(A)ssessment:** _Need refill a meds._

**(P)lan:** _MD to Assess. F/U need a 9/11/07_

Refer to: (MD/PA) Mental Health  Dental  Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_L. Bies_ RN/PHS.
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0037



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_ Date of Request: _8-31-07_
ID # _15-2056_ Date of Birth: _5-16-66_ Location: _F.L.YiC_
Nature of problem or request: _Severe Back Problems, Medicetion is not_
_doing any Releif. Request to be returned to Specialist_

_____
Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
| Date: _9-1-07_ |
| Time: _726pm_ |
| Receiving Nurse Intials _MS_ |

(S)ubjective: _Please make appt for 9-10-07_

(O)bjective  (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

(A)ssessment:

(P)lan:

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

PHS0038

Facility: Staton Correctional Facility

Patient Name: _Leo_ _____   _Calvin_ _____
                  Last                    First              MI

Inmate Number: _152056_        Date of Birth: _5 / 16 / 56_
                                                MM   DD   YYYY

Date of Report: _8 / 29 / 07_   Time Seen: _1:55_ AM / **PM** (Circle One)
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): _Lower back is locking up_

Onset: _2 weeks ago_
☐ New onset   ☑ Chronic condition exacerbation

Pain Scale: (1-10) _8_   Type: ☑ Sharp ☐ Dull ☐ Intermittent ☑ Constant   Numbness: ☐ No ☑ Yes

Location of Pain: _mid ½ back_   Radiation of pain: ☐ No ☑ Yes to: (R) leg
(Neck / mid back / low back)

History: _HTN, Back injury in 1980, Hyperlipedemia_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?   ☐ No ☐ Yes   Nausea ☑ No ☐ Yes   Vomiting ☑ No ☐ Yes ☑
                     Increased urination?   ☐ No ☐ Yes   Pain with cough/breathing? ☐ No ☐ Yes

**Objective:** Vital Signs: (If indicated) T _98.9_ P _72_ RR _20_ B/P _138 / 86_

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:
Elaborate positive findings: _walks ē slight limp to (R) Able to_
_stand bend over and touch toes_

☐ Check Here if add'l examples on back

Lower extremities: ☑ Normal   ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present   ☐ Absent

☑ Additional Examination: _I/M walked ē assistance to and_
(Continue on back if necessary) _from sick call_

**Assessment:** (Referral Status)
☑ Referral **NOT** Required          Preliminary Determination(s): _____

☐ Check Here if continued on back

☐ Referral **Required** due to the following: (Check all that apply)
    ☐ Loss of sensation       ☐ Presence of RBCs from dipstick
    ☐ Prior malignancy        ☐ Presence of WBCs from dipstick   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other:

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
_8/29/07_  ☑ Education on avoiding back pain ☑ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
_RT_       ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
           well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
           ☑ Other: _I/M is on Motrin_
           (Describe)
           ☐ Cold Compress (Acute injury)   ☐ Warm Compress
           ☐ OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral ☑ NO ☐ YES (If Yes, Whom/Where): _____      Date for referral: _ / / _
                                                                                  MM DD YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _S. Taylor_                           Name: _S. Taylor, LPN_
   Nurses Signature                            Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin ALPHense Lee_   Date of Request: _08-24-07_
ID # _152056_                      Date of Birth: _05-16-56_   Location: _F.L. 4.C_
Nature of problem or request: _Having severe Back problems, Pain and numbness_
_in legs, can hardly get-up and down, very stiff, movement very_
_painful_

_Cal Lee_
                                              *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _8-29-07_
Time: _1:55_ AM (PM)
Allergies: _Demerol_

> RECEIVED
> Date: _8-27-07_
> Time:
> Receiving Nurse Intials ___

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

see note
8/29/07
RN

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
                    *SIGNATURE AND TITLE*

Facility: Staton Correctional Facility

Patient Name: _____ Lee _____ Calvin _____
                        Last                First

Inmate Number: 152056          Date of Birth: 5 / 16 / 57
                                              MM   DD   YYYY

Date of Report: 8 / 20 / 07    Time Seen: 12:50 AM / PM Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): I aggravated an old back injury

Onset: 5 days ago
☒ New onset   ☐ Chronic condition exacerbation

Pain Scale: (1-10) 8   Type: ☐ Sharp ☐ Dull ☐ Intermittent ☒ Constant   Numbness ☒ No ☐ Yes
Location of Pain: ℞ L back   Radiation of pain: ☒ No ☐ Yes to: _____
Neck / mid-back / lower back

History: HTN, Back injury from fall in appx 1980
(Continue on back if necessary)

Associated symptoms: Pain on urination? ☐ No ☒ Yes   Nausea ☒ No ☐ Yes   Vomiting ☒ No ☐ Yes (x
☐ Check Here additional notes on back
Increased urination? ☐ No ☒ Yes   Pain with cough/breathing? ☐ No ☒ Yes

**Objective:** Vital Signs: (If Indicated) T: 97.6  P: 58  RR: 20  B/P: 118 / 70
Back Exam: ☒ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☒ Impaired range of motion
Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:
Elaborate positive findings: abnormal gait, while sitting able
to raise legs

Lower extremities: ☒ Normal   ☐ Abnormal (Describe): _____   ☐ Check Here if additional notes on back
Pedal pulses: ☒ Present   ☐ Absent

☐ Additional Examination: _____
Continue on back if necessary

**Assessment:** (Referral Status)                                    ☐ Check Here if continued on back
        ☐ Referral NOT Required       Preliminary Determination(s): _____

    ☒ Referral Required due to the following: (Check all that apply)
8/20/07    ☐ Loss of sensation     ☐ Presence of RBCs from dipstick
ST         ☐ Prior malignancy      ☐ Presence of WBCs from dipstick   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
           ☒ Other: _____ Med appt 8-21-07 @ HCU

**Plan:**
Check All That Apply: ☒ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises.   ☐ Instructions to return if condition worsens
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
☐ Cold Compress (Acute injury) ☒ Warm Compress
☐ OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): CRNP                Date for referral 8/20/07
                                                                              MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?) _____   Time _____

x S. Taylor LPN                    Name: S. Taylor, LPN
  (Nurse's Signature)                    Printed

PHS0041



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_     Date of Request: _08/17/07_
ID # _152056_     Date of Birth: _05/16/56_ Location: _F.L.Y.C._
Nature of problem or request: _Re-injury to Back. Lock-up Can hardly get up and down. Severe pain to turn over in bed, even with any movement of Body. Had the same problem previously._

_Calvin ___
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8 20 07_
Time: _12:50_ AM (PM)
Allergies: _Demarol_
_st_

RECEIVED
Date: _8-18-07_
Time: _1:30 pm_
Receiving Nurse Intials _NB_  _next sick call_

(S)ubjective:

(O)bjective   (V/S):  T: _____   P: _____   R: _____   BP: _____   WT: _____

(A)ssessment:

(P)lan:     _8/20/07 See next_ _BN_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
       If Emergency was PHS supervisor notified:   Yes ( )   No ( )
       Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0042

PHS

Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee_ _____ _Calvin_ _____
                        Last                              First

Inmate Number: _152056_                 Date of Birth: _5_ / _16_ / _56_
                                                          MM    DD    YYYY

Date    on: _8_ / _13_ / _07_           Time Seen: _930_  (AM) PM  Circle One
            MM  DD   YYYY

<u>Subjective:</u>  Chief Complaint(s): _Has burns on chest and abd._
_Need to be seen about my profiles and medication_

Onset: _30 days ago —_

Brief History: _HTN, Hyperlipedemia, Asttma, Chronic dizziness_
(Continue on back if necessary)
_and congestion_

☐ Check Here if additional notes on back

<u>Objective:</u>  Vital Signs: (As Indicated) T _98.5_  P: _64_  RR: _18_  B/P: _134_ / _76_

Examination Findings: _Nasal congestion noted, resp c ease +_
(Continue on back if necessary)
_nonlabored, several open sores noted to chest_
_arms and abd drainage noted pink inside_
_c yellow/greenish color noted range in size_
_from 1cm to appx 4 cm_

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status)    Preliminary Determination(s): _____
     ☐ Referral <u>NOT REQUIRED</u>

     ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
        ☑ Recurrent Complaint (More than 2 visits for the same complaint)
        ☑ Other: _Burns to chest and abd (open areas)_

_The c in HCU_
_8/13/07_

_RO_    Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
       the appropriate care to be given.

<u>Plan:</u>  Check All That Apply:
        ☑ Instructions to return if condition worsens.
        ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
           should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
        ☐ Other: _____
                  (Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _CRNP_          Date for referral: _8_ /_13_/ _07_
                                                                              MM  DD   YYYY

Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____  Time _____

_S. Taylor LPn._

PHS0043



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
# SICK CALL REQUEST

Print Name: _Calvin A. Lee_     Date of Request: _08/09/07_
ID # _150056_     Date of Birth: _08/16/1956_ Location: _F.L.Y.C._
Nature of problem or request: _Need to see Mo. Mahood on Monday coming-up_
_about profile and Medical Records. Also need some medication for_
_Job Rash_

_Galen G. Lee_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _8-13-07_
Time: _9:30_ AM PM
Allergies: _General_

RECEIVED
Date: _8/9/07_
Time: _10:40_
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective** **(V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment         Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
         Was MD/PA on call notified:    Yes ( )    No ( )

_8/13/07_
_See next_

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

PHS0044

FLYC

### Request for Special Needs Medical Review

Name _Lee Calvin_     Fac. _FLYC_ Date of request _9-26-07_

Provider's diagnosis related to request: _Body Equal Liberty off_

Tests related to this diagnosis with results and dates: _Dizzy Due to sinus problem, Excess Drainage in Ear's (6-25-07 given Lay-in 1 hr am + 1 hr pm x 2 wks) given Meclizine HCl (For Antivert_

Specific physical observations related to patient's request, (deformity, ROM, etc)
_Fluid in Ear's, Constantly very nauseated and light headed need profile so that when I am effected I can Lay-in I am 51 year's of age, I don't take illnesses_

Other pertinent diagnosis: _Request continuance of Lay-in until improvement Long history of sinus problems_

Potential consequences to the patient without restrictions or modification of activity:
_____
_____

Security staff observation regarding current activity if any:
_____
_____

Management options other than requested modification if any: _____
_____

Provider name _Megan Malfood_    Date _6-25-07_
DOC medical review and comments:
_____
_____
_____

Approved __ Disapproved __ DOC reviewer _____ Date _____

8/13/07
see next RSO



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_ Date of Request: _07-25-07_
ID # _152056_ Date of Birth: _05-16-56_ Location: _F.L.4.C_
Nature of problem or request: _Need Refill of pain medication, Need to check on Lay-In - profile And placed on Nurse Practioner list for Monday's I have been to Court and missed follow-up, for Sinus problem Also need refill on Asmatha Inhaler's, Abutuil and Preventnol As Nited - Quick. Has been having chest_ Cam a. Lee
_pains, Numbness in face and hands, blurred vision._ Signature

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

```
RECEIVED
Date:
Time:
Receiving Nurse Intials _____
```

**(S)ubjective:** _See nrt tool_

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:     Yes ( )     No ( )
                Was MD/PA on call notified:     Yes ( )     No ( )

_____
_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0046

Nursing Evaluation Tool:                                   General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_     _Calvin_
                              First
Inmate Number: _152056_              Date of Birth: _5_ / _16_ / _57_
                                                     MM    DD    YYYY
Date of Report: _7_ / _26_ / _07_    Time Seen:  AM (PM) On-Site
                MM   DD   YYYY

Subjective:  Chief Complaint(s): _Requesting a Profile because he_
   Onset: _set a dropping Laser Antivert._
Brief History:
(Continue on back if necessary) _Laser Antivert. Requests Asthma_
_inhaler refill._

Objective:  Vital Signs: (As Indicated) T: _99.2_  P: _96_ O₂Sat: _21_  RR: _21_   B/P: _122_ / _70_
                                               _67_   Skin warm & dry to
Examination Findings:
(Continue on back if necessary) _touch. Ambulates c steady gait. Capillary refill_
_Cerl. PERRL. Mucous membranes pink & moist. Rom_
_to all Extremities present. OSLS of acute distress_
_noted. Clear lung sounds. (no Pain) (no nausea) (no vomiting) (OSOB)_
Assessment: (Referral Status)   Preliminary Determination(s): _lung sounds auscultated_  Check box if additional notes on back
   ☐ Referral NOT REQUIRED                                          _O allophones_
                                                                    _O Abnorms._
   ☑ Referral REQUIRED due to the following: (Check all that apply)   _Bilateral grip strength_
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)                _Present_
      ☐ Other: _Requests for layin Profile_
      _Asthma inhaler and meds._
      _(Steady HR and rythm auscultated.)_
   Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
   the appropriate care to be given.

Plan:  Check All That Apply:
   ☐ Instructions to return if condition worsens
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
     should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow up visits)
   ☐ Other _____
            (Describe)
   OTC Medications given  ☐ NO   ☐ YES (If Yes List) _____

   Referral:  ☐ NO  ☑ YES (If Yes, Whom/Where) _____
   Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?)     Date for referral _7_ _26_ _07_
                                                                                                         MM  DD  YYYY
                                                                                                                     Time
   X _M. Sanders LPN_                      Name: _M Sanders_
        Nurse Signature

## Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_ Last          _Calvin_ First

Inmate Number: _152056_

Date of Birth: _5_ MM / _16_ DD / _56_ YY

Date of Report: _7_ MM / _16_ DD / _07_ YY

Time Seen: _8⁰⁰_   (AM)/ PM  Circle One

**Subjective:** Chief Complaint(s): Need refill on nasal spray and profile request

Onset: 2 weeks

Brief History: continues sinus problems
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T _98_  P _56_  RR _20_  B/P _120_ / _72_

Examination Findings: Nasal congestion noted, Resp c̄ ease +
(Continue on back if necessary) non labored, Bil lung sounds clear all 4 lobes, ∅
S/S of acute distress noted, US WNL

**Assessment: (Referral Status)**     Preliminary Determination(s): _____
☐ Check if additional notes on back

☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
  ☒ Other: Wants by in LPN in AM and PM renewed
  due to sinus drainage/congestion

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:                    7.23.07 nor st 23
☒ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
  should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
       (Describe)
OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): CR DP          Date for referral: _7_ MM / _16_ DD / _07_ YY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) _____    Time

x _S. Taylor LPN_          Name: _S. Taylor, LPN_
   Nurses Signature                              Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name _Colvin A. Lee_          Date of Request: _07/13/07_
ID # _158056_          Date of Birth: _05/16/56_  Location: _F. L. Y. C_
Nature of problem or request: _Need Refill on 12 Hour Nasal Decongestant_
_Spray oxymetazoline hydrochloride .0.05% Also need Log-in_
_profile Renewed. No Relief for sinus systems_

_____

_Cal G. Lee_
                                    _Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: _7/16/07_
Time: _8:10_  (AM) PM
Allergies: _Demerol_

```
┌─────────────────────────────┐
│        RECEIVED             │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ___ │
└─────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**  (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                   CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                Was MD/PA on call notified:   Yes ( )   No ( )

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
CLE-1002   (4/4)

**Nursing Evaluation Tool:**                                   __General Sick Call__

Facility: Staton Correctional Facility

Patient Name: _Lee_                    _Calvin_          _A_
                    Last                First           MI

Inmate Number: _152056_         Date of Birth: _5_ / _16_ / _56_
                                              MM   DD   YYYY

Date of Report: _7_ / _9_ / _07_      Time Seen: _1⁰⁰_  AM (PM) Circle One
              MM  DD  YYYY

**Subjective:** Chief Complaint(s): Needs antivert refilled - c/o dizziness

Onset: July 4th '07

Brief History: Been taking Antivert since June 07
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.0_  P: _52_  RR: _18_  B/P: _118_ / _72_

Examination Findings: AtOX3 skin w/o to touch, Resp. c
(Continue on back if necessary) ease & nonlabored c/o nausea, Ø vomiting
while @ s/c

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     **Preliminary Determination(s):** _____

☒ Referral __NOT REQUIRED__

Note on 7/9/07 see orders PX

☐ Referral __REQUIRED__ due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
    ☒ Instructions to return if condition worsens.
    ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES  ☐ NO (if NO then schedule patient for appropriate follow-up visits)
    ☒ Other: Needs med refill
          (Describe)
OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____  Date for referral: ___/___/___
                                                                          MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent  (if emergent who was contacted?): _____  Time _____

x _S. Taylor LPN_          Name: _S. Taylor LPN_
    Nurses Signature              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_ Date of Request: _07/07/07_
ID # _152050_ Date of Birth: _05/14/56_ Location: _Frank Lee_
Nature of problem or request: _Need Refill on Meclizine HCI (for Antivert)_

_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: _7·9·06_
Time: _____ AM (PM)
Allergies: _Demoral_

RECEIVED
Date: _7·8·07_
Time: _0700_
Receiving Nurse Intials ____

**(S)ubjective:**

**(O)bjective** **(V/S):** **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS0051



*Follow-up*

*FLYC*



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name *Calvin A Lee*_____ Date of Request: *06/21/07*

ID # *152066*_____ Date of Birth: *05-16-56* Location: *F.L.Y.C*

Nature of problem or request: *Sinus problem has intensified no relief. Body Equel Liberty is off way badly. Can't hardly get up 24 times stay laying down. Need sign-up. Need a profile to continue laying in also no-standing profile, stronger eye Drops*

*Calvin Lee*

*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: *6/22/07*

Time: *2⁰⁰* AM (PM)

Allergies: *NKDA*

*SL*

```
┌─────────────────────────────────┐
│         RECEIVED                │
│ Date: 6/21/07                   │
│ Time: 1016pm                    │
│ Receiving Nurse Intials MS      │
└─────────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective**    (V/S): T:_____ P:_____ R:_____ BP:_____ WT:_____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( )    EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )   No ( )

Was MD/PA on call notified:    Yes ( )   No ( )    *6/22/07 RN*

_____

*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE

YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0052

**Nursing Evaluation Tool:**                    **Upper Respiratory Complaints**

Facility: BBB

Patient Name: _Lee_ _Calvin_
                        Last                              First

Inmate Number: _15205 6_         Date of Birth: _5 / 16 / 56_
                                                    MM    DD    YYYY

Date of Report: _6 · 22 · 07_    Time Seen: _20_ AM / **PM** Circle One
                MM  DD  YYYY                    HH   MM

**Subjective:** Chief Complaint(s): ☒ Runny/Stuffy Nose ☒ Sneezing ☐ Sore Throat ☐ Swollen Glands ☒ Headache ☐ Fever
(Check All That Apply)

☐ Malaise ☐ Earache Cough: ☒ No ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description): _____

☒ Other: _Dizzeness / light headed_

Onset: _2 months ago_

History: _Hx of passing out spells_
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☐ No ☒ Yes     Cardiac/CHF history: ☐ No ☒ Yes _(murmur?)_   History of HIV Disease: ☐ No ☒ Yes

**Objective:** Vital Signs: (If Indicated) T: _98.3_  P: _58_  RR: _20_  B/P: _128 / 82_

Eyes: ☒ Clear ☒ Watery ☐ Injected (red) Drainage: ☒ No ☐ Yes: _____

| | | Lung sounds: | |
|---|---|---|---|
| | | Right | Left |
| Nose: Congestion: ☐ No ☒ Yes  Drainage: ☒ No ☐ Yes: _____ | Clear | ☒ | ☒ |
| Throat examination: ☒ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous | Diminished | ☐ | ☐ |
| | Crackles | ☐ | ☐ |
| Neck: ☒ Normal ☐ Enlarged Lymph Nodes | Rhonchi | ☐ | ☐ |
| | Wheezing | ☐ | ☐ |

☒ Additional Examination: _Needs nasal spray_
(Continue on back if necessary)

☐ Check Here if continued on back

**Assessment: (Referral Status)**      Preliminary Determination(s): _____
☐ Referral **NOT** Required

☒ Referral **Required** referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs    ☐ Inability to swallow    ☐ Significant shortness of breath    ☒ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam    ☐ Significant Wheezing which does not improve with inhaler    ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)

☒ OTC Medications given ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP_         Date for referral: _6 · 22 · 07_
                                                                MM  DD  YYYY

Referral Type: ☐ Routine ☒ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

_Phone CRNP_
_CRNP_
_6/22/07_

X _S. Taylor_            Name: _S Taylor LPN_
   Nurses Signature                 Printed

| Facility Name: FLYE | Month/Year of Charting: | | |
|---|---|---|---|

**Nasal decogestant Spray X30**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

K O P — X Calvin Lee 152056

Start Date: 10-8-7   Prescriber: Whatley CRWP
Stop Date: 11-8-7   RX #:

**NTG 0.4 SL X90**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

K O P — X Calvin Lee 152056

Start Date: 10-8-7   Prescriber: Whatley CRC
Stop Date: 1-8-7   RX #:

**Albuteral MDI ⅱ puffs QID X90**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

K O P — X Calvin Lee 152056

Start Date: 10-8-7   Prescriber: Whatley CRWP
Stop Date: 1-8-7   RX #:

**Liq. Tears X90**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

K O P — X Calvin Lee 152056

Start Date: 10-8-7   Prescriber: Whatley CRWP
Stop Date: 1-8-7   RX #:

**Motrin 600mg po BID x5days**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date: 10-10-07   Prescriber: Dr/Mckanderson
Stop Date: 10-15-07   RX #:

**Motrin 600mg po BID x5 day pen**

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

See new order

Start Date: 10/19/07   Prescriber: Dr. Corbier
Stop Date: 10/24/07   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | T S. Parker LPN | | 1. Discontinued Order |
| Allergies: Demerol | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: 152056 | | | | | 4. Charted in Error |
| Patient ID Number: | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | | Jackson | | 7. Medication out of Stock |
| | | | | | 8. Medication Hold |
| | Date of Birth: 3-16-56 | | | | 9. No Show |
| | | | | | 10. Other |

PHS0054

| Facility Name: | FMYC | | | Month/Year of Charting: 10/17 | | | | | | | | | | | | | | | | | | | | | | | | | | |

Motrin 600mg ½ po
BID x 5d

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-11-07    Prescriber: per protocol
Stop Date: 10-16-07    RX #:

AFC cream AAA
BID x 30d

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-1-07    Prescriber: per protocol
Stop Date: 11-1-07    RX #:

CTM 8mg po BID x
5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10/19/07    Prescriber: Dr. Corbier
Stop Date: 10/24/07    RX #:

Motrin 600mg
po Bid
prn

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10/24/07    Prescriber: protocol
Stop Date: 10/29/07    RX #:

Qvar 80mcg ī puffs
BID x 30 days

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-30-07    Prescriber: Whatley
Stop Date: 11-30-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

Diagnosis

Allergies    NKA

Housing Unit:
Patient ID Number: 152056
Patient Name: Lee, Calvin

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth: 5-16-56

PHS0055

| Facility Name: FLYC | | Month/Year of Charting: 1907 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

↑ Bactrim DS
T̄ī PO BID
X 7

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-22-7     Prescriber: Whatley CRWP
Stop Date: 10-29-7      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:      RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:     Prescriber:
Stop Date:      RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J. Eun | TS | J. Parker, LPN JP | | 1. Discontinued Order |
| Allergies: Demerol | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | Date of Birth: 5-16-65 | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0056

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | Month/Year of Charting: | | | 10/07 | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Qvar 80MCG/ACT Aerosol Soln** 1 <br> Inhale 2 puff(s) by mouth twice daily <br> *KOP* | 6A <br> 6P <br><br> *1 given 9/16/07* <br><br> AC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Prescriber: Mahood, Megan
Stop Date: 11-05-2007  RX #: 252796152

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Simvastatin ( for Zocor ) 10MG Tab** 30.00 <br> Take 1 tablet(s) by mouth at bedtime <br> *KOP* | 6P <br><br> *#30 given 9/4/07* <br><br> AC | | | | | | | | | | | | | | *10/12/07 (20) X* | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Prescriber: Mahood, Megan
Stop Date: 11-05-2007  RX #: 252796157

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Lisinopril 10MG Tab** 30.00 <br> Take 1 tablet(s) by mouth daily <br> *KOP* | 6A <br><br> *10/16/07 (30) X* <br><br> A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Prescriber: Mahood, Megan
Stop Date: 11-05-2007  RX #: 252796162

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aspirin EC 81MG EC Tab** 30.00 <br> Take 1 tablet(s) by mouth daily <br> *KOP* | 6A <br><br> *#30 given 9/11/07* <br><br> A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Prescriber: Mahood, Megan
Stop Date: 11-05-2007  RX #: 252796164

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ranitidine HCl ( for Zantac ) 300MG Tab** 60.00 <br> Take 1 tablet(s) by mouth twice daily <br> *KOP* | 6A <br> 6P <br><br> *#58 given 9/11/07* <br><br> A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Prescriber: Mahood, Megan
Stop Date: 11-05-2007  RX #: 252796166

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Metoprolol Tartrate 50MG Tab** 30.00 <br> Take 1 tablet(s) by mouth daily <br> *KOP* | 6A <br><br> *#27 given 9/11/07* <br><br> A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007  Prescriber: Mahood, Megan
Stop Date: 11-05-2007  RX #: 252796169

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies <br> NKA | (signature) | A | | | 1. Discontinued Order <br> 2. Refused <br> 3. Patient out of facility <br> 4. Charted in Error <br> 5. Lock Down <br> 6. Self Administered <br> 7. Medication out of Stock <br> 8. Medication Held <br> 9. No Show <br> 10. Other |
| Housing Unit: Population <br> Patient ID Number: 152056 <br> Patient Name: <br> **Lee, Calvin** | S. Taylor (signature) | SF | C. Jackson (signature) | | Date of Birth: 05-16-1986 |

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 10/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nitroglycerin 0.4MG SL Tab (Bottle) 1 | φ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | R | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Dissolve one tablet under tongue as needed as directed | W | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KOP | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796171

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hydrochlorothiazide ( for HCTZ ) 50MG Tab    30.00 | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Take 1 tablet(s) by mouth daily | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KOP | A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 09-19-2007    Prescriber: Whatley, Robert
Stop Date: 12-17-2007    RX #: 252903592

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 25mg ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9-28-07    Prescriber: PP
Stop Date: 10-3-07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ES ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 9-28-07    Prescriber: PP
Stop Date: 10-3-07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Tylenol ES ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-4-07    Prescriber: PP
Stop Date: 10-9-07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 25mg ÷ PO Bid x 5 days | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-4-07    Prescriber: PP
Stop Date: 10-9-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | S. Parker, LPN | | 1. Discontinued Order |
| Allergies NKA | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | Jackson | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| **Lee, Calvin** | | | | | 9. No Show |
| | Date of Birth: 05-16-1986 | | | | 10. Other |

PHS0058

| Facility Name: | | | | | | | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Bactrim DS

ī PO BID

X 10

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | X | | | | | |

Start Date: 10-15-7    Prescriber: Whitney Crews
Stop Date: 10-25-7     RX #:

Tolnafate

cream

BID        X 14

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 10-15-7    Prescriber: Whitney Crews
Stop Date: 10-29-9     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | K Jones | | 1. Discontinued Order |
| Allergies: demerol | | | | | 2. Refused |
| | L. Parker LPN | JP | | | 3. Patient out of facility |
| | S. Taylor LPN | ST | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | Date of Birth: 3-16-56 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Frank Lee Youth Center                    Month/Year of Charting: 09/07

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Qvar 80MCG/ACT Aerosol Soln     1**
Inhale 2 puff(s) by mouth twice daily
*Kop*
6A   6
6P
1 given 8/9/07
9-6-07 X Cal Lee 152056
A
Start Date: 08-08-2007    Stop Date: 11-05-2007    Prescriber: Mahood, Megan    RX #: 252796152

**Simvastatin ( for Zocor ) 10MG Tab 30.00**
Take 1 tablet(s) by mouth at bedtime
*Kop*
6P
#30
#30 given 8/9/07
9/4/07 Cal Lee 1520
AL
Start Date: 08-08-2007    Stop Date: 11-05-2007    Prescriber: Mahood, Megan    RX #: 252796157

**Lisinopril 10MG Tab     30.00**
Take 1 tablet(s) by mouth daily
*Kop*
6A   6
#30 given 8/9/07
Start Date: 08-08-2007    Stop Date: 11-05-2007    Prescriber: Mahood, Megan    RX #: 252796162

**Aspirin EC 81MG EC Tab     30.00**
Take 1 tablet(s) by mouth daily
*Kop*
6A   6
#30 given 8/9/07
Cal Lee 152056
given 30 9/11/07 NS
A
Start Date: 08-08-2007    Stop Date: 11-05-2007    Prescriber: Mahood, Megan    RX #: 252796164

**Ranitidine HCI ( for Zantac ) 300MG Tab     60.00**
Take 1 tablet(s) by mouth twice daily
*Kop*
6A   6
6P
#60 given 8/9/07
Cal Lee 152056
given 58 9/11/07 NS
AL
Start Date: 08-08-2007    Stop Date: 11-05-2007    Prescriber: Mahood, Megan    RX #: 252796166

**Metoprolol Tartrate 50MG Tab 30.00**
Take 1 tablet(s) by mouth daily
*Kop*
6A   6
#25 given 8/9/07
Cal Lee 152056
given 27 9/11/07 NS
A
Start Date: 08-08-2007    Stop Date: 11-05-2007    Prescriber: Mahood, Megan    RX #: 252796169

| Nurse's signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| A. Long LPN | A | L. Cullum, LPN | LC |
| N. Shandlong | NS | K. Jones | KJ |
| S. Tyrener | SD | M. Bryson | MB |

**Documentation Codes**
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Diagnosis

Allergies
NKA
*Demerol*

Housing Unit: Population
Patient ID Number: 152056
Patient Name:

**Lee, Calvin**

Date of Birth:  **05-16-1986**

PHS0060

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | Month/Year of Charting: 09/07 | | | | | | | | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Nitroglycerin 0.4MG SL Tab (Bottle) 1**

Dissolve one tablet under tongue as needed as directed

KOP

1 bottle given 8/9/07

Start Date: 08-08-2007    Prescriber: Mahood, Megan
Stop Date: 11-05-2007    RX #: 252796171

**Motrin 600mg ÷ PO BID PRN x 10 day**

Start Date: 8-27-07    Prescriber: N. Whatley CRNP
Stop Date: 9-7-07    RX #:

**Robaxin 500mg ÷ PO BID x 10 day**

Start Date: 8-27-07    Prescriber: N. Whatley CRNP
Stop Date: 9-7-07    RX #:

**Motrin 600mg ÷ PO BID X 10d PRN**

Start Date: 9-3-07    Prescriber: Adams
Stop Date: 9-22-07    RX #:

**CTM ÷ PO BID x 3 day**

Start Date: 9-20-07    Prescriber: Dr. Corlues
Stop Date: 9-22-07    RX #:

**HCTZ 25mg ÷ PO qd 50mg**

KOP

Start Date: 9-19-07    Prescriber: N. Whatley CRNP
Stop Date: 12-17-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | A | J. Sellers LPN | TS | 1. Discontinued Order |
| Allergies | | NB | K. Jones | | 2. Refused |
| NKA  Demerol | | | M. Pennington | | 3. Patient out of facility |
| | | | L. Parker LPN | | 4. Charted in Error |
| Housing Unit:  Population | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Lee, Calvin** | | | | | 8. Medication Held |
| | | Date of Birth:  05-16-1986 | | | 9. No Show |
| | | | | | 10. Other |

PHS0061

Frank Lee

9/07    3 of 3

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Benadryl 25mg ± PO
Bid × 5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St    Start Date: 9-28-07    Prescriber: PP
Stop Date: 10-3-07    RX #:

Tylenol ES ± PO
Bid × 5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St    Start Date: 9-28-07    Prescriber: PP
Stop Date: 10-3-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J Taylor RN | St | K Jones | | 1. Discontinued Order |
| Allergies Demerol | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | | Date of Birth: 3-16-52 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: FLYC          Month/Year of Charting: 8/07

| Medication | | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|---|

**Quar 80mg ṪṪ Puff BID** K90
K O P
Cal Ord 8-9-06 JD
Start Date: 8-6-7    Prescriber: Mahood CRNP
Stop Date: 11-6-7    RX #:

**Zocor 10mg Ṫ PO qhs** x90
K O P
# 30 Given 8/9/07
✓ Cal Ord
Start Date: 8-6-7    Prescriber: Mahood CRNP
Stop Date: 11-6-7    RX #:

**Lisinopril 10mg Ṫ PO qd** x90
K O P
# 30 Given 8/9/07
✓ Cal Ord
Start Date: 8-6-7    Prescriber: Mahood CRNP
Stop Date: 11-6-7    RX #:

**ECASA 81mg Ṫ PO qd** x90
K O P
# Given 8/9/07
✓ Cal Ord
Start Date: 8-6-7    Prescriber: Mahood CRNP
Stop Date: 11-6-7    RX #:

**Zantac 300mg Ṫ PO BID x 90 days**
K O P
# 60 Given 8/9/07
✓ Cal Ord
Start Date: 8/6/7    Prescriber: Mahood crnp
Stop Date: 11/6/7    RX #:

**Metoprolol 50mg Ṫ PO q̄ x 90 days**
K O P
# 25 Given 8/9/07
✓ Cal Ord
Start Date: 8/6/07    Prescriber: Mahood crnp
Stop Date: 11/6/07    RX #:

Diagnosis: Demerol
Allergies: 152056
Housing Unit:
Patient ID Number:
Patient Name: Lee, Calvin

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | S Taylor LPN | S | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | Jackson | Sc | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | Date of Birth: 3/16/56 | | 10. Other |

| Facility Name: FLUE | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting: 8/07 | | | | | | |
| NTG 0.4 mg SL | | 1C | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | | | |
| PRN x 90 days | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 1C | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8/6/07    Prescriber: Mahrod, cnp
Stop Date: 11/6/07    RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D/C HCTZ | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8/6/07    Prescriber:
Stop Date:    RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bactrim DS 1 PO | | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Bid X 7d | | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-13-07    Prescriber: Adams
Stop Date: 8-20-09    RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | A. Parker CN | | S. Taylor RN | St | 1. Discontinued Order |
| Allergies DEMEROL | R. Jones | | N. Ramsay | NS | 2. Refused |
| | Adams | | NBruyer | NB | 3. Patient out of facility |
| Housing Unit: | E. Ellis RN | EE | Jackson | SL | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lett, Calvin | | | | | 7. Medication out of Stock |
| | | | Date of Birth: 3/16/56 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0064

| Facility Name: Frank Lee Youth Center | | Month/Year of Charting: 08/07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simvastatin ( for Zocor ) 10MG Tab 30.00<br><br>Take 1 tablet(s) by mouth at bedtime<br><br>KOP    St | 6P | 9 | 9 | 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 05-22-2007    Prescriber: Mahood, Megan    #30  7-17-07
Stop Date: 08-19-2007    RX #: 252601679

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albuterol HFA Ti puffs Tid /PRN X30 days    KOP    St | 6A<br>12N<br>6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 7-27-07    Prescriber: Carlin, mo
Stop Date: 8-27-07    RX #:

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nasal Decogestant Nasal Spray X30 days    KOP    1P | | | | | | | | | | | | 8/3/07 | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-3-07    Prescriber: Corbier
Stop Date: 9-3-07    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date:    Prescriber:
Stop Date:    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Taylor LPN<br>KJONES | | J. Parker, LPN | 1P | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |
| Allergies   Demerol<br>NKA | | | SJ Erickson | GP | |

Housing Unit: Population
Patient ID Number: 152056
Patient Name:

**Lee, Calvin**

Date of Birth:    **05-16-1986**

PHS0065

| Facility Name: | Hour | Month/Year of Charting: |
|---|---|---|

Motrin 600mg
ẽ PO BID
PRN X 10

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-27-7   Prescriber: Whatley CRNP
Stop Date: 9-7-7   RX #:

Roboxin 500mg
ẽ PO BID
X 10

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 8-27-7   Prescriber: Whatley CRNP
Stop Date: 9-7-7   RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | E. Ellis, RN | EE | | | 1. Discontinued Order |
| Allergies | | | | | 2. Refused |
| Demerol | | | | | 3. Patient out of facility |
| Housing Unit: | | | | | 4. Charted in Error |
| 15-2056 | | | | | 5. Lock Down |
| Patient ID Number: | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin. | | | | | 8. Medication Held |
| | | Date of Birth: | 3-16-56 | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Frank Lee Youth Center | | Month/Year of Charting: 08/07 | |
|---|---|---|---|

**Aspirin EC 81MG EC Tab   30.00**

Take 1 tablet(s) by mouth every morning

KOP   St

| Start Date: 05-01-2007 | Prescriber: Guice, D. | #30 |
| Stop Date: 08-28-2007 | RX #: 252546111 | 7-17-07 |

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab   15.00**

Take one-half (1/2) tablet(s) by mouth daily

DC'd 8/6/07

KOP   St

| Start Date: 05-01-2007 | Prescriber: Guice, D. | #30 |
| Stop Date: 08-28-2007 | RX #: 252546113 | 7-17-07 |

**Lisinopril 10MG Tab   30.00**

Take 1 tablet(s) by mouth daily

KOP   St

| Start Date: 05-01-2007 | Prescriber: Guice, D. | #29 |
| Stop Date: 08-28-2007 | RX #: 252546115 | 7-29-07 |

**Ranitidine HCl ( for Zantac ) 300MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily

KOP   St

| Start Date: 05-01-2007 | Prescriber: Guice, D. |
| Stop Date: 08-28-2007 | RX #: 252546117 |

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

KOP

| Start Date: 05-01-2007 | Prescriber: Guice, D. |
| Stop Date: 08-28-2007 | RX #: 252546120 |

**Meclizine HCl ( for Antivert ) 12.5MG Tab   60.00**

Take 1 tablet(s) by mouth twice daily as needed

St

| Start Date: 07-11-2007 | Prescriber: Corbier, Paul |
| Stop Date: 08-09-2007 | RX #: 252724844 |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | St | | | 1. Discontinued Order |
| Allergies: NKA  Demerol | M Brown N | NB | | | 2. Refused / 3. Patient out of facility / 4. Charted in Error / 5. Lock Down / 6. Self Administered / 7. Medication out of Stock / 8. Medication Held / 9. No Show / 10. Other |
| | A. Jackson | AJ | | | |

Housing Unit: Population
Patient ID Number: 152056
Patient Name: **Lee, Calvin**   Date of Birth: **05-16-1986**

PHS0067

| Facility Name: Frankree | | | Month/Year of Charting: July 07 | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Antivert 12.5mg
ī P.O BID/PRN X30days

Not KOP

6A
6P

Start Date: 7.10.07    Prescriber: Dr. P. Carber
Stop Date: 8.7.07      RX #:

Albuterol HFA
# puffs TID/PRN
x̄ 30d

6A
12N
6P

Start Date: 7/27/07    Prescriber: Courier
Stop Date: 8/27/07     RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | T. Bauman RN | 2B | L. Parker, LPN | | 1. Discontinued Order |
| Allergies  Demerol | KClara | | E. Taubourn | | 2. Refused |
| | N Bhod CO | NB | T. Lindsay | NS | 3. Patient out of facility |
| Housing Unit: | L. Gallon LPN | | | | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | Date of Birth: 5.16.56 | | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | Month/Year of Charting: | | | | 07/07 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Aspirin EC 81MG EC Tab     30.00

Take 1 tablet(s) by mouth every morning

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#30 given 6-18-07     7/17/07 (30) X

| | Start Date: 05-01-2007 | Prescriber: Guice, D. |
|---|---|---|
| St | Stop Date: 08-28-2007 | RX #: 252546111 |

Hydrochlorothiazide ( for HCTZ ) 25MG Tab     15.00

Take one-half (1/2) tablet(s) by mouth daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#30 give 6-18-07     7/17/07 (15) X

| | Start Date: 05-01-2007 | Prescriber: Guice, D. |
|---|---|---|
| St | Stop Date: 08-28-2007 | RX #: 252546113 |

Lisinopril 10MG Tab     30.00

Take 1 tablet(s) by mouth daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#29 given 7-25-07 NB

| | Start Date: 05-01-2007 | Prescriber: Guice, D. |
|---|---|---|
| St | Stop Date: 08-28-2007 | RX #: 252546115 |

Ranitidine HCl ( for Zantac ) 300MG Tab     60.00

Take 1 tablet(s) by mouth twice daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#60 give 6-12-07     7/17/07 (60) X

| | Start Date: 05-01-2007 | Prescriber: Guice, D. |
|---|---|---|
| St | Stop Date: 08-28-2007 | RX #: 252546117 |

Metoprolol Tartrate 50MG Tab 30.00

Take 1 tablet(s) by mouth daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

#30 give 6-18-07     7-17-07 (30) X

| | Start Date: 05-01-2007 | Prescriber: Guice, D. |
|---|---|---|
| St | Stop Date: 08-28-2007 | RX #: 252546120 |

Simvastatin ( for Zocor ) 10MG Tab 30.00

Take 1 tablet(s) by mouth at bedtime

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

7/17/07 (30) X

| | Start Date: 05-22-2007 | Prescriber: Mahood, Megan |
|---|---|---|
| St | Stop Date: 08-19-2007 | RX #: 252601679 |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Taylor RN | St | K Jones | KJ | 1. Discontinued Order |
| Allergies: Demerol | | | Bowman | | 2. Refused |
| NKA | | | N Boykin | NB | 3. Patient out of facility |
| | | | Carlton | | 4. Charted in Error |
| Housing Unit: Population | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Lee, Calvin** | | | Date of Birth: 05-16-1986 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

Hanblee

| Facility Name: | | Month/Year of Charting: |
|---|---|---|

**Percogesic # PO Bid PRN x90d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 4-21-07    Prescriber: Atkins, S
Stop Date: 7-9-07    RX #:

**Artifial Tears ¼ or ½ gtts ℞ eyes X 30d PRN KOP**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | 1 giv 6-25-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 6-25-07    Prescriber: Mahood
Stop Date: 7-25-07    RX #:

**Saline Nasal spray X30d KOP**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | 1 giv 6-25-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 6-25-07    Prescriber: Mahood
Stop Date: 7-25-07    RX #:

**Bactrim DS ÷ PO Bid x14d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 6-25-07    Prescriber: Mahood
Stop Date: 7-9-07    RX #:

**Tylenol 650mg ÷ PO Bid PRN**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St  Start Date: 6-25-07    Prescriber: Mahood
Stop Date: 7-9-07    RX #:

**Antivert 12.5mg ÷ PO BID/PRN x5 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

JP  Start Date: 6-25-07    Prescriber: Mahood
Stop Date: 7-3-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Teydonew | St | J. Parker, LVN | JP | 1. Discontinued Order |
| Allergies Demoral | D. Bowman hal | 2B | K. Jones | KJ | 2. Refused |
| | E. Ellis, RN | 72 | | | 3. Patient out of facility |
| Housing Unit: | Jackson | 8 | D. Jackson | MB | 4. Charted in Error |
| Patient ID Number: 152056 | | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Calvin | | | Date of Birth: 5-16-86 | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name: FYC | | Month/Year of Charting: 6/07 | |

**Artifical tears** X30

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3

See Dee 6-25-07

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-25-7  RX #:

---

**Antivert 12.5mg ÷ PO BID PRN** X5d

Am / Pm

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-3-7  RX #:

---

**Saline nasel spray** X30

Hour

See Dee 6-25-07

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-25-7  RX #:

---

**Bactrim DS ÷ PO BID** X14

Am / Pm

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-9-7  RX #:

---

**Tylenol 650mg ÷ PO BID PRN**

Am / Pm

Start Date: 6-25-7  Prescriber: Mahood CRNP
Stop Date: 7-9-7  RX #:

---

**DC IM 6-25-7**
**DC motrin 6-25-7**

Start Date:  Prescriber:
Stop Date:  RX #:

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | E. Ellis RN | EE | J. Parker LPN / K. Jones | JP / J | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |

Allergies:

Housing Unit:
Patient ID Number: 152056
Patient Name: Lee, Calvin

Date of Birth: 5-16-54

PHS0071

Frank Lee

| Facility Name: | | | | | | | | | | | | Month/Year of Charting: 8/07 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg PO
Bid x5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St — Start Date: 6-22-07    Prescriber: PP
Stop Date: 6-27-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Tolerson | St | K Jones | JR | 1. Discontinued Order |
| Allergies Demoral | J. Parker, CN | JP | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | | | | 8. Medication Held |
| | Date of Birth: 5-16-56 | | | | 9. No Show |
| | | | | | 10. Other |

PHS0072

| Facility Name: | FrankLee | | | | | | | | | | | Month/Year of Charting: | 6/07 | | | | | | | | | | | | | | | | | |

**Albuterol MDI ti puffs Qid/PRN X 30d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | | | | | | | | | | | | | | Caro Lee | | | | | | | | | | | | | | | | | | |
| | P | | 1 given 5-2-07 | | | | | | | | | 6-21-07 JR | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4-25-07    Prescriber: Brice
Stop Date: 8-25-07    RX #:

**Qvar 80mg ti puffs Bid X 90d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | P | | 1 given 5-1-07 | | | | | | | | | 6-13-07 X Caro Lee | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4-30-07    Prescriber: Mayhood
Stop Date: 7-30-07    RX #:

**NTG- SL 0.4mg PRN KOP X 90d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | | | | | | 6 1 bottle | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | | | | | | given 5-21-07 | | | | | | 1 bottle | | | | | | | | | | | | | | | | | | | | |
| | P | | | | | | | | | | | given 6-23-07 | | | | | | | | | | | Caro Lee | | | | | | | | |

Start Date: 5-21-07    Prescriber: Mayhood
Stop Date: 8-21-07    RX #:

**Artificial Tears KOP X 30d**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | K | | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | O | | | | | | | | | | | | 1 bottle given error to 2 | | | | | | | | | | | | | | | | | | |
| | P | | given 5-21-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5-21-07    Prescriber: Mayhood
Stop Date: 6-21-07    RX #:

**Zocor 10mg ti PO Q HS X 90 days**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6P | | | | | | → | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 5/21/07    Prescriber: Mayhood
Stop Date: 8/21/07    RX #:

**CTM 4mg ti PO Bid X 5 days**

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6A | | | | | | | | | | | | | | | | | | | | | | | DC | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-22-07    Prescriber: PP
Stop Date: 6-27-07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | ST | S. Parker, LPN | SP | 1. Discontinued Order |
| Allergies Demerol | A. Tippins RN/IT | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: | | | | | 4. Charted in Error |
| Patient ID Number: 152056 | | | Jackson | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| Lee, Caitlin | | | Date of Birth: 5-11-56 | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

PHS0073

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 06/07

| Medication | Details |
|---|---|
| Aspirin EC 81MG EC Tab    30.00  Take 1 tablet(s) by mouth every morning | Start Date: 05-01-2007  Stop Date: 08-28-2007  Prescriber: Guice, D.  RX #: 252546111 |
| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00  Take one-half (1/2) tablet(s) by mouth daily | Start Date: 05-01-2007  Stop Date: 08-28-2007  Prescriber: Guice, D.  RX #: 252546113 |
| Lisinopril 10MG Tab    30.00  Take 1 tablet(s) by mouth daily | Start Date: 05-01-2007  Stop Date: 08-28-2007  Prescriber: Guice, D.  RX #: 252546115 |
| Ranitidine HCl ( for Zantac ) 300MG Tab    60.00  Take 1 tablet(s) by mouth twice daily | Start Date: 05-01-2007  Stop Date: 08-28-2007  Prescriber: Guice, D.  RX #: 252546117 |
| Metoprolol Tartrate 50MG Tab 30.00  Take 1 tablet(s) by mouth daily | Start Date: 05-01-2007  Stop Date: 08-28-2007  Prescriber: Guice, D.  RX #: 252546120 |
| Percogesic 30-325MG Tab    120.00  Take 2 tablet(s) by mouth twice daily as needed | Start Date: 04-21-2007  Stop Date: 07-19-2007  Prescriber: Adams, Bradford  RX #: 252528132 |

Diagnosis

Allergies  Demerol
NKA

Housing Unit: Population
Patient ID Number: 152056
Patient Name:

**Lee, Calvin**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| S. Taylor LPN | St | E. Ellison | EE |
| A. Thomas RN | AT | G. Parker, LPN | GP |
|  |  | Jones |  |
|  |  | Jackson |  |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 05-16-1986

PHS0074

Nov 28 2007 05:15pm P070/020



150056

American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT:    **LEE, CALVIN**                              DOB:   05/16/1956
PHYSICIAN: BAKER                                          DOS:   11/28/2007
LOCATION:  KILBY CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: PAIN

EXAM TYPE:    PORTABLE BILATERAL KNEES

FINDINGS:     AP and lateral views of both knees demonstrate no fracture, dislocation, or
              subluxation.  There is no joint effusion.  Alignment is excellent.  Bone
              density is normal and uniform.  There is mild degenerative change
              consistent with age but no unusual arthropathy.  The soft tissue planes are
              overpenetrated without radiopaque foreign body.  Degenerative change is
              slightly worse on the left than the right.

IMPRESSION:   MILD DEGENERATIVE CHANGE, WORSE ON THE LEFT THAN THE
              RIGHT.

ANNE GLASER MD

D: 11/28/2007 12:00:35 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the
individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so
by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents
is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

PHS0075



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 11/12/07

### URINALYSIS

LEUKOCYTES ___neg___

NITRITE ___neg___

UROBILINOGEN ___normal___

PROTEIN ___neg___

pH ___6___

BLOOD ___neg___

SPEC. GRAVITY ___1.015___

KETONE ___neg___

GLUCOSE ___normal___

Bilirubin ___neg___
HCG

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Lee | Calvin | 152056 | 5/16/56 | B/m | 7LYC |

PHS-MD-70012

**LABORATORY REPORTS**

PHS0076



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 9/10/07

### URINALYSIS

LEUKOCYTES _____ neg

NITRITE _____ Neg

UROBILINOGEN _____ 0.2

PROTEIN _____ Neg

pH _____ 5.0

BLOOD _____ neg

SPEC. GRAVITY _____ 1.030

KETONE _____ neg

GLUCOSE _____ neg

~~HCG~~ Bilirubin _____ neg

(Add: Final Labs Here)

ob
9/10/07

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee Calvin | 152056 | 5/10/50 | B/m | 7L4C |

PHS-MD-70012                    **LABORATORY REPORTS**

PHS

DEPARTMENT OF CORRECTIONS

DATE: 8-6-7

URINALYSIS

LEUKOCYTES ___Neg___          BLOOD ___Neg___

NITRITE ___Neg___             SPEC. GRAVITY ___1.030___

UROBILINOGEN ___0.2___        KETONE ___Neg___

PROTEIN ___Neg___             GLUCOSE ___Neg___

pH ___5.0___                  ~~Reg~~ Bilirubin

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 3-16-56 | BM | F/LC |

LABORATORY REPORTS

PHS-MD-70012

# BR BioReference LABORATORIES

| | |
|---|---|
| **D O C T O R** KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507<br><br>(A0110-0)   Bio-Net Print | BOOK/CASE:<br><br><br>-FINAL-  Original Report 08/08/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME | |
|---|---|---|---|
| LEE, CALVIN | 152056 | DR. MAHOOD | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105271742 | 08/08/2007 | 08/08/2007 13:41 | 8/8/2007 03:57 | 51 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

Tests Ordered : PANEL 2052, ,

Comment :
       FLYC

------------------------------* CHEMISTRY *--------------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.3 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 83 | | 70-109 | mg/dL |
| Sodium | 142 | | 133-145 | mmol/L |
| Potassium | 3.9 | | 3.3-5.3 | mmol/L |
| Chloride | 103 | | 96-108 | mmol/L |
| CO2 | 24 | | 21-29 | mmol/L |
| BUN | 14 | | 7-25 | mg/dl |
| * Creatinine | 1.2 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11.7 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.9 | | 2.4-7.0 | mg/dl |
| Iron | 68 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 168 | | 94-250 | u/l |
| Alk Phos | 79 | | 39-120 | u/l |
| AST (SGOT) | 19 | | < 37 | u/l |
| Phosphorous | 3.9 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 18 | | < 40 | u/L |
| G-GTP | 33 | | 7-51 | u/L |

*******************************************************************************
* GFR, Estimated = 67.73 mL/min/1.73m2

*******************************************************************************

------------------------* CARDIOVASCULAR/LIPIDS *--------------------------

| Test Description | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Cholesterol | 174 | | < 200 | mg/dl |
| Triglycerides | 109 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 51 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 29 | | % |
| Chol/HDL Ratio | | 3.41 | | |
| LDL/HDL Ratio | 2.00 | | 0-3.55 | |
| LDL Cholesterol | | 102 HI | < 100 | mg/dL |

Continued on Next Page

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

PHS0079



**BioReference**
LABORATORIES

| DOCTOR | | |
|---|---|---|
| KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507 | BOOK/CASE: | |
| (A0110-0)  Bio-Net Print | -FINAL-  Original Report 08/08/2007 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME | | |
|---|---|---|---|---|
| LEE, CALVIN | 152056 | DR. MAHOOD | | |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105271742 | 08/08/2007 | 08/08/2007 13:41 | 8/8/2007 03:57 | 51 Y | M |

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|

-----------------------------* HEMATOLOGY *-----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 4.0 | | 3.40-11.80 | x10(3) |
| RBC | | 6.1 HI | 4.20-5.90 | x10(6) |
| HGB | 14.2 | | 12.3-17.0 | gm/dl |
| HCT | 48.2 | | 39.3-52.5 | % |
| MCV | | 79.3 LO | 80.0-100.0 | FL |
| MCH | | 23.4 LO | 25.0-34.1 | pg |
| MCHC | | 29.5 LO | 30.0-35.0 | gm/dl |
| RDW | | 18.0 HI | 10.9-16.9 | % |
| POLYS | | 34 LO | 36-78 | % |
| POLYS  - COUNT,ABS | 1360 | | 1224-9204 | |
| LYMPHS | | 50 HI | 12-48 | % |
| LYMPHS - COUNT,ABS | 2000 | | 408-5664 | |
| EOS | 3 | | 0-8 | % |
| EOS   - COUNT,ABS | 120 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS  - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 13 | | 0-13 | % |
| MONOS  - COUNT,ABS | 520 | | 170-1416 | |
| Platelet Count | 211 | | 144-400 | x10(3) |

-----------------------------* MISCELLANEOUS *-----------------------------

| Test | Result | Reference Range |
|---|---|---|
| TSH | 1.730 | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | 5.3 | 4.5-12.0 ug/dL |
| T3 UPTAKE | 29.4 | 24.3-39.0% |
| FREE T4 INDEX | 1.6 | 1.1-4.5 |

Final Report                          Page: 2

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4256 Rev 1/05

PHS0080



FLYC

**BioReference**
LABORATORIES

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507 | BOOK/CASE: |
|---|---|---|

(A0110-0)  Bio-Net Print                              -FINAL-  Original Report 08/08/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| HENDERSON, RANDALL | 238739 | DR. MAHOOD |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105271744 | 08/06/2007 | 08/08/2007 13:32 | 8/8/2007 02:18 | 24 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CPK, ,

Comment :
          NON FASTING
-----------------------------* MISCELLANEOUS *-----------------------------

CK(CPK,TOTAL)                          230 HI        38-174M/26-140F
                        Final Report                        Page: 1

*James Weisberger, M.D.*
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

PHS0081



ID:        152056
lee.calvin

D.O.B.: 05/16/1956
MALE                51 YEARS
Meds:
Class:
Dr:     mahood
Tech:   exum

08/06/2007 8:35:50

| | | |
|---|---|---|
| Vent. Rate: | 53 | bpm |
| RR Interval: | 1131 | ms |
| PR Interval: | 186 | ms |
| QRS Duration: | 90 | ms |
| QT Interval: | 420 | ms |
| QTc Interval: | 408 | ms |
| QT Dispersion: | 50 | ms |
| P-R-T AXIS: 48° | 29° | 16° |

SINUS BRADYCARDIA
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE   * Unconfirmed Analysis

1)SB
2)No ∆ from prev.

QTc=Hodges

Aria 3000 Int. ref#206020292NE(0004)

Serial #A5806-007743

L:  10 mm/mV.
C:  10 mm/mV.

25 mm/s
STABLE 40 Hz

CORRECTIONAL MEDICAL SERVICES
INFORMED CONSENT

Calvin AlPHonse Lee
**Name of Inmate**

12-07-07
**Date**

152056    05-16-1956
**Inmate ID Number / Date of Birth**

I hereby authorize Dr(s). Andria P. Caldwell and Correctional Medical Services
employees and agents to perform the following procedure(s):

Clean Teeth

I understand the above procedure(s) is/are necessary to treat my condition and has/have been
fully explained. I also understand the nature of any risks associated with this procedure(s),
which has/have been explained to me.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees
have been made as to the outcome of this procedure(s).

I sign this consent willingly and voluntarily in full understanding of the above.

Calvin A. Lee
**Inmate Signature**

Andria P. Caldwell DDS
**Witness**

12-07-07    10:30 am
**Date / Time**

Ethel R. Gowdy DA
**Witness**

CMS 7172  REV. 8/01/02

PHS0083

## CORRECTIONAL MEDICAL SERVICES
### DENTAL TREATMENT RECORD

NAME: *Calvin Alphonse Lee*    ID#: *152056*    RACE: *Blk*    DOB: *05-16-1954*

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



**Date of Initial Examination:** *2/7/07*

**Initial Classification:**

**Oral Pathology:**

    Gingivitis

    Vincent's Infection

    Stomatis

    Other Findings

**Occlusion**

**Roentgenograms:**

    Periapical

    Bitewing

    Panarex

| TOOTH | PRIORITY LIST |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | ✓ | | Gastrointestinal disorders | | ✓ |
| Anemia | | | Glaucoma | | ✓ |
| Asthma or other respiratory problems | ✓ | | Heart disease or murmur | | ✓ |
| Blood pressure conditions | ✓ | | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | |
| Fainting | | ✓ | Taking any medication | ✓ | |
| Pregnant? | | ✓ | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | ✓ | |

CMS 7103 REV. 10/94

75

PHS0084

| SERVICES RENDERED | | | |
|---|---|---|---|
| DATE | TOOTH | SURFACE | DENTAL SERVICES PROVIDED |
| 12/7/07 | | | Med Hx update, Sign Scale Supra + Sub ging generalized. Pt had heavy calculus deposit c̄ moderate bleeding upon probing. OHI given _____ [signature] |

PHS0085

## HYPERTENSION CLINIC
### Q 3-6 months

Name: _Lee, Calvin_  DOB: _5/16/56_  AIS#: _152056_  R/S _B/M_

*Asthma*
*Hyperlipidemia*

| **PATIENT HISTORY** |

Date of Diagnosis: _© 1989_

Current Meds: _HCTZ, Norvasc, ASA 81mg, metoprolol 50mg, Zantac, Lisinopril_

Diet/exercise history: _diet / walks daily_  Compliant? (Yes)  No

*allergic = general*

**Risk factors (check all that apply)**

__Family History __Smoker __Diabetes  Alcoholism  ✓Drug Abuse  Obesity  CHF  __Hyperlipidemia __Renal Disease

*Mom Dad*

| VARIABLE | Date 4/30/07 | | | Date 8/6/07 | | | Date 11-12-7 | | |
|---|---|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 126/72 | 256 | 54 | 118/62 | 260 | 61 | 110 | 260 | 74 |
| CP | | | | | | | | | |
| Exertional Dyspnea | | | | | | | | | |
| Orthopnea | | | | | | | | | |
| Fundi exam annually | 8/5/06 | | | | 8/6/07 | | 8/6/07 | | |
| **General Appearance** | NAD, WD, WN | | | NAD, WD, WN | | | | | |
| Heart | | | | | | | | | |
| JVD/Carotid Bruits | | | | | | | | | |
| Lungs | CTAB | | | CTAB | | | | | |
| Abdomen | | | | | | | | | |
| Periph. Pulses/edema | | | | | | | | | |

| BMP per MD/NP order | | | | | | | | | |
| DPII annually | | | | | | | | | |

| **LABS** | Date | | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| CXRAY | 9/1/06 | | | | | | | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | |

| **PLAN** | Date | | | Date | | | Date | | |
|---|---|---|---|---|---|---|---|---|---|
| Patient Edu/Training | HTN, Hyperlipidemia, Asthma | | | HTN, Hyperlipidemia, Asthma | | | | | |
| Completed Master Problem Sheet | yes | | | yes | | | | | |
| Next F/U | 3 mths CC | | | 3 mths CC | | | | | |
| Signature | | | | | | | | | |

| **SHORT TERM GOALS** | | **LONG TERM GOALS** | |
|---|---|---|---|
| 1 | | 1 | prevent CAD |
| 2 | albuterol PRN | 2 | wt loss |

PHS0086



4/30/07
1030

S: Pt also here for SC w/ c/o dizziness/equilibrium off x 1wk. c̄ blurred vision. ~~orthostatic~~ PMH: HTN, asthma, hyperlipidemia, Seasonal allergies. c/o PND, ear fullness, itchy/watery eyes since 2/07. H/O new glasses. Last optometrist visit 8/25/06

O: See exam on reverse
orthostatic VS: 138/86 (52) L 140/84 (57) ↑ 148/86 (58)
HEENT: (B) TM's dull. Nares boggy w/ clear nasal dc (+) PND. (-) lymphadenopathy. Conjunctiva erythematous (mild). PERRLA EOMI

A: 1) Seasonal allergy

P: 1) CTM 8 g PO BID
2) Artificial Tears PRN
3) F/U PRN
4) Ref. optometrist 2° blurred vision

[signature], CRNP

8/6/07 Cardiac cath records received → will review.
↑ in freq of episodes of CP → Cardiac risk factors: Hyperlipidemia HTN. (-) smoker (-) family h/o CAD. (-) Δ in EKG from previous. Asthma improved on QVAR → albuterol use ↓ to 2x/dy. LDL goal <100 – will rev lipids today & ↑ zocor if needed to attain goal. Cont LF/LC diet/No added salt diet & exercise. Cont to cont meds, but DC HCTZ. CC meds reval. will c/w Dr. Corbier re: ↑CP & Cardiac cath results. Consult c̄ CRNP

[signature] CRNP

**PHS**

PRISON HEALTH SERVICES, INC.

# HEALTH EVALUATION

I.  HISTORY – (LPN or RN)

| | YES | NO | COMMENT(S) |
|---|---|---|---|
| Weight Change (greater 15 lbs.) (Compare Weight Below) | | ✓ | Last weight at least 6 months ago |
| Persistent Cough | | ✓ | |
| Chest Pain | ✓ | | At times |
| Blood in Urine or Stool | | ✓ | |
| Difficult Urination | ✓ | | Some tinny |
| Other Illnesses (Details) | ✓ | | HTN |
| Smoke, Dip or Chew | | ✓ | |
| ALLERGIES | ✓ | | Demeral |

Weight 260 Height 5'11 Temp 97.5 Pulse 46 Resp 18 Blood Pressure 138/100

**If greater than > 140/90, repeat in 1hour. Refer to M.D. if remains > 140/90.**

Eye Exam: 20/40 OD 20/50 OS 20/40 OU wears glasses

II.  TESTING – (LPN or RN)

Tuberculin Skin Test (q yr)

RESULTS 9-15-7   LFA

Date given 9-10-7 Site LFA

Read on 9-18-7 Results ___ mm

Past Positive TB Skin Test → **Survey Completed**
(Chest x-ray if clinical symptoms)  Date 9-10-7 Results ___

RPR (q 3 yrs)  Date 12-30-04 Results NR

EKG (baseline at 35, over 45 q 3 yrs)  8-6-07

Cholesterol (at 35 then q 5 yrs)  174

Finger Stick Blood Sugar  Results 128

* If > than 200 repeat Finger Stick BS within 48 hours  Results ___

Optometry Exam (@ 50 if not already seen)

Mammogram  Date ___ Results ___
    (females @ 40, q 1 yr/other M.D. order)

III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)

Heart  RMR – (murmur)

Lungs  all lob cl

Breast Exam  neg

Rectal (yearly after 45)  Results bfus

    with Hemoccult  Results

Pelvic and PAP (q 1 yr)  Date ___ Results ___

Facility FLVC  Nurse Signature _____ Date 9-10-7

M.D. or Mid-Level Signature _____ Date 10/15/0

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Lee, Calvin | 152056 | 3-16-54 | B/M |

60513-AL  5/15/06

*Mental Health*



PRISON HEALTH SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_  Date of Request: _11-08-07_
ID # _152056_  Date of Birth: _05-16-56_ Location: _F.L.Y.C._
Nature of problem or request: _Effect's from the shooting of Inmate_
_on the Institutional Grounds._

_Calvin A. Lee_
                                    *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective    (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
                                    CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
         If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                 Was MD/PA on call notified:   Yes ( )     No ( )

_____
                    *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0089

*Mental Health*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_    Date of Request: _11-06-07_
ID # _152056_         Date of Birth: _05-16-56_ Location: _F.L.4.C._
Nature of problem or request: _Effect's from the Shooting of Inmate_
_on the Institutional Grounds._

_____

_Calvin A. Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**


**(O)bjective    (V/S): T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____


**(A)ssessment:**


**(P)lan:**


Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

PHS0090

**ALABAMA DEPARTMENT OF CORRECTIONS**
**MENTAL HEALTH SERVICES**
**TREATMENT PLAN**

Inmate's Housing Location: _____    Institution: _FLYC_

Treatment Coordinator: _Darrah_

Plan Application and Review Frequency:
Crisis Cell: _____ MH Observation _____ Suicide Watch (one time)    Outpatient: _X_ (6 months)
RTU: _____ (weekly, bimonthly, monthly)    SU: _____ (weekly)

DSM IV Diagnosis:
Axis I: _Adjustment D/O c̄ Depressed mood_
Axis II: _deferred_
Axis III: _See medical hx._
Axis IV: _Incarceration_
Axis V: GAF _70_

| Problem # 1 _Im has excessive Anger built up_ | |
|---|---|
| | Initiation Date: _4/17/07_ |

Goal: _Eliminating Anger outburst_

Target Date for Resolution: _Six months_

Intervention: _1) Anger mangement training (Just completed 8 week group)_
_2) Exposure to emotional cues 3) cognitive restructuring_
_4) TC to see monthly for 1:1 counseling_
Staff Member(s) Responsible: _TX TEAM_    Frequency: _monthly_

| Problem # 2 _Irritability_ | Initiation Date: _4/17/07_ |
|---|---|

Goal: _Increasing social contacts to three times a week_

Target Date for Resolution: _six months_

Intervention: _1) Activity Scheduling, support groups 2) Refer to_
_problem solving group 3) Continue 1:1 counseling c/ TC._
Staff Member(s) Responsible: _TX TEAM_    Frequency: _monthly_

**Treatment Team Members**

Psychiatrist: _S Banerjee, MD._    Date: _____
Supervising Psychologist: _____    Date: _____
Mental Health Nurse: _____    Date: _____
Treatment Coordinator: _Darrell A Darrah_    Date: _4/17/07_
Inmate Agreement: _Calvin Lee_    Date: _____
Treatment Plan Review to be conducted by: _TX TEAM_    Review Date: _10/17/07_

| Inmate Name: _Calvin Lee_ | Ais# _152056_ |
|---|---|

Disposition: Medical File

Reference: AR ADOC 622,623, 630,632,633,635,638
ADOC Form MH-034 – June 28, 2004
Page _____ of _____

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_KILBY_

**INSTITUTION**

_Lee, CALVIN_      _152056_   _BM_

**NAME**           **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

                       (date)

_____ due to _____

             (date)

_KOP—Soft Knee Braces X 60 days_

_Keylock Profile X 180 days_

_Bottom Bunk Profile X 14 days_

**Instructions:** _KOP— Ocean Nasal Spray X 180 d_

_KOP—Albuterol Inhaler X 180 days_

_KOP-Q-VAR 80 mcg X 180 d_

_KOP liquifilm Tears X 180 days_

*Failure to follow the directions above may result in a disciplinary.*

_11-28-07_

**Date Issued**

_VO M. Ballen CRNP/_
_Graveson_

**Signature**

**F-53**

**Prison Health Services**

## REFUSAL OF TREATMENT FORM

Institution: _7L4C_

Resident's Name: _Lee Calvin_     ID# _15 2056_

D.O.B. _5/16/56_

I, _Calvin Lee_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

____  A.    Refused medication.                    ____  E.    Refused X-Ray services.

____  B.    Refused dental care.                    ____  F.    Refused other diagnostic tests.

____  C.    Refused an outside medical appointment.  ____  G.    Refused physical examination.

____  D.    Refused laboratory services.            ____  H.    Other (Please specify)

Reason For Refusal _Rectal exam_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations
and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory
authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which
may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

_____          _____
Date  _9/10/07_                      Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to
that of the medical staff member.

HS MD-70108



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10-22-7_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Lee, Calvin_          **ID#:** _152056_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_KOP Bandages + Gauze + X10d_

_KOP Betadine X 10d_

_____

_____

**Date:** _10-22-7_  **MD Signature:** _____  **Time:** _____

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10-4-07_

**To:** _Frank Lee_

**From:** _HCU_

**Inmate Name:** _Lee, Calvin_     **ID#:** _152056_

**The following action is recommended for medical reasons:**

1.  House in
2.  Medical Isolation
3.  Work restrictions
4.  May have extra _____ until _____
5.  Other

**Comments:**

Clipper shave profile X 60 days (10-4 to 11-4-07)

**Date:** _10-4-07_   **MD Signature:** _S. Taylor LPN_   **Time:** _2:10 pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### MEDICAL INFORMATION TRANSFER FORM
*Confidential Medical Data*

To: Elmore County Court
(Agency)

_____
(Address)

From: ELXC
(Institution)

_____
(Address)

334 567-1548
(Telephone)

Inmate's Name: Reo Colleen

a/k/a: 152056

D.O.B: 5/16/56    SS #: 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

**Person Completing Form**

Name: A. Carvery LPN

Signature: _____

Date: 3/22/05

---

**MEDICAL PROBLEM(S):**

HTN
Hyperlipidemia
Adjustment D/o c̄ Depressed Mood
(In remission)
Asthma.

**TREATMENTS/MEDICATIONS:**

Zocor 10mg 1 po qHS
Lisinopril 10mg po qd
EC ASA 81mg po qd
Zantic 300mg 1 po Bid
Metoprolol 50mg 1 po qd
NTG 0.4mg SL PRN
Albuterol Inhaler 2puffs tid/PRN (HCA)
Qvar Inhaler 80mg 2 puffs Bid

**Allergies:** Demerol

**Pregnant:**    Yes    No    Unknown

**Other Lab Data:**

TB Skin Test:    NEG    POS  12/30/05    INH Tx compl.
CXR:    NEG    POS    Date 5/18/0

**Test**
RPR: NEG    POS    **Treated** Yes No    **Date** 12/30/04
VDRL: NEG    POS    Yes No
GC:    NEG    POS    Yes No
Other: _____    Yes No



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### *Confidential Medical Data*

To: _Cart_
(Agency)

(Address)

From: _Frank Lee_
(Institution)

(Address)

(___)
(Telephone)

Inmate's Name: _Lee, Cahan_

a/k/a: _A15 152056_

D.O.B.: _5/16/56_    SS #: ___

**Person Completing Form**

Name: _L Jackson LPN_

Signature: _L. Jackson LPN_

Date: _7/18/07_

---

**MEDICAL PROBLEM(S):**

HTN
Hyperlipidemia

**TREATMENTS/MEDICATIONS:**

Antivert 12.5mg ɨ P.O B.d
Aspirin EC 81mg ɨ po daily
HCTZ 25mg ½ tab po daily
Lisinopril 10mg ɨ po daily
Zantac 300mg ɨ po bid
Lopressor 50mg q po daily
Zocor 10mg ɨ po @ h.s.

---

**Allergies:**
Demerol

**Pregnant:**    Yes    (No)    Unknown

**Other Lab Data:**

**TB Skin Test:** (NEG)    POS    Date _1/1/05 0mm_
**CXR:**    NEG    POS    Date ___

| Test | | | Treated | Date |
|------|------|------|---------|------|
| RPR: | NEG | POS | Yes No | ___ |
| VDRL: | NEG | POS | Yes No | ___ |
| GC: | NEG | POS | Yes No | ___ |
| Other: ___ | | | Yes No | ___ |

---

60109 (4/87)    **WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE**

PHS0097



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, _Lee, Calvin_ _____    _152056_ _____
   (Print Name)                           (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis       describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

(X)   Other          describe _Knee brace_ _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Calvin Lee_ _____          _06/30/07_ _____
   (Inmate)                                 (Date)

_Kendall_ _____             _06/30/07_ _____
   (Witness)                                (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 5.16.56 | B/M | PLYC |

PHS-MD-70005              **(White – Medical File, Yellow – Security Property Officer)**

PHS0098



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

## *Authorization for Release of Information*

To: V. A. Medical Center
Dr. Ramsel
Mobile, AL

From: Megan Mahood CRNP
FLYC
Elmore, AL

Patient: Lee Calvin

Inmate ID No.: 152·056

Alias: _____

Social Security No: _____ - ___ - _____

Date of Birth: 5/16/56

Date(s) of Service: 2002, 2003, 2007

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✓] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[✓] Admission     [✓] Discharge     [✓] Operative Summary Reports

[✓] X-Ray     [✓] Special Studies Reports     [ ] HIV Test     [ ] T B Test

[✓] Laboratory Reports     [✓] Immunization History     [ ] Dental Treatment Records

[ ] Psychiatric Summary Report     [ ] Substance Abuse Treatment History & Counseling Reports

[✓] Other Records: Cardiac Catheterization records 2003
(Specify information requested)
All records

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

Can a Lee #152056
(Patient's Signature)

6/4/07
(Date)

Annie Mullins
(Witness' Signature)

6/4/07
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____
(Signature and Title for PHS)

_____
(Date)

60102 (11/02)

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _6-25-7_

To: _DOC_

From: _HCU_

Inmate Name: _Lee, Calvin_     ID#: _152056_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Lay in 1 hr Am + 1 hr Pm X 2wks_

Date: _6-25-7_  MD Signature: _____ CRNP  Time: _1000_

60418