# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE #152056, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. |
| | ) 2:08-CV-18-WKW |
| LEVAN THOMAS, ET AL., | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Correctional Medical Services, Inc. ("CMS"), and in compliance of Rule 7.1 of the Federal Rules of Civil Procedure, hereby states as follows:

1.  CMS is a wholly owned subsidiary of Correctional Medical Services of Delaware, Inc. Correctional Medical Services of Delaware, Inc., is ninety percent (90%) owned by Valitas Health Services, Inc., and ten percent (10%) owned by Valitas Bahamas Investments, Inc. Valitas Health Services, Inc., is a wholly owned subsidiary of Valitas Parent, Inc., which is wholly owned by Valitas Equity, LLC.

Respectfully submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB 4379-P67P
E-Mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB#: 5657-D65W
E-Mail: tdavis@starneslaw.com

{B0815382}

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional
Medical Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Calvin Alphonse Lee
AIS #152056
Draper Correctional Facility
P.O. Box 1107
Elmore, AL  36025

                                             s/Philip G. Piggott
                                             PHILIP G. PIGGOTT
                                             ASB#:  4379-P67P
                                             E-mail: ppiggott@starneslaw.com