IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-18-WKW |
| | ) |
| LEVAN THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 5, 2008 the plaintiff shall show cause why this case should not be dismissed for his failure to file an amendment in accordance with the orders of this court. It is further

ORDERED that the defendants shall not file any response to the complaint unless and until further order of the court.

Done this 25th day of February, 2008.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE