In The District Court For The United States

Calvin A. Lee #152054
    Plaintiff

v.

Levan Thomas, ET AL
    Defendant

Civil Action No. 2:08-CV-018-WKW

RECEIVED
2008 MAR -5 A 9:13
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Notice of Address Correction

Comes Now the named Defendant, as his Attorneys are sending litigation Responses to the wrong address. And it is unknown how many of those responses have been lost or sent back. The Plaintiff is sending the correct address for future Responses to be sent to.

    Calvin Alphonse Lee
    C/o Ms. Linda Rodgers
    1306 Brooke Ave
    Mobile, AL 36605

The Plaintiff is unaware as to where the Ala.D.O.C. Legal Division get's the address that it has been forwarding mail concerning the Plaintiff to. Listed as:

    Calvin A. Lee
    C/o Linda Rodgers
    1461 Linewood Drive
    Mobile, AL 36613

SCANNED

Plaintiff has never used this address and it is not listed in the Records of the Plaintiff anywhere. And if any sanctions have been placed against the Plaintiff as to not Responding or complying to

Court orders, it is due to the fault of the defendants and not the plaintiffs. And Request that the Court take the Required Action Necessary to correct this error.

Sincerely Submitted,
Calvin G. Lee #152056
1306 Brooke Ave
Mobile, AL 36605

## CERTIFICATE OF SERVICE

I Calvin A. Lee 152056 do hereby certify that a copy of the foregoing: Notice of Address Correction, has been served upon the Honorable Court by way of the Clerk. And upon the Attorneys for the defendant by placing said same in the U.S. Mail properly addressed and postage prepaid this the 17th day of February 2008.

Calvin A. Lee 152086
1306 Brooke Ave
Mobile, AL 36605

MOBILE AL
03 MAR 2008 PM 2 L

LET US DARE TO READ,
THINK, SPEAK
John Adams

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama
36101-0711

LEGAL USE ONLY

36101+0711