IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin A. Lee #152056
        Plaintiff

                    RECEIVE

                    2008 MAR -7  A 9:48    Civil Action No. 2:08-CV-18-WKW
        v
                    DEBRA P. HACKETT, CLK
                    U.S. DISTRICT COURT
                    MIDDLE DISTRICT ALA
LEVAN Thomas, ET AL
        Defendant

                REQUEST FOR EXSTENSION OF TIME

        Comes Now, the plaintiff Calvin A. Lee Respectfully Request
an additional 90 day's in which to file his Response to the Courts order
filed 02/25/2008. Response as to a More Definite STATEMENT, filed
by the defendant

        The plaintiff Request additional time, to Respond to any Court orders
due to Numerous hardship's. That the plaintiff has Aquire'd due to his Recent
Release from incarceration. The Reintergrating back into society, has placed
Numerous hardship's upon the plaintiff. Such as, Financial, Housing, emotional and
mental. Also the plaintiff is untrained in law, an Request either the Court
Appoint Counsel. Or grant plaintiff additional time to seek employment
and obtain paid Counsel, to Represent the plaintiff in the above matter.

        The Plaintiff Request in this Cause and other's directly Related to the
undre hardships. That the Honorable Court take into Consideration. And the
Plaintiff Prays that the Court will Grant his Request for and Exstension of
Time.

                        Sincerely Submitted,
                        Calvin A. Lee
                        Calvin A. Lee Pro Se
                        1306 Bruke Ave
                        Mobile AL 36605.

CERTIFICATE OF SERVICE

I Calvin A. Lee do hereby Certify that A copy of the Foregoing Motion Request for Exstension of Time has been Served upon the Clerk of the Courts and the Attorney's for the — Defendents by placing said same in the U.S. Mail Properly addressed and postage prepaid this the 3rd Day of March 2008.

Calvin A. Lee #152056, A21A
Frank Lee Work-Center
P.O. Box 220410
Deatsville, Al 36022

MOBILE AL 366

05 MAR 2008 PM 1 T

"LET US DARE T
THINK, SPEAK
John Adams,
powerofthe



Office Of The Clerk
United States District Court
P.O. Box 711
Montgomery, Ala. 36101-0711

36101+0711-11 B007