IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| LEVAN THOMAS, et al., ) | 2:08-CV-018-WKW |
| ) | |
| Defendants. ) | |

## ADOC DEFENDANTS' MOTION FOR DISMISSAL

Come now the named Alabama Department of Corrections Defendants, by and through the undersigned counsel, and pray this Honorable Court to dismiss the above action and as support states as follows:

1. That the Court originally ordered that the Plaintiff file an amended complaint on or before February 19, 2008. (Docket # 11).

2. That on February 25, 2008, this Court ordered the Plaintiff to show cause why this action should not be dismissed for his failure to file an amended complaint. (Docket # 21).

3. That on March 7, 2008, the Plaintiff filed a request for an extension of time to respond to Docket # 21. (Docket # 23).

4. That on March 10, 2008, this Court granted the Plaintiff's motion for extension of time and further ordered that the Plaintiff file an amended complaint by March 24, 2008. (Docket # 24).

1

5. That as of this date the Plaintiff has not filed an amended complaint.

Wherefore the premises considered, the ADOC Defendants respectfully request that this action be dismissed due to the Plaintiff's failure to follow the orders of this Court.

>Respectfully submitted,
>
>Kim T. Thomas
>General Counsel
>Deputy Attorney General
>
>/s/ Albert S. Butler
>Albert S. Butler (BUT016)
>Assistant General Counsel
>Assistant Attorney General

ADDRESS OF COUNSEL:
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P.O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353-4859

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Calvin A. Lee
c/o Linda Rodgers
1461 Linewood Drive
Mobile, Alabama 36603

William R. Lunsford
Maynard, Cooper & Gayle, P.C.
Attorney for PHS
655 Gallatin Street
Huntsville, Alabama 35801

Philip G. Piggott
Starnes & Atchison
Attorney for CMS
P. O. Box 598512
100 Brookwood Place
Birmingham, Alabama 35259-8512

on this the 31th day of March, 2008.

                                  /s/Albert S. Butler
                                  Albert S. Butler (BUT016)
                                  Assistant General Counsel
                                  Assistant Attorney General