IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-18-WKW |
| | ) |
| LEVAN THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On March 31, 2008, counsel for the correctional defendants erroneously filed a motion to dismiss. This motion is not properly before the court as the defendants submitted the motion without permission of the court. *Order of January 9, 2008 - Court Doc. No. 4* at 3-4 ("No ... motion to dismiss ... [may] be filed by any party without permission of the court."). The aforementioned order further directed that "[i]f any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court [without the requisite permission having been granted], the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court." Accordingly, it is

ORDERED that the motion to dismiss electronically filed by counsel for the correctional defendants on March 31, 2008 be stricken from the file.

Done this 31st day of March, 2008.

                                      /s/ Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE