IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

| | |
|---|---|
| CALVIN ALPHONSEE LEE, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-CV- 18-WKW |
| LEVAN THOMAS, et al. | ) |
| Defendant. | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Levan Thomas, Janet Hicks, Nathan Parrish, [ Defendants] in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[X] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |

4/3/2008                      /s/Albert S. Butler
Date                          Counsel Signature

Levan Thomas, Janet Hicks, and
Nathan Hicks
Counsel for (print names of all parties)

301 S. Ripley St.
P.O. Box 301501,Montgomery, AL 36130
Address, City, State Zip Code

334-353-4859
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
**NORTHERN** DIVISION

**CERTIFICATE OF SERVICE**

I, <u>Albert S. Butler</u> , do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>U.S. MAIL, CM/ECF</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>3rd</u> day of <u>April,</u> <u>2008</u>, to:

Calvin Alphonee Lee
c/o Linda Rodgers
1306 Brooke Avenue
Mobile, AL  36605

William R. Lunsford
Maynard, Cooper & Gayle, P.C.
Attorney for PHS
655 Gallatin Street
Huntsville, AL  35801

Philip G. Piggott
Starnes & Atchison
Attorney for CMS
P. O. Box 598512
100 Brookwood Place
Birmingham, AL  35259-8512

| 4/3/2008 | /s/Albert S. Butler |
|----------|---------------------|
| Date     | Signature           |