Calvin ALPHonse Lee
#152056
Plaintiff

v.   Civil Action No. 2:08-CV-18-WKW

Levan Thomas et al
Defendant

RECEIVED
2008 APR -7 A 11:00
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Request for Additional Extension of Time

Comes Now the Plaintiff Calvin Alphonse Lee in the above style case. In good faith, request of the Court and additional extension of time. Possibly 90 day's in which to respond to any, ordered condition to the defendants or the Courts. The Court is already aware of the plaintiffs, undue hardships, that has caused the plaintiff to be unable to comply with the orders of the Court. Plaintiff is Notifying the Courts, that the 2 week time extension given is not enough time for the plaintiff to adequately deal with the hardship situation. And the Plaintiff is Requesting and additional 90 day's. Plaintiff Prays that the Court will Grant this motion, And Render the Relief Requested.

Sincerely Submitted

Calvin A Lee #152056
Calvin A Lee Pro Se
1306 Brooke Ave
Mobile, AL 36605

Certificate of Service

I Calvin A. Lee do hereby certify that a copy of the foregoing Request for Additional Extension of Time has been served upon the Clerk of the Courts, and the Defendants Attorneys, by placing said same in the U.S. Mail properly addressed and postage prepaid. This the 30th day of March 2008.

Calvin A. Lee #152056
1306 Brecke Ave
Mobile, AL 36605

MOBILE AL 366
03 APR 2008 PM 2 L

"LET US DARE TO READ
THINK, SPEAK AND
John Adams, 1755
powerofthelet"
USA First-Class

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711