IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-18-WKW |
| | ) |
| LEVAN THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the motion for extension of time filed by the plaintiff on April 7 , 2008 (Court Doc. No. 32), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff be GRANTED an extension from March 24, 2008 to and including April 22, 2008 to file an amendment to his complaint in compliance with the directives of the order entered on February 8, 2008 (Court Doc. No. 11). The plaintiff is advised that the court will not entertain any additional requests for extension of time absent a showing of exceptional circumstances. The plaintiff is further advised that the allegations contained in his prior motions do not demonstrate exceptional circumstances warranting additional extensions of time.

Done this 7th day of April, 2008.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE