IN THE DISTRICT COURT OF THE UNITED STATES, NORTHERN DIVISION
FOR THE MIDDLE DISTRICT OF ALABAMA

Calvin A. Lee #152054
    Plaintiff,

v.

Levan Thomas, et al,
    Defendants

Civil Action No. 2:08-cv-72-WKW

RECEIVED
2008 APR 25 A 10: 02
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Amendment to the Complaint

Comes Now the Plaintiff in response to the directives of the Courts order, files this Amendment to the Complaint According to Rule 8, Federal Rules of Civil Procedures.

Upon the filing of the original complaint, the plaintiff for the sake of time, and expense. The plaintiff filed a multiple 1983 complaint, that was clearly separated in sections. So that it could be understood clearly, which is not the results at hand. The body of the complaint was surposely to be sectional. Which was to include a complaint where the plaintiff verses Warden Levan Thomas. In a discriminatory nature. Next the Plaintiff v Dr. Paul Corbier and Correctional Medical Service and Prison Health Services. This is the floor mat that the 1983 complaint was styled on. But after the Court Clerks Office Received the complaint and interpreted it. The results are what is now transpiring; In other words sort of confusing. Warden Levan Thomas is not being alleged, to have denied the plaintiff medical treatment. Warden Levan Thomas has violated the Plaintiff constitutional Rights by other means. That is why he was implicated in the 1983 complaint. This amendment should clear-up that portion of this response. And if there is any further, need for concise and direct statements. Plaintiff would be more than willingly to present a statement.

Sincerely Submitted
Calvin A. Lee #152056
Calvin Alphense Lee
1306 Brooke Ave
Mobile AL 36605

## Certificate of Service

I Calvin A. Lee do hereby certify that a copy of the foregoing: Amendment To The Complaint has been served upon the Clerk of the Court, and upon the Attorney's for the Defendant. By placing said same in the U.S. Mail properly addressed and postage prepaid. This the 14 Day of April 2008.



MOBILE AL 366
24 APR 2008 PM 1 T

Office of THE Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Calvin A. Lee #153056
1306 Brooke Ave
Mobile, AL 36605

**LEGAL USE ONLY**