IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-18-WKW |
| | ) |
| LEVAN THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon review of the amendment filed by the plaintiff on April 25, 2008 (Court Doc. No. 34), and for good cause, it is

ORDERED that:

1. On or before May 12, 2008, the plaintiff shall file an amendment to his complaint which specifically describes how defendants Thomas, Hicks and Parrish acted in violation of his constitutional rights.

2. The correctional defendants be and are hereby GRANTED an extension to and including June 23, 2008 to file a special report to the complaint, as amended.

In response to the directives of this order, the plaintiff is advised that he must set forth **short and plain statements** describing how the correctional defendants violated his constitutional rights. Each response should be simple, concise and direct. *See* Rule 8, *Federal Rules of Civil Procedure*.

The plaintiff is cautioned that if he fails to comply with the directives of this order the

Magistrate Judge will recommend that his claims against the aforementioned defendants be dismissed. The plaintiff is likewise cautioned that the court will not allow any extensions of time for filing a response to this order unless he presents exceptional circumstances warranting such action.

Done this 25th day of April, 2008.

       /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE