In The District Court of The United States
For The Middle District of Alabama

Calvin A. Lee #150056
  Plaintiff

v.

Levan Thomas ET AL
  Defendants

Civil Action No. 2:08-CV-18-WKW

RECEIVED
2008 MAY 12 A 10: 26
DEBRA P. HACKETT, C.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## AMENDMENT TO THE COMPLAINT

Defendant Levan Thomas, Lt. Janet Hicks, Sgt. Nathen Parrish all violated, the plaintiff Constitutional Rights. By violating the Due Process Procedures, as to Disciplinary Reports. And Disciplinary Hearing Procedure's. Administrative Regulations 403. First Warden Thomas by illegally charging the plaintiff with a violation. (Inciting to Riot) There was no proof that a Riot occurred, neither did any altercation occur, that warranted the charges, filed on the plaintiff. Warden Thomas submitted two different statements, as to what occurred. And as to who saw what, and who gave what statement. A much detailed report was given after, A Review of the Plaintiff allegations were viewed. All of this did not comply with the AL.D.O.C. Policy as to Disciplinary Procedures. Which by these Rules constitute a violation of the plaintiffs Due Process Rights.

Lt. Janet Hicks violated the plaintiff Rights, by filing charges against the plaintiff. That she herself knew were illegal and with no merit. But done by orders from her superiors when she should have questioned the allegation made, against the plaintiff as to whether or not they were true. She also used her superior rank over Sgt. Nathen Parrish and ordered him to alter the Disciplinary hearing Procedures. In order to get the Required Results needed.

To assure a guilty verdict at the Disciplinary Hearing. This violated the Plaintiff Due Process Rights, as to a fair, and impartial hearing. SGT Nathan Parrish followed Lt. Hicks Leads as to conducting the Disciplinary Hearing. As it he was inexperienced in these matter's. When According to Regulation's governing these hearing. SGT. Nathan Parrish was, the Hearing Officer, in other words was the Judge of the Hearing. But instead SGT Parrish allowed Lt. Hicks to speak out of order. While the hearing was in process. Once SGT. Parrish followed Lt. Hicks instructions as to how the hearing was going to be conducted. Detouring from the order established for these Hearing. By the Al. D.O.C. Regulations. This violated the Plaintiffs Due Process Rights. To a fair and Impartial Hearing, described in detail. In the Administrative Regulations 403. of the Al.D.O.C Policy Regulations. Lt. Hicks and SGT. Nathan Parrish made sure that, the plaintiff was founded guilty. Regardless of right or wrong But due discriminatory toward the plaintiff. A devised scheme, commonly done to assure. That Inmate's Never win Disciplinary Hearing. The Disciplinary Policy clearly also states that if, a correctional officer. Is present at the scene of and incident or involved in and manner. That officer cannot serve on the Disciplinary Board that prosecutes the Accused. SGT. Nathan Parrish served both capacities. And by participating in both the Hearing. The plaintiff was impartial and bias toward the Plaintiff. All of the defendants violated the Plaintiff's. Due Process Rights and Discriminated against the Plaintiff, as to the Hearing Procedures. In order for them to obtain the guilty verdict that they did. If the Court will order a copy of the Records. From the case in A Montgomery State Court. Case No. CV-2007-001911.00. Also A copy of all Documents pertaining to the Disciplinary Hearing. It will prove the defendants Malicious

Attempts, That was a violation of the plaintiffs Constitutional Rights.

Sincerely Submitted
Calvin Alphonse Lee #152656
Calvin A Lee  Pro Se
1306 Brooke Ave
Mobile Al 36605

## Certificate of Service

I Calvin A. Lee do hereby certify, that a copy of the foregoing: Amendment to the Complaint. has been served upon the Clerk of the courts. And the Attorney for the defendants. By placing said same in the U.S. Mail. properly addressed and postage prepaid. This the 9th Day of May 2008.

Calvin A. Lee #152054
1306 Brooke Ave
Mobile AL 36605

MOBILE AL 366
09 MAY 2008 PM 2 T

"LET US DARE TO READ,
THINK, SPEAK AND [WRITE]"
John Adams, 1765
powerofthelett[er]
USA First-Class

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711