## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CALVIN ALPHONSE LEE #152056,    )
                                   )
       Plaintiff,            )
                                   )
vs.                              )     **CIVIL ACTION NO.**
                                   )     **2:08-CV-18-WKW**
WARDEN LEVAN THOMAS, ET AL.,   )
                                   )
       Defendants.       )

### SPECIAL REPORT

COMES NOW the Defendant, CORRECTIONAL MEDICAL SERVICES, INC. (hereinafter "CMS"), by and through counsel, and in response to the Plaintiff's original Complaint, filed on January 8, 2008, and Amended Complaints filed on April 25, 2008 and May 12, 2008, and in compliance with this Court's Orders of February 25, 2008, and April 25, 2008, presents the following Special Report with regard to this matter.

### I.    INTRODUCTION

The plaintiff, Calvin Alphonse Lee (AIS #152056) (hereinafter "Lee" or "plaintiff") sets forth in his original Complaint that he was confined at the Draper Correctional Center located in Elmore, Alabama. However, Lee was discharged from the Alabama Department of Corrections system on January 24, 2008, and now resides at 1306 Brooke Avenue, Mobile, Alabama 36605. Lee alleges in his Complaint that the instances at issue in the lawsuit occurred while he was incarcerated at the Frank Lee Work Release Center located in Deatsville, Alabama. (Plaintiff's original Complaint attached hereto as Exhibit 1).

In the original Complaint, the Plaintiff states that he had repeatedly requested to be seen by a medical doctor since October, 2007, for problems with his knees. Plaintiff alleges that his equal protection rights and his Eighth Amendment rights have been violated by the alleged failure to provide him with adequate medical treatment. Plaintiff also alleges that he has been discriminated against due to the fact that he has been inadequately screened and diagnosed by medical staff during his incarceration with the Alabama Department of Corrections ("ALDOC"). (Id.).

The original Complaint, filed on January 8, 2008, was filed against the Alabama Department of Corrections and its various employees, Prison Health Services, Inc. ("PHS"), and CMS. PHS was the previous company that held the contract with the ALDOC to provide healthcare to inmates incarcerated within the State of Alabama. The Defendant, CMS, was awarded and began its contract with the State of Alabama to provide medical services for inmates beginning on November 1, 2007. (Affidavit of Dr. Paul Cobier, attached hereto as Exhibit 2).

PHS held the contract with the State of Alabama to provide medical services to inmates on and prior to October 31, 2007. A Special Report was filed on behalf of PHS on February 18, 2008 (Doc. #15). Attached to the Special Report filed by PHS was a certified copy of Lee's medical records (Exhibit "B" to PHS's Special Report), and an Affidavit of Dr. Paul Corbier (Exhibit "A" to PHS's Special Report). CMS adopts and incorporates the Affidavit of Dr. Paul Corbier and the medical records attached to the Special Report filed by PHS.

{B0815277}

## II.    NARRATIVE SUMMARY OF FACTS

In Plaintiff's Complaint, he states that he has not, in his opinion, received adequate medical care and treatment for his knees since October, 2007.  (Exhibit 1).  CMS, however, was not responsible for any healthcare received by the Plaintiff until November 1, 2007, when CMS began its contract with the ALDOC.  (See Affidavit of Dr. Paul Corbier, Exhibit 2).

Prior to CMS beginning the contract with the ALDOC on November 1, 2007, Lee had been receiving treatment for complaints regarding his knees from the doctors and nurses working under the contract of PHS.  (See Special Report of PHS and Affidavits and medical records attached thereto, Doc. #15).  The first time Lee was seen by any doctor or nurse under the CMS contract was on November 2, 2007.  At that time, Lee complained of weak and sore knees.  It was noted on Lee's sick call request that x-rays had been ordered for his knees.  (A full and complete copy of Lee's medical records since CMS took over the contract with the ALDOC on November 1, 2007, until the time of Lee's discharge on January 24, 2008, are attached to the Affidavit of Dr. Paul Corbier, attached hereto as Exhibit 2).

On November 19, 2007, Lee was transferred from the Frank Lee Work Release Center to the Kilby Correctional Facility.  (Id.).

An x-ray was taken of Lee's knees on November 28, 2007.  The radiologist reading the x-ray report, Anne Glaser, stated with regard to the findings of the x-ray report as follows:

3

AP and lateral views of both knees demonstrate no fracture, dislocation, or subluxation. There is not joint effusion. Alignment is excellent. Bone density is normal and uniform. There is mild degenerative change consistent with age but no unusual arthropathy. The soft tissue planes are over penetrated without radiopaque foreign body. Degenerative change is slightly worse on the left than the right.

The radiologist's impression was: "Mild degenerative change, worse on the left than the right." (Id.).

Lee was again see on December 2, 2007, complaining of pain in his knees. It was noted at that point that Lee had had arthroscopic surgery on both knees in 2001. It was also noted that the prior x-ray taken on November 28, 2007, showed mild degenerative changes in both knees. (Affidavit of Dr. Corbier, Exhibit 2).

On January 6, 2008, Lee was seen at sick call complaining of pain in both knees. On January 8, 2008, Lee was seen by Nurse Practitioner, Brad Adams, who evaluated Lee's knees. Lee complained of bilateral knee pain on that occasion. Nurse Practitioner Adams noted that there were no significant findings and no swelling or outward objective signs indicative of problems with Lee's knees. Lee was given Percogesic for knee pain and given a knee brace. (Id.).

On January 13, 2008, Lee was again seen at sick call for bilateral pain in his knees. Thereafter, an appointment was made for Lee to be seen by a physician. (Id.).

Dr. Corbier personally saw Lee on January 17, 2008, and Lee informed him that he had previously undergone arthroscopic surgery on his right knee. (Id.).

4

Lee also informed Dr. Corbier on that date that his sentence was due to be completed in one week. Lee in fact left the Alabama Correctional system on January 24, 2008. (Id.).

During Dr. Corbier's evaluation of Lee on January 17, 2008, he performed a range-of-motion test, musculoskeletal examination and reviewed previous x-rays taken of Lee at the Kilby Correctional Facility on November 28, 2007. Dr. Corbier's diagnosis at that time was mild arthritis of both knees. Dr. Corbier ordered a profile for Lee of no standing for long durations of time. He also informed Lee that if he needed to see Dr. Corbier on an emergency basis, he could return to sick call at any time. (Id.).

Lee never returned to sick call nor requested to be seen by Dr. Corbier or any other physician subsequent to January 17, 2008. Dr. Corbier did not see Lee between January 17, 2008, and his release from the Alabama Correctional system on January 24, 2008. (Id.).

**A.    Plaintiff's purported § 1983 claim against CMS is fundamentally flawed.**

It appears that the Plaintiff is attempting to claim that CMS is allegedly violating his constitutional rights under the Eighth Amendment. In Estelle v. Gamble, 429 U.S. 97 (1976), the United States Supreme Court first inferred a prisoner's "rights" to necessary medical care from the text of the Eighth Amendment. In reaching this conclusion, the Estelle court held that the prohibition against cruel and unusual punishment in the Eighth Amendment prohibits prison officials from acting with "deliberate indifference" with regard to prisoner's serious medical needs. 429 U.S. at 104. Since Estelle, the courts

{B0815277}

have routinely recognized that the Eighth Amendment[1] to the United States Constitution governs the conditions of confinement for prisoners and the treatment of these prisoners during the term of their incarceration.  Farmer v. Brennan, 511 U. S. 825, 832 (1974) (quoting Helling v. McKinney, 509 U. S. 25, 31 (1993)); see also Whitley v. Albers, 475 U. S. 312, 327 (1986); Rhodes v. Chapman, 452 U. S. 337, 345-46 (1981).

An alleged claim of "deliberate indifference" under the Eighth Amendment may be actionable under 42 U.S.C. § 1983.[2]  See Graham v. Connor, 490 U. S. 386, 393-94 (1989)(recognizing that § 1983 is not a source of "any substantive right," but rather provides a means for "vindicating federal rights elsewhere conferred.").  However, every claim by a prisoner that he has not received adequate medical treatment does not state a violation of the Eighth Amendment. McElligott v. Foley, 182 F.3d 1248, 1254 (11th Cir. 1999).  The courts have devoted an extraordinary amount of time in clearly defining the requirements for asserting and succeeding upon an Eighth Amendment claim under § 1983.  Both the Supreme Court and the Eleventh Circuit have described the Eighth Amendment standard of deliberate indifference as requiring allegations and evidence of

---

[1] Though liability arising out of the treatment of pretrial detainees triggers Fourteenth Amendment considerations, "the minimum standard for providing medical care to a pretrial detainee under the Fourteenth Amendment is the same as the minimum standard required by the Eighth Amendment for a convicted prisoner . . . ." See Hahn v. DeKalb Co., 774 F.2d 1567, 1573-74 (11th Cir. 1985).  The extent CMS relies upon any cases addressing the application of the Fourteenth Amendment in a prison context, such cases are equally applicable in this case.

[2] 42 U.S.C. § 1983 provides, in pertinent part:

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any state or territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivations of any rights, privileges, or immunity secured by the Constitution and laws, shall be liable to the party injured in an action at law, sued in equity, or other proper proceedings for redress . . . .

{B0815277}

both "objective" and "subjective" components.    See e.g. Farmer, 511 U. S. 825 at 834-837; Chandler v. Crosby, 379 F.3d 1278, 1289-90 (11th Cir. 2004).

The "objective" component of the Eighth Amendment analysis requires a prisoner to demonstrate the existence of a condition, act or omission which is sufficiently egregious to violate the Eighth Amendment.    See Hudson v. McMillan, 503 U.S. 1, 8 (1992). The underlying conduct or condition must be "extreme" and pose "unreasonable risk of serious damage to his future health," if left unchecked.    Chandler, 379 F.3d at 1289-90 (quoting Hudson, 503 U. S. at 9) (other citations omitted).    At a minimum, a prisoner must allege and establish the existence of "a serious medical need." Chandler, 379 F.3d at 1289-90; Farrow v. West, 320 F.3d 1235, 1243 (11th Cir. 2003).    The Eleventh Circuit's longstanding definition of "serious medical need" is a condition "that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention."    See e.g. Farrow, 320 F.3d at 1243 (citing Hill v. DeKalb Reg'l Youth Det. Ctr., 40 F.3d 1176, 1187 (11th Cir. 1994) (internal quotations omitted)).    Additionally, the serious medical need must be such that, if left untreated, "Pos[es] a substantial risk of serious harm." Farmer, 511 U. S. at 834.    The burden falls squarely upon plaintiff to allege and ultimately establish the existence of a serious medical need.    See e.g. Hamm v. DeKalb Co., 774 F.2d 1567 (11th Cir. 1985).

Even assuming plaintiff successfully identified and established the existence of a "serious medical need," he must also establish the "subjective" component of an Eighth Amendment violation.    Plaintiff must prove CMS acted with "deliberate indifference."

7

See, e.g., Farmer, 511 U. S. at 837. This subjective component requires evidence that CMS possessed actual knowledge of "an excessive risk to inmate health or safety" and disregarded that risk. Id. at 837. Evidence demonstrating CMS failed "to alleviate a significant risk that [they] should have perceived but did not, while no cause for commendation, cannot under our cases be condemned as the infliction of punishment" or serve as a basis for a claim of deliberate indifference. Burks v. Sikes, 169 F.3d 1353, 1363-1364 (11th Cir. 1999) (other citations omitted); see also, Cottrell v. Caldwell, 85 F.3d 1480, 1491 (11th Cir. 1996) (holding, "[t]here is no liability for 'an official's failure to alleviate a significant risk they should have perceived but did not . . . .'" (quoting Farmer, 511 U. S. at 838)). The court summarized this component as requiring evidence of a "subjectively sufficiently culpable state of mind." Id. at 1491 (other citations and internal quotations omitted).

It is incumbent upon a prisoner asserting a § 1983 claim to establish "conscious or callous indifference" on the part of the prison official. See, e.g. Daniels v. Williams, 474 U.S. 327 (1986); Brown v. Hughes, 894 F.2d 1533, 1537-38 (11th Cir. 1990). For example, a prisoner's § 1983 claim for inadequate medical treatment cannot survive summary judgment unless and until the inmate produces evidence (of the prison official's subjective awareness) of the alleged medical condition and an "intentional refusal [by the official] to provide . . . care." Id.; Campbell v. Sikes, 169 F.3d 1353, 1364 (11th Cir. 1999) (quoting Steele v. Shaw, 87 F.3d 1266, 1269 (11th Cir. 1996); Hill, 40 F.3d at 1186). Without evidence of this "specific intent," a prison's § 1983 claim cannot succeed. Steele, 87 F.3d at 1269.

8

{B0815277}

The courts have devoted a significant amount of time identifying the specific types of allegations which **do not** give rise to the claim of "deliberate indifference." In declaring the "deliberate indifference" standard for the first time, the Estelle court wrote, "a complaint that a physician has been negligent in diagnosing or treating a medical condition does not state a valid claim of medical mistreatment under the Eighth Amendment." 429 U.S. at 106. The Eleventh Circuit in Chandler held a prison's discomfort does not give rise to an Eighth Amendment violation. 379 F.3d at 1295 (citations omitted). Applying Estelle, the Eleventh Circuit also noted that a complaint that prison medical staff should have done more to diagnose and/or treat a prisoner is "at most . . . medical malpractice." Campbell, 169 F.3d at 1363. Indeed, the Eighth Amendment does not prohibit or provide any remedy for any "accidental inadequacy . . . or even medical malpractice actionable under state law." Taylor v. Adams, 221 F.3d 2154, 2158 (11th Cir. 2000) (quotations and omissions and citations omitted). For this reason, medical decisions not to or when to provide certain types of medical treatment, such as an x-ray are not actionable as a matter of law under the Eighth Amendment. Id.

In instances where inmates acknowledge treatment but contest the manner in which treatment is provided, courts have applied an altered analysis of claims involving requests for different or alternative types of medical treatment. When an inmate claims "different treatment should have been provided," such a claim "is tantamount to a medical judgment call," not an Eighth Amendment violation. McElligott, 182 F.3d at 1295. In greater detail, the Eleventh Circuit explained in Hamm:

{B0815277}

Although <u>Hamm</u> may have desired different modes of treatment, the care the jail provided did not amount to deliberate indifference. <u>See</u> <u>Bass v. Sullivan</u>, 550 F.2d 229, 231-32 (5th Cir., cert. denied, 434, U.S. 864, 98 S. Ct. 195, 54 L. ed. 2d 138 (1977); accord, <u>Westlake v. Lucas</u>, 537 F.2d 857, 860 n. 5 (First Cir. 1981) ("where a prisoner has received . . . medical attention and the dispute is over the adequacy of the treatment, federal courts are generally reluctant to second guess medical judgment and to constitutionalize claims that are sound in tort law.")

774 F.2d at 1575. Accordingly, in instances where prisoners request different medical treatment, prisoners must overcome a much greater threshold in order to state and/or succeed upon such a § 1983 claim.

In this present action, Plaintiff's complaints against CMS arise solely out of the treatment prescribed for him by the medical staff at the Frank Lee Correctional Facility, Kilby Correctional Facility and the Draper Correctional Facility from November 1, 2007, through the time of his discharge on January 24,2008. The Plaintiff claims he did not receive adequate healthcare regarding his complaints of knee pain. In other words, Plaintiff's complaints fall squarely within the ambit of those claims prohibited by <u>Hamm</u>, i.e., claims that attempt to "second guess medical judgment." There is simply no evidence that plaintiff was ever denied any treatment, refused any treatment, or told he would not receive any treatment of any kind, which was necessary at that time. Plaintiff's dissatisfaction with his treatment is of no consequence under § 1983. The evidence demonstrates that, on each occasion, plaintiff requested evaluation by the medical staff, such a evaluation has been provided. With regard to CMS in particular, plaintiff's complaint and motion for relief lacks any reference to any misconduct, misdeed, deliberately indifferent act or other tortuous act of any kind of CMS, as a

10

corporate entity. Accordingly, there is no allegation or evidence to substantiate any claim that CMS acted with deliberate indifference towards the plaintiff during the time of incarceration.

The plaintiff, Lee, "has no constitutional right to specific medical treatment on demand simply because he thinks he needs a certain procedure nor does he have a constitutional right to be treated by a specific doctor, nurse, or other medical personnel." McLaughlin v. Darbouze, 2007 WL 484550 (M.D. Ala.) citing Hudson v. McMillan, 503 U.S. 1, 9 (1972) ("society does not expect that prisoners will have unqualified access to health care"). "Further, to the extent plaintiff's claims is based upon his own disagreement with the prison medical staff about his medical treatment, such claim does not amount to deliberate indifference." Id., citing Estelle, 429 U.S. at 107; Hamm v. DeKalb County, 774 F.2d 1567, 1575 (11th Cir. 1985).

In Lee's present motion for relief, he fails to come forward with any evidence showing that CMS knew the manner in which Lee was being treated created a substantial risk to him and that CMS disregarded that risk. In the absence of such a showing, Lee's motion for relief is due to be denied. See McLaughlin, 2007 WL 484550 (M.D. Ala.).

Lee complained of knee pain, however, the x-rays revealed that Lee suffered from mild degenerative changes and he was treated accordingly with medications and a limited profile. (Affidavit of Dr. Paul Corbier, Exhibit B).

As previously set forth, Lee "has no constitutional right to specific medical treatment on demand simply because he thinks he needs a certain procedure nor does he have a constitutional right to be treated by a specific doctor, nurse, or other medical

11

provider." McLaughlin v. Darbauze, 2007 WL 484550 (N.D.Ala.). "Further, to the extent the plaintiff's claims are based on his own disagreement with the prison medical staff about his medical treatment, such claims do not amount to deliberate indifference." Id.

**B.    Plaintiff fails to state any claim against CMS for medical malpractice.**

In addition to any claims for "deliberate indifference" the plaintiff does not have any claim for "medical malpractice" against CMS. An action for a medical malpractice is construed and governed by the Alabama Medical Liability Act ("AMLA"), Ala. Code § 6-5-541 et seq. (1975). The AMLA applies to "any action for injury or damages or wrongful death, whether in contract or in tort, against a healthcare provider for breach of the standard of care." See Ala. Code § 6-5-548(a), and defines the "standard of care" owed by physicians. See Ala. Code § 6-5-541(2).

In addition to the pleading requirements set forth in Rule 8(a) of the Alabama Rules of Civil Procedure, the AMLA[3] imposes a heightened pleading requirement upon persons attempting to seek redress under the act such as plaintiff. Ala. Code § 6-5-551 states:

> In any action for injury, damages, or wrongful death, whether in contract or in tort, against a healthcare provider for breach of the standard of care, whether resulting from acts or omissions in providing healthcare, or the hiring, training, supervision, retention, or termination of care givers, the

---

[3] The AMLA applies to "healthcare provider[s]," which includes any "medical practitioner, dental practitioner, medical institution, physician, dentist, hospital, or other healthcare provider as those terms are defined in § 6-5-481." Ala. Code § 6-5-542(1) (1975). Ala. Code § 6-5-481 defines "other healthcare providers" as including any "professional corporation or any person employed by physicians, dentists, or hospitals who are directly involved in the delivery of healthcare services." Ala. Code § 6-5-481(8) (1975). Plaintiff's complaint is devoid of any mention as to whether CMS or any of its independent contractors or employees fall within the category of persons governed by the AMLA.

12

Alabama Medical Liability Act shall govern the perimeters of discovery in all aspects of the action. The plaintiff shall include in the complaint filed in the action a detailed specification and factual description of each act and omission alleged by plaintiff to render the healthcare provider liable to plaintiff and shall include when feasible and ascertainable the date, time, and place of the act or acts. The plaintiff shall amend his complaint timely upon ascertainment of new or different acts or omissions upon which his claim is based; provided, however, that any such amendment must be at least ninety (90) days before trial. **A complaint which fails to include such detailed specification and factual description of each act or omission shall be subject to dismissal for failing to state a claim upon which relief may be granted.** Any party shall be prohibited from conducting discovery with regard to any other act or omission or from introducing at trial evidence of any other act or omission.

(Emphasis applied).

The requirements of § 6-5-551 are clear and specific regarding the matters which must appear in a complaint asserting a claim under AMLA. Indeed, § 6-5-551 mandates that any complaint failing to comply with this heightened pleading requirement "shall be subject to dismissal for failing to state a claim upon which relief may be granted." Moreover, courts interpret this requirement as mandating that a complaint asserting an AMLA claim "focused . . . on the individual practitioner who specific action is alleged to have fallen below the standard of care." Husby v. South Alabama Nursing Home, Inc., 712 So.2d 750, 753 (Ala. 1998). Considering all of these requirements, plaintiff's Complaint and Motion for Relief fails to provide the level of factual detail necessary to institute and/or maintain any action under the AMLA. Therefore, plaintiff's Complaint and Motion for Relief fail.

In fact the medical records of Lee (Attached to the Affidavit of Dr. Paul Corbier, Exhibit B), demonstrate that Lee consistently received medical care and attention from

13

the medical staff at Frank Lee, Kilby and Draper.   The medical records clearly

demonstrate that the medical staff did not ignore Lee's medical complaints but evaluated

Lee on each occasion he presented himself to sick call.   Lee in fact was seen and treated

right up to the time of his discharge from the Alabama Department of corrections on

January 24, 2008.   The x-rays taken in November 2008, which showed mild degenerative

changes clearly illustrate no evidence of medical malpractice by any medical provider

treating Lee.

**C.    Section 1983 does not permit any finding of liability against CMS on the basis of *respondeat superior*.**

Given the absence of any specific factual allegations pertaining to CMS, CMS is

left to assume Plaintiff's claims against CMS are based upon the conduct of the medical

staff at the Frank Lee Correctional Facility, Kilby Correctional Facility and the Draper

Correctional Facility since CMS took over the contract with the ALDOC on November 1,

2007.   Any reliance by Plaintiff upon a theory of *respondeat superior* in attempting to

pursue a claim against CMS is also fatal.   It is well-established in the Eleventh Circuit

that liability under §1983 "must be based on something more than a theory of *respondeat*

*superior*."   H.C. By Hewett v. Jarrard, 786 F.2d 1080, 1086 (11th Cir. 1986)(*citing*

Monell v. Department of Social Servs., 436 U.S. 658, 691 98 S.Ct. 2018, 2036, 56

L.Ed.2d 611 (1978)); *See also*, Polk County v. Dodson, 454 U.S. 312, 325, 102 S.Ct. 445,

70 L.Ed.2d 509 (1981)(Section 1983 will not support a claim based on a *respondeat*

*superior* theory of liability.); Marsh v. Butler County, 268 F.3d 1014, 1035 (11th Cir.

2001); Washington v. Dugger, 860 F.2d 1018, 1021 (11th Cir. 1988)("[The inmate's]

14

complaint against [certain defendants] is not supported by any evidence which would permit a fact finder to find their participation in any deliberate indifference to his medical needs. Of course, these persons cannot be held liable under §1983 on the basis of *respondeat superior*."); Jetter v. Beard, 130 Fed. Appx. 523, 525 (3rd Cir. 2005)(Unpubl.)(Panel featuring Justice Alito)(dismissing Eighth Amendment claims against supervisory defendants because "liability under §1983 cannot be imposed on a superior on the basis of *respondeat superior*. Personal involvement must be alleged and is only present where the supervisor knew of the actions and acquiesced in them. [The inmate] simply has not alleged any facts to support a conclusion that the supervisory defendants had any personal involvement in the medical treatment [the inmate] received at [the prison].").  The Eleventh Circuit has applied this principle in various contexts, precluding claims against various kinds of supervisors and/or employing entities. See Farrow, 320 F.3d at 1238 (holding that a supervising physician was not liable under §1983 for the acts and/or omissions of a physician acting under his supervision); Buckner v. Toro, 116 F.3d 450, 452-53 (11th Cir. 1997)(recognizing that the principle that *respondeat superior* liability does not exist under §1983 has been expanded to include private medical contractors employed to perform governmental functions).

Given this black letter law, Plaintiff's claims against CMS must fail to the extent he relies upon any alleged acts and/or omissions of any member of the Frank Lee Correctional, the Kilby Correctional and/or Draper Correctional medical staff as a basis for his claim against CMS.

{B0815277}

**D.    Lee has failed to follow the required grievance procedures for assessing medical complaints prior to filing his lawsuit, therefore, the Prison Litigation Reform Act of 1995 requires the immediate dismissal, with prejudice, of his complaint.**

Prisoner litigation has become an expensive problem for states and the federal government.    Because of the problems associated with frivolous litigation, Congress passed the Prison Litigation Reform Act of 1995 ("PLRA") in order to control frivolous prisoner lawsuits.    The Act contains multiple and mandatory provisions that require the dismissal of complaints identical to those asserted by Lee.

The PLRA defines prisoners as follows:

> As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. 42 U.S.C. § 1997(e)(h).

Lee admits to being incarcerated in his complaint, therefore, meets the definition of "prisoner" as defined by the PLRA.    See Boyd v. Corrections Corp. of America, 380 F.3d 989 (6th Cir. 2004).

The PLRA requires a prisoner to exhaust all internal, administrative remedies prior to filing suit.    The PLRA requires that the court on its motion or the motion of a defendant dismiss any action with respect to prisoner conditions or medical treatment upon failing to exhaust these remedies.    42 U.S.C. § 1997(e)(a).    Those provisions state as follows:

> (a)    Applicability of administrative remedies.

> No action shall be brought with respect to prison conditions under § 1983 of this title, only under federal law, by a prisoner confined in a jail, prison,

16

or other correctional facility until such administrative remedies as are available are exhausted.

(b)    The failure of state to adopt or adhere to administrative grievance procedure.

The failure of a state to adopt or adhere to an administrative grievance procedure shall not constitute the basis for an action under 1997(a) or 1997(c) of this title.

(c)    Dismissal

The court shall on its own motion or on the motion of a party dismiss any action brought with respect to prison conditions under § 1983 of this title, or any other federal law, by a prisoner confined in any jail, prison or other correctional facility if the court is satisfied that the action is frivolous, malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.

42 U.S.C. § 1997(e)(a).

"Administrative remedies" pursuant to this Act constitute prison or jail grievance procedures such as those identified in this Special Report.   Before filing suit, the prisoner/plaintiff must submit his claim through this procedure and the grievance must address the specific issue upon which the suit is based.   Failure to strictly follow these procedures requires dismissal of the action.   Even if the prisoner/plaintiff has no knowledge regarding the existence of the procedures, this does not relieve the requirement. See Zolicoffer v. Scott, 55 F. Supp. 2d 1372 (N.D.Ga. 1999), Aff'd without opinion 252 F.3d 440 (11th Cir. 2001)).

In this particular case, the plaintiff, Lee, has failed to follow the available, required administrative procedures that existed at the Frank Lee, Kilby and Draper Correctional Facilities.   These procedures required Lee to seek administrative relief of his claim before seeking court intervention regarding his claim.   His failure to follow these

17

internal procedures concerning his medical grievance require his claim to be dismissed with prejudice. <u>Woodford v. NGO</u>, 126 S.Ct. 238 (2006).

Lee must exhaust all internal administrative remedies before seeking redress for his complaints within the legal system. Adhering to these procedures serves a two-fold interest: (1) allows Lee the opportunity to advise correctional officers or healthcare employees regarding his concerns; and (2) it permits internal procedures to address and alleviate concerns raised by prisoners through this process. More importantly, it eliminates frivolous litigation by giving both prisoner and the correctional facility the opportunity to be aware of complaints and address them prior to expensive litigation.

## CONCLUSION

Plaintiff's Complaint and Motion for Relief is due to be denied and dismissed on its face, due to the fact that it is disproven by the evidence now before the Court. The plaintiff's request for relief are without merit. The defendant, CMS, has demonstrated with substantial evidence and appropriate precedent that there is no genuine issue of material fact related to a constitutional violation, and that it is, therefore, entitled to a judgment in its favor as a matter of law. The plaintiff's submissions clearly fail to meet the plaintiff's required burden.

Accordingly, the Defendant, CMS, requests that this Special Report be treated and denominated as a motion to dismiss and/or motion for summary judgment and that this Honorable Court dismiss the plaintiff's complaint with prejudice and enter a judgment in favor of CMS.

{B0815277}

Respectfully submitted,

s/Philip G. Piggott
PHILIP G. PIGGOTT
ASB-4379-P67P
E-Mail: pgp@starneslaw.com

WILLIAM ANTHONY DAVIS, III
ASB-5657-D65W
E-Mail: tdavis@starneslaw.com

Starnes & Atchison LLP
100 Brookwood Place, 7th Floor
P.O. Box 598512
Birmingham, AL  35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

Attorneys for Correctional
Medical Services, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and I hereby certified that I have mailed by U. S. Postal Service the document to the following non-CM/ECF participants:

Mr. Calvin Alphonse Lee
1306 Brooke Avenue
Mobile, AL  36605

Albert Sims Butler, Esq.
Alabama Department of Corrections
P.O. Box 301501
Montgomery, AL  36130-1501

William R. Lunsford, Esq.
Maynard, Cooper & Gale
655 Gallatin Street
Huntsville, AL  35801

s/Philip G. Piggott
PHILIP G. PIGGOTT
E-mail: ppiggott@starneslaw.com

19

{B0815277}

# EXHIBIT 1

01/16/2008 16:12 2855219 PAGE 02/15
Case 2:08-cv-00018-WKW-CSC Document 38-2 Filed 05/21/2008 Page 2 of 9
Case 2:08-cv-00018-WKW-CSC Document 1 Filed 01/08/2008 Page 1 of 8

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

JAN 1 7 2008

LEGAL DEPT

_Calvin Alphunse Lee #152056_
Full name and prison number
of plaintiff(s)

v.

_AL.D.O.C. Warden Lievan Thomas, LT._
_Janet Hicks, SGT. Nattha Parresh_
_Prison HealthCare Services, And Correcteonal_
_Medical Services, Supervisory Employess at_
_Staton Medical Unit And Kilby Medical_
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

RECEIVED

7DO JAN -8 A 9 17

CIVIL ACTION NO. 2:08CV18-WKW
(To Be supplied by Clerk of
U.S. District Court)

I.   PREVIOUS LAWSUITS
   A.   Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO (✓)

   B.   Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (✓)  NO (  )

   C.   If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.   Parties to this previous lawsuit:

             Plaintiff(s) _Calvin Alphunse Lee #152056_

             Defendant(s) _AL.D.O.C. Paul Whatley ET AL_
             _AL.D.O.C. Vision Lapford ET. AL_

        2.   Court (if federal court, name the district; if
             state court, name the county) _2 Civil Actions in Middle_
             _District, 1 State Court Montgomery County_

3.    Docket number _Civil Action No. 2:07-CV-973 MH+ MIDDLE DISTRICT_
_Montgomery County EV 2007 001411.00_
_Civil Action No. 3:07-CV-88-MHT._

4.    Name of judge to whom case was assigned _891 Civil_

_Magistrate Judge Charles S. Coody , STATE Court unknown_

5.    Disposition (for example: Was the case dismissed?
Was it appealed? Is it still pending?) _Court_

_Still pending_

6.    Approximate date of filing lawsuit: _12-05-07_ , _12-27-07_   _01-07_

7.    Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _DRAPER CORRECTIONAL_
_Center, P.O. Box 1087, ELMORE AL 36025_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _FRANK Lee Work-Release_
_P.O. Box 220410, DEATSVILLE, AL 36022_

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|------|---------|
| 1. _WARDEN LEVAN THOMAS_ | _P.O.B. 220410, DEATSVILLE, AL 36022_ |
| 2. _LT. JANET HICKS_ | _P.O.B. 220410, DEATSVILLE, AL 36022_ |
| 3. _SGT. NATHAN PARRISH_ | _P.O.B. 220410, DEATSVILLE, AL 36022_ |

4. _DEPT. Head_

5. _Medical Staff , Correctional Medical Ser. Status Medical Unit_

6. _Medical Staff, Correctional Medical Ser. P.O. Box 150 MT. Meigs AL 36057_

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _11-16-07 thru_
_11-29-07_

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Violation of Equal Protection Clause by the the_
_Defendants Allowing other Inmates to go unpunished but singled me out._
_Work Inmate Rico Gibson #243851 and Brandon Williams #234998 Disciplinaries_
_but never prosecuted these two Inmates_

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as
best you can the time, place and manner and person involved.)

_____ See Attachments _____

_____

_____

_____


GROUND TWO: _____ see attachments _____

_____

SUPPORTING FACTS: _____ see attachments _____

_____

_____

_____

_____


GROUND THREE: _____ see attachments _____

_____

SUPPORTING FACTS: _____ see attachments _____

_____

_____

_____

_____


3

VI.    STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.    CITE NO CASES OR STATUTES.

*Award Exemplery or Punitive Damages, take Corrective action against the Defendants, warning them that the intentional and persistant violation of an Attendee's Rights, is justification for removal from office or employment of any Correctional worker.*

_Cain G. Lee_
**Signature of plaintiff(s)**

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on  _01 - 06 - 07_  .
**(Date)**

_Cain G. Lee    Pro Se_
**Signature of plaintiff(s)**

4

State Case 2:08-cv-00152-WKW-CSC   Document 50   Filed 01/08/2008   Page 5 of 8 (STATE as best you can the time, place, and manner and person involved)

(2)

On November 16, 2007 at Frank Lee Work-Release, an allegation of Inciting to Riot. From and ALDOC ANONYMOUS Employee and Inmate informants. Warden Levan Thomas, alleged that he had spoken with a staff member. Who had stated that, the plaintiff was inciting to riot. After discussing the matter with the plaintiff, an the arresting Officer Lt. Janet Hicks. Who had informed the warden, that she knew nothing of the incident. That was reported to him, even though she was the security Officer, In the Institution. Warden Thomas decided that he would insist that the plaintiff not cause anymore alleged disturbances. At his Institution. The Plaintiff replied, that no disturbance was created by him, Stating that he the plaintiff was guilty of only free Expression an association. Plaintiff made it clear, that he only wanted to speak with the Warden. That particular day, to address an important grievance of Cruel and Unusual Punishment. Rendered upon the plaintiff for no apparent reason. And it was a danger to the plaintiff health I Description of the violation of plaintiff Rights I On November 16, 2007 at about 6:00 am the plaintiff was performing. His Assigned Institutional Job description, Called recycle. Which consist of keeping the trash cans and the disposal area, In the Garbage. Clean an neat, which is done by washing down the cans with soap and water. On this particular day Friday November 16th 2007 The weather temperature outside, Was well below 30 degrees, and the wind chill factor made it feel as if it was in the early 20 twenties. The plaintiff got completely wet, performing his assigned task. Upon completion the plaintiff returned back to his sleeping area. Complaining to fellow worker's of the worn water hose, that had numerous leaks in it. Plaintiff located himself in an area in the dorm, as to where he could get warm. After about 15 minutes or so, Lt. Janet Hicks 1st shift Security Officer. Announced that she wanted everybody to exit the facility. So that the facility could be sweep and mopped. The plaintiff was hesitant to leave the building. Not wanting to become ill in the future, because the quantity of health care being provided inmates was poor. Plaintiff had anticipated that Lt. Hicks, Knowing what his job description was, and the conditions the plaintiff had being

STATE [Case 2:08-cv-00018-WKW-CSC Document 1 Filed 01/08/2008 Page 60 of text you
can the time, place, and manner and person involved.]
(2)

Exposed to. Would have let the plaintiff stay inside, since the cleanup
was only routine. This particular morning Lt. Hicks was reluctant to
acknowledge the truth. And started to write down the names of individuals
whom, were still inside the facility. Stating that she was going to take
disciplinary action, against the inmates who names, she had taken down.

Once the plaintiff did exist the facility, The plaintiff started getting uncom-
fortable, from being wet and cold. Plaintiff expressed his unfair treatment
by saying out loud that he want to speak with the warden. Which is the normal
procedure, which is to request of one of the staff officers that you would like to speak
with the warden. Other inmates that were still existing the facility started
complaining. That they were denied sleep, and had to go to work shortly there-
after. As the inmates continued to exist the facility, they started attuning,
they wanted to see the warden also. Other officers's were just arriving at
work and they proceeded to the area. Sgt. Grays, Sgt. Nathan Parrish, Lot. Weles.
they asked the inmates, to stop the noise. Which they immediately did, then Sgt.
Grays said she would. Tell the warden of the inmates request, so that he could
address their issues, The warden wouldn't see any of the inmates except the
plaintiff. Stating that he the warden didn't have to speak with 40 Niggers about
anything's. And that he wasn't going to speak with anyone else. That the inmates
were going to accept whatever, he and his staff did. Whether it violated their
Rights are not. And as far as he the warden was concerned, he didn't have time
for inmates and their complaints. Inmate Carlton Cook #175901 can witness to
this. Carlton Cook tried to speak with the warden, that day unsuccessfully. After speaking
with Lt. Hicks about the plaintiff behavior at the institution. The warden informed
the plaintiff, that he was not taking any actions against the plaintiff. But warned
the plaintiff not to get involved in anymore incidents. Stating that if the
plaintiff did he the warden would transfer the plaintiff. Plaintiff stated that
he didn't make deals that he had no control over. Meaning that he wasn't God
and couldn't predict anything. After that statement from the plaintiff the warden
became furious. Stating that the plaintiff wasn't going where he thought he was
going. But that he was going down the hill. Meaning that he was going to make
it as hard for the plaintiff as he could. The warden accomplished that.

STATE A case by considering the Who, What, When, Why and Where PLACE as best you can the time, place and MANNER and person involved.]

③

Later on November 19th 2007, The plaintiff was called to the shift office by SGT. Tippins. And served a disciplinary for Violation of Institutional Rule #53 Inciting to Riot. Which the plaintiff feels was done in violation of his Constitutional Rights. By the methods of conspiring and schemeing, and depriving the Plaintiff of his Civil Rights. This was done discriminatory and out of Animosity and wicked conduct. By the Correctional Administrative staff. that Abuse the Authority entrusted upon them.

Warden Levan Thomas, LT. Janet Hicks, And SGT Nathan Parrish all Conspired and proceed to deprive the plaintiff of his Constitutional Rights, Violated the Civil Right Act and the Plaintiff Civil Rights also the Plaintiff Equal Protection Rights. This is not an Isolated incident, by these named Defendants there is A Pattern of Practice by which they disguise and scheme to cover-up their basis behavior. And it is all done under Color of Law.

Plaintiff Request To Amend To THE Complaint at A Later Date.


Plaintiff has Repeatedly request to be seen by a Medical Doctor since October 2007. For and illness of both Knees, that has worsen since October 2007. The Health Care Provider's are in Violation of the Plaintiff Equal Protection Rights and Eight Amendment Rights. By Refusing to Provide Adequate treatment. Also by discriminating against the plaintiff as to seeing the Doctor assigned to Station Medical Unit. The Medical staff that has seen the plaintiff has failed to Adequately screen and Diagnose the plaintiff severe condition of the Knees. They have only prescribed Tylenol and Mortin without any follow-up screening. And for some reason has avoided getting the plaintiff on the list to see the Doctor. Plaintiff believe it is in Retaliation for filing a Previous 1983 Complaint. Against the Previous Healthcare Provider. Prison Health Services.

Calvin A. Lee #150056, 20110
Draper Corr. Fac.
P.O. Box 1167
Elmore, AL 36025

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication"

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

**LEGAL USE ONLY**

361010711-11 BOOR

# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

CALVIN ALPHONSE LEE #152056,     )
                                    )

    Plaintiff ,              )
                                    )

vs.                            )
                                  )    CIVIL ACTION NO.

LEVAN THOMAS, ET AL.,       )    2:08-CV-18-WKW
                                  )

    Defendants .           )
                                    )
                                    )

## AFFIDAVIT OF PAUL CORBIER, M.D.

STATE OF ALABAMA   )
_____ COUNTY  )

Before me, the undersigned authority, in and for said county and state, personally appeared Paul Corbier, M.D., who, after being duly sworn by me under oath, deposes and states as follows:

1.    My name is Paul Corbier.  I am over the age of nineteen (19) years and have personal knowledge of all matters stated herein.

2.    I have been a licensed physician since 1998 and have been licensed to practice medicine in the State of Alabama since 2004.  I am Board-certified in internal medicine.

3.    Correctional Medical Services, Inc. ("CMS") is the company that currently contracts with the Alabama Department of Corrections to provide medical services to inmates.  CMS has held the contract since November 1, 2007.  Up until October 31, 2007, Prison Health Services, Inc. ("PHS") was the company that held the contract with

the Alabama Department of Corrections to provide medical services and treatment to inmates incarcerated in correctional facilities within the State of Alabama.

4.    The Plaintiff, Clavin Alphonse Lee (AIS #152056) was incarcerated at the Draper Correctional Center until January 24, 2008, at which time he was released from the Alabama Department of Corrections system.  I am familiar with Mr. Lee and the medical treatment that has been provided to him at the Frank Lee Correctional Center, the Kilby Correctional Facility, and the Draper Correctional Center. (Complete medical records of Mr. Lee from October 2007 through the date of his release January 24, 2008, are attached hereto as Exhibit A).

5.    In his complaint, Lee states that he has repeatedly requested medical treatment for knee pain since October 2007.  In October 2007 Lee was incarcerated at the Frank Lee Correctional Center.  He was transferred to the Kilby Correctional Facility on November 19, 2007.   In October 2007, while at the Frank Lee Correctional Center, Lee made no complaints of knee pain nor sought medical treatment for knee pain.

6.    On November 28, 2007, while at the Kilby Correctional Facility, after  Lee complained of bilateral knee pain, x-rays were taken of both of Lee's knees, which showed mild degenerative changes.

7.    On  November 19, 2007, Lee was transferred to the Draper Correctional Center.

8.    On January 6, 2008, Lee was seen at sick call complaining of pain in both knees.  On January 8, 2008, Lee was seen by Nurse Practitioner, Brad Adams, who evaluated Lee's knees.  Lee complained of bilateral knee pain on that occasion.  Nurse

2

Practitioner Adams noted that there were no significant findings and no swelling or outward objective signs indicative of problems with Lee's knees. Lee was given Percogesic for knee pain and given a knee brace.

9.    On January 13, 2008, Lee was again seen at sick call for bilateral pain in his knees. Thereafter, an appointment was made for Lee to be seen by a physician.

10.    I personally saw Lee on January 17, 2008. Lee informed me that he had previously undergone orthoscopic surgery on his right knee.

11.    Lee informed me on that date that his sentence was due to be completed in one week. Lee in fact left the Alabama Correctional system on January 24, 2008.

12.    During my evaluation of Lee on January 17, 2008, I performed a range-of-motion test, musculoskeletal examination and reviewed previous x-rays taken of Lee at the Kilby Correctional Facility on November 28, 2007. My diagnosis at that time was mild arthritis of both knees. I ordered a profile for Lee of no standing for long durations of time. I also informed Lee that if he needed to see me on an emergency basis, he could return to sick call at any time.

13.    Lee never returned to sick call nor requested to be seen by me or any other physician subsequent to January 17, 2008. I did not see Lee between January 17, 2008, and his release from the Alabama Correctional system on January 24, 2008.

14.    I am familiar with the standard of care for Board-certified internal medicine physicians examining and treating patients such as Lee.

{B0813837}

15.    I have thoroughly reviewed and am familiar with the complete medical records pertaining to the medical care and treatment of Lee during his incarceration with the Alabama Department of Corrections.

16.    It is my professional opinion, based on my review of the medical records pertaining to Lee's care and treatment, and my medical education, training, and experience, that Lee received medical treatment and care within the standard of care for Board-certified physicians practicing internal medicine within the State of Alabama.

FURTHER AFFIANT SAITH NOT.

Dated this the _21_ day of February, 2008.

_____
Paul Corbier, M.D.

STATE OF ALABAMA    )
_____ COUNTY )

I _____ in and for said county and state, hereby certify that Paul Corbier, M.D., whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand the seal of this _21_ day of February, 2008.

_____
NOTARY PUBLIC

My Commission Expires: _4/10/2010_

{B0813837}

# EXHIBIT A TO AFFIDAVIT OF CORBIER



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Lee Calvin 152056 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3, 16, 56 | _(handwritten, illegible)_ |
| ALLERGIES: _(illegible)_ | |
| Use Last    Date 10, 15, 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Lee, Calvin 152056 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3 16 56 | AFC AAA BID X 31 |
| ALLERGIES: demerol | Motrin 600 mg ÷ po BID X 5d |
| | pp K Jones, LPN |
| Use Fourth    Date 10, 10, 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Lee Calvin 152056 | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 3, 16, 56 | _(handwritten, illegible)_ |
| ALLERGIES: _(illegible)_ | |
| Use Third    Date 10, 8, 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. / / | D Flu c CRNP C camp on 10/8/07 |
| ALLERGIES: Demerol | (Request for extended Rx's) |
| Use Second    Date 10, 4, 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

| NAME: Lee, Calvin FLYC 152056 | DIAGNOSIS |
|---|---|
| D.O.B. 3 16, 56 | Benadryl 25mg ÷ PO Bid X 5 days |
| ALLERGIES: Demerol | Tylenol ES ÷ PO Bid X 5 days |
| | Phazyme Shave X 60 days |
| | Benzoyl H2O2 10% TOP AAA Bid X 14 days |
| | pp S Taylor LPN |
| Use First    Date 10, 4, 07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

MEDICAL RECORDS COPY

CMS 0001

**Correctional Medical Services**
**Physician's Orders**

| | | Start |
|---|---|---|
| | 1. | Date & Time |
| Name _____ | 2. | |
| DOB _____ | 3. | |
| Location _____ | 4. | |
| Allergies _____ | 5. | |
| | 6. | |
| | 7. | Dispense As Written                M.D. |
| | 8. | Substitute Permitted              M.D. |
| | | Start |
| | 9. | Date & Time |
| Name _____ | 10. | |
| DOB _____ | 11. | |
| Location _____ | 12. | |
| Allergies _____ | 13. | |
| | 14. | |
| | 15. | Dispense As Written                M.D. |
| | 16. | Substitute Permitted              M.D. |
| | | Start |
| | 17. | Date & Time |
| Name _____ | 18. | |
| DOB _____ | 19. | |
| Location _____ | 20. | |
| Allergies _____ | 21. | |
| | 22. | |
| | 23. | Dispense As Written                M.D. |
| | 24. | Substitute Permitted              M.D. |
| | | Start |
| | 25. | Date & Time    1/23/08          0700 |
| Name  Lee, Calvin | 26. | |
| DOB  5-16-56 | 27. |    HCU next Available |
| Location  Draper | 28. | |
| Allergies  Demerol | 29. | |
| AIS # 152056 | 30. | |
| | 31. | Dispense As Written                M.D. |
| | 32. | Substitute Permitted              M.D. |
| | | Start |
| 152056 | 33. | Date & Time    1-22-2009 @ 2p— |
| Name  Lee, Calvin | 34. | |
| DOB  5-16-1956 | 35. | |
| Location  Draper | 36. | ✓  No prolonged standing ≥ 10 min × 90 days |
| Allergies  Demerol | 37. | |
| | 38. |    Notes 1-22-2009 @ 2p Monday |
| | 39. | Dispense As Written                M.D. |
| | 40. | Substitute Permitted              M.D. |

7116 Rev 03/04

CMS 0002

**Correctional Medical Services**
**Physician's Orders**

| | | Start Date & Time | |
|---|---|---|---|
| | 1. | 1/12/08    11:15 | |
| Name Lee, Calvin | 2. | | |
| DOB 5-16-56 | 3. | | |
| | 4. | Guafenecin 780 BID X 5 days | |
| Location Draper | 5. | | |
| Allergies Demerol | 6. | | |
| | 7. | Dispense As Written    R. O. Corley    M.D. | |
| | 8. | Substitute Permitted    R O Corley    M.D. | |

| | | Start Date & Time | |
|---|---|---|---|
| #152056 | 9. | 1/17/08    1100 | |
| Name Lee, Calvin | 10. | Bactrim DS TPO BID X 5 days | |
| DOB 5-16-56 | 11. | CPK | |
| Location Draper | 12. | Rheumatoid profile | |
| Allergies Demerol | 13. | D/C Motrin | |
| | 14. | Feldene 10 mg T PO BID X 2 wks | |
| | 15. | Dispense As Written | |
| | 16. | Substitute Permitted    Paul Corbier    M.D. | |

| | | Start Date & Time | |
|---|---|---|---|
| Name Lee, Calvin | 17. | 1/18/08    1245 | |
| DOB 5-16-56 | 18. | | |
| Location Draper | 19. | | |
| Allergies Demerol | 20. | F/U c̄ Me in 1 wk | |
| | 21. | | |
| AIS #152056 | 22. | | |
| | 23. | Dispense As Written    R O Corley    M.D. | |
| | 24. | Substitute Permitted    R O Corley    M.D. | |

| | | Start Date & Time | |
|---|---|---|---|
| Name Lee, Calvin | 25. | 1/8/08 @ 1020 | |
| DOB 5-6-56 | 26. | D/C Tylenol | |
| Location Draper | 27. | Percogesic Ī po BID X 90d PRN | |
| Allergies Demerol | 28. | | |
| 152056 | 29. | | |
| | 30. | | |
| | 31. | Dispense As Written    M.D. | |
| | 32. | Substitute Permitted    B. Adu CRNP    M.D. | |

| | | Start Date & Time | |
|---|---|---|---|
| Name Lee, Calvin | 33. | 12/24/07 @ 0940 | |
| DOB 5/16/56 | 34. | Flu c̄ me @ camp @ next | |
| Location Draper | 35. | Available appt. (chronic knee pain) | |
| Allergies Demerol | 36. | | |
| 152056 | 37. | B. Pauley, LPN 12-24-07 0.0800 | |
| | 38. | | |
| | 39. | Dispense As Written    M.D. | |
| | 40. | Substitute Permitted    B. Adu CRNP    M.D. | |

7116 Rev 03/04

**Correctional Medical Services**
**Physician's Orders**

| | |
|---|---|
| Name: Lee, Calvin | 1. Start Date & Time 10/4/07 |
| DOB: 05/16/56 | 2. ⓵ Tylenol 325 · 丁丁 PO BID PRN pain x 30 days |
| Location: KCF 152056 | 3. |
| Allergies: Demerol | 4. |
| (10/4/07) | 5. |
| | 6. |
| | 7. Dispense As Written _____ M.D. |
| | 8. Substitute Permitted _____ M.D. |

| 152056 | |
|---|---|
| Name: Lee, Calvin  11/29/07 | 9. Start Date & Time |
| DOB: 5/16/56 | 10. ⓵ Pt. Can wear his soft knee braces x 60 days KOP |
| Location: Kilby/OPC  10am | 11. ⓶ Coata Metrin 600mg # PO BID PRN x 60 days |
| Allergies: Demerol  noted | 12. ⓷ CCC in 3mo. Asthma, HTN, Hyperlipedemia |
| | 13. |
| | 14. |
| | 15. Dispense As Written _____ M.D. |
| | 16. Substitute Permitted Marianne Baker M.D. CRNP |

| 152056 | |
|---|---|
| Name: Lee, Calvin | 17. Start Date & Time |
| DOB: 5/16/56 | 18. ⓵ ASA 81mg # PO QD x 180 days |
| Location: Kilby/OPC | 19. ⓶ Check lipid Profile x 180 days |
| Allergies: Demerol | 20. ⓷ Bilateral Knee X-Rays - Rt. Abnormal |
| | 21. ⓸ F/U 9/11 OPC 1 wk |
| | 22. ⓹ BB Profile x 14 days — eval X-ray |
| | 23. Dispense As Written _____ M.D. |
| | 24. Substitute Permitted Marianne Baker M.D. CRNP |

| 152056 | |
|---|---|
| Name: Lee, Calvin | 25. Start Date & Time 11/29/07  0930 |
| DOB: 5/16/56 | 26. ⓵ HCTZ 50mg # PO QD x 180 days |
| Location: Kilby/OPC | 27. ⓶ Lisinopril 10mg # PO QD x 180 days |
| Allergies: Demerol | 28. ⓷ Ranitidine 300mg PO BID x 180 days |
| | 29. ⓸ Simvastatin 10mg # PO QHS x 180 days |
| | 30. ⓹ Metoprolol 50mg # PO QD x 180 days |
| | 31. Dispense As Written _____ M.D. |
| | 32. Substitute Permitted Marianne Baker M.D. CRNP |

| 152056 | |
|---|---|
| Name: Lee, Calvin | 33. Start Date & Time 11/29/07  0930 |
| DOB: 5/16/56 | 34. ⓵ Liquifilm tears # gtts both eyes QD PRN x 180 days KOP |
| Location: Kilby/OPC | 35. ⓶ Otrovin Nasal Spray # sprays each nostril BID PRN |
| Allergies: Demerol | 36.  x 180 days KOP |
| | 37. ⓷ Albuterol Inhaler # puffs QID PRN x 180 days KOP |
| | 38. ⓸ QVar 8 mcg # puffs BID PRN x 180 days KOP |
| | 39. Dispense As Written _____ M.D. |
| | 40. Substitute Permitted Marianne Baker M.D. CRNP |

CMS 7116 Rev 1/2003



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| | |
|---|---|
| NAME: *Lee Calvin* *ecc* *152056* | DIAGNOSIS (If Chg'd) *X ray R Knee* *QUAD _____* |
| D.O.B. *5/16/66* ALLERGIES: *Demerol* *noted 10.29.07 9:30* | |
| Use Last   Date *10/29 07* | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / ALLERGIES: | |
| Use Fourth   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / ALLERGIES: | |
| Use Third   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / ALLERGIES: | |
| Use Second   Date   /   / | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |
| NAME: *Lee Calvin* *152056* | DIAGNOSIS *Motrin 600 _____ BID x30 R* *Naral _____ BID x30 R* |
| D.O.B. *5/16/66* ALLERGIES: *Demerol* | |
| Use First   Date *11/2/07* | ☐ GENERIC SUBSTITUTION IS <u>NOT</u> PERMITTED |

CMS 0005



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PHYSICIANS' ORDERS

| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 6/16/66  152056  FLYC<br>ALLERGIES: Demerol | ① Flu c̄ CRWP @ cramp on 10/29/07<br>(Chronic Knee pain)<br><br>noted M/adverno 10/24/07 9P<br>B. Ahn CRNP |
| Use Last    Date 10/24/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin  PLYC<br>152056 | DIAGNOSIS (If Chg'd) |
| D.O.B. 5/16/66<br>ALLERGIES: Demerol 10/23/07 | Motrin 600mg po Bid prn X 5days<br>Protocol / gdbl nh<br><br>R CRNP |
| Use Fourth    Date 10/23/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin<br>152056 | DIAGNOSIS (If Chg'd) |
| D.O.B. 5/16/66<br>ALLERGIES: Demerol | Betal Sock ©FA BID<br>↑ Bad DS ## pN BID X7<br><br> |
| Use Third    Date 10/27/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin | DIAGNOSIS (If Chg'd) |
| D.O.B.  /  /<br>ALLERGIES: Demerol | ① Flu c̄ CRWP @ cramp on<br>(Request for extended motrin Rx /<br>cold symptoms)<br>R CRNP |
| Use Second    Date 10/19/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Lee, Calvin<br>FL Vee | DIAGNOSIS |
| D.O.B. 5/16/66<br>ALLERGIES: Demerol | 1) Motrin 600mg po BID<br>2) CTM 8mg po BID  5X5 day<br>noted 10/19/07 @ 2P R Roof<br><br>R CRNP |
| Use First    Date 10/19/07 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (4/03)

**MEDICAL RECORDS COPY**

CMS 0006

CMS 0007

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Lee , Calvin        ID#: 152056    Institution: Draper
DOB 5-16-56

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1/17/08 | 9 AM | To H4P Re: F/u Chronic Knee pain HT 5'10 WT 248½ T 98.0 P 56 R 20 O₂Sat 97% B/P 116/76 | |
| | | S- Pt. C/O Knee pain Bilat. R>L since Oct. 07. This occurred after a URI infection (Viral Exanthem). Pt. had Arthroscopic surgery @ knee, last Knee Xrays 11/28/07 mild OA bilat. (worse on L). | |
| | | O- PE Knees → Surgical Scars. ↓ ROM. Laxe tendon | |
| | | A/P () Joint instability, due to ligamentous problem ✓ Rheumatoid prob? | |
| | | (2) URI Bactrim → Humerol | |
| | | Pt. states BOS on plext. Thurs. | |

CMS 0008

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Lee, Calvin        ID#: 152056    Institution: Draper

| Date | Time | Notes | Signatu |
|------|------|-------|---------|
| 1-8-08 | 0925 | To see provider re: ® knee pain Wt 260 lbs | J Taylor |
| | | T 98.2 P 60 R 18 B/P 110/64 | |
| | | c/o chronic ® knee pain - wants profiles | |
| | | ® knee - From | |
| | | - amb / sits / stands c̄ ease | |
| | | - ∅ acute injury or trauma | |
| | | - ∅ edema / effusion or crepitus | |
| | | - ∅ obvious joint instability | |
| | | ∴) chronic ® knee pain (∅ findings on exam) | |
| | | - Δ Tylenol to percogesic | |
| | | (per request) | |
| | | - moist heat | |
| | | - soft brace PRN (already has) | |
| | | - ∅ indication for profiles | |
| | | @ present | |
| | | F/u PRN 3 mos | |
| | | c̄: Tx plan | |
| | | B Shn CRNP | |

7113 Rev 03/04

CMS 0009

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: _Lee, Calvin_     ID#: _15-2056_     Institution: _Kilby_

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 1/29/07 | 0935 | CC: Renew Meds | |
| | | HPI: 51 y/o BM presents to CPC c̄ request to have all medications renewed c̄ no problems — Reports having severe bi/lateral knee pain c̄ multiple requests for profiles. | |
| | | PE: ⊕ HR Reg — no edema | |
| | | Muscular: Little slow on rising — slow to start ambulating — | |
| | | Assess: ① Renew Meds | |
| | | ② Renew Profiles | |
| | | ③ Knee Pain — Prob. Arthritis | |
| | | Plan: ① Liquid tears / Ocean Nasal Spray / Albuterol / Aka HCTZ / Lisinopril / Ranitidine / Simvastatin / Reglan / ASA / Keflex / Xray Knees / CPC / Motrin / Soft Knee brace | |
| | | Educ: ① Medication Safety | |
| | | _Marianne Baker, CRNP_ | |
| 1/9/07 | | S: Sick call. ⊕ Exacerbation of chronic knee pain. Denies new trauma. States h/o rigorous training while on "special forces military team" | |
| | | O: Alert/NAD  VSS | |
| | | Ambulating c̄ difficulty | |
| | | Knees ⊖ edema | |
| | | Ligaments stable | |
| | | Xray — ⊕ mild degenerative ds | |
| | | A/P: ① LLS Knee Pain / DJD — Continue Ibu prn / Maintain | |

7113 Rev 03/04

CMS 0010



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## PROGRESS NOTES

| Date/Time | Inmate's Name: Lee, Calvin  152056 | D.O.B.: 5 16 55 |
|---|---|---|
| 10-9-7 | VS T. 97.9   P79 SA98% BP 140/90   wt. 260 | |

10-15-7  VS T. 98.2 - R20 - P78 - SATS 97% BP 120/90   wt 260

Ⓢ leg much better ↑ ℞ — has open wound ℗ PA
2.5 × 3.0 cm yellow center c̄ yellow blood drng —
white base feet

Ⓐ wound ℗ PA
tinea

℗ Bact DS ophre BID × 10 ♂
lamifite cream BID × 14 ♂
RTC prn

10-22-7  VS T. 98.0  P 7     SATS - 98%  BP 130/60  R - 18   wt 2

Ⓢ 2.5 × 2.5 cm open area ℗ min yellow ℗ PA —
wound seems dry — redness c̄ top —
supple tender

℗ open wound ℗ PA

℗ Bact DS c̄ po BID × 7 ♂
Betadine soak BID × 7 ♂
po rinse well

                                          Ⓒ 🚬  ℗ - 102/50
10-29-07  VS-T 97.9  P 69  SATS 98%  BP 92/64  R-18   wt 2

Ⓢ open wound 1.5 × 1.5 cm ℗ FA - DBL side
↓ from c̄ pr ℗ knee

Ⓐ heal wound ℗ PA

℗ CMA
   RTC prn

60111 (5/85)        **Complete Both Sides Before Using Another Sheet**

CMS 0011

# CORRECTIONAL MEDICAL SERVICES
## Musculoskeletal

**Nursing Protocol Documentation**
**Musculoskeletal Complaints**

| Inmate Name | ID # |
|---|---|
| Lee, Calvin | 15 2056 |

**Subjective:**

This 51 year old  ☑ Male  ☐ Female

Presents with the chief complaint of _Pain - New Med KOP_

Affected body part _Both Knees_

Date of Onset _1974_

Previous history? ☑ Yes  ☐ No  If yes explain _Surg. R Knee 2001_

Previous treatment? ☑ Yes  ☐ No  If yes explain _____

Recent injury?  ☐ Yes  ☑ No  If yes explain _____

Pain? ☑ Yes  ☐ No  If yes explain _Pain Bot Knees_

**Objective:**

Vital Signs BP 110 / 70  T 97.9  P 68  R 20  WT 26

Examination of  ☐ Back  and/or  ☑ Extremity _Knees_

| | | | | | |
|---|---|---|---|---|---|
| Tenderness | ☑ yes | ☐ no | Discoloration | ☐ yes | ☑ no |
| Palpable distal pulses | ☑ yes | ☐ no | Warm to touch | ☑ yes | ☐ no |
| Pain with movement | ☑ yes | ☐ no | Tingling | ☐ yes | ☑ no |
| Sensation intact | ☑ yes | ☐ no | Gait    WNL | ☐ yes | ☑ no |
| Spasms | ☐ yes | ☐ no | Numbness | ☐ yes | ☑ no |
| Range of motion    WNL | ☑ yes | ☐ no | Swelling | ☐ yes | ☑ no |
| Weakness | ☐ yes | ☐ no | | | |

**Additional Comments:**

**Bowel & Bladder Function**    ☑ N/A to complaint (no complaints of back pain)
Loss of control of bowel or bladder with back pain    ☐ yes  ☐ no

Bowel  ☐ normal    ☐ abnormal    Describe_____

Dysuria ☐ yes    ☐ no    Describe_____

Urine dipstick    ☐ Not indicated
☐ Done and results are    Blood  ☐ yes  ☐ no    Nitrates ☐ yes  ☐ no

_12/24/05_
_See orders_
_RSO_

CMS 7833 NP-Musculo-Skeletal Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services, Inc., All Rights Reserved

CMS 0012

**CORRECTIONAL MEDICAL SERVICES**
**Musculoskeletal**

Assessment  (Check applicable boxes)

❏ Alteration in comfort related to

❏ Back Pain    ❏ Bruise/Contusion    ❏ Strain/Sprain
*Dr. Kneels*

Plan    (Check applicable boxes)

❏ Immediate physician contact

❏ Physician contacted for same day treatment orders

❏ Referred to physician/mid-level due to
    ❏ condition not responding to protocol
    ❏ other

The following nursing interventions were completed.  (Check applicable boxes)

    ❏ Medication allergies and other contraindications reviewed and pregnancy ruled out prior to treatment

    ❏ Ice/cool compresses prn

    ❏ Heat applications prn

    ❏ Immobilization of injury with elastic bandage/splint

    ❏ Crutches/nonbearing instruction May require housing reassignment

    ❏ Activity restriction _____ days Facility Notification Completed

    ❏ Acetaminophen 325mg____tabs____times/day for ____ days    ❏Issued ____tabs for KOP

    ❏ Ibuprofen 200mg 3 tab 3 times/day for 5 days    ❏Issued ____ tabs for KOP

    ❏ Patient education provided

Follow up:

    ❏ Sick call if signs and symptoms do not subside or become more severe

Additional comments :
*Requesting to have med. KOP. Already has Motrin*
*Order states, "its not doing any good*
*x-ray report on chart*
*Requesting BBP*

| Signature/Title | Date | Time |
|---|---|---|
| *M. Lan* | 12/26/07 | 6-30 p |

CMS 7833 NP-Musculo-Skel-Doc Form 05/2005
Copyright © 2005 by Correctional Medical Services., Inc., All Rights Reserved

CMS 0013

FOR MEDICAL USE ONLY

Date Received: 12-23-07

Time Received: 605

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

Print Name: _Calvin Alphonse Lee_     Date of Request: _12-23-07_

ID #: _152056_     Date of Birth: _05-16-1956_     Housing Location: _Draper B211B_

Nature of problem or request: _Having severe problems with both Knees, I have in the past had surgery on Knees. Problems from Military I need to see a specialist the treatment that this administration is providing isn't going to touch to surface of the problem. Severe Knee pain, lockup takes_

I consent to be treated by health staff for the condition described.
_me 15 minutes to get it up bad_

_Calvin A. Lee_
SIGNATURE

## PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

### DO NOT WRITE BELOW THIS AREA

Triaged by: _____     Referred to: (Circle ONE)     NSC     Mid-level SC     Physician SC     MH     Dental
                Initials                              Other: _____

### HEALTH CARE DOCUMENTATION

Subjective:

Objective: BP _10/78_   T _97⁹_   P _68_   R _20_   Wt _260_

Assessment:

Plan: _12/24/07 See orders_
      _POD_

☐     Inmate education handout reviewed with and given to the patient.

Refer to: (Circle any applicable)   Mid-level   Physician   MH   Dental   Other: _____

Date: _12/24/07_   Time: _630A_

Signature & Title: _____

7166 Rev 05/04

CMS 0014

**Correctional Medical Services**
**Inter Disciplinary Progress Notes**

Patient Name: Lee Calvin    ID#: 152 056    Institution: DCC

| Date | Time | Notes | Signature |
|------|------|-------|-----------|
| 12/19/07 | 10:00 Am | REC @ DCC/SHCu VB/I as II of II | _signature_ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

7113 Rev 03/04

**CORRECTIONAL MEDICAL SERVICES**
**ACA INTRASYSTEM TRANSFER FORM**

Transferring Facility _Kilby Corr. Fac_

Name _Lee, Calvin_    ID# _152056_    DOB _5/16/56_

Current Acute Problems: ☐ No  ☐ Yes  (List) _____

Chronic Clinics/Problems: ☐ No  ☐ Yes (List) _____

Allergies: ☐ No  ☒ Yes (List) _____Demerol_____

| Medication Name & Dose | Frequency and duration | Last time taken | # of pills sent |
|---|---|---|---|
| Tylenol 325mg ⅱ po Bid PRN | Pain x 30 days | | |
| Motrin 600mg ⅰ po Bid PRN | x 60 days | | |
| ASA 81mg ⅰ po qd x 180 days | | | |
| HCTZ 50 ⅰ po qd | x 180 days | | |
| Lisinopril 10mg ⅰ po qd x 180 days | | | |
| Zantac 300mg po Bid x 180 days | | | |
| Simvastatin 10mg ⅰ po q HS | x 180 days | | |
| Metaprolol 50 ⅰ po qd x 180 days | | | |

_Continued med list on Back pg_

Current Treatments: ☐ No  ☒ Yes (List) _Soft Knee brace x 60 days  (Start 11/29/07)_

Consults Scheduled: ☐ No  ☒ Yes (List) _CCC 2/28/07 for HTN, Asthma, Hyperlipidemia_

Follow-up Care Needed (include lab, x-ray, & other pending appointments) ☐ No  ☐ Yes (List) _____

Last TB screening: Date: _9/18/07_    Result: _Onm_

Physical Disabilities: ☒ No  ☐ Yes (List) _____

Devices/Prosthetics: ☒ No  ☐ Yes (List) _____

Currently treated by Mental Health ☒ No  ☐ Yes

Hx Suicide Attempt: ☒ No  ☐ Yes  Date _____    Hx Previous Psychiatric Hospitalizations: ☐ No  ☐ Yes

Substance abuse: ☒ No  ☐ Yes  Alcohol: ☐ No  ☐ Yes  Drugs: ☐ No  ☐ Yes

Hx Psychotropic Medication: ☒ No  ☐ Yes  *(current medications listed above)*

Prepared by: _____

Signature and Title    Date _12/18/07_    Time _8:00 PM_

***************************************** **RECEIVING SCREENING** *****************************************

Receiving Facility _Draper_

☒ Transfer form & medical record reviewed for current medications, treatments, pending consults, and required follow up for medical/dental care.

☐ Transfer form & medical record reviewed for psychotropic medications, mental health conditions, suicidal history, and required follow up for mental health care.

**S:** Current Medical, Mental Health or Dental Complaint (including suicidal ideations): ☒ No  ☐ Yes
Describe: _____

**O:** Physical Appearance/Behavior _Calm, Cooperative_

Signs of Abuse/Trauma: ☒ No  ☐ Yes (Describe) _____

Deformities: Acute/Chronic ☒ No  ☐ Yes (Describe) _____

T _98_  P _72_  R _18_  B/P _126 / 78_

**A:** Inmate Transfer review

**P:** Disposition: (Instructions – Check or circle as appropriate)
_____ Arrangements made for medication administration
_____ Arrangements made for physician review or scheduling of pending consults
_____ Arrangements made to continue current treatments
__✓__ Routine Sick Call
_____ Emergency Referral
_____ Physician Referral
                    Urgent / Routine
_____ Mental Health
                    Urgent / Routine
_____ Infirmary Placement
_____ OTHER _____

Comments: _____

Consent for Treatment/Access Information Given  ☒ YES  ☐ NO

Receiving Nurse's Signature: _____    Date: _12/20/07_  Time: _100 PM_

CMS 0016

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**

FOR MEDICAL USE ONLY



Print Name: _Calvin Alphonse Le_     Date of Request: _12-02-07_

ID #: _152066_     Date of Birth: _05-16-1956_ Housing Location: _B-58A_

Nature of problem or request: _I am having major problems with both knees_
_they are locking-up, and throbbing like a toothache, Can't rest when_
_laying down, sitting are standing, focal Area tender_

I consent to be treated by health staff for the condition described.

_Calvin C. Lee_
SIGNATURE

### PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA

| DO NOT WRITE BELOW THIS AREA |
| --- |

Triaged by: _____     Referred to:  (Circle ONE)
Initials                    NSC    (Mid-level SC)    Physician SC    MH    Dental
                            Other: _____

### HEALTH CARE DOCUMENTATION

Subjective: _Knee pain. Knees locking ↑ x 7 months_

_51 yo BM c̄ H x HTN, arthroscopic surgery both knees 2001_

Objective: BP _140/72_ T _98⁵_ P _86_ R _18_ Wt _260_
_A+O x 3. Resp. reg c̄ ease. VS WNL NAD_
_X-Ray show mild degenerative changes._

Assessment: _Alt. in comfort r/t above_

Plan: _See PP_

☐     Inmate education handout reviewed with and given to the patient.

Refer to :  (Circle any applicable)   Mid-level    Physician    MH    Dental    Other: _____

Signature & Title: _Drews, LPN_     Date: _12/4/07_ Time: _645A_

CMS 0017

**CORRECTIONAL MEDICAL SERVICES**
**HEALTH SERVICES REQUEST FORM**



FOR MEDICAL USE ONLY

Print Name: Calvin A Lee _____ Date of Request: 11-27-07

ID #: 152056 Date of Birth: 5-16-56 Housing Location: B-58ᴬ

Nature of problem or request: Need prescribed Medication Renewed

I consent to be treated by health staff for the condition described.

Calvin Lee
SIGNATURE

**PLACE THIS SLIP IN MEDICAL REQUEST BOX OR DESIGNATED AREA**

**DO NOT WRITE BELOW THIS AREA**

Triaged by: _____ Referred to: (Circle ONE)
Initials                    NSC   (Mid-level SC)   Physician SC   MH   Dental
                            Other:

**HEALTH CARE DOCUMENTATION**

Subjective: Need my meds renewed. Came back from FLYC

s/40 pt m̄ HX HTN, Hyperlipidemia, Asthma, InH therapy - Just (+) PPD Completed.
DIZZINESS

Objective: BP 140/82 T 98³ P 70 R 18 Wt 260

Q+O x 3. Resp. Neg c̄ ease VS wnL NAD.

Assessment: Alt. in comfort r/t above statement

Plan: See NP

[ ]      Inmate education handout reviewed with and given to the patient.

Refer to : (Circle any applicable) (Mid-level)   Physician   MH   Dental   Other: _____

Signature & Title: Xisuez, LPN _____ Date: 1-28-07 Time: 630A

CMS 0018

**PHS**
PRISON HEALTH SERVICES INCORPORATED

DEPARTMENT OF CORRECTIONS
## TRANSFER & RECEIVING SCREENING FORM

RECEIVED: Inmate/Health Record

Institution: _Kilby_

Date: 11/19/07 Time: 9:00 AM/PM
RECEIVED FROM:
Institution/Work Release Center/Free-World Hospital

_Frank Lee_
RECEIVING MEDICAL STATUS
☑ Population
☐ Infirmary
☐ Isolation

RELEASED: Inmate/Health Record

Institution: _____
Date: _____ Time: _____ AM/PM
RELEASE FROM:
☐ Infirmary  ☐ Segregation
☐ Population  ☐ Mental Health
☐ Other

RELEASE TO:
☐ DOC  ☐ Infirmary  ☐ Mental Health
☐
Institution/Work Release Center/Free-World Hospital

ALLERGIES: _Demerol_

PHYSICAL EXAMINATION
Date of last exam: _____
Chest X-Ray Date: _____ Result: _____
PPD Reading _____
Classification: _____
Limitations: _____

LAB RESULTS - - LAST REPORT

| | Date | Normal | Abnormal |
|---|---|---|---|
| CBC | | ☐ | ☐ |
| Urinalysis | | ☐ | ☐ |

| | YES | NO |
|---|---|---|
| Wears Glasses/Contacts | ☐ | ☑ |
| Dental Prosthesis | ☐ | ☐ |
| Hearing Aide | ☐ | ☐ |
| Other Prosthesis | ☐ | ☑ |

_Ora Blackburn RN_ Recieving Nurse

CURRENT OR CHRONIC MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS OR COMPLAINTS
HTN                    Dizziness
Hyperlipidemia
Asthma

CURRENT MEDICATION - - DOSAGE AND FREQUENCY
QVAR 80mg ii puffs Bid KOP
Motrin 600mg i po Bid X 30d   thru 12/2/07
Albuterol Inhaler ii puffs Qid   thru 1/8/08
NTG 0.4mg Sb i tab q 5min x 3 dose PRN chest pain   thru 1/8/08
Nasal Decongestant spray Qid PRN X 30 days   thru 12/2/07

SCHEDULE FOR CHRONIC CARE CLINIC

DATE: _____ LAST CLINIC: _____

MEDICATIONS
X-RAY FILM
HEALTH RECORD
☐ Sent w/inmate  ☐ Not sent w/inmate
☐ Sent w/inmate  ☐ Not sent w/inmate
☐ Sent w/inmate  ☐ Not sent w/inmate
Released to: _____
Date: _____ Time: _____ AM/PM
MEDICATIONS ☑ Received ☐ Not Received
X-RAY FILM ☐ Received ☑ Not Received
HEALTH RECORD ☑ Received ☐ Not Received
CHART REVIEWED ☑ YES ☐ NO
Received by: _Ora Blackburn RN_
Signature of Receiving Nurse
Date: 11/19/07 Time: 9:00 AM/PM

FOLLOW-UP CARE NEEDED    Date    Time    With Whom - - Location (Sending Nurse)    Date/Appt. Made w/Whom (Rec. Nurse)
☐ Medical  ☐ Dental
☐ Mental Health

INTAKE

NURSING ASSESSMENT (SENDING NURSE)

| HISTORY | Yes | No |
|---|---|---|
| Drug Use | | |
| Mental Illness | | |
| Suicide Attempt | | |
| Chronic Care | | |

| STATUS | | |
|---|---|---|
| Special Diet | | |
| Appearance | | |

OTHER PERTINENT NURSING ASSESSMENT

NURSING ASSESSMENT (RECEIVING NURSE)

| SKIN | Yes | No |
|---|---|---|
| Open Sores | ✔ | |
| Lice | | ✔ |
| Edema | ✔ | |
| Warm & Dry | ✔ | |
| Cool & Moist | | ✔ |

| CONDITION | | |
|---|---|---|
| Alert | ✔ | |
| Oriented | ✔ | |
| Uncooperative | | ✔ |
| Depressed | | ✔ |

Sick Call Procedures Explained  Yes
Height  5'11"
Weight  260 lbs
Blood Pressure  135/86
Temperature  98.6
Pulse Resp.  98/20
Other _____

_Ora Blackburn RN_
Signature of Nurse Completing Assessment (Sending Nurse)

11/19/07
Date

Signature of Intake Screening Nurse (Receiving Nurse)   Date

INMATE NAME (LAST, FIRST, MIDDLE)
_Lee, Calvin_

| DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|
| 152056 | 5/16/66 | BM | Kilby |

CMS 0019

Prison Health Services
**Inmate Informal Grievance**

_Calvin A. Lee 152066_     _F.L.W.R._     _11-08-07_
NAME                          AIS #                    UNIT               DATE

**PART A—Inmate Complainant**

KNEES ARE EXTREMELY WORSEN I have filed medical
complaint about them 3 weeks ago, Only to be told
that nothing can be done until they are x-rayed
I can hardly get up and down I need to be seen
immediately, And taken to and outside phsician.

_Cpt. Bitz_  11/8/07

_Cal Lee_
INMATE SIGNATURE

**PART B –RESPONSE**     DATE RECEIVED  11/12/07

I ordered a R knee x-ray on 10/29/07
the x-ray has not been done, will the x
Status today to see why x-ray not done yet

_C Lee_
MEDICAL STAFF SIGNATURE

_11/12/07_
DATE

If resolution has not occurred and you wish to file a formal grievance you may request a
grievance form from the Health Services Administrator.  Return the completed grievance
form to the Health Service Administrator.

| | Y | N | | Y | N |
|---|---|---|---|---|---|
| I  Dissatisfied with Quality of Medical Care | ☐ | ☐ | VI  Delay in Health Care Provided | ☐ | ☐ |
| II  Dissatisfied with Quality of Dental Care | ☐ | ☐ | VII Problems with Medication | ☐ | ☐ |
| III Dissatisfied with Quality of Mental Health Care | ☐ | ☐ | VIII Request to be seen | ☐ | ☐ |
| IV Dissatisfied with Response to Non-Medical Request | ☐ | ☐ | IX  Request for Off-site Specialty Care | ☐ | ☐ |
| V Conduct of Healthcare Staff | ☐ | ☐ | X  Other | ☐ | ☐ |

11/03 – Alabama

CMS 0020

**Correctional Medical Services**

**Inmate Transfer Out of System**

| | |
|---|---|
| Transferred From: | DRAPER |
| Transferred to: | Kilby |

| | | | |
|---|---|---|---|
| Inmate Name | LEE Calvin | ID Number | 152 056 |
| Date of Birth | 5-16-56 | | |

Acute Problems: ❑ None Known ❑ List

Chronic Problems: ❑ None Known ❑ List   HTN , Hyperlipidemia , Asthma , Dizziness

Acute Mental Health Problems ❑ None Known ❑ List

Chronic Mental Health Problems ❑ None Known ❑ List

Acute Dental Health Problems ❑ None Known ❑ List

Chronic Dental Health Problems ❑ None Known ❑ List

| | | |
|---|---|---|
| Date last TB Screening and results | | |
| Following up 9/18/07 9mm | ❑ None Indicated ❑ List | |

| | |
|---|---|
| Known suicide attempts or ideation | ❑ None Indicated ❑ List |

**Current Medications**

Medication Allergies: ❑ None Indicated ❑ List   Demerol

| Medication/Dose | Frequency/Duration | Last time taken | # of pills sent |
|---|---|---|---|
| Motrin 600mg ? PO | BID × 30 days | | |
| Nasa 1 dose Nsc Spray | √ 30 days | | |
| NTG 0.4 SL | × 90 days | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Prepared by (Signature and Title) | M Sanderson LPN |

| | | | |
|---|---|---|---|
| Date | 11/19/07 | Time | 6:30p |

6/03

CMS



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_        Date of Request: _11-16-07_
ID # _182086_        Date of Birth: _05-16-56_ Location: _F.L.W.R._
Nature of problem or request:_____
_____ _Knee problem worsen, haven't had_
_X-Ray that was scheduled 1 month ago. Need refill on prescribed_
_medication._

_Cal Lee_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

┌─────────────────────────────┐
│         RECEIVED            │
│ Date:                       │
│ Time:                       │
│ Receiving Nurse Intials ____ │
└─────────────────────────────┘

**(S)ubjective:**    _Had X-ray today 11-19-07_
_Needs meds renewed_
_Start BP meds Nasal spray_

**(O)bjective**    (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )        EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )    No ( )
            Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0022



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_    Date of Request: _11/15/07_
ID # _152056_    Date of Birth: _05/10/56_ Location: _F. L. W. C._
Nature of problem or request: _Need all Medication Renewed. Prescribed and_
_other. Liqui Tears, 12 Hour Nasal Decongestant spray, Hydrochlorothiazide 50mg_
_Lisinopril 10mg, Ranitidine HCl 300mg, Simvastatin 10mg; Metoprolol_
_Tartrate 50mg, Nitro-Quick, Proventhil Inhaler, Motrin, Need x-ray on Knees_
_Shaving profile-Renewal,_     _Cal. G. Lee_
                                   *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _11/16/07_
Time: _7_ AM **PM**
Allergies: _____

|  |
|---|
| RECEIVED |
| Date: 11/15/07 |
| Time: 9150 |
| Receiving Nurse Initials _SM_ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment     Return to Clinic PRN
                                CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:    Yes ( )    No ( )
           Was MD/PA on call notified:    Yes ( )    No ( )

                          _____
                               *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_   Date of Request: _Nov. 02, 2007_
ID # _182056_   Date of Birth: _05-16-56_   Location: _F.L.Y.C._
Nature of problem or request: _Right Knee is weak and very sore. Also_
_it is Locking-up. Causing me to limp when walking, and the knee_
_is going out causing me to trip and fall. It has been in this condition_
_for the last 10 day's_

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _11 / 6 / 07_
Time: _____ AM PM
Allergies: _____

RECEIVED
Date: _11/2/07_
Time: _1pm_
Receiving Nurse Intials _Y_

**(S)ubjective:** _waiting for_
_x-ray to be_
_taken - recommend_
_went to see_
_Doctor Sept St_

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**CMS 0024**



**Nursing Evaluation Tool:**                                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee, Calvin_

Inmate Number: _152056_          First    Date of Birth: _5 / 16 / 56_
                                                          MM  DD  YYYY   MI

Date of Report: _10 / 23 / 07_          Time Seen: _7:50_ AM / PM Circle One
                 MM  DD  YYYY

_Subjective:_ Chief Complaint(s): _Rt. Knee Pain_

Onset: _4-5 days ago_

Brief History: _Never Had arthroscope on knee_
(Continue on back if necessary) _in 2001 - Told both meniscus tear_
_Now wider flare up of discomfort_

☐ Check Here if additional notes on back

_Objective:_ Vital Signs: (As Indicated) T: _97⁶_ P: _84_ RR: _18_ B/P: _108 / 70_

Examination Findings: _No swelling noted - feuden_
(Continue on back if necessary) _+ extension ṡ difficulty -_
_States_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     Preliminary Determination(s): _Alt Comfort_
   ☐ Referral <u>NOT REQUIRED</u>

   ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

                                          _10/24/07_
                                          _See orders_
                                          _PW_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

_Plan:_ Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☒ Other: _Motrin 600mg po Bid prn x 5 days_
   (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP_          Date for referral _10 / 23 / 07_
                                                                              MM  DD  YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _C Gardner RN_          Name: _C Gardner RN_
     Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_     Date of Request: _10-21-07_
ID # _158056_     Date of Birth: _05 16 56_   Location: _F. L. 4p C_
Nature of problem or request: _Severe Knee pain Right knee Locking-up_
_very sore limp when walking_

_Calvin Lee_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: 10/22/07 |
| Time: 9.51 pm |
| Receiving Nurse Initals _AS_ |

**(S)ubjective:** See ref tool Cymber

**(O)bjective**   (V/S): **T:**    **P:**    **R:**    **BP:**    **WT:**

**(A)ssessment:**

**(P)lan:**    10/24/07 See ref

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                         CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:   Yes ( )    No ( )
          Was MD/PA on call notified:   Yes ( )    No ( )

_____
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CLF-1002   (4/4)

CMS 0026

F L Y C



# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin AlpHunse Lee_  Date of Request: _10-17-07_
ID # _152056_  Date of Birth: _05-16-56_  Location: _F.L.Y.C._
Nature of problem or request: _Right Knee very Sore, Allergy Problem, need_
_Benadryl and pain-Relived, Rowny Nise, Sneezing, Sore throat, fever_
_Sweating, Sore in Nise-_

_____
_Calvin Lee_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _10/19/07_
Time: _5:15_ (AM) PM
Allergies: _Demerol_

| RECEIVED |
| --- |
| Date: _10-17-07_ |
| Time: _9:56_ |
| Receiving Nurse Intials _JB_ |

(S)ubjective: _Need reorder of Motrin and allergies_

(O)bjective  (V/S): T: _97.3_  P:  R:  BP:  WT: _260_

(A)ssessment:

_10/19/07_
_See note_

(P)lan:  _RN_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
SIGNATURE AND TITLE

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0027



**Nursing Evaluation Tool:**                          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_ Last          _Calvin_ First

Inmate Number: _152056_

Date of Birth: _05_ MM _16_ DD _1956_ YYYY

Date of Report: _10_ MM _19_ DD _2007_ YYYY

Time Seen: _5:25_ (AM) PM CircleOne

**Subjective:** Chief Complaint(s): _Need reorder of Motrin. My allergies are_
Onset _acting up._

Brief History: _____
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T:___ P: _70_ RR: _20_ B/P: ___ / _260_

Examination Findings: _C/O continuous pain to (R) knee. ⊕ swelling noted. ⊖_
(Continue on back if necessary)
_prior injury. Was treated c Motrin. Also c/o allergies. Runny nose,_
_sore throat, sneezing. ⊕ redness noted to throat. ⊖ coughing, sneezing_
_or runny nose noted._

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☑ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
  ☐ Recurrent Complaint (More than 2 visits for the same complaint)
  ☐ Other: _____                                    _10/19/60_
                                                      _/80_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☑ Instructions to return if condition worsens.
  ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☐ Other: _____
      (Describe)

OTC Medications given ☐ NO ☑ YES (If Yes List): _Motrin 600mg PO BID x5 days CTM 8mg po BID x5 days_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____      Date for referral: __/__/__ MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (If emergent who was contacted?): _____ Time

x _A. Long LPN_          Name: _A. LONG LPN_
  Nurses Signature                Printed

CMS 0028

Back Pain

**Facility:** StatonCorrectional Facility

**Patient Name:** Lee    Calvin

**Inmate Number:** 152-056    **Date of Birth:** 5 / 16 / 52

**Date of Report:** 10 / 9 / 07    **Time Seen:** 800    AM / PM (Circle One)

**Subjective:** Chief Complaint(s): Inmate C/o backpain for 3days / Athletes foot

**Onset:** _____

☑ New onset    ☐ Chronic condition exacerbation

**Pain Scale:** (1-10) 10    **Type:** ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant    **Numbness:** ☑ No ☐ Yes

**Location of Pain:** ⓇLower back    **Radiation of pain:** ☑ No ☐ Yes to: _____

**History:** Was lifting weak cars and hurt his back.

☐ Check History comments on back

**Associated symptoms:** Pain on urination? ☑ No ☐ Yes    Nausea ☐ No ☐ Yes    Vomiting ☑ No ☐ Yes (x
Increased urination? ☑ No ☐ Yes    Pain with cough/breathing? ☑ No ☐ Yes

**Objective:** Vital Signs: (If indicated) T. 97.6    65    RR: 21    B/P: 122 / 90

**Back Exam:** ☐ Tender to touch ☐ Contusion ☐ Muscle spasms ☐ Impaired range of motion

**Additional Findings:** ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other:

**Elaborate positive findings:** Ambulate Ⓒ steady gait. Able to flex both
knees up. Able to bend from waist down. B/O tenderness
☐ Check Exam & additional findings on back

**Lower extremities:** ☑ Normal ☐ Abnormal (Describe): small break in skin under ℞ foot
**Pedal pulses:** ☑ Present ☐ Absent    + white dry skin noted

☐ Additional Examination: Skin sensitive to touch. Ⓢ edema. C/o Nausea
(Continue on back if necessary)    able to dorsiflex and extend lower extremites. Pedal numbness
noted. Distal warmth noted. Stand erect.    ☐ Check if continued on back

**Assessment:** (Referral Status)    **Preliminary Determination(s):** _____

☑ Referral NOT Required

☐ Referral Required due to the following: (Check all that apply)
☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Prior malignancy    ☐ Presence of WBCs from dipstick
☐ Other: _____

**Plan:**
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises.    ☐ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding that they should do a
well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
(Describe)
☑ Cold Compress (Acute injury)    ☑ Warm Compress
☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List): Athletes Cream & Motrin 600mg po BID x 5 days

**Referral:** ☑ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: 10/09/07
**Referral Type:** ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    **Time:** 8

x _M. Sanders_____    **Name:** M. Sanders, LPN
Nurses Signature

**CMS 0029**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name _Calvin A. Lee_ Date of Request: _10-08-07_
ID # _132056_ Date of Birth: _05-16-56_ Location: _F Lfic_
Nature of problem or request: _Severely pulled muscle on Left-side_
_Lower Back. Injured lifting Waste Cans. Need toy-in and_
_Something for pain and Flexarie. Can hardly got up and down on_
_bed turning over is very painful. Athelete feet, need foot cream._
_Cal-a. Lee_
*Signature*

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _____
Time: _____
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0030



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_____ Date of Request: _10-07-07_
ID # _152086_          Date of Birth: _05-16-1956_ Location: _F.L.4.C_
Nature of problem or request: _Polled muscle in Left side, lower back_
_Athletic feet need fungis cream_

_____

_Cal Lee_
*Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: _10-8-07_
Time: _9(a)_
Receiving Nurse Intials _√_

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0031



Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: BBB

Patient Name: _____ *Lee* _____ *Calvin* _____
                          Last                    First                          MI

Inmate Number: _152056_        Date of Birth: _5_ / _16_ / _56_
                                                              MM    DD      YYYY

Date of Report: _10_ / _4_ / _07_        Time Seen: _805_    AM/PM Circle One
                        MM    DD    YYYY

---

*Subjective:* Chief Complaint(s): My face has gotten real irritated

Onset: One week

Brief History: _____
(Continue on back if necessary)

_____

_____

_____
                                                    ☐ Check Here if additional notes on back

*Objective:* Vital Signs: (As Indicated) T: _98_ P: _68_ RR: _20_ B/P: _138_ / _88_

Examination Findings: Bumps noted to face and neck,
(Continue on back if necessary) Ø redness Ø edema, Ø drainage noted,
sneezing itching throat Ø redness Ø edema noted
Ø S/S of acute distress noted
                                                    ☐ Check Here if additional notes on back

*Assessment:* (Referral Status) Preliminary Determination(s): _____
        ☑ Referral <u>NOT REQUIRED</u>

        ☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
              ☐ Recurrent Complaint (More than 2 visits for the same complaint)
              ☐ Other: _____

10/4/07     _____
 RO         _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

*Plan:* Check All That Apply:
        ☑ Instructions to return if condition worsens.
        ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

        ☐ Other: _____
                      (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List): _See Orders — renew Benadryl & Tylenol_

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____ Date for referral: __/__/__
                                                                                      MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _S. Taylor LPN_                    Name: _S. Taylor, LPN_
      Nurses Signature                              Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_     Date of Request: _09-29-07_
ID # _152056_                Date of Birth: _05-16-56_ Location: _F.L.Y.C._
Nature of problem or request: _Need NO Shaving Profile faces has become
infected with ingrown hairs face is sore and irritated. Shaving with razor
worsen the problems, Cold Sores on upper Lip_

_____
                                    _Calvin G. Lee_
                                        *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _10/4/07_
Time: _2:05_ AM (PM)              ┌─────────────────────┐
Allergies: _Demerol_             │        RECEIVED     │
                                  │ Date: _10-2-07_     │
                                  │ Time:               │
                                  │ Receiving Nurse Intials _W_ │
                                  └─────────────────────┘

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**          _10/4/07_
                     _See next_
                     _(30_

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:   ROUTINE ( )      EMERGENCY ( )
          If Emergency was PHS supervisor notified:   Yes ( )     No ( )
                  Was MD/PA on call notified:   Yes ( )     No ( )

_____
            *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0033



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonsis Lee_    Date of Request: _10/03/07_
ID # _152066_                Date of Birth: _05/16/56_  Location: _F.L.C.C._
Nature of problem or request: _Would Like to Continue the Benedryl and_
_Tyenol. Sore throat, Sneezing, itching runing eyes, Also could I_
_get something for Athlete's Foot_

                              _Calvin Lee_
                                    *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: _10/4/07_
Time: _2:05_ AM (PM)
Allergies: _Demoral_

```
┌─────────────────────────────────┐
│          RECEIVED               │
│  Date: 10-3-07                  │
│  Time:                          │
│  Receiving Nurse Intials        │
└─────────────────────────────────┘
```

**(S)ubjective:**


**(O)bjective**  (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____


**(A)ssessment:**


                              10/4/07
                              See next
                                (SO)
**(P)lan:**



Refer to:   MD/PA  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
            Was MD/PA on call notified:   Yes ( )    No ( )


                    _____
                         *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

                                                    **CMS 0034**

PHS                    Nursing Evaluation Tool:                    Complaints

Facility: BBB

Patient Name: _Lee_ _Calvin_
                                                    First

Inmate Number: _152056_      Date of Birth: _5_ : _16_ : _56_
                                                            MM    DD    YY

Date of Report: _9_ : _28_ : _07_      Time Seen: _9:10_ (AM)/PM  Circle One
                MM   DD   YYYY                        HH   MM

Subjective: Chief Complaint(s):☑ Runny/Stuffy Nose ☑ Sneezing ☑ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
            (Check All That Apply)
☐ Malaise ☐ Earache Cough: ☐ No ☑ Yes; ☐ Non-productive ☑ Productive (sputum description): _____
☑ Other: "Sputum chokes me"
Onset: 1 week ago
History: HTN, Hyperlipidemia, Asthma
(Continue on back if necessary)
                                                            ☐ Check Here if additional notes on back
    History of Asthma: ☐ No ☐ Yes      Cardiac/CHF history: ☐ No ☐ Yes    History of HIV Disease: ☐ No ☑ Yes

Objective: Vital Signs: (If Indicated) T: _98_  P: _52_  RR: _20_  B/P: _136_ / _80_

Eyes: ☑ Clear ☐ Watery ☐ Injected (red)  Drainage: ☐ No ☐ Yes: _____   Lung sounds:
                                                                            Right      Left
Nose: Congestion: ☐ No ☑ Yes   Drainage: ☐ No ☑ Yes: _____   Clear     ☐         ☐
                                                                 Diminished ☐         ☐
Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous   Crackles ☐      ☐
                                                                 Rhonchi   ☐         ☐
Neck: ☑ Normal ☐ Enlarged Lymph Nodes                            Wheezing  ☐         ☐

☑ Additional Examination: ∅ SOB noted, Nasal congestion noted
(Continue on back if necessary)
Throat pink, ∅ edema noted, Resp ā ease, ∅ S/S of
                                                            ☐ Check Here if continued on back
Assessment: (Referral Status)         Preliminary Determination(s): Has appt 10-8-07, acute
☑ Referral NOT Required                                                              not
                                                                                    ___
☐ Referral Required referral due to the following: (Check all that apply)
noted    ☐ Abnormal Vital Signs      ☐ Inability to swallow   ☐ Significant shortness of breath  ☐ Recurrent Complaint (More than 2 visits)
on a     ☐ Abnormal Lung exam        ☐ Significant Wheezing which does not improve with inhaler   ☐ Other: _____
table

        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
        of the appropriate care to be given.

Plan: Check All That Apply:
☑ Advise rest and oral fluid intake      ☑ Warm saline gargles PRN
☑ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: Request to refill Nasal Decongestant spray
   (Describe)

☐ OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: ___ / ___ / ___
                                                                            MM    DD    YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _S. Taylor LPN_                    Name: _S. Taylor LPN_
    Nurse's Signature                        Printed

CMS 0035



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_    Date of Request: _09-27-07_
ID # _152056_              Date of Birth: _05-16-56_ Location: _F.L.Y.C_
Nature of problem or request: _Very congested in head and nostril area, choking_
_and can't breath out of nose. Has asmotha and can't sleep at night_
_because of congestion. Problem has occurred over and over for the_
_last 3 year's. Sneezing and sore throat vomiting_
                                        _Ca Lee_
                                             Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/28/07_
Time: _940_ (AM) PM
Allergies: _Demerol_

| RECEIVED |
|---|
| Date: _9/27/07_ |
| Time: _10:30P_ |
| Receiving Nurse Intials _C_ |

✓  **(S)ubjective:**


**(O)bjective  (V/S): T:**_____  **P:**_____  **R:**_____  **BP:**_____  **WT:**_____


**(A)ssessment:**



**(P)lan:**



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                   CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )    No ( )
                  Was MD/PA on call notified:   Yes ( )    No ( )


_____
                              *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT
CMS 1002   (1/4)

**CMS 0036**

PHS

**Nursing Evaluation Tool:**          Upper Respiratory
                                      Complaints

Facility: BBB

Patient Name: _____ Lee _____ Calvin _____
                        Last              First

Inmate Number: 158056        Date of Birth: 05 / 16 / 1956
                                            MM   DD    YYYY

Date of Report: 09 / 10 / 07    Time Seen: 5__ AM /PM Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose  ☑ Sneezing  ☑ Sore Throat  ☐ Swollen Glands  ☐ Headache  ☐ Fever
(Check All That Apply)

☐ Malaise  ☐ Earache  Cough: ☐ No  ☐ Yes;  ☐ Non-productive  ☐ Productive: (sputum description): _____

☐ Other: _____

Onset: _____

History: _____
(Continue on back if necessary)

_____          ☐ Check Here if additional notes on back

History of Asthma: ☐ No  ☐ Yes    Cardiac/CHF history: ☐ No  ☐ Yes    History of HIV Disease: ☐ No  ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: 98  P: 80  RR: 18  B/P: 140 / 90

Eyes: ☐ Clear  ☐ Watery  ☑ Injected (red)  Drainage: ☐ No  ☑ Yes: _____

|                      | Lung sounds: |       |      |
|----------------------|--------------|-------|------|
|                      | Right        |       | Left |
| Clear                | ☑            |       | ☑    |
| Diminished           | ☐            |       | ☐    |
| Crackles             | ☐            |       | ☐    |
| Rhonchi              | ☐            |       | ☐    |
| Wheezing             | ☐            |       | ☐    |

Nose: Congestion: ☐ No  ☑ Yes    Drainage: ☐ No  ☑ Yes: _____

Throat examination: ☐ Normal  ☐ Red  ☐ Enlarged tonsils  ☐ Edematous

Neck: ☐ Normal  ☐ Enlarged Lymph Nodes

☐ Additional Examination: muc. membrane pink & moist. Skin warm & dry
(Continue on back if necessary)  skin resp c̄ ease. (∅ s/s of acute distress.)   ☐ Check Here if continued on back

**Assessment: (Referral Status)**          Preliminary Determination(s): _____

☐ Referral NOT Required

☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs   ☐ Inability to swallow   ☐ Significant shortness of breath   ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam   ☐ Significant Wheezing which does not improve with inhaler   ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake   ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

9/26 bs
PM c̄ mo      ☐ Other: _____
@ next               (Describe)
appt.
☐ OTC Medications given  ☐ NO  ☑ YES (If Yes List): CTm  Tylenol X 3 days

(SO) Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): Adams CRNP/ Burke   Date for referral: 9 /19/ 2007
                                                                                    MM   DD    YYYY
Referral Type: ☐ Routine  ☑ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x  J. Woodard  LPN        Name: J. Woodard
      Nurses Signature                        Printed



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_____ Date of Request: _09-18-07_

ID # _152056_____ Date of Birth: _05-16-56_ Location: _F.L.4.C._

Nature of problem or request: _Stuffy Head, Running Nuse, rething throat_
_Sneezing sure-eyes. Need 12 Hour Nasal-spray and Benzdayl_
_service Headache,_

_____

Signature: _Cal G. Lee_____
_Signature_

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___

Time: _____ AM  PM

Allergies: _____

```
            RECEIVED
Date: 9·18·07
Time: 9:30p
Receiving Nurse Intials ___
```

**(S)ubjective:**    _See_
_Next_
_100 (_
_9-19-07_

**(O)bjective**   (V/S):  **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE

Check One:   ROUTINE ( )      EMERGENCY ( )

    If Emergency was PHS supervisor notified:   Yes ( )    No ( )

    Was MD/PA on call notified:   Yes ( )    No ( )

_____

*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF 1002   (1/4)

**CMS 0038**

Facility: Staton Correctional Facility

Patient Name: _Calvin, Alphonse Lee_    _Lee, Calvin Alphonso_
                        Last                    First

Inmate Number: #152 056    Date of Birth: 05 / 16 / 56
                                                        MM    DD    YYYY

Date of Report: 09 / 12 / 2007    Time Seen: 430    AM /(PM) Circle One
                        MM    DD    YYYY

Subjective: Chief Complaint(s): "I have been hurting in my back for awhile"

Onset: "I also need my meds refilled."

☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) "10"    Type: ☒ Sharp  ☐ Dull  ☐ Intermittent  ☒ Constant    Numbness?☒No ☐ Yes

Location of Pain: _lower back_    Radiation of pain: ☒No ☐ Yes to: _____
                        Neck / mid-back / low back

History: _____
(Continue on back if necessary)
                                                        ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☒No ☐ Yes    Nausea ☒No ☐ Yes    Vomiting ☒No ☐ Yes (x___
                        Increased urination?  ☒No ☐ Yes    Pain with cough/breathing? ☒No ☐ Yes

Objective: Vital Signs: (If Indicated) T: _98.6_  P: _80_  RR: _20_  B/P: _130 / 70_

Back Exam: ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☒ Impaired range of motion

Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other:

Elaborate positive findings: _ROM limited unable to bend 30°_

                                                        ☐ Check Here if additional notes on back

Lower extremities: ☒ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ☐ Absent

☐ Additional Examination: _____
(Continue on back if necessary)

                                                        ☐ Check Here if continued on back

Assessment: (Referral Status)    Preliminary Determination(s): _____
        ☐ Referral NOT Required

        ☒ Referral Required due to the following: (Check all that apply)
                ☐ Loss of sensation  ☐ Presence of RBCs from dipstick  ☒ Recurrent Complaint (More than 2 visits for the same complaint)
                ☐ Prior malignancy  ☐ Presence of WBCs from dipstick
                ☐ Other: _____

Plan:
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☒ Education on avoiding back pain  ☐ Education about stretching and back exercises.  ☒ Instructions to return if condition worsens.
☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
        well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _F/U appt needed._
        (Describe)
☐ Cold Compress (Acute injury)  ☒ Warm Compress
☒ OTC Medications given ☐ NO  ☐ YES (If Yes List): _motrin BID x 3 days._
                                                                _600 mg._    Dr. Corb.    Date for referral _9/13/2007_
Referral: ☐ NO  ☒ YES (If Yes, Whom/Where): _____    MM DD YYYY

Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _L. Baines, LPN_    Name: _I. Baines, LPN_
        Nurses Signature                    Printed

**CMS 0039**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_    Date of Request: _09/09/07_
ID # _152056_    Date of Birth: _05-14-1956_ Location: _J. L. C._
Nature of problem or request: _Continuing Problems in th Right side and lower_
_Back Seems as it internal Organs are stopped-up are not functioning_
_Very painful, Laying down, turning over Can hardly get-up out of bed get_
_Very stiff when lying, sitting, standing. Muscle Relaxer aren't solving Problem_
_Constantly in pain._    _Calvin Lee_
                                                           Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _9/10/07_
Time: _420_ AM **PM**
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _9/9/07_ |
| Time: _6:00_ |
| Receiving Nurse Initals _S_ |

**(S)ubjective:** _"I've been suffering with my BACK for awhile"_
_"I Need my meds refilled"_

**(O)bjective** (V/S): **T:** _98.6_  **P:** _80_  **R:** _20_  **BP:** _130/90_  **WT:** _260#_

**(A)ssessment:** _ROM. limited unable to bed @ waist x 30°._

**(P)lan:** _MD to see pt. on F/u appt. 9/11/07 or 9/12/07._

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                  CIRCLE ONE
Check One: ROUTINE ( )    EMERGENCY ( )
        If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_9/12/07_          _R. Bates for PHS._
_see note_        _____
_BP_                SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0040



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_     (5/16/56  Date of Request: _05-02-07_

ID # _152056_     Date of Birth: ~~05-16-56~~ Location: _F.L.Y.C_

Nature of problem or request: _Need Refill on all Medication_
_12-Hour Nasal Decongestant, Liqui Tears, Nitroglycerin,_
_Lisinopril 10 mg, Simvastatin 10 mg, Aspirin EC 81 mg, Ranitidine_
_HCI 300mg, Metoprolol Tartrate 50 mg. Also need to reorder Back Meds_
_Also ② Inhaler's Abuterol_          _Cal—Lee_
_And proventril_                        Signature

### DO NOT WRITE BELOW THIS LINE

Date: _9/10/07_
Time: _430 P_ AM (PM)
Allergies: ~~NKDA~~

RECEIVED
Date: _9/9/07_
Time: _6:00 P_
Receiving Nurse Intials _D_

**(S)ubjective:** _"I Need refill"_

**(O)bjective  (V/S):** T: _98.6_     P: _80_     R: _20_     BP: _130/70_     WT: _260_

**(A)ssessment:** _Need refill a meds._

**(P)lan:** _MD to Assess. F/U Need a 9/11/07_

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )     No ( )
Was MD/PA on call notified:   Yes ( )     No ( )

_L Bies RN/PHS._
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0041

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Calvin A. Lee_     Date of Request: _8-31-07_
ID # _15-2056_     Date of Birth: _5-16-66_   Location: _F.L.4C_
Nature of problem or request: _Severe Back Problems, Medication is not_
_doing any Releif. Request to be refered to Specialist_

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: __/__/__
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: _9-1-07_ |
| Time: _7:26p_ |
| Receiving Nurse Intials _MS_ |

(S)ubjective: _Please make appt for 9-10-07_

(O)bjective   (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

(A)ssessment:

(P)lan:

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )

_SIGNATURE AND TITLE_

CMS 0042

Facility: Staton Correctional Facility

Patient Name: _Leo_ _Calvin_
                Last              First                    MI

Inmate Number: _15205 6_          Date of Birth: _5 / 16 / 56_
                                                  MM   DD   YYYY

Date of Report: _8 / 29 / 07_     Time Seen: _1:55_  AM / PM  Circle One
                 MM  DD  YYYY

<u>Subjective</u>: Chief Complaint(s): _Lower back is locking up_

Onset: _2 weeks ago_
☐ New onset  ☒ Chronic condition exacerbation

Pain Scale: (1-10) _8_     Type: ☒ Sharp  ☐ Dull  ☐ Intermittent ☒ Constant     Numbness: ☐ No  ☒ Yes

Location of Pain: _mid ∦ back_     Radiation of pain: ☐ No ☒ Yes to: ⓡ _leg_
(Neck / mid-back / low back)

History: _HTN, Back injury in 1980, Hyperlipedemia_
(Continue on back if necessary)                                          ☐ Check Here if additional notes on back

Associated symptoms: Pain on urination?  ☐ No ☐ Yes      Nausea ☒ No ☐ Yes    Vomiting ☒ No ☐ Yes (x ___
                     Increased urination?  ☐ No ☐ Yes      Pain with cough/breathing? ☐ No ☐ Yes

<u>Objective</u>: Vital Signs: (If indicated)  T: _98.9_  P: _72_  RR: _20_   B/P: _138 / 86_
Back Exam:  ☐ Tender to touch  ☐ Contusion  ☐ Muscle spasms  ☐ Impaired range of motion
Additional Findings: ☐ Numbness  ☐ Tingling  ☐ Abnormal gait  ☐ Weakness of extremities  ☐ Foot drop  ☐ Other: ___
Elaborate positive findings: _Walks ē slight limp to ⓡ. Able to_
_stand bend over and touch toes_
                                                                        ☐ Check Here if add'l examples on back
Lower extremities: ☒ Normal  ☐ Abnormal (Describe): _____
Pedal pulses: ☒ Present  ☐ Absent

☒ Additional Examination: _I/M walked ē assistance to and_
(Continue on back if necessary)
_from sick call_
                                                                        ☐ Check Here if continued on back

<u>Assessment</u>: (Referral Status)                    Preliminary Determination(s): _____
☒ Referral <u>NOT</u> Required

☐ Referral <u>Required</u> due to the following: (Check all that apply)
   ☐ Loss of sensation        ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for same complaint)
   ☐ Prior malignancy         ☐ Presence of WBCs from dipstick
   ☐ Other: ___

<u>Plan</u>:
Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☒ Education on avoiding back pain ☒ Education about stretching and back exercises.  ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding that they should do as
   well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☒ Other: _I/M is on Motrin_
   (Describe)
☐ Cold Compress (Acute injury)  ☐ Warm Compress
☐ OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral ☒ NO  ☐ YES (If Yes, Whom/Where): _____    Date for referral: _/_ _/_
                                                                                  MM DD YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?): _____   Time ___

x _S. Taylor_                       Name: _S. Taylor, LPN_
     Nurses Signature                        (Printed)

_8/29/07_
_BS_

CMS 0043



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin ALPHonse LEE_    Date of Request: _08-24-07_
ID # _153056_    Date of Birth: _05-16-56_  Location: _F.L.Y.C_
Nature of problem or request: _Having severe Back problems, Pain and numbness_
_in legs. Can hardly get-up and down, very stiff, movement very_
_painful_

_Calvin Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _8 /29 /07_
Time: _1:55_ AM (PM)
Allergies: _Demerol_
_st_

RECEIVED
Date: _8/29/07_
Time: _1:55_
Receiving Nurse Intials _√_

**(S)ubjective:**

**(O)bjective**    (V/S): <u>T:</u> _____  <u>P:</u> _____  <u>R:</u> _____  <u>BP:</u> _____  <u>WT:</u> _____

**(A)ssessment:**

See not
8/29/07
RN

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:.  ROUTINE ( )     EMERGENCY ( )
     If Emergency was PHS supervisor notified:    Yes ( )     No ( )
            Was MD/PA on call notified:    Yes ( )     No ( )

_____
*SIGNATURE AND TITLE*

CMS 0044

Facility: Staton Correctional Facility

Patient Name: _Lee_ _Calvin_
                  Last             First

Inmate Number: _152056_     Date of Birth: _5 | 16 | 57_
                                             MM   DD   YYYY

Date of Report: _8 | 20 | 07_     Time Seen: _12:50_ AM **PM** (Circle One)
                  MM   DD   YYYY

**Subjective:** Chief Complaint(s): _I aggrivated an old back injury_

Onset: _5 days ago_

☑ New onset    ☐ Chronic condition exacerbation

Pain Scale: (1-10) __8__    Type: ☐ Sharp ☐ Dull ☐ Intermittent ☑ Constant    Numbness: ☑ No ☐ Yes

Location of Pain: Ⓛ | back    Radiation of pain: ☑ No ☐ Yes to: _____
           Neck / mid back / low back

History: _HTN, Back injury from fall in appx 1980_
(Continue on back if necessary)

☐ Check Here if additional notes on back

Associated symptoms: Pain on urination? ☐ No ☑ Yes    Nausea ☑ No ☐ Yes    Vomiting ☑ No ☐ Yes (x
          Increased urination? ☐ No ☑ Yes    Pain with cough/breathing? ☐ No ☑ Yes

**Objective:** Vital Signs: (If Indicated) T: _97.6_   P: _58_   RR: _20_   B/P: _118_/_70_

Back Exam: ☑ Tender to touch ☐ Contusion ☐ Muscle spasms ☑ Impaired range of motion

Additional Findings: ☐ Numbness ☐ Tingling ☐ Abnormal gait ☐ Weakness of extremities ☐ Foot drop ☐ Other: ____

Elaborate positive findings: _abnormal gait, while sitting able_
_to raise legs._

☐ Check Here if additional notes on back

Lower extremities: ☑ Normal    ☐ Abnormal (Describe): _____
Pedal pulses: ☑ Present    ☐ Absent

☐ Additional Examination: _____
     Continue on back if necessary)

☐ Check Here if continued on back

**Assessment: (Referral Status)**      Preliminary Determination(s): _____
    ☐ Referral **NOT** Required

☑ Referral **Required** due to the following: (Check all that apply)
     ☐ Loss of sensation    ☐ Presence of RBCs from dipstick    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
     ☐ Prior malignancy    ☐ Presence of WBCs from dipstick
     ☑ Other: _Med. appt. 8-21-07 @ HCU_

_8/20/07_
**Plan:**

Check All That Apply: ☐ Work and recreation restrictions x 72 hours
☐ Education on avoiding back pain ☐ Education about stretching and back exercises. ☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
     well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
       (Describe)
☐ Cold Compress (Acute injury)    ☑ Warm Compress
☐ OTC Medications given ☑ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _CRNP_      Date for referral _8 | 20 | 07_
                                                            MM   DD   YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?)    Time _____

x _S. Taylor LPN_          Name: _S. Taylor, LPN_
   (Nurses Signature)                       (Printed)



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonso Lee_  Date of Request: _08/17/07_
ID # _152056_  Date of Birth: _05/16/56_ Location: _F.L.Y.C._
Nature of problem or request: _Re-injury to Back, Lock-up can hardly get up and down. Severe pain to turn area in body even with any movement of Body. Had the same problem previously._

_Calvin Lee_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _8 20/07_
Time: _12:50_ AM (PM)
Allergies: _Demerol_
_St_

```
RECEIVED
Date: 8-18-07
Time: 1:30pm
Receiving Nurse Initials  NB  next
                                sick call
```

**(S)ubjective:**

**(O)bjective** (V/S): T: _____  P: _____  R: _____  BP: _____  WT: _____

**(A)ssessment:**

**(P)lan:**

_8/20/07_
_See next_
_RN_

Refer to:  MD/PA  Mental Health  Dental  Daily Treatment  Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )  EMERGENCY ( )
If Emergency was PHS supervisor notified:  Yes ( )  No ( )
Was MD/PA on call notified:  Yes ( )  No ( )

_____
_SIGNATURE AND TITLE_

WHITE:  INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

PHS                    Nursing Evaluation Tool:          General Sick Call

Facility: Staton Correctional Facility

Patient Name: _Lee_ _Calvin_
                    Last                    First

Inmate Number: _152056_        Date of Birth: _5_ _16_ _56_
                                              MM  DD  YYYY

Date    on: _8_ _13_ _07_       Time Seen: _930_  (AM) PM  Circle One:
            MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Has burns on chest and abd._
_Need to be seen about my profiles and medication_

Onset: _30 days ago –_

Brief History: _HTN, Hyperlipedemia, Asthma, Chronic dizziness_
(Continue on back if necessary)
_and congestion_

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T. _98.5_ P. _64_ RR: _18_ B/P: _134_ / _76_

Examination Findings: _Nasal congestion noted, resp c ease +_
(Continue on back if necessary)
_non labored, several open sores noted to chest_
_arms and abd. & drainage noted pink inside_
_c yellow/greenish color noted range in size_
_from 1cm to appx 4 cm_

☐ Check Here if additional notes on back

**Assessment:** (Referral Status)    Preliminary Determination(s): _____
☐ Referral NOT REQUIRED

☒ Referral REQUIRED due to the following: (Check all that apply)
   ☒ Recurrent Complaint (More than 2 visits for the same complaint)
   ☒ Other: _Burns to chest and abd (open areas)_

_[illegible handwritten note] 8/13/07_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
   ☒ Instructions to return if condition worsens.
   ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
      should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CCLUP_         Date for referral: _8_ _13_ _07_
                                                                              MM  DD  YYYY

Referral Type: ☐ Routine ☒ Urgent ☐ Emergent (If emergent who was contacted?): _____   Time _____

_S. Taylor LPN_              _S. Taylor, LPN_

CMS 0047



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_          Date of Request: _08/09/07_
ID # _152056_          Date of Birth: _05/16/1956_ Location: _F. L. Y. C._
Nature of problem or request: _Need to see Mr. Mahood on Monday coming-up_
_about profile and Medical Records. Also need some medication for_
_Job Rash_

_Calvin G. Lee_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: _8-13-07_
Time: _9:30_ (AM) PM
Allergies: _Demerol_

RECEIVED
Date: _8/9/07_
Time: _10:40_
Receiving Nurse Intials: _S_

**(S)ubjective:**

**(O)bjective**     (V/S): **T:**          **P:**          **R:**          **BP:**          **WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:     MD/PA     Mental Health     Dental     Daily Treatment          Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )     EMERGENCY ( )
If Emergency was PHS supervisor notified:     Yes ( )     No ( )
Was MD/PA on call notified:     Yes ( )     No ( )

_8/13/07_
_See Next_
_(page)_

_____
**SIGNATURE AND TITLE**

WHITE:     INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

CMS 0048

FLYC

Request for Special Needs Medical Review

Name _Lee Calvin_        Fac._FLYC_ Date of request _7-26-07_

Provider's diagnosis related to request: _Body Equal Liberty Off_

Tests related to this diagnosis with results and dates: _Dizzy Due to Sinus_
_problem, Excess Drainage in Ear's      ( 6-25-07_
_given Lay-in 1hr am + 1hr pm X 2 wks )  given_
_Meclizine HCl (For Antivert_

Specific physical observations related to patient's request, (deformity, ROM,etc)
_Fluid in Ear's , Constantly very Nuseavated, and light headed_
_need profile so that when I am Ittacked I can Lay-in I am_
_51 year's of age. I don't take illnesses_

Other pertinent diagnosis: _Request continuance of Lay-in Util improvement_
_Long history of Sinus problems._
Potential consequences to the patient without restrictions or modification of activity:

_____
_____

Security staff observation regarding current activity if any:

_____
_____

Management options other than requested modification if any: _____

_____

Provider name _Megan Maltood_        Date _6-25-07_
DOC medical review and comments:

_____
_____
_____

Approved __ Disapproved __  DOC reviewer _____ Date _____

_8/13/07_
_See next_

*follow-up*



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
### SICK CALL REQUEST

Print Name: _Caluza ALPHonse Lee_ Date of Request: _07-25-07_
ID # _152056_ Date of Birth: _05-16-56_ Location: _F.L.Y.C_
Nature of problem or request: _Need Refill of pain medication. Need to check_
_on Lay-in-profile And placed on Nurse Practioner list for Monday's_
_I have been to Court and missed follow-up, for sinus problem_
_Also need Refill on Asmatha Inhaler's, Abutral and Preventnol As_
_Nitro-Quick. Has been having chest pain_  a. Lee  Signature
_Pains, Numbness in face and hands, blurred vision._

### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM PM
Allergies: _____

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

*See NP loop*

**(O)bjective** (V/S): T: _____ P: _____ R: _____ BP: _____ WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**CMS 0050**

Nursing Evaluation Tool:                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _____ *Lee* _____ *Calvin* _____
                                              First

Inmate Number: *158056*              Date of Birth: *5* | *16* | *82*
                                                    MM   DD   YY

Date of Report: *7* | *26* | *07*     Time Seen: _____ AM (PM) circle one
                 MM   DD   YY

**Subjective.** Chief Complaint(s): *Requesting a Profile because he*

Onset: *set a Layin. Labor Antwest.*

Brief History
(Continue on back if necessary): *Labor Antwest. Requests Asthma*
*Inhaler again.*

**Objective.** Vital Signs: (As Indicated) T: *99.2* P: *96* RR: *21* B/P: *122* / *70*

Examination Findings:                    *61   Skin warm & dry to*
(Continue on back if necessary)
*such. Ambulates c steady gait. Cap/Renee fill*
*c/in. PERRL. Mucous membranes pink & moist. Rom*
*to all, + Extremities present. 5/5 Alkirate distress*
*noted. c/o Pain __ nausea __ vomiting*
*Clear lung sounds on auscultation.*

Assessment: (Referral Status)     Preliminary Determination(s):
  ☐ Referral **NOT REQUIRED**

  ☑ Referral **REQUIRED** due to the following: (Check all that apply)  *Bilateral grip mples*
     ☐ Recurrent Complaint (More than 2 visits for the same complaint)                          *present*
     ☐ Other: *Request for Layin Profile*
        *Asthma inhaler and mples.*
   *(Steady HR and rythm auscultated.)*

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given

**Plan:** Check All That Apply.
  ☐ Instructions to return if condition worsens
  ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
     should do as well as appropriate follow-up.  ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)

  ☐ Other _____
           (Describe)
  OTC Medications given  ☐ NO    ☐ YES (If Yes List) _____

  Referral ☐ NO ☑ YES (If Yes When/Where) _____          Date for referral: *7* *26* *07*
                                                                                    MM  DD  YY
  Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?) _____        Time _____

  X *M. Sanders LPN*          Name: *M Sanders*
     Nurse's Signature                      Printed

Nursing Evaluation Tool:                                    General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _____ Lee _____ Calvin _____
                        Last                    First

Inmate Number: __152056__        Date of Birth: _5_ / _16_ / _56_
                                                  MM   DD   YYYY

Date of Report: _7_ / _16_ / _07_     Time Seen: _8:10_  (AM)/ PM  Circle One
                 MM   DD   YYYY

**Subjective:** Chief Complaint(s): Need refill on nasal spray and profile request

Onset: 2 weeks

Brief History: continues sinus problems
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T: 98  P: 56  RR: 20  B/P: 120 / 72

Examination Findings: Nasal congestion noted, Resp. c ease +
(Continue on back if necessary) non labored, Bil lung sounds clear all 4 lobes, ∅
s/s of acute distress noted, US WNL

☐ Check here if additional notes on back

**Assessment: (Referral Status)**     Preliminary Determination(s): _____
   ☐ Referral NOT REQUIRED
   ☒ Referral REQUIRED due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☒ Other: wants by in lieu in Am and PM renewed
         due to sinus drainage/congestion

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:                    7,23,07 mOrSA23
   ☒ Instructions to return if condition worsens.
   ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
      should do as well as appropriate follow-up. ☒ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
              (Describe)
OTC Medications given  ☒ NO  ☐ YES (If Yes List) _____

Referral: ☐ NO  ☒ YES (If Yes, Whom/Where) CR NP          Date for referral _7_ / _16_ / _07_
                                                                            MM   DD   YYYY
Referral Type: ☒ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) _____
                                                                                    Time _____

x S. Taylor LPN                      Name: S. Taylor, LPN
   Nurses Signature                         Printed

**CMS 0052**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Colvin A. Lee_    Date of Request: _07/13/07_
ID # _158056_    Date of Birth: _05/16/56_ Location: _F. L. 4 C_
Nature of problem or request: _Need Refill on 12 Hour Nasal Decongestant_
_Spray oxymetazoline hydrochloride .0.05% Also need Log-in_
_profile Reviewed. No Relief for sinus systems_

_____ _Cal G. Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _7/16/07_
Time: _8:10_ (AM) PM
Allergies: _Demerol_

| RECEIVED |
|---|
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective   (V/S):** T: _____   P: _____   R: _____   BP: _____   WT: _____

**(A)ssessment:**

**(P)lan:**

Refer to:    MD/PA    Mental Health    Dental    Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

CMS 0053

PHS

**Nursing Evaluation Tool:**     <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee_                                    _Calvin_          _A_
                  Last                                    First              MI

Inmate Number: _152056_               Date of Birth: _5 / 16 / 56_
                                                      MM   DD   YYYY

Date of Report: _7 / 9 / 07_          Time Seen: _1:00_     AM (PM) Circle One
                MM  DD  YYYY

**Subjective:** Chief Complaint(s): _Needs antivert refilled -c/o dizziness_

Onset: _July 4th '07_

Brief History: _Been taking antivert science June 07_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98.0_  P: _52_  RR: _18_   B/P: _118 / 72_

Examination Findings: _AOX3 skin WD to touch Resp. c_
(Continue on back if necessary) _ease & nonlabored, c/o nausea, Ø vomiting_
_while @ S/C_

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**     Preliminary Determination(s): _____

☒ Referral **NOT REQUIRED**

☐ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)

   ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☒ Instructions to return if condition worsens.
   ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☒ Other: _Needs med refill_
             (Describe)

OTC Medications given ☒ NO  ☐ YES (If Yes List): _____

Referral: ☒ NO  ☐ YES (If Yes, Whom/Where): _____          Date for referral: ___/___/___
                                                                                        MM  DD  YYYY

Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____   Time _____

x _S. Taylor LPN_              Name: _S. Taylor LPN_
      Nurses Signature                      Printed

CMS 0054



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_   Date of Request: _07/07/07_
ID # _152050_   Date of Birth: _05/14/56_ Location: _Frank Lee_
Nature of problem or request: _Need Refill on Meclizine HCI (for ANTIVERT)_

_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _7-9-06_
Time: _____ AM (PM)
Allergies: _Demerol_

RECEIVED
Date: _7-8-07_
Time: _0700_
Receiving Nurse Intials _____

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____   **P:** _____   **R:** _____   **BP:** _____   **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

**CMS 0055**



*Follow-up*
*FLYC*

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name _Calvin A Lee_____ Date of Request: _06/21/07_

ID # _152056_____ Date of Birth: _05-16-86_ Location: _F.L.Y.C_

Nature of problem or request: _Sinus problem has intensified no relief_
_Body Equal Liberty, is off way badly. Can't hardly get-up 24 times_
_Stay Laying down. Need step-up, Need a profile to continue laying_
_in also. No-standing profile, Stronger Eye Drops_

             _Cal Lee_
                Signature

### DO NOT WRITE BELOW THIS LINE

Date: _6/22/07_

Time: _2⁰⁵_ AM **PM**

Allergies: _NKDA_

     _SS_

```
RECEIVED
Date: 6/21/07
Time: 1016pm
Receiving Nurse Intials MS
```

**(S)ubjective:**

**(O)bjective   (V/S): T:          P:          R:          BP:          WT:**

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
                            CIRCLE ONE

Check One:   ROUTINE ( )   EMERGENCY ( )

     If Emergency was PHS supervisor notified:   Yes ( )   No ( )
            Was MD/PA on call notified:   Yes ( )   No ( )   _6/22/07_
                                        _MS_

                       *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE

YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

**CMS 0056**

FTS

## Nursing Evaluation Tool:

### Upper Respiratory Complaints

Facility: BBB

Patient Name: _Lee_ _Calvin_
                 Last          First

Inmate Number: _15205_ %          Date of Birth: _5_ / _16_ / _56_
                                                   MM   DD   YY

Date of Report: _6_ · _22_ · _07_          Time Seen: _20⁰⁵_     AM / (PM) Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): ☑ Runny/Stuffy Nose ☑ Sneezing ☐ Sore Throat ☐ Swollen Glands ☑ Headache ☐ Fever
(Check All That Apply)

☐ Malaise ☐ Earache Cough: ☑ No ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description): _____

☑ Other: _Dizzeness / light headed_

Onset: _2 months ago_

History: _Hx of passeng out spells_
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☐ No ☑ Yes    Cardiac/CHF history: ☐ No ☑ Yes _profile_    History of HIV Disease: ☐ No ☑ Yes

**Objective:** Vital Signs: (If Indicated) T: _98,3_  P: _58_  RR: _20_  B/P: _128_ / _82_

Eyes: ☑ Clear ☐ Watery ☐ Injected (red) Drainage: ☑ No ☐ Yes: _____

Nose: Congestion: ☐ No ☑ Yes  Drainage: ☑ No ☐ Yes: _____

Throat examination: ☑ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous

Neck: ☑ Normal ☐ Enlarged Lymph Nodes

| Lung sounds: | Right | Left |
|---|---|---|
| Clear | ☑ | ☑ |
| Diminished | ☐ | ☐ |
| Crackles | ☐ | ☐ |
| Rhonchi | ☐ | ☐ |
| Wheezing | ☐ | ☐ |

☑ Additional Examination: _Needs nasal spray_
(Continue on back if necessary)

☐ Check Here if continued on back

**Assessment: (Referral Status)**          Preliminary Determination(s): _____
☐ Referral NOT Required

☑ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs      ☐ Significant shortness of breath      ☐ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam      ☐ Significant Wheezing which does not improve with inhaler    ☐ Other: _____

   Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
   of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Advise rest and oral fluid intake      ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 – 5 days if symptoms have not resolved
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
   (Describe)

☑ OTC Medications given ☑ NO ☐ YES (If Yes List): _____

_tx c p_
_CRNP_
_onsite_    Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _CRNP_          Date for referral: _6_ / _22_ / _07_
                                                                                          MM   DD   YYYY
6/22/07
         Referral Type: ☐ Routine ☑ Urgent ☐ Emergent (if emergent who was contacted?): _____          Time _____

x _S. Taylor_                          Name: _S Taylor LPN_
    Nurses Signature                              Printed



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_    Date of Request: _05/31/07_
ID # _152056_    Date of Birth: _05/16/56_    Location: _F.L.Y.C_
Nature of problem or request: _Need Refill on Nasal Decongestant_
_Spray Req. Oxymetazoline Hydrochloride 0.05% 1/2 Fl. Oz. (15ml)_

_Calvin C. Lee_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ____/____/____
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: 6-2-07
Time: 9-43
Receiving Nurse Initials _AP_

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )    No ( )
Was MD/PA on call notified:   Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

CMS 0058

**Nursing Evaluation Tool:**                    <u>Upper Respiratory</u>
<u>Complaints</u>

**PHS**

Facility: Alabama Department of Corrections

Patient Name: _Lee, Calvin_
                    Last                    First

Inmate Number: _152056_        Date of Birth: _3 / 16 / 56_
                                                    MM   DD   YYYY    MI

Date of Report: _05 / 17 / 07_        Time Seen: _1300_  AM / **PM** Circle One
                MM   DD   YYYY

**Subjective:** Chief Complaint(s): ☒ Runny/Stuffy Nose ☒ Sneezing ☐ Sore Throat ☐ Swollen Glands ☐ Headache ☐ Fever
                (Check All That Apply)
☐ Malaise ☐ Earache  Cough: ☐ Yes: ☒ No  ☐ Non-productive ☐ Productive: (sputum description):_____
☒ Other: _nausea + dizzy_
        Onset: _X 3wks_
History: _allergy problem_
(Continue on back if necessary)

☐ Check Here if additional notes on back

History of Asthma: ☐ No ☒ Yes    Cardiac/CHF history: ☐ No ☒ Yes    History of HIV Disease: ☒ No ☐ Yes

**Objective:** Vital Signs: (If Indicated) T: _980_  P: _72_  RR: _20_  B/P: _130/94_

Eyes: ☒ Clear ☐ Watery ☐ Injected (red) Drainage: ☒ No ☐ Yes: _____    Lung sounds:
                                                                            Right        Left
Nose: Congestion: ☐ No ☒ Yes  Drainage: ☒ No ☐ Yes: _____        ☒ Clear ☒
Throat examination: ☒ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous    ☐ Diminished ☐
Neck: ☒ Normal ☐ Enlarged Lymph Nodes                                ☐ Crackles ☐
                                                                      ☐ Rhonchi ☐
☐ Additional Examination: _N/A_                                        ☐ Wheezing ☐
Continue on back if necessary

☐ Check Here if continued on back

**Assessment:** (Referral Status)        Preliminary Determination(s): _alteration in_
  ☐ Referral NOT Required                  _comfort_

  ☒ Referral Required referral due to the following: (Check all that apply)
  ☐ Abnormal Vital Signs  ☐ Inability to swallow  ☐ Significant shortness of breath  ☒ Recurrent Complaint (More than 2 visits)
  ☐ Abnormal Lung exam   ☐ Significant Wheezing which does not improve with inhaler  ☐ Other:_____

        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are
        unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
  ☒ Advise rest and oral fluid intake        ☒ Warm saline gargles PRN
  ☒ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
  ☒ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do
     as well as appropriate follow-up. ☒ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
  ☒ Other: _work stop X 2 days_
        (Describe)

  ☐ OTC Medications given (CTM 4 mg, Tylenol 650 mg Bid po prn x 2 days). ☒ NO ☐ YES (If Yes List): _____

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _Nurse practioner_  Date for referral: _5 / 17 / 07_
                                                                            MM   DD   YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?):_____ Time_____

_M. Suzi_  RN  Name: _Michele Sagers_
Nurses Signature          Printed

**CMS 0059**



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonso Lee_   Date of Request: _05-15-07_
ID # _152056_   Date of Birth: _05-16-1956_ Location: _F.L.Y.C._
Nature of problem or request: _Severe Sinus Infection, Affecting Equal_
_Liberty, Dizzy and off balance, Nauseated, Sneezing, Running eyes,_
_throat swollen and very sore. Sore throats, very irritated eyes_
_itching felling faint and very week. Can't stand for long periods_
_Calvin G. Lee_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _5-17-07_
Time: _12:30_ AM/PM
Allergies: _Demerol_

RECEIVED
Date: 5-16-07
Time: 12:28 Am
Receiving Nurse Intials _JP_

**(S)ubjective:**

**(O)bjective** (V/S): T: _98.00_  P: _72_  R: _20_  BP: _130/94_  WT: _260_

**(A)ssessment:**   _See Next Tool_
_E. Ellin RN_

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment   Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0060

Nursing Evaluation Tool:                    <u>Upper Respiratory</u>
                                             <u>Complaints</u>

Facility: BBB

Patient Name: _Lee_                _Calvin_
              Last                 First              MI

Inmate Number: _152056_           Date of Birth: _5 16 56_
                                                  MM DD YYYY

Date of Report: _5 13 07_         Time Seen: _10 1205_ AM (PM) Circle One
                MM DD YYYY

**Subjective:** Chief Complaint(s) ☒ Runny/Stuffy Nose ☒ Sneezing ☐ Sore Throat ☐ Swollen Glands ☒ Headache ☐ Fever
(Check That Apply)

☐ Malaise ☐ Earache Cough ☐ No ☐ Yes: ☐ Non-productive ☐ Productive: (sputum description)

☒ Other: _My balance is off and my senses are infected_
Onset: _One month ago — fever/chills_

History: _sinus problems  HTN_
(Continue on back if necessary)                                    ☐ Check Here if additional notes on back

History of Asthma: ☐ No ☒ Yes    Cardiac/CHF history: ☒ No ☐ Yes    History of HIV Disease: ☒ No ☐ Yes

**Objective:** Vital Signs: (if Indicated) T: _98.2_ P: _70_ RR: _20_ B/P: _142 88_

Eyes: ☒ Clear ☐ Watery ☐ Injected (red)  Drainage: ☒ No ☐ Yes: _____    **Lung sounds:**
                                                                              Right    Left
Nose: Congestion: ☐ No ☒ Yes  Drainage: ☐ No ☐ Yes: _____    Clear      ☐       ☐
                                                                Diminished ☐       ☐
Throat examination: ☒ Normal ☐ Red ☐ Enlarged tonsils ☐ Edematous   Crackles   ☐       ☐
                                                                    Rhonchi    ☐       ☐
Neck: ☒ Normal ☐ Enlarged Lymph Nodes                               Wheezing   ☐       ☐

☒ Additional Examination: _Bil lung sounds clear — ∅ SOB_
(Continue on Back if necessary) _motor — Taking CTM - not helping_         ☐ Check Here if continued on back

**Assessment:** (Referral Status)              Preliminary Determination(s): _see CRNP for_
☐ Referral NOT Required                        _recurrent complaint_
☒ Referral Required referral due to the following: (Check all that apply)
☐ Abnormal Vital Signs    ☐ Inability to swallow    ☐ Significant shortness of breath    ☒ Recurrent Complaint (More than 2 visits)
☐ Abnormal Lung exam      ☐ Significant Wheezing which does not improve with inhaler    ☐ Other: _____
        Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure
        of the appropriate care to be given.

**Plan:** Check All That Apply:
☒ Advise rest and oral fluid intake    ☐ Warm saline gargles PRN
☐ If no referral is made, advise to return in 3 - 5 days if symptoms have not resolved
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as
   well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
         (Describe)

☐ OTC Medications given ☒ NO ☐ YES (If Yes List): _Shimota_

Referral: ☐ NO ☒ YES (If Yes, Whom/Where): _CRNP_              Date for referral: _/ /_
                                                                                    MM DD YYYY
Referral Type: ☒ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

x _S. Taylor LPN_            Name: _S. Taylor, LPN_
   Nurse Signature                   Printed

CMS 0061

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 5/2/07 | TIME 2⁰⁰ ☑AM ☐PM | ORIGINATING FACILITY  Frank LEE ☐SIR ☐PDL ☐ESCAPEE ☐_____ | ☐SICK CALL ☐EMERGENCY ☑OUTPATIENT |
|---|---|---|---|

| ALLERGIES  N/A |
|---|

| VITAL SIGNS· TEMP 98.6 | ☑ORAL ☐RECTAL | RESP. 30 | PULSE 70 | B/P 110/80 | RECHECK IF SYSTOLIC <100> 50 _____/_____ |
|---|---|---|---|---|---|

CONDITION ON ADMISSION
☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

NATURE OF INJURY OR ILLNESS

S" Been nauseated, feeling like I'm running a fever, got a bite on my stomach.

O. Noted red area w/ mild edema to R b abd., no drainage present, started as small pimple, inmate tried to pop bump.

PHYSICAL EXAMINATION

A: Alterations in Comfort

| | ABRASION /// | CONTUSION # | BURN ˣˣ | FRACTURE ᶻᶻ | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|



PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P- Bactrim ii p.o. B.I.D  X 10 days | 2⁵ | 32 |
| ↑ fluids - rtc prn | 25 | 32 |

Note: Body Chart done @ Frank LEE Youth Center

DIAGNOSIS

INSTRUCTIONS TO PATIENT

rtc prn

| DISCHARGE DATE 5/2/07 | TIME 2³⁰ ☑AM ☐PM | RELEASED/TRANSFERRED TO  FLYC | ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|---|

| NURSE'S SIGNATURE  E.E Nn, RN | DATE 5/2/07 | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION  N/A |
|---|---|---|---|---|

| NMATE NAME (LAST, FIRST, MIDDLE)  Lee, Calvin | DOC# 152056 | DOB 5/16/56 | R/S B/M | FAC. FLUA |
|---|---|---|---|---|

3-MD-70007        (White – Record Copy, Yellow – Pharmacy Copy)

CMS 0062



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_    Date of Request: _04/27/07_
ID # _152056_    Date of Birth: _08/16/56_  Location: _F.L.4C_
Nature of problem or request: _Body aches Liberty es off. Dizzy can't sit or_
_stand, way Nausea Can't eat only releit is when I am Laying down_
_Very Light headed Can hardly focus eyes shurt I breath has_
_been this way for one week._

_Cal Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _4/30/07_
Time: _____ AM PM
Allergies: _NKA_

RECEIVED
Date: _4/26/8_
Time: _5:26 P_
Receiving Nurse Intials _&_

**(S)ubjective:**

**(O)bjective**  (V/S): T: _98_    P: _54_    R: _28_    BP: _128/72_    WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

_____
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0063

**PHS**

**Nursing Evaluation Tool:**                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Lee,_ _Calvin_
Inmate Number: _152850_                    Date of Birth: _5_, _16_, _50_
Date of Report: _4_, _30_, _07_              Time Seen: _____ AM/PM Circle One

**Subjective:** Chief Complaint(s): _I've been dizzy, equilibrium off, cant_
Onset: _Lower eyes x 1 week,_

Brief History: _pt has h/o of HTN, Sinus and allergy._
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T _98_  P _54_  RR _24_  B/P _120/74_  wt _256_
Examination Findings: _no acute distress noted c this time_
(Continue on back if necessary) _c/o dizziness and states my equilibrium is_
_off._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _Sinus c allergy, dizzy_
☐ Referral **NOT REQUIRED**                    _equilibrium off._
☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☐ Other: _CRNP_

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
            (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _____
Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _CRNP_              Date for referral _4_, _30_, _07_
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

x _Anne Mullins_         Name: _Anne Mullins_
   Nurses Signature                    Printed
   _see CCF 4/30/07 ___ ___ ____

CMS 0064



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_    Date of Request: _04/24/07_
ID # _152056_    Date of Birth: _08-16-56_ Location: _F.L.Y.C_
Nature of problem or request: _Dry Eyes Syndrome also itching eyes very_
_Irritated need Visshie Allergy Eye . Drops , sneezing and itching_

_____
_Cpe Lee_
_Signature_

### DO NOT WRITE BELOW THIS LINE

Date: _4 26 07_
Time: _9 00 (AM) PM_
Allergies: _Demerol_

RECEIVED
Date: _4/26/07_
Time: _900_
Receiving Nurse Intials _✓_

**(S)ubjective:** _Eyes are dry + itching. I sneeze_
_sneeze alot @ night._

**(O)bjective** (V/S): T: _98²_ P: _72_ R: _18_ BP: _118/72_ WT:

**(A)ssessment:** _See net tool_

**(P)lan:**

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)   EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_J. Webb RN_
_SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002   (1/4)

CMS 0065



**Nursing Evaluation Tool:**                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee, Calvin_

Inmate Number: _152056_     First / Date of Birth: _5 , 16 , 56_ MM DD YYYY

Date of Report: _4 , 26 , 07_ MM DD YYYY     Time Seen: _9:20_ (AM)/ PM Circle One

**Subjective:** Chief Complaint(s): _Eyes are dry + itching. I sneeze_
Onset: _a lot at night._

**Brief History:** _Eye injury in military 1973_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T _98°_ P: _72_ RR: _18_ B/P: _118 / 72_

Examination Findings: _VSS. some redness noted in both_
(Continue on back if necessary) _eyes._

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
   ☐ Referral <u>NOT REQUIRED</u>

   ☑ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
      ☐ Recurrent Complaint (More than 2 visits for the same complaint)
      ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☐ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
      (Describe)
OTC Medications given ☐ NO ☑ YES (If Yes List): _Benadryl 25 mg PO BID x 3 days_

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____    Date for referral: _/ /_ MM DD YYYY

Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time _____

X _____     Name: _____
   Nurses Signature

CMS 0066

Nursing Evaluation Tool

General Sick Call

Facility: Staton Correctional Facility

Patient Name: Lee                    Calvin
                                      First

Inmate Number: 152056    Last

Date of Report: 4 / 11 / 07          Date of Birth: 0 / 16 / 56
                MM  DD  YYYY                         MM  DD  YYYY

                                     Time Seen: 9 00   AM (PM) Circle One

**Subjective:** Chief Complaint(s): "Both knees swollen & I have

Onset: athletes feet.

Brief History:
(Continue on back if necessary)

**Objective:** Vital Signs: (As Indicated) T 97.8  P: 82  RR: 18  B/P: 130 / 80    ☐ Check Here if additional notes on back

Examination Findings: - Edema noted in
(Continue on back if necessary)    noted between toes.    Mathes knees fingers

**Assessment: [Referral Status]**    **Preliminary Determination(s):**
☑ Referral NOT REQUIRED                                          ☐ Check Here if additional notes on back

1/13/07      ☐ Referral REQUIRED due to the following: (Check all that apply)
he & me         ☐ Recurrent Complaint (More than 2 visits for the same complaint)
& Comp          ☐ Other:
next week
Bob

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of
the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they
should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other:

OTC Medications given  ☐ NO  ☑ YES (If Yes List):  Motrin 600mg PO BID x 7days
Referral: ☐ NO  ☐ YES (If Yes, Whom/Where):  Clee Top x 5 WKs
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?):           Date for referral: / /
                                                                                            MM  DD  YYYY
X                                                                                           Time
                                     Name:

CMS 0067



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_      Date of Request: _04/09/07_
ID # _152056_                Date of Birth: _05/16/1956_ Location: _D8A_
Nature of problem or request: _Both Left and Right Knees Swollen Also_
_Need some foot cream for Athletic feet. Also Request for knee brace_
_Replacements. Allergy Eye drops_

_____
                                        *Signature*

### DO NOT WRITE BELOW THIS LINE

Date: _4/11/07_
Time: _9:15 AM_ PM
Allergies: _Dimensl_

┌─────────────────────────────┐
│         RECEIVED            │
│ Date: _4-10-07_            │
│ Time: _11:35 pm_          │
│ Receiving Nurse Initials _JP_ │
└─────────────────────────────┘

**(S)ubjective:**

**(O)bjective**   (V/S): T: _98_   P: _82_   R: _18_   BP: _130/80_   WT:

**(A)ssessment:**  _See nut tool_

**(P)lan:**

Refer to: (MD/PA)  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              CIRCLE ONE
Check One:  ROUTINE ( ✓ )   EMERGENCY ( )           _4/13/07_
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )   _Fln E me @_
            Was MD/PA on call notified:   Yes ( )   No ( )   _Comp next week_
                                                                        _(R)_

_____
        *SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0068



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin A. Lee_    Date of Request: _03-21-07_
ID # _152056_    Date of Birth: _05-16-1956_ Location: _D8A_
Nature of problem or request: _Allergie's gone wild, eyelids sticking, itching eyes_
_and nose and face. Itching all over stuffie head. Need eyes drop's with allergy_
_med in it. Benedryl or something for itching, face swollen, severe headaches,_
_sinus pressure. Help_

_Cal A. Lee_
Signature

### DO NOT WRITE BELOW THIS LINE

Date: _3-21-07_
Time: _9:30_
Allergies: _Benedryl_    AM PM

| RECEIVED |
| --- |
| Date: _3-21-07_ |
| Time: _2:29 pm_ |
| Receiving Nurse Intials _MS_ |

**(S)ubjective:**

**(O)bjective** (V/S): T: _979_  P: _78_  R: _20_  BP: _124/74_  WT:

**(A)ssessment:**

_See next doul_

**(P)lan:**

Refer to: (MD/PA) Mental Health   Dental   Daily Treatment       Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)    EMERGENCY ( )
If Emergency was PHS supervisor notified:   Yes ( )   No ( )
Was MD/PA on call notified:   Yes ( )   No ( )

_J. Mullen pA_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0069

**PHS**    Nursing Evaluation Tool:    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee, Celvin_    Last    First

Inmate Number: _152056_    Date of Birth: _5 / 16 / 56_    MM   DD   YYYY

Date of Report: _5 / 16 / 56_
_3 / 28 / 07_    MM DD YYYY    Time Seen: _____ AM / PM Circle One

**Subjective:** Chief Complaint(s): _Allergies gone wild, eyes swollen_
Onset: _early in morning but not today, eyes_
Brief History: _itching_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _92.9_ P: _78_ RR: _20_ B/P: _120 / 74_
Examination Findings: _& acute distress. & significant findings_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____
☑ Referral NOT REQUIRED

☐ Referral REQUIRED due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: (Describe)
OTC Medications given ☐ NO ☐ YES (If Yes List): _Benadryl 25mg : po Qd x_
Referral: ☐ NO ☐ YES (If Yes, Whom/Where): _____    Date for referral: _ / / _    MM DD Y
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____    Time ___

_____    Name _____
Nurses Signature

CMS 0070

Nursing Evaluation Tool:          <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _Lee_ _____ _Calvin_ _____
Last                              First

Inmate Number: _152056_                    Date of Birth: _5_ : _16_ : _56_
MM   DD   YYYY

Date of Report: _3_ : _13_ : _07_           Time Seen: _4:29_   AM (PM) Circle One
MM   DD   YYYY

**Subjective:** Chief Complaint(s): "Need to have BP checked have systo-
Onset: pressure being up.. State that his neck has
Brief History: been stiffening up, headaches, + light headed.. Also
(Continue on back if necessary) vision sometimes become blurry... states he has
had ↑ BP since 1990.. states of cardiac surgeries in the
past..

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _98³_  P: _60_  RR: _20_  B/P: _138 / 90_

Examination Findings: Ø Significant findings. Hearts sounds
(Continue on back if necessary) auscultated S₁ + S₂ Noted @ apex heart. Ø
abnormal heart sounds Noted. Pulse rate normal
+ bounding. Ø other distress voiced or Noted.

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**  Preliminary Determination(s): _____
☐ Referral NOT REQUIRED
☑ Referral REQUIRED due to the following: (Check all that apply)
☐ Recurrent Complaint (More than 2 visits for the same complaint)
☐ Other: wants to be placed on BP checks + get
his nitro renewed

noted
~3/14/07
see order

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☑ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)

☐ Other: _____
(Describe)

OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): Health Care Provider Date for referral: _/_/_
MM DD YYYY

Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time _____

_I. Parker, LPN_                    Name: _I. Parker, LPN_
Nurses Signature                          Printed

CMS 0071



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_      Date of Request: _03/12/07_
ID # _15-2056_                      Date of Birth: _05-16-56_  Location: _A31-A_
Nature of problem or request: _Need To Have B/P Checked, have symstoms_
_of Pressure bing-up._

_____

_____

                                        _Cal Lee_
                                          Signature

**DO NOT WRITE BELOW THIS LINE**

_____

Date: ____/____/____
Time: _____ AM  PM          ┌─────────────────────────┐
Allergies: _____          │        RECEIVED         │
                                   │ Date: _3-12-07_         │
                                   │ Time: _9:20 pm_      _MS_│
                                   │ Receiving Nurse Intials  │
**(S)ubjective:**  See              └─────────────────────────┘
                   Next
                   Top
                   3-13-07

**(O)bjective**  (V/S): **T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                              **CIRCLE ONE**
Check One:  ROUTINE ( )    EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
      Was MD/PA on call notified:   Yes ( )   No ( )


_____
                _SIGNATURE AND TITLE_

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0072

rmb                                    Nursing Evaluation Tool:                    <u>General Sick Call</u>

Facility: Staton Correctional Facility

Patient Name: _____ *Lee,* _____ *Calvin* _____
                        Last              First         MI

Inmate Number: *152056* _____    Date of Birth: *5,16,56*
                                                    MM  DD  YYYY

Date of Report: *3,6,07* _____    Time Seen: *8* _____ (AM / PM) Circle One
                MM DD YYYY

**Subjective:** Chief Complaint(s): *Ingrown toenail, ® Second toe*

Onset: *Cold sore ⊤ lip.*

Brief History:
(Continue on back if necessary)

_____

_____

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T *98°* P *81* RR *18* B/P: *162,92*

Examination Findings: *Nausea noted. Toe painful to touch.*
(Continue on back if necessary) *Walks with limp. Steady gait.*

_____

☐ Check Here if additional notes on back

**Assessment: (Referral Status)**    Preliminary Determination(s): _____

☐ Referral NOT REQUIRED

☑ Referral REQUIRED due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)

   ☐ Other: _____

*Noted on 3/9/07 see orders*

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
   ☑ Instructions to return if condition worsens.
   ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
   ☐ Other: _____
                (Describe)
   OTC Medications given ☑ NO ☐ YES (If Yes List): _____

   Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _____    Date for referral: _/_/_
                                                                          MM DD YYYY
   Referral Type: ☑ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____   Time _____

X _____                Name: _____
        Nurses Signature                              Printed

Nursing Evaluation Tool:          General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_ _____ _Calvin_ ___
                    Last              First

Inmate Number: _152056_         Date of Birth: _5_ _16_ _56_
                                                MM  DD   YYYY

Date of Report: _2_ _17_ _07_   Time Seen: _4:18_ AM / (PM) Circle One
                 MM  DD  YYYY

Subjective: Chief Complaint(s): Still having symptoms severe side pain, Need refillon RX medecation that I am taking for side + Onset: Back Pain is causing stomach problems

Brief History: F/u because the problems has not gotten better
(Continue on back if necessary)

☐ Check Here if Additional notes on back

Objective: Vital Signs: (As indicated) T: 98  P: 60  RR: 18  B/P: 110 / 90

Examination Findings: ⊘ Significant finding. Stated that previous meds were bothering stomach; need to see MD for F/U
(Continue on back if necessary)

☐ Check Here if Additional notes on back

Noted on 2/18/07 see order

Assessment: (Referral Status)    Preliminary Determination(s): _____
☐ Referral NOT REQUIRED
☑ Referral REQUIRED due to the following: (Check all that apply)
    ☑ Recurrent Complaint (Same than 2 visits for the same complaint)
    ☐ Other: _____

2/18/07 @ F/U APPT
KMB

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Plan: Check All That Apply:
    ☑ Instructions to return if condition worsens.
    ☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☑ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visit)
    ☐ Other: _____
            (Describe)
OTC Medications given ☐ NO  ☑ YES (If Yes List): Tylenol 650mg, PO BID x 5 days
Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): Health Care Provider  Date for referral _/_/_
                                                                                   MM DD YYYY
                                                                                   Time ___
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?) ___

_J. Parker, LPN_                    _J. Parker, LPN_



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_     Date of Request: _01/05/07_
ID # _152086_    Date of Birth: _05/10/66_   Location: _A-31_
Nature of problem or request: _Still having simptons of severe side pain,_
_Need RX refill on Mutrin, Medication that I am taking for side and_
_Back pain is causing Stomech problems_

                              _Calvin Lee_
                                 *Signature*

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌─────────────────────────────┐
│        RECEIVED             │
│ Date: 2-5-07                │
│ Time: 1033pm                │
│ Receiving Nurse Intials DS  │
└─────────────────────────────┘
```

**(S)ubjective:**

      See
      Ned
      Tool
**(O)bjective**    JP
      2-7-07

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
                               CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )     No ( )
             Was MD/PA on call notified:   Yes ( )     No ( )

                                  *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**PHS**

Nursing Evaluation Tool:        General Sick Call

Facility: Alabama Department of Corrections

Patient Name: _Lee_ _Calvin_
                                 First

Inmate Number: _152036_    Date of Birth: _5 16 58_
                                          MM  DD  YYYY

Date of Report: _1 18 07_    Time Seen: _445_  AM/**PM** Circle One
          MM  DD  YYYY

Subjective: Chief Complaint(s): _Can't lie down, a lot of pain_

Onset: _Side pain + back pain all around_
_the back._

Brief History:
(Continue on back if necessary)

☐ Check Here if additional notes on back

Objective: Vital Signs: (As Indicated) T _98_  P _76_  RR _18_  B/P _120 / 72_

Examination Findings: _⊕ distress noted upon entrance_
(Continue on back if necessary) _Voiced C/o when touched._

☐ Check Here if additional notes on back

_noted on direct care order's by RP_  Assessment: (Referral Status)    Preliminary Determination(s): _____

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply):
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

**Comment:** You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

Plan: Check All That Apply:
    ☐ Instructions to return if condition worsens.
    ☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES  ☐ NO (If NO then schedule patient for appropriate follow-up visits)
    ☐ Other: _____
        (Describe)
OTC Medications given ☐ NO  ☑ YES (If Yes List): _Motrin 600mg TID x 5 days_

Referral: ☐ NO  ☑ YES (If Yes, Whom/Where): _____    Date for referral: _1 18 07_
                                                     MM  DD  YYYY
Referral Type: ☐ Routine  ☐ Urgent  ☐ Emergent (If emergent who was contacted?) _____

*(follow-up*
*from Emergency visit)*



PHS
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: _Calvin Alphonse Lee_    Date of Request: _01/17/07_
ID # _152056_    Date of Birth: _05/16/80_  Location: _4-58_
Nature of problem or request: _Could I get the Doctor to give me A_
_profile for and Egg Crate. I saw the Doctor 10-16-07 for my side_
_bothering me. And I was released from the Infirmary today, but I_
_am still in severe pain. And Lying on the hard bed only worsen my condition_
_Also prescribe me something for pain_ _Calvin A. Lee_
_The Doctor told me if I am still having Problems come back_ Signature
### DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
|---|
| Date: _1-17-07_ |
| Time: _8:45pm_ |
| Receiving Nurse Intials _P_ |

**(S)ubjective:**

**(O)bjective**    (V/S): **T:** _____    **P:** _____    **R:** _____    **BP:** _____    **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA  Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )    No ( )
        Was MD/PA on call notified:   Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0077



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## INFIRMARY NURSING PROGRESS NOTES

| Date/Time | |
|---|---|
| 1-17-07 12noon | urine yellow & clear - U/A normal - Release to camp per MD order —————— S. Taylor RN |

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|---|
| Lee , Calvin | | 152056 | 5-16-56 | B/M | FLYC |

PHS-MD-70049

**Complete Both Sides Before Using Another Sheet**

CMS 0078

# MEDICATION ADMINISTRATION RECORD

**Facility:** KLBY

**Month:** 12-07

42

| DRUG – DOSE – MODE – INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ocean nasal spray ii spray each nostril BID PRN x180d KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE 11-28-07  START DATE 11-28-07  STOP DATE 5-28-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER Dr. Baber camp | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Albuterol Inhaler ii puffs QID PRN x180d KOP | | | | | | | | | | Given | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE 11-28-07  START DATE 11-28-07  STOP DATE 5-28-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER Dr. Baber camp | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QVAR 80mcg ii puffs BID PRN x180d KOP Dr. Baber camp | | | | | | | | | | Given | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE 11-28-07  START DATE 11-28-07  STOP DATE 5-28-08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tylenol 325mg ii po BID PRN x30d KOP Vilcochundra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE 12/4/07  START DATE 12/4/07  STOP DATE 1/4/08 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORDER DATE  START DATE  STOP DATE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| PRESCRIBER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**DIAGNOSIS:** Demerol

**ALLERGIES:**

**DOB/INMATE #:** 152056

**LOCATION:**

**NAME:** Lee, Calvin

0 REV 607

| Facility Name | Frank Lee Youth Center | | Month/Year of Charting | 11/07 |

**Aspirin EC 81MG EC Tab    26.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796164

**Hydrochlorothiazide ( for HCTZ ) 50MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 09-19-2007    Prescriber Whatley, Robert
Stop Date 12-17-2007    RX # 252903592

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796162

**Metoprolol Tartrate 50MG Tab 26.00**

Take 1 tablet(s) by mouth daily

*KOP*

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6ᴬ | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796169

**Nitroglycerin 0.4MG SL Tab (Bottle) 1**

Dissolve one tablet under tongue as needed as directed

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KOP | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796171

**Qvar 80MCG/ACT Aerosol Soln    1**

Inhale 2 puff(s) by mouth twice daily

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| KOP | | | | | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

*Reordered 10/30/0*

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796152

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | A. King Cpn | AK | N. Tranthay | NS | 1 Discontinued Order |
| Allergies NKA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: Population | | | | | 4 Charted in Error |
| Patient ID Number 152056 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| **Lee, Calvin** | | Date of Birth. | 05-16-1986 | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

Facility Name: Frank Lee Youth Center

Month/Year of Charting: 11/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Ranitidine HCl ( for Zantac ) 300MG Tab    52.00**

Take 1 tablet(s) by mouth twice daily

KOP

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796166

**Simvastatin ( for Zocor ) 10MG Tab 26.00**

Take 1 tablet(s) by mouth at bedtime

KOP

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796157

QUAR 80mcg 2 puff BID

11/10/07    1 inhaler    discontinued

Start Date 10/30/07    Prescriber Whatley CRNP
Stop Date. 11/30/07    RX #

Start Date    Prescriber
Stop Date    RX #

Start Date    Prescriber
Stop Date    RX #.

Start Date    Prescriber
Stop Date.    RX #

**Diagnosis**

**Allergies**
NKA

**Housing Unit:** Population
**Patient ID Number:** 152056
**Patient Name:**

**Lee, Calvin**

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| A. Long LPN | A | | NS | 1 Discontinued Order |
| | | | NB | 2 Refused |

Documentation Codes
1. Discontinued Order
2 Refused
3. Patient out of facility
4. Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9. No Show
10 Other

Date of Birth    05-16-1986

Facility Name: Frank Lee

Month/Year of Charting: 11/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg
ϊ po BID
X30

Start Date: 11-12-7    Prescriber: Whatever
Stop Date: 12-12-7    RX #

Nasel decongestant
spray ϊ BID
PNN X30

Start Date: 11-12-7    Prescriber: Whatever
Stop Date: 12-12-7    RX #

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|---|

Allergies: Seroquel

Housing Unit:
Patient ID Number: 152054
Patient Name: Lee, Calvin

Documentation Codes:
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

Date of Birth: 5/6/65

CMS 0082

Facility Name: __Kilby__    Month/Year of Charting __11/07__

83

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**QVAR 80mg ii puffs Bid x 30 days Kop**
R O P
Reordered 11/30/07
Start Date: 10/29/07    Prescriber: Whatley, CRNP
Stop Date: 11/29/07    RX #

**Motrin 600mg i po Bid x 30 days**
R C N
Start Date: 11/12/07    Prescriber: Whatley, CRNP
Stop Date: 12/12/07    RX #

**Albuterol Inhaler MDI ii puffs Qid x 90 days**
R O P
Reordered 1/28/07
Start Date: 10/8/07    Prescriber: Whatley, CRNP
Stop Date: 1/8/08    RX #

**NTG 0.4mg Sl i tab q 5 min x3 doses for chest pain x 90 d PRN**
R R N
Start Date: 10/8/07    Prescriber: Whatley, CRNP
Stop Date: 1/8/08    RX #

**Saline Nasal decongestant Spray PRN Qid x 30 days Kop**
R O P
Reordered 11/28/07
Start Date: 11/12/07    Prescriber: Whatley, CRNP
Stop Date: 12/12/07    RX #

Start Date:    Prescriber:
Stop Date:    RX #

Diagnosis _____
Allergies __Demerol__
Housing Unit: _____
Patient ID Number: __152056__
Patient Name: __Lee, Calvin__

Date of Birth _____

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| Ann Blakey RN | AB | | | 1. Discontinued Order<br>2. Refused<br>3. Patient out of facility<br>4. Charted in Error<br>5. Lock Down<br>6. Self Administered<br>7. Medication out of Stock<br>8. Medication Held<br>9. No Show<br>10. Other |

CMS 0083

#2

11/07

| Facility Name: KILBY | Month/Year of Charting |
|---|---|

Metoprolol 50mg
 T̄ po QD X 180d

Start Date: 11/28/07  Prescriber: M Baller CRNP
Stop Date: 5/28/08  RX #:

Liqui film tears
T̄ī gtts Both eyes
QD PRN X 180d

Start Date: 11/28/07  Prescriber: M Baller CRNP
Stop Date: 5/28/07  RX #:

Ocean Nasal spray
T̄ī Spray each
nostril BID PRN
X 180d

Start Date: 11/28/07  Prescriber: M Baller CRNP
Stop Date: 5/28/07  RX #:

Albuterol Inhaler
T̄ī puffs QID PRN
X 180days KOP

Start Date: 11/28/07  Prescriber: M Baller CRNP
Stop Date: 5/28/07  RX #:

Q-VAR 80mcg
T̄ī puffs BID PRN
X 180days

Start Date: 11/28/07  Prescriber: M Baller CRNP
Stop Date: 5/28/07  RX #:

Start Date:  Prescriber:
Stop Date:  RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies Demerol | | | | | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show<br>10 Other |
| Housing Unit. | | | | | |
| Patient ID Number: 152056 | | | | | |
| Patient Name: Lee, Calvin | | | Date of Birth. | | |

CMS 0084

Facility Name: KILBY                                    #1                    11/07

Month/Year of Charting

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Motrin 600mg
 T PO BID PRN
  X 60d

Start Date 11/28/07   Prescriber M Baller CRNP
Stop Date 1/28/08   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |

ASA 81 mg PO
QD X 180d

0900

Start Date 11/28/07   Prescriber M Baller CRNP
Stop Date 5/28/08   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

HCTZ 50mg T
 PO QD X 180d

0900

Start Date 11/28/07   Prescriber M Baller CRNP
Stop Date 5/28/07   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

Lisinopril 10mg
 T PO QD X 180d

0900

Start Date 11/28/07   Prescriber M Baller CRNP
Stop Date 5/28/07   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Ranitidine 300mg
PO BID X 180d

0900

0900

Start Date 11/28/07   Prescriber M Baller CRNP
Stop Date 5/28/07   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Simvastatin 10mg
 T PO QHS X 180d

Start Date 11/28/07   Prescriber.
Stop Date 5/28/08   RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies Demerol | | | | | 1. Discontinued Order |
| | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit | | | | | 4. Charted in Error |
| | | | | | 5. Lock Down |
| Patient ID Number: 152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | | | | 8. Medication Held |
| | | Date of Birth | | | 9. No Show |

CMS 0085

1 of 5

| Facility Name | FLYC | | | | | | | | | | | | | | | | Month/Year of Charting | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Nasal decogestant Spray**
X30

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

Start Date: 10-8-7    Prescriber: Whatley CRNP
Stop Date: 11-8-7    RX #

**NTG 0.4 SL**
X90

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

Start Date: 10-8-7    Prescriber: Whatley CRC
Stop Date: 1-8-7    RX #

**Albuteral MDI ÏÏ puffs QID**
X90

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30

Start Date: 10-8-7    Prescriber: Whatley CRNP
Stop Date: 1-8-7    RX #

**Liq. Tears**
X90

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date: 10-8-7    Prescriber: Whatley CRNP
Stop Date: 1-8-7    RX #

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

Start Date:    Prescriber: Dr M Sanderson
Stop Date: 10-15-07    RX #

Hour: 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

See new order

Start Date: 10/19/07    Prescriber: Dr. Corbier
Stop Date: 10/24/07    RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: Demerol | | | J. Parker LPN | | 1 Discontinued Order |
| | M Sanderson | | | | 2 Refused |
| Housing Unit: 152056 | C Jones | | | | 3 Patient out of facility |
| Patient ID Number: | S Pegues | | Jackson | | 4 Charted in Error |
| Patient Name: Lee, Calvin | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |

2 offs

| Facility Name: FMYC | | Month/Year of Charting: 10/07 | | |
|---|---|---|---|---|

Motrin 600mg I/P
BID X 5d

Start Date: 10.1.07   Prescriber: per protocol
Stop Date: 10.10.07

AFC cream AAA
BID X 30a

Kop

Start Date: 10·1·07   Prescriber: per protocol
Stop Date: 11.1.07   RX #

CTM 8mg po BID x
5 days

Start Date: 10/19/07   Prescriber: Dr·Corbres
Stop Date: 10/24/07   RX #

Motrin 600mg
Po Bid
PRN

Start Date: 10/24/07   Prescriber: Dr protocol
Stop Date: 10/29/07   RX #

QUAR 80mcg ÷ puffs
Bio x 30 days

Kop

Start Date: 10·30·07   Prescriber: Whatley
Stop Date: 11.30.07   RX #

Start Date:   Prescriber:
Stop Date:   RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies  NKA | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 152056 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| Lee, Calvin | | | Date of Birth: 5·11·51 | | 8 Medication Held |
| | | | | | 9 No Show |

CMS 0087

| Facility Name | FLYC | | | | | | | | | | | | | | | | | Month/Year of Charting | | | 10-7 | | | | | | | |

↑ Bactrim DS
T̄ PO BID
× 7

| Hour | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Hour | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Start Date | 10-22-7 | | Prescriber | whatley CRWP |
| Stop Date | 10-29-7 | | RX # | |

| Start Date | | Prescriber | |
| Stop Date | | RX # | |

| Start Date | | Prescriber | |
| Stop Date | | RX # | |

| Start Date | | Prescriber | |
| Stop Date | | RX # | |

| Start Date | | Prescriber | |
| Stop Date | | RX # | |

| Start Date | | Prescriber | |
| Stop Date | | RX # | |

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| | | | | T. Parker, LPN | TP | 1 Discontinued Order |
| Allergies | Demerol | | | | | 2 Refused |
| | | | | | | 3 Patient out of facility |
| | | | | | | 4 Charted in Error |
| | | | | | | 5 Lock Down |
| Housing Unit: | | | | | | 6 Self Administered |
| Patient ID Number: | 152056 | | | | | 7 Medication out of Stock |
| Patient Name. | | | | | | 8 Medication Held |
| Lee, Calvin | | | | Date of Birth | 5-16-5 | 9 No Show |
| | | | | | | 10 Other |

CMS 0088

3085

10/2

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | | | Month/Year of Charting | | | | | 10/07 | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Qvar 80MCG/ACT Aerosol Soln    1**

Inhale 2 puff(s) by mouth twice daily

KOP

6A
6P

1 given 9/10/07

| AC | Start Date 08-08-2007 | Prescriber Mahood, Megan |
| | Stop Date 11-05-2007 | RX # 252796152 |

**Simvastatin ( for Zocor ) 10MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

KOP

6P

10/12/07 (20) X

#30 given 9/14/07

| AC | Start Date 08-08-2007 | Prescriber Mahood, Megan |
| | Stop Date 11-05-2007 | RX # 252796157 |

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

6A

10/16/07 (30) X

| AC | Start Date 08-08-2007 | Prescriber Mahood, Megan |
| | Stop Date 11-05-2007 | RX # 252796162 |

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

6A

given 10-12-07

#30 given 9/11/07

| AC | Start Date 08-08-2007 | Prescriber Mahood, Megan |
| | Stop Date 11-05-2007 | RX # 252796164 |

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP

6A

given 10-13-07

#58 given 9/11/07

| AC | Start Date 08-08-2007 | Prescriber Mahood, Megan |
| | Stop Date 11-05-2007 | RX # 252796166 |

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

KOP

6A

given 10-13-07

#27 given 9/18/07

| AC | Start Date 08-08-2007 | Prescriber Mahood, Megan |
| | Stop Date 11-05-2007 | RX # 252796169 |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
| | | | | | 1 Discontinued Order |
| Allergies | | A | | | 2 Refused |
| NKA | | | | | 3 Patient out of facility |
| | S. Taylor | ST | | | 4 Charted in Error |
| | | | | | 5 Lock Down |
| Housing Unit    Population | | | | | 6 Self Administered |
| Patient ID Number:    152056 | | | C. Jackson | | 7 Medication out of Stock |
| Patient Name: | | | | | 8 Medication Held |
| **Lee, Calvin** | | Date of Birth    05-16-1986 | | | 9 No Show |

CMS 0089

4/5

2 of 2

| Facility Name: | Frank Lee Youth Center | | | | | | | | | | | | | | | Month Year of Charting | | 10/07 | | | | | | | | |

Nitroglycerin 0.4MG SL Tab (Bottle) 1

Dissolve one tablet under tongue as needed as directed

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796171

Hydrochlorothiazide ( for HCTZ ) 50MG Tab    30.00

Take 1 tablet(s) by mouth daily

KOP

Start Date 09-19-2007    Prescriber Whatley, Robert
Stop Date 12-17-2007    RX # 252903592

Bid x 5 day

Start Date 9-28-07    Prescriber PP
Stop Date 10-3-07    RX #

Bid x 5 days

Start Date 9-28-07    Prescriber PP
Stop Date 10-3-07    RX #

Tylenol ES + PO Bid

Start Date 10-4-07    Prescriber PP
Stop Date 10-9-07    RX #

Benadryl 25mg + PO Bid

Start Date 10-4-07    Prescriber PP
Stop Date 10-9-07    RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |

Allergies
NKA

Housing Unit: Population
Patient ID Number: 152056
Patient Name
**Lee, Calvin**

Date of Birth    05-16-1986

1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show

CMS 0090

| Facility Name | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

FLYC

5/5

1001

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month Year of Charting

Start Date 10-5-7   Stop Date 10-25-7   Prescriber

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

RX #

Tolnafate
cream
BID
X 14

Start Date 10-15-7   Prescriber   Anthony Cas
Stop Date 10-29-9
RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date   Prescriber   Stop Date   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date   Prescriber   Stop Date   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date   Prescriber   Stop Date   RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date   Prescriber   Stop Date   RX #

Diagnosis

Allergies   dement

Housing Unit:
Patient ID Number   152056
Patient Name

Lee, Calvin

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| L. Parker, LPN | JP | K. Jones | J | 1 Discontinued Order |
| Taylor LPN | J | | | 2 Refused |
| | | | | 3 Patient out of facility |
| | | | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Self Administered |
| | | | | 7 Medication out of Stock |
| | | | | 8 Medication Held |
| | | | | 9 No Show |

Date of Birth   3-11-5

CMS 0091

| Facility Name | Frank Lee Youth Center | | | | | | | | | | | | | | | Month Year of Charting | | | | | | | 09/07 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Qvar 80MCG/ACT Aerosol Soln    1**

Inhale 2 puff(s) by mouth twice daily

*Kop*

1 given 8/9/07

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796152

---

**Simvastatin ( for Zocor ) 10MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

*Kop*

#30 given 8/9/07    #80 9/14/07

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796157

---

**Lisinopril 10MG Tab      30.00**

Take 1 tablet(s) by mouth daily

*Kop*

#30 given 8/9/07

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796162

---

**Aspirin EC 81MG EC Tab      30.00**

Take 1 tablet(s) by mouth daily

*Kop*

#30 given 8/9/07    given 30 9/11/07 NS

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796164

---

**Ranitidine HCl ( for Zantac ) 300MG Tab      60.00**

Take 1 tablet(s) by mouth twice daily

*Kop*

#60 given 8/9/07    given 58 9/11/07 NS

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796166

---

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

*Kop*

#25 given 8/9/07    given 27 9/11/07 NS

Start Date 08-08-2007    Prescriber Mahood, Megan
Stop Date 11-05-2007    RX # 252796169

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| *Demerol* | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit    Population | | | | | 5 Lock Down |
| Patient ID Number  152056 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Lee, Calvin** | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | Date of Birth | | 05-16-1986 | | 10 Other |

CMS 0092

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | | | | | | | | | | | | | | | | Month Year or Starting 09/07 | 2oxx |

Nitroglycerin 0.4MG SL Tab (Bottle)
1

Dissolve one tablet under tongue as
needed as directed

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

1 Bottle given 8/9/07

Start Date 08-08-2007     Prescriber Mahood, Megan
A  Stop Date 11-05-2007     RX = 252796171

Mortrin 600mg
po BID PRN X
10 day

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
6A
6P

Start Date 8-27-07     Prescriber Whatley CRNP
A  Stop Date 9-7-07     RX =

Robaxin 500mg
po BID X 10 day

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
6A
6P

Start Date 8-27-07     Prescriber Whatley CRNP
A  Stop Date 9-7-07     RX =

Motrin 600mg
po BID x 10 PRN

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
6A
6P

Start Date 9-13-07     Prescriber Adams
Stop Date 9-22-07     RX =

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
6A
6P

Start Date 9-20-07     Prescriber Dr. Collins
Stop Date 9-28-07     RX =

HCTZ 25mg + po qd
50 mg

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
6A

15  9-29-07

Start Date 9-19-07     Prescriber Whatley CRNP
A  Stop Date 12-17-07     RX =

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKA Demerol | A. King CRN | A | J. Gilleon CRN | TS | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show |
| Housing Unit: Population | | NB | | | |
| Patient ID Number: 152056 | | | | | |
| Patient Name | | | | | |
| **Lee, Calvin** | | | Date of Birth 05-18-1986 | | |

CMS 0093

Frank Lee

| Facility Name: | | Month/Year of Charting | 9/07 | 3 of 3 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| Benadryl 25mg † PO Bid X 5 days | 6A | → |
| | 6P | → |

| St | Start Date 9-28-07 | Prescriber PP |
| | Stop Date 10-3-07 | RX # |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 30 |
|---|---|---|
| Tylenol ES † PO Bid X 5 days | 6A | → |
| | 6P | → |

| St | Start Date 9-28-07 | Prescriber PP |
| | Stop Date 10-3-07 | RX #: |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | Start Date: | Prescriber |
| | Stop Date: | RX # |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | Start Date | Prescriber |
| | Stop Date | RX # |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 3 |
|---|---|---|
| | Start Date | Prescriber |
| | Stop Date | RX # |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | Start Date: | Prescriber |
| | Stop Date | RX #: |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies Demerol | S Taylor RN | St | K Jones | | 1 Discontinued Order<br>2 Refused<br>3 Patient out of facility<br>4 Charted in Error<br>5 Lock Down<br>6 Self Administered<br>7 Medication out of Stock<br>8 Medication Held<br>9 No Show<br>10 Other |
| Housing Unit: | | | | | |
| Patient ID Number: 152056 | | | | | |
| Patient Name: Lee, Calvin | | Date of Birth | | | |

CMS 0094

1 of 2

| Facility Name: FLYC | Hour | Month/Year of Charting 8/07 |
|---|---|---|

Quar 80mg
ii Puff
BID
X90

Start Date 8-6-7   Prescriber Mahood CRNP
Stop Date 11-6-7   RX #

Zocor 10mg
i PO qHS
X90

Start Date 8-6-7   Prescriber Mahood crnp
Stop Date 11-6-7   RX #

Lisinopril 10mg
i PO qd
X90

Start Date 8-6-7   Prescriber Mahood CRNP
Stop Date 11-6-7   RX #

ECASA 81mg
i PO qd
X90

Start Date 8-6-7   Prescriber Mahood CRNP
Stop Date 11-6-7   RX #

Zantac 300mg i
PO BID x 90 days

Start Date 8/6/7   Prescriber Mahood crnp
Stop Date 11/6/7   RX #

Metoprolol 50mg
i PO q d x 90 days

Start Date 8/6/07   Prescriber Mahood crnp
Stop Date 11/6/07   RX #

| Diagnosis Demerol | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies 152056 | | | S Taylor RN | S | 1 Discontinued Order |
| | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number. | | | | | 6 Self Administered |
| Patient Name. | | | Jackson | Sc | 7 Medication out of Stock |
| Lee, Calvin | | | | | 8 Medication Held |
| | Date of Birth, | | 3/16/56 | | 9 No Show |
| | | | | | 10 Other |

CMS 0095

2 of 6

| Facility Name. | Flye | | | | | | | | | | | | | | | Month Year of Charting | | | | | | 8/07 | | | | |

| NTG 0.4 mg SL PRN x 30 days | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

K
R
P

Start Date 8/6/07     Prescriber Mahod, crnp
Stop Date 11/6/07     RX #

| D/C HCTZ | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date 8/6/07     Prescriber
Stop Date     RX #

| Bactrim DS 1 PO Bid x 7d | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

6A
6P

Start Date 8-13-07     Prescriber Adams
Stop Date 8-20-07     RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

Start Date     Prescriber
Stop Date     RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date     Prescriber
Stop Date     RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

Start Date.     Prescriber
Stop Date.     RX #

| Diagnosis | Nurse' Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J. Parker, LPN | JP | S. Taylor RN | St | 1. Discontinued Order |
| Allergies Demerol | A Jones | | N. Rawlings | NS | 2. Refused |
| | | | | NB | 3. Patient out of facility |
| | | | | | 4. Charted in Error |
| Housing Unit: | | | | | 5. Lock Down |
| Patient ID Number: 152056 | E. Ellis, RN | EE | Jackson | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| Lee, Calvin | | | Date of Birth 3/16/56 | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

*2of2*

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting  08/07 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Simvastatin ( for Zocor ) 10MG Tab 30.00  Take 1 tablet(s) by mouth at bedtime | 6P | 9 | 9 | 9 | | | | | | | | | | | | | | | | | ✓ | | | | | | | | | | |

KOP  St    Start Date 05-22-2007    Stop Date 08-19-2007    Prescriber Mahood, Megan    RX # 252601679    #30  7-17-07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Albuterol HFA tt puffs Tid /PRN X30 days

6A
12N
6P

KOP  St    Start Date. 7-27-07    Stop Date 8-27-07    Prescriber Cralu, mo    RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Nasal Decogestant Nasal spray X30 days

KOP  JP    Start Date 8-3-07    Stop Date: 9-3-07    Prescriber Corbier    RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date.    Prescriber    RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date.    Prescriber    RX #

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date    Stop Date

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Taylor LPN  K Jones | ST | J. Parker, LPN | JP | 1 Discontinued Order  2 Refused  3 Patient out of facility  4 Charted in Error  5 Lock Down  6 Self Administered  7 Medication out of Stock  8 Medication Held  9 No Show  10 Other |

Allergies: Demerol
NKA

J Jackson  RN

Housing Unit: Population
Patient ID Number: 152056
Patient Name:
**Lee, Calvin**

Date of Birth  05-16-1986

CMS 0097

Facility Name. FLYC

Month/Year of Charting

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg
÷ PO BID
PRN X10

6
6

Start Date 8-27-7    Prescriber Whatley CRNP
Stop Date 9-7-7    RX #

Roboxin 500mg
÷ PO BID
X10

6
6

Start Date 8-27-7    Prescriber Whatley CRNP
Stop Date 9-7-7    RX #

(three blank medication blocks with Start Date / Stop Date / Prescriber / RX # fields)

Diagnosis

Allergies Demerol

Housing Unit 15 2056
Patient ID Number
Patient Name.

Lee, Calvin.

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| E. Ellis, RN | EE | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

Date of Birth 3-16-56

CMS 0098

1 of 2

| Facility Name: Frank Lee Youth Center | Month/Year of Charting: 08/07 |
|---|---|

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth every morning

KOP    ST

| Start Date 05-01-2007 | Prescriber Guice, D. | #30 |
| Stop Date 08-28-2007 | RX # 252546111 | 7-17-07 |

Hour — 6A

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

DC'd 8/6/07

KOP    ST

| Start Date 05-31-2007 | Prescriber Guice, D. | #30 |
| Stop Date 08-28-2007 | RX # 252546113 | 7-17-07 |

Hour — 6A

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP    ST

| Start Date 05-01-2007 | Prescriber Guice, D. | #29 |
| Stop Date 08-28-2007 | RX # 252546115 | 7-29-07 |

Hour — 6A / 6P

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

KOP    ST

| Start Date 05-01-2007 | Prescriber Guice, D. | |
| Stop Date 08-28-2007 | RX # 252546117 | |

Hour — 6A

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

KOP

| Start Date 05-01-2007 | Prescriber Guice, D. | |
| Stop Date 08-28-2007 | RX # 252546120 | |

Hour — 6A / 6P

**Meclizine HCl ( for Antivert ) 12.5MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily as needed

ST

| Start Date 07-11-2007 | Prescriber Corbier, Paul | |
| Stop Date 08-09-2007 | RX # 252724844 | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies: NKA — Demerol | S. Taylor LPN | ST | | | 1 Discontinued Order |
| | M. Brown N | NB | | | 2 Refused |
| Housing Unit: Population | | | | | 3 Patient out of facility |
| Patient ID Number: 152056 | A. Jackson | AS | | | 4 Charted in Error |
| Patient Name: | | | | | 5 Lock Down |
| **Lee, Calvin** | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | Date of Birth | 05-16-1986 | | | 9 No Show |
| | | | | | 10 Other |

CMS 0099

I of III

Facility Name: Frankee          Month/Year of Charting: July 07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Antivert 12.5mg
T P.O  BID/PRN x30days

Not KOP

Start Date 7.10.07    Prescriber Dr. P. Corben
Stop Date 8.7.07      RX #

Albuteral HFA
# puffs TID/PRN
x 30d

Start Date 7/27/07    Prescriber Corben
Stop Date 8/27/07     RX #

Start Date            Prescriber
Stop Date             RX #

Start Date            Prescriber
Stop Date             RX #

Start Date            Prescriber
Stop Date             RX #

Start Date            Prescriber
Stop Date             RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies  Demerol | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: 152056 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| lee, Calvin | | | Date of Birth: 3.16.56 | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name: Frank Lee Youth Center | | | | | | | | | | | | | | | Month/Year of Charting    07/07 | | | | | | | | | | | | |

**Aspirin EC 81MG EC Tab**    30.00

Take 1 tablet(s) by mouth every morning

KOP

Start Date: 05-01-2007    Prescriber: Guice, D.
Stop Date: 08-28-2007    RX #: 252546111

#30 given 6/18/07    7/17/07 (30) X

---

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab**    15.00

Take one-half (1/2) tablet(s) by mouth daily

KOP

Start Date: 05-01-2007    Prescriber: Guice, D.
Stop Date: 08-28-2007    RX #: 252546113

#30 given 6-18-07    7/17/07 (15) X

---

**Lisinopril 10MG Tab**    30.00

Take 1 tablet(s) by mouth daily

KOP

Start Date: 05-01-2007    Prescriber: Guice, D.
Stop Date: 08-28-2007    RX #: 252546115

#29 given 7-25-07 X

---

**Ranitidine HCl ( for Zantac ) 300MG Tab**    60.00

Take 1 tablet(s) by mouth twice daily

KOP

Start Date: 05-01-2007    Prescriber: Guice, D.
Stop Date: 08-28-2007    RX #: 252546117

#60 given 6/18/07    7/17/07 (60)

---

**Metoprolol Tartrate 50MG Tab**    30.00

Take 1 tablet(s) by mouth daily

KOP

Start Date: 05-01-2007    Prescriber: Guice, D.
Stop Date: 08-28-2007    RX #: 252546120

#30 given 6-18-07    7-17-07 (30) X

---

**Simvastatin ( for Zocor ) 10MG Tab**    30.00

Take 1 tablet(s) by mouth at bedtime

KOP

Start Date: 05-22-2007    Prescriber: Mahood, Megan
Stop Date: 08-19-2007    RX #: 252601679

7/17/07 (30) X

---

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Tafework | St | K. Jones | | 1. Discontinued Order |
| Allergies   Demerol | | | J. Bowman | | 2. Refused |
| NKA | | | | | 3. Patient out of facility |
| | | | N. Baker | | 4. Charted in Error |
| Housing Unit:    Population | | | J. Colston | | 5. Lock Down |
| Patient ID Number  152056 | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Lee, Calvin** | | | | | 8. Medication Held |
| | Date of Birth:    05-16-1986 | | | | 9. No Show |
| | | | | | 10. Other |

Facility Name: Frank Lee    Month/Year of Charting    III of II

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Percogesic #1 PO Bid PRN x90d** — 6A / 6P
St — Start Date 4-21-07  Stop Date 7-9-07  Prescriber Adams  RX#

**Artifical Tears for #1 gtts ® eyes X 30d PRN KOP** — K / O / P — 1 gtt 6-25-07
St — Start Date 6-25-07  Stop Date 7-25-07  Prescriber Mahood  RX#

**Saline Nasal spray X30d KOP** — K / O / P — 1 gtt 6-25-07
St — Start Date 6-25-07  Stop Date 7-25-07  Prescriber Mahood  RX#

**[____] PO Bid X14d** — 6A / 6P
St — Start Date 6-25-07  Stop Date 7-9-07  Prescriber Mahood  RX#

**[____] PO Bid PRN** — 6A / 6P
St — Start Date 6-25-07  Stop Date 7-9-07  Prescriber Mahood  RX#

**[____] PO Bid/PRN x5 day** — 6a / 6p
yp — Start Date 6-25-07  Stop Date 7-3-07  Prescriber Mahood  RX#

Diagnosis

Allergies Demerol

Housing Unit:
Patient ID Number: 152056
Patient Name:
Lee, Calvin

| Nurse's Signature | Initial | Nurses Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| S. Taylor, LPN | St | L. Parker, LPN | VP | 1 Discontinued Order |
| D. Bowman, LPN | DB | Jones | | 2 Refused |
| E. Ellis, RN | EE | | | 3 Patient out of facility |
| Jackson | JJ | D. Jackson | | 4 Charted in Error |
| | | | | 5 Lock Down |
| | | | | 6 Medication out of Stock |
| | | | | 7 Medication out of Facility |
| | | | | 8 Medication Held |
| | | Date of Birth: 5-16-84 | | 9 No Show |
| | | | | 10 Other |

CMS 0102

Facility Name. **FYC**

Month/Year of Charting: **6/07**

**Artifical tears**

X30

Start Date: 6-25-7  Prescriber. Mahood CRNP
Stop Date: 7-25-7   RX #

KO Charge / See 6-25-07 JP

---

**Antivert 12.5mg ī PO BID**

**PRN   X5d**

Start Date: 6-25-7  Prescriber. Mahood CRNP
Stop Date: 7-3-7   RX #

---

**Saline nasel spray**

X30

Start Date: 6-25-7  Prescriber. Mahood CRNP
Stop Date: 7-25-7   RX #

KO Charge / See 6-25-07 JP

---

**Bactrim DS ī PO BID**

X14

Start Date: 6-25-7  Prescriber. Mahood CRNP
Stop Date: 7-9-7   RX #

---

**Tylenol 650mg ī PO BID**

**PRN**

Start Date: 6-25-7  Prescriber. Mahood CRNP
Stop Date: 7-9-7   RX #

---

**DC CTM 6-25-7**
**DC motrin 6-25-7**

Start Date:        Prescriber.
Stop Date:         RX #

---

Diagnosis

Allergies

Housing Unit:
Patient ID Number: **152036**
Patient Name

**Lee, Calvin**

Nurse's Signature  Initial
E. Ellis RN        EE

Nurse's Signature  Initial
T. Parker, LPN     JP
J. Jones

Date of Birth   **5-16-54**

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

CMS 0103

Frank Lee

6/07    II of II

| Facility Name: | | | | | | | | | | | | | Month/Year of Charting | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Motrin 600mg PO
Bid x5 days

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

St    Start Date  6-22-07    Prescriber  PP
Stop Date  6-27-07    RX #.

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start Date    Prescriber
Stop Date.    RX #.

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Parker, LPN | SP | K. Jones | J | 1 Discontinued Order |
| Allergies  Demoral | | | | | 2. Refused |
| | | | | | 3. Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: 152036 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| | | | | | 7 Medication out of Stock |
| Lee Calvin | | | | Date of Birth | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10 Other |

CMS 0104

Frank Lee

6/07    II of II

| Facility Name: | | | | | | | | | | | | | | | | | | | | | | | | | | Month/Year of Charting | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Albuterol MDI ∔ puffs Qid/PRN X 30d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | 1 given 2-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 7-25-07  Stop Date 8-25-07  Prescriber: Bruce  RX #

**Qvar 80mg ∔ puffs Bid X 90d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| P | 1 given 5-1-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 4-30-07  Stop Date 7-30-07  Prescriber: Mayhood  RX #

**NTG SL 0.4mg PRN KOP X90d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | 1 bottle | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | given 5-21-07 | | | | 1 bottle given 6-23-07 | | | | | | | | | | | | | | | | | | | | | | |
| P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 5-21-07  Stop Date 8-21-07  Prescriber: Mayhood  RX #

**Artificial Tears KOP X 30d**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| K | | | | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | |
| O | | | | | | | | Bottle given error | | | | | | | | | | | | | | | | | | | | | | |
| P | given 5-21-07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 5-21-07  Stop Date 6-21-07  Prescriber: Mayhood  RX #

**Zocor 10mg ∔ PO Q HS X 90 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6p | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 5/21/07  Stop Date 8/21/07  Prescriber: Mayhood  RX #

**CTM 4mg ∔ PO Bid X 5 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date: 6-22-09  Stop Date 6-27-07  Prescriber: PP  RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S Taylor RN  ST | | S Parker, RN | | 1 Discontinued Order |
| Allergies Demerol | A. Tippins RNT | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: 152056 | | | | | 5 Lock Down |
| Patient Name: | | | Jackson  C | | 6 Self Administered |
| Lee, Calvin | | | Date of Birth: 5-16-56 | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10. Other |

Facility Name. Frank Lee Youth Center

Month/Year of Charting: 06/07

| Medication | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|

**Aspirin EC 81MG EC Tab     30.00**
Take 1 tablet(s) by mouth every morning

30~5~2~07

Start Date 05-01-2007
Stop Date 08-28-2007
Prescriber Guice, D.
RX #: 252546111

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab     15.00**
Take one-half (1/2) tablet(s) by mouth daily

30~5~2~07

Start Date 05-01-2007
Stop Date 08-28-2007
Prescriber Guice, D.
RX #: 252546113

**Lisinopril 10MG Tab     30.00**
Take 1 tablet(s) by mouth daily

60~5~2~07

Start Date 05-01-2007
Stop Date 08-28-2007
Prescriber Guice, D.
RX #: 252546115

**Ranitidine HCl ( for Zantac ) 300MG Tab     60.00**
Take 1 tablet(s) by mouth twice daily

84~5~2~07

Start Date 05-01-2007
Stop Date 08-28-2007
Prescriber Guice, D.
RX #: 252546117

**Metoprolol Tartrate 50MG Tab     30.00**
Take 1 tablet(s) by mouth daily

5~2~07  #30

Start Date 05-01-2007
Stop Date 08-28-2007
Prescriber Guice, D.
RX #: 252546120

**Percogesic 30-325MG Tab     120.00**
Take 2 tablet(s) by mouth twice daily as needed

Start Date 04-21-2007
Stop Date 07-19-2007
Prescriber Adams, Bradford
RX #: 252528132

Diagnosis

Allergies: NKA-

Housing Unit: Population
Patient ID Number: 152056
Patient Name:
**Lee, Calvin**

Allergies: Demerol

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| S Taylor LPN | ST | E Ellison | EE |
| A Thompson RN | AT | S Parker LPN | SP |
| | | Jones | |
| | | Jackson | |

Date of Birth: 05-16-1986

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

CMS 0106

I of II

| Facility Name: Frank Lee Youth Center | | Month/Year of Charting: 05/07 |
|---|---|---|

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| Metoprolol Tartrate 50MG Tab 29.00 | 6A | |
| Take 1 tablet(s) by mouth daily | | |
| KOP | St | Start Date: 03-08-2007    Prescriber: Guice, D. |
| | | Stop Date: 05-05-2007    RX #: 252419408 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 |
|---|---|---|
| Aspirin EC 81MG EC Tab    29.00 | 6A | |
| Take 1 tablet(s) by mouth daily | | |
| KOP | St | Start Date: 03-08-2007    Prescriber: Guice, D. |
| | | Stop Date: 05-05-2007    RX #: 252419426 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00 | 6A | |
| Take one-half (1/2) tablet(s) by mouth every morning | | |
| KOP | St | Start Date: 03-08-2007    Prescriber: Guice, D. |
| | | Stop Date: 05-05-2007    RX #: 252419441 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Ranitidine HCl ( for Zantac ) 300MG Tab    60.00 | 6A / 6P | |
| Take 1 tablet(s) by mouth twice daily | | |
| KOP | St | Start Date: 03-08-2007    Prescriber: Guice, D. |
| | | Stop Date: 05-05-2007    RX #: 252419452 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Lovastatin ( for Mevacor ) 10MG Tab 30.00 | 6P | |
| Take 1 tablet(s) by mouth at bedtime | | |
| KOP | St | Start Date: 03-08-2007    Prescriber: Guice, D. |
| | | Stop Date: 05-05-2007    RX #: 252419456 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| Lisinopril 10MG Tab    30.00 | 6A | |
| Take 1 tablet(s) by mouth daily | | |
| KOP | St | Start Date: 03-16-2007    Prescriber: Corbier, Paul |
| | | Stop Date: 06-13-2007    RX #: 252440180 |

| Diagnosis | Nurse's Signature | Initial | | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1. Discontinued Order |
| Allergies NKA | S. Taylor, LPN | St | N. Llambrey | NS | 2. Refused |
| | J. Carter, LPN | JP | | | 3. Patient out of facility |
| Housing Unit: Population | K. Jones | JN | A. Woodard, LPN | | 4. Charted in Error |
| Patient ID Number 152056 | | | C. Jackson | | 5. Lock Down |
| Patient Name | | | | | 6. Self Administered |
| **Lee, Calvin** | | | Date of Birth: 05-16-1986 | | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

| Facility Name | | Hour | Month/Year of Charting  5/07 |
|---|---|---|---|

**Gaviscon 30cc PO Bid x 60 days**

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | 6A | |
| | 6P | |
| St | Start Date: 3-14-07  Stop Date: 5-14-07 | Prescriber Corbi  RX # |

**Percogesic ʈ PO Bid x 90d PRN**

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | 6A | |
| | 6P | |
| St | Start Date: 4-19-07  Stop Date: 7-19-07 | Prescriber Adams  RX # |

**Bactrim D.S. ʈ p.o. B.I.D. x 10 day**

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | 6A | |
| | 6P | |
| | Start Date: 5/2/07  Stop Date: 5/12/07 | Prescriber Corbier  RX # |

**Benadryl 25mg ʈ po BID x 5d**

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| | 6A | |
| | 6P | |
| | Start Date: 5-17-07  Stop Date: 5-22-07 | Prescriber Courier  RX # |

**Zocor 10mg ʈ po q HS x 90 days KOP**

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | 6PM | 5-23-8 10P |
| | 6AM | Start Date: 5/21/07  Stop Date: 8/21/07 | Prescriber M Nohood CRp  RX # |

**CTM 8mg ʈ po Bid x 30 day PRN**

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|---|
| | 6 | |
| | 6 | |
| | Start Date: 5/21/07  Stop Date: 6/21/07 | Prescriber N Nohood Nu  RX # |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies NKA | S Taylor RN  L Parker RN  E Ellis LPN  L Woodard LPN  Jackson | St | N Ramsey NS  L William LPN/TD  Blankin | NS  E  Sta | 1. Discontinued Order  2. Refused  3. Patient out of facility  4. Charted in Error  5. Lock Down  6. Self Administered  7. Medication out of Stock  8. Medication Held  9. No Show  10. Other |
| Housing Unit: | | | | | |
| Patient ID Number: 152056 | | | | | |
| Patient Name: Lee, Calvin | | | Date of Birth: 5-16-80 | | |

CMS 0108

| Facility Name· | | | | | | | | | | | | | Month/Year of Charging | | | | | | | | | | | | | | | | |

Qvar· 80mg
11 puffs· BID
x 90 day

First gur 5/11/07
Can Lee
Mahoor

Start Date: 4/30/07   Prescriber:
Stop Date: 7/30/07   RX #.

CTM 8mg
po BID pen
x 30 days

See note

Start Date: 4/30/07   Prescriber: Mahoor
Stop Date: 5/30/07   RX #.

nasal decongestant
Spray Kop x3day

1 bottle given 5/21/07
Kop   Can Lee

Start Date: 5/21/07   Prescriber: M· Mahoodcarp
Stop Date: 5/25/07   RX #.

NTG SL 0.4mg
Pen Kop X 90day

1 bottle given 5/21/07
Can Lee

Start Date: 5/21/07   Prescriber: M· Mahoodcharp
Stop Date: 8/21/07   RX #.

Artificial tears
Kop X 30day

1 bottle given 5/21/07
Kop   Can Lee   5-31-07

Start Date: 5/21/07   Prescriber: M· Mahoodcen
Stop Date: 6/21/07   RX #.

Start Date:   Prescriber·
Stop Date:   RX #.

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies Demeral | S. Parker, RN | | R. Ramsay | RS | 2 Refused |
| | | | | | 3 Patient out of facility |
| | Jones | | | TS | 4 Charted in Error |
| Housing Unit: | | | | | 5 Lock Down |
| Patient ID Number: 152056 | S. Woodard LPN | SW | E. Ellis, A | EE | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| 'Lees Calvin' 152056 | Date of Birth: 5/14/56 | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

CMS 0109



Facility Name: PLVC                                Month/Year of Charting 5/07

Lisinopril 10mg ÷ po
qd X 120d
KOP

Start Date 4/25/07   Prescriber GVICE
Stop Date 8/25/07   RX #

EC ASA 81mg ÷ po
qAM X 120d
KOP

Start Date 4/25/07   Prescriber GVICE
Stop Date 8/25/07   RX #

Zantac 300mg ÷ po
BID X 120d
KOP

Start Date 4/25/07   Prescriber GVICE
Stop Date 8/25/07   RX #

Metoprolol 50mg ÷ po
qd X 120d
KOP

Start Date 4/25/07   Prescriber GVICE
Stop Date 8/25/07   RX #

HCTZ 25mg (½ tab
(2.5mg) po qd X 120d
KOP

Start Date 4/25/07   Prescriber GVICE
Stop Date 8/25/07   RX #

Albuterol MDI ÷
puffs QID/PRN X
30d

Start Date 4/25/07   Prescriber GVICE
Stop Date 8/25/07   RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | R. Jones | RJ | M. Donelson | NS | 1. Discontinued Order |
| Allergies | J. Parker, LPN | JP | | | 2. Refused |
| demerol | | | | | 3. Patient out of facility |
| Housing Unit: | J. woodard, LPN | JW | | OB | 4. Charted in Error |
| Patient ID Number: 244123 | Q. feelyan | | | | 5. Lock Down |
| Patient Name: | | | | | 6. Self Administered |
| | | | | | 7. Medication out of Stock |
| Lee, Calvin | | Date of Birth: 5-18-56 | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

CMS 0110

Facility Name: FLYC    Month/Year of Charting: 4/07

| Medication | Hour | Details |
|---|---|---|
| Soft brace to (R) knee x 180d (KOP) size (L) KOP | | Start Date: 4/19/07  Stop Date: 10/19/07  Prescriber: Adams  RX # |
| Lisinopril 10mg ÷ po qd X 120d KOP | 6A | Start Date: 4/25/07  Stop Date: 8/25/07  Prescriber: Guice  RX # |
| EC ASA 81mg ÷ po QAM X 120d KOP | 6A | Start Date: 4-25-07  Stop Date: 8-25-07  Prescriber: Guice  RX # |
| Zantac 300mg ÷ po BID X 120d KOP | 6A 6P | Start Date: 4/25/07  Stop Date: 8/25/07  Prescriber: Guice  RX # |
| Metoprolol 50mg ÷ po qd X 120d KOP | 6A | Start Date: 4/25/07  Stop Date: 8/25/07  Prescriber: Guice  RX #. |
| HCTZ 25mg (½ tab) (12.5mg) ÷ po qd X 120d KOP | 6A | Start Date:  Stop Date:  Prescriber:  RX #. |

Diagnosis

Allergies: denures

Housing Unit: 18 2056

Patient ID Number:

Patient Name: Lee Calvin

Date of Birth: 5/16/56

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| J. Mhr | J | K Jones | K |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

CMS 0111

2022

| Facility Name. | Frank Lee Youth Center | | | | | | | | | | | | Month/Year of Charting | | 04/07 | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Lisinopril 10MG Tab    30.00**

Take 1 tablet(s) by mouth daily

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

dc 04/26/07

30 given 3-9-07

Start Date: 03-16-2007    Prescriber: Corbier, Paul
Stop Date: 06-13-2007    RX #: 252440180

St

**Gaviscon 30cc PO Bid x 60 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 3-14-07    Prescriber Corbier
Stop Date 5-14-07    RX #:

St

**Nitro SL 0.4mg PRN #50 tabs**

K O P

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1 Bottle given 3-14-07

Start Date 3-14-07    Prescriber Corbier
Stop Date ?    RX #:

St

**Motrin 600mg 1 PO BID x 7 days**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 4/11/07    Prescriber Corbier
Stop Date 4/18/07    RX #:

**AFC KOP x 2 wks**

KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

4/11/07

Start Date 4/11/07    Prescriber Corbier
Stop Date 4/18/07    RX #:

**Percogesic 1 PO BID x 90d PRN**

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 4/9/07    Prescriber Adams
Stop Date 7/9/07    RX #:

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylor LPN | St | | M2 | 1. Discontinued Order |
| Allergies NKA | D. Bruno LPN | NB | Melinda Manning NS | NS | 2. Refused |
| demerol | | | | | 3. Patient out of facility |
| Housing Unit: Population | G. Kochan LPN | JL | | | 4. Charted in Error |
| Patient ID Number: 152056 | J. Whitmer LPN | JW | LPN | | 5. Lock Down |
| | | | | | 6. Self Administered |
| Patient Name: | | | | | 7. Medication out of Stock |
| **Lee, Calvin** | | | Date of Birth: | 05-16-1986 | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

**Facility Name:** Frank Lee Youth Center

**Month/Year of Charting:** 04/07

| Metoprolol Tartrate 50MG Tab 30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

30 given?

KOP    St

Start Date: 03-08-2007    Prescriber: Guice, D.
Stop Date: 05-05-2007    RX # 252419408

| Aspirin EC 81MG EC Tab    30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

30 given?

KOP    St

Start Date: 03-08-2007    Prescriber: Guice, D.
Stop Date: 05-05-2007    RX # 252419426

| Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take one-half (1/2) tablet(s) by mouth every morning | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

30 given?

KOP    St

Start Date: 03-08-2007    Prescriber: Guice, D.
Stop Date: 05-05-2007    RX # 252419441

| Ranitidine HCl ( for Zantac ) 300MG Tab    60.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth twice daily | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

60 given?

KOP    St

Start Date: 03-08-2007    Prescriber: Guice, D.
Stop Date: 05-05-2007    RX # 252419452

| Lovastatin ( for Mevacor ) 10MG Tab 30.00 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Take 1 tablet(s) by mouth at bedtime | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

30 given 3-9-07

KOP    St

Start Date: 03-08-2007    Prescriber: Guice, D.
Stop Date: 05-05-2007    RX # 252419456

| Albuterol 90MCG/ACT Aerosol Soln 1 | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inhale 2 puff(s) by mouth Three Times Daily as needed | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

1 given ?

St

Start Date: 03-14-2007    Prescriber: Corbier, Paul
Stop Date: 04-12-2007    RX # 252433759

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Taylauen    St | | Cr Damey    M | | 1. Discontinued Order |
| Allergies NKA | | NS | | | 2. Refused / 3. Patient out of facility / 4. Charted in Error |
| Housing Unit    Population | | | | | 5. Lock Down / 6. Self Administered |
| Patient ID Number: 152056 | | | S. Damey    N | | 7. Medication out of Stock / 8. Medication Held |
| Patient Name: | | | | | 9. No Show / 10 Other |
| **Lee, Calvin** | | | Date of Birth    05-16-1986 | | |

CMS 0113

| Facility Name. FLYC | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | Month/Year of Charting 5/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albuterol MDI ⁻ puffs | | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| QID/PRN × 30d | | 12N | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KOP | | Start Date. 4/25/07 | Prescriber: Guice | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Stop Date 5/25/07 | RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Benadryl 25 mg | | 6A | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ÷ po BID × | | 6P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 day | | Start Date 4/26/07 | Prescriber: Corbier | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Stop Date. 4/29/07 | RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start Date | Prescriber. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Stop Date | RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start Date | Prescriber. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Stop Date | RX # | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start Date | Prescriber: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Stop Date. | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Start Date | Prescriber. | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | Stop Date. | RX #: | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | Jones | | L. Parker, LPN | LP | 1 Discontinued Order |
| Allergies | G. White | | | | 2 Refused |
| Demerol | | | | | 3 Patient out of facility |
| Housing Unit: | | | | | 4 Charted in Error |
| Patient ID Number: 152056 | | | | | 5 Lock Down |
| Patient Name: | | | | | 6 Self Administered |
| Lee Calvin | | | Date of Birth | 5.16.58 | 7. Medication out of Stock |
| | | | | | 8. Medication Held |
| | | | | | 9. No Show |
| | | | | | 10. Other |

CMS 0114

| Facility Name | Frank Lee Youth Center | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Month/Year of Charting | 03/07 | | | | | | | | | | | | | | | | | | | |

**Aspirin EC 81MG EC Tab    30.00**
Take 1 tablet(s) by mouth daily

KOP

Start Date 01-27-2007
Stop Date 05-06-2007
Prescriber Guice, D.
RX # 252317424

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**
Take 1 tablet(s) by mouth twice daily

KOP

Start Date 01-27-2007
Stop Date 05-06-2007
Prescriber Guice, D.
RX # 252317467

**Lisinopril 5MG Tab    30.00**
Take 1 tablet(s) by mouth daily

KOP

Start Date 01-27-2007
Stop Date 05-06-2007
Prescriber Guice, D.
RX # 252317449

**Metoprolol Tartrate 50MG Tab 30.00**
Take 1 tablet(s) by mouth daily

KOP

Start Date 01-27-2007
Stop Date 05-06-2007
Prescriber Guice, D.
RX # 252317467

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00**
Take one-half (1/2) tablet(s) by mouth daily

KOP

Start Date 01-27-2007
Stop Date 05-06-2007
Prescriber Guice, D.
RX # 252317475

**Lovastatin ( for Mevacor ) 10MG Tab 30.00**
Take 1 tablet(s) by mouth at bedtime

KOP

Start Date 01-27-2007
Stop Date 05-06-2007
Prescriber Guice, D.
RX # 252317488

Diagnosis

Allergies
Meperidine

Housing Unit: Population
Patient ID Number: 152056
Patient Name:
**Lee, Calvin**

Date of Birth  05-16-1986

| Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|
| | | | | 1. Discontinued Order |
| | | | | 2. Refused |
| | | | | 3. Patient out of facility |
| | | | | 4. Charted in Error |
| | | | | 5. Lock Down |
| | | | | 6. Self Administered |
| | | | | 7. Medication out of Stock |
| | | | | 8. Medication Held |
| | | | | 9. No Show |
| | | | | 10. Other |

CMS 0115

| Facility Name | Month/Year of Charting |
|---|---|

**Percogesic 1 or 2 ‡ PO**
**Bid X 10 days**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 6A | |
| 6P | |

Start Date 2-19-07   Prescriber Corbier
Stop Date 3-1-07   RX #

**Flexeril 10mg ‡ PO**
**Bid X 14 days**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 6A | |
| 6P | |

Start Date 2-19-07   Prescriber Corbier
Stop Date 3-5-07   RX #

**Motrin 600mg ‡**
**PO BID X 7 days**
**PRN**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|
| 6A | |
| 6P | |

Start Date 3-6-07   Prescriber PP
Stop Date 3-13-07   RX #

**1 AD BID**
**Apply to affected**
**Area X 2 wks**
**KOP**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 6A | |
| 6P | |

Start Date 3/4/07   Prescriber PP
Stop Date 3/15/07   RX #

**Albuterol MDI 2 puffs**
**TID PRN ‡ cannister**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| | |
| | |

Start Date 3-9-07   Prescriber Corbier, MD
Stop Date 4-9-07   RX #

**Gaviscon 30cc BID**
**X 60 days**

| Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 |
|---|---|
| 6A | |
| 6P | |

Start Date 3-14-07   Prescriber Dr Corbier
Stop Date 5-14-07   RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| Allergies Meperdine | | | S. Taylor, LPN | | 1 Discontinued Order |
| | | NB | J. Parker, LPN | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit | | | Sullivan, LPN | TS | 4 Charted in Error |
| Patient ID Number 152056 | | | | | 5 Lock Down |
| | | | | | 6 Self Administered |
| Patient Name | Bill, RN | | Wheatley, LPN | | 7 Medication out of Stock |
| Lee, Calvin | | | | | 8 Medication Held |
| | | Date of Birth 5-16-86 | | | 9 No Show |
| | | | | | 10 Other |

CMS 0116

| Facility Name: FLYC | | | | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Month-Year of Charting 3-07

Nitro SL 0.4 mg PRN
# 50 tabs
P R N

Start Date 3-14-07   Prescriber Dr Corbier
Stop Date             RX #.

↑ Lisinopril 10mg
PO QD X 90 days
✓ (hop)

Start Date 3-14-07   Prescriber Dr Corbier
Stop Date 6-14-07    RX #

Benadryl 25 mg
PO BID X 3 days

Start Date 3/23/07   Prescriber PP
Stop Date 3/2 4/07   RX #

| Diagnosis | | Nurse's Signature | Initial | Nurse's Signature | Inital | Documentation Codes |
|---|---|---|---|---|---|---|

Allergies Meperdine

Housing Unit:
Patient ID Number: 152056
Patient Name: Lee, Calum

Date of Birth 5-16-56

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

CMS 0117

Facility Name _____    Month/Year of Charting    2/07

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**HCTZ 25mg ½ tab**
**PO QD X 100 days**
6A — 1-30-07 #30
KOP   St   Start Date 1-24-07   Prescriber Guice
Stop Date 5-3-07   RX #

**Albuterol MDI**
**2 puffs Qid/PRN**
**X 30 days**
K O P
St   Start Date 1-24-07   Prescriber Guice
Stop Date 5-23-07   RX #

**Mevacor 10mg ↑**
**PO QHS X 100 days**
6P — 1-30-07 #30
KOP St   Start Date 1-24-07   Prescriber Guice
Stop Date 5-3-07   RX #

**Tylenol 650mg ip o**
**BID X 5 days**
6A / 6P
MS   Start Date 2-8-07   Prescriber PP
Stop Date 2-13-07   RX #

**Percogesic T - TT P.O**
**BID X 10 days**
6A / 6P
STOP 3/1/07
TD   Start Date 2/19/07   Prescriber Dr. P. Corbier
Stop Date 3/1/07   RX #

**Flexeril 10mg ↑**
**P.O BID X 14 days**
6A / 6P
STOP 3/5/07
TD   Start Date 2/19/07   Prescriber _____
Stop Date 3/5/07   RX #

---

Diagnosis _____

Allergies: General

Housing Unit _____
Patient ID Number 152056
Patient Name: **Lee, Calvin**

| Nurse's Signature | Initial | Nurse's Signature | Initial |
| --- | --- | --- | --- |
| S. Taylor LPN | St | J. Parker, LPN | JP |
| J.M. Lindleus | | | MS |
| M. Anderson RN | MS | | |
| | | J. Taylor RN | ST |

Date of Birth 5/16/54

**Documentation Codes**
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10 Other

CMS 0118

Facility Name: Franklee    18862    2/07    Month-Year of Charting

| Medication | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Flexeril 10mg ↑ PO
Bid x 14 days
6A ST    SK
6P ST    X
Start Date 1-22-07    Prescriber Calier
Stop Date 2-05-07    RX #

Feldene 10mg ↑
PO Bid x 30days
6A ST  NST  NN  NN  N  N  NN
6P ST TS  NN NN TS  P  NN  NN  Dc C 2/9/07
Start Date 1-22-07    Prescriber Calier
Stop Date 2-22-07    RX #

ASA 81mg ↑ PO QD
x 100days
KOP
6A ST  1-30-07
#30
Start Date 1-24-07    Prescriber Guice
Stop Date 5-3-07    RX #

Zantac 300mg ↑
PO Bid x100days
KOP
6A  1-30-07
6P  #60
Start Date 1-24-07    Prescriber Guice
Stop Date 5-3-07    RX #

Lisinopril 5mg ↑
PO QD x 100days
KOP
6A  1-30-07
#80
Start Date 1-24-07    Prescriber Guice
Stop Date 5-3-07    RX #

Metoprolol 50mg
↑ PO QD x 100days
KOP
6A  1-30-07
#30
Start Date 1-24-07    Prescriber Guice
Stop Date 5-3-07    RX #

Diagnosis:

Allergies: Demerol

Housing Unit:
Patient ID Number: 152056
Patient Name:

Lee, Calvin

Date of Birth:

| Nurse's Signature | Initial | Nurse's Signature | Initial |
|---|---|---|---|
| S Taylor RN | ST | N Brooks LPN | NB |
| J Mobolia RN | J | S Shuford | SS |

Documentation Codes
1. Discontinued Order
2. Refused
3. Patient out of facility
4. Charted in Error
5. Lock Down
6. Self Administered
7. Medication out of Stock
8. Medication Held
9. No Show
10. Other

CMS 0119

Facility Name: Frank Lee Youth Center

Month/Year of Charting 02/07

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 |

**Lovastatin ( for Mevacor ) 10MG Tab 30.00**

Take 1 tablet(s) by mouth at bedtime

*new order*

Start Date 08-25-2006    Prescriber Guice, D.
Stop Date 02-20-2007    RX # 251868778

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Aspirin EC 81MG EC Tab    30.00**

Take 1 tablet(s) by mouth daily

*new order*

Start Date 08-25-2006    Prescriber Guice, D.
Stop Date 02-20-2007    RX # 251868781

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Ranitidine HCl ( for Zantac ) 300MG Tab    60.00**

Take 1 tablet(s) by mouth twice daily

*new order*

Start Date 08-25-2006    Prescriber Guice, D.
Stop Date 02-20-2007    RX # 251868819

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

**Lisinopril 5MG Tab    30.00**

Take 1 tablet(s) by mouth daily

*new order*

Start Date 08-25-2006    Prescriber Guice, D.
Stop Date 02-20-2007    RX # 251868792

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

**Metoprolol Tartrate 50MG Tab 30.00**

Take 1 tablet(s) by mouth daily

*new order*

Start Date 08-25-2006    Prescriber Guice, D.
Stop Date 02-20-2007    RX # 251868803

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**Hydrochlorothiazide ( for HCTZ ) 25MG Tab    15.00**

Take one-half (1/2) tablet(s) by mouth daily

*new order*

Start Date 08-25-2006    Prescriber Guice, D.
Stop Date 02-20-2007    RX # 251868802

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | | | | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| Meperidine | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit: Population | | | | | 5 Lock Down |
| Patient ID Number: 152056 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Lee, Calvin** | | | | | 8 Medication Held |
| | Date of Birth  05-16-1986 | | | | 9 No Show |
| | | | | | 10 Other |

| Facility Name | FLVC | | | | | | | | | | | | | | | Month/Year of Charting | 1/07 | | | | | | | | | | |

Mevacor 10mg 1 PO
QHS x100 days
KOP

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HP | | | | | | | | | | | | | | | | | | | | | X | | | | | | | | | |

1-30 7-07 x (30) X

Start Date 1-24-07    Prescriber Guice
Stop Date 5-3-07    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date    Prescriber
Stop Date    RX #

| Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date    Prescriber
Stop Date    RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | J. Parker, LPN | HP | K Jones | MJ | 1 Discontinued Order |
| Allergies Demerol | | | | | 2 Refused |
| | | | | | 3 Patient out of facility |
| Housing Unit | | | | | 4 Charted in Error |
| Patient ID Number: 152056 | | | | | 5 Lock Down |
| Patient Name. | | | | | 6 Self Administered |
| Lee, Calvin | | | Date of Birth | | 7 Medication out of Stock |
| | | | | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |



Facility Name: FYC
Month/Year of Charting: 1/07

ASA 81mg; PO QD X
100 days
KOP
Start Date 1-24-07  Stop Date 5-3-07
Prescriber Guice

Zantac 300mg; PO
BID X 100 days
KOP
Start Date 1-24-07  Stop Date 5-3-07
Prescriber Guice

Lisinopril 5mg; PO
QD X 100 days
KOP
Start Date 1-24-07  Stop Date 5-3-07
Prescriber Guice

Metoprobl 50mg;
PO QD X 100 days
KOP
Start Date 1-24-07  Stop Date 5-3-07
Prescriber Guice

HCTZ 25mg
Take 1/2 tab PO
QD X 100 days
KOP
Start Date 1-24-07  Stop Date 5-3-07
Prescriber Guice

Albuterol MDI
2 puffs QID/PRN
x 30 days
Start Date 1-24-07  Stop Date 5-3-07
Prescriber Guice

Diagnosis:
Allergies: Demerol
Housing Unit:
Patient ID Number: 152056
Patient Name: Lee, Calvin

Nurse's Signature: J. Parker, LPN   Initial JP
Nurse's Signature: K Jones

Documentation Codes
1 Discontinued Order
2 Refused
3 Patient out of facility
4 Charted in Error
5 Lock Down
6 Self Administered
7 Medication out of Stock
8 Medication Held
9 No Show
10. Other

CMS 0122

| Facility Name | Frank Lee Youth Center | | | | | | | | | | | | Month-Year of Charting | | 01/07 | | | | | | | | | | | | |

| | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albuterol 90mcg | K | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1 | O | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| tabs by mouth four times daily as needed | P | X Clem | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Start Date 12-14-2006    Prescriber Guice, D.
Stop Date 01-12-2007    RX # 252208895

**Motrin 600 mg PO TID X 7 days**

Start Date 1/18/07    Prescriber Cerbier
Stop Date 1/25/07    RX #

**Flexeril 10 mg PO BID X 14 days**

Start Date 1/22/07    Prescriber Cerbier
Stop Date 2/5/07    RX #

**Feldene 10 mg PO BID X 30 days**

Start Date 1/22/07    Prescriber Cerbier
Stop Date 2/21/07    RX #

Start Date    Prescriber
Stop Date    RX #

Start Date    Prescriber
Stop Date    RX #

| Diagnosis | Nurse's Signature | Initial | Nurse's Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | S. Parker, LPN | | Jones | | 1 Discontinued Order |
| Allergies | | | | | 2 Refused |
| Meperidine | | | | | 3 Patient out of facility |
| | | | | | 4 Charted in Error |
| Housing Unit    Population | | | | | 5 Lock Down |
| Patient ID Number: 152056 | | | | | 6 Self Administered |
| Patient Name: | | | | | 7 Medication out of Stock |
| **Lee, Calvin** | | Date of Birth | 05-16-1986 | | 8 Medication Held |
| | | | | | 9 No Show |
| | | | | | 10 Other |

I of II

| Facility Name: Frank Lee Youth Center | | Month Year | 01/07 |

| | Hour | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 |
|---|---|---|
| Lovastatin ( for Mevacor ) 10MG Tab 30.00 <br><br> Take 1 tablet(s) by mouth at bedtime <br><br> KOP | 6P <br><br> St | *Cae See* 1/11/07 (30) *tp* <br> # 30 given 12-4-06     *Revised* <br> Start Date 08-25-2006   Prescriber Guice, D. <br> Stop Date 02-20-2007   RX = 251868778 |
| Aspirin EC 81MG EC Tab   30.00 <br><br> Take 1 tablet(s) by mouth daily <br><br> KOP | 6A <br><br> St | *Cae See* 1/30/07 (30) *tp* <br> # 30 given 12-4-06     *Revised* <br> Start Date 08-25-2006   Prescriber Guice, D. <br> Stop Date 02-20-2007   RX = 251868781 |
| Ranitidine HCl ( for Zantac ) 300MG Tab   60.00 <br><br> Take 1 tablet(s) by mouth twice daily <br><br> KOP | 6A <br> 6P <br><br> St | *Revised* <br> # 60 given 12-4-06 <br> Start Date 03-25-2006   Prescriber Guice, D. <br> Stop Date 02-20-2007   RX = 251868819 |
| Lisinopril 5MG Tab   30.00 <br><br> Take 1 tablet(s) by mouth daily <br><br> KOP | 6A <br><br> St | *Cae See* 1/11/07 (30) *tp* <br> # 30 given 12-4-06     *Revised* <br> Start Date 08-25-2006   Prescriber Guice, D. <br> Stop Date 02-20-2007   RX = 251868792 |
| Metoprolol Tartrate 50MG Tab 30.00 <br><br> Take 1 tablet(s) by mouth daily <br><br> KOP | 6A <br><br> St | *Cae See* 1/3/07 (30) *tp* <br> # 30 given 12-4-06     *Revised* <br> Start Date 08-25-2006   Prescriber Guice, D. <br> Stop Date 02-20-2007   RX = 251868803 |
| Hydrochlorothiazide ( for HCTZ ) 25MG Tab   15.00 <br><br> Take one-half (1/2) tablet(s) by mouth daily <br><br> KOP | 6A <br><br> St | *Cae See* 1/3/07 1A (30)    *Revised* <br> # 28 given 12-4-06 <br> Start Date 08-25-2006   Prescriber Guice, D. <br> Stop Date 02-20-2007   RX = 251868802 |

| Diagnosis | Nurse's Signature | Initial | Nurse Signature | Initial | Documentation Codes |
|---|---|---|---|---|---|
| | *S. Parker, LPN* | JP | *S. Taylor, LPN* <br> *J. Whitney* | St | 1 Discontinued Order <br> 2 Refused <br> 3 Patient out of facility <br> 4 Created in Error <br> 5 Lock Down <br> 6 Self Administered <br> 7 Medication out of Stock <br> 8 Medication Held <br> 9 No Show <br> 10 Other |
| Allergies <br> Meperidine | | | | | |
| Housing Unit:   Population | | | | | |
| Patient ID Number:   152056 | | | | | |
| Patient Name: | | | | | |
| Lee, Calvin | | | Date of Birth   **05-16-1986** | | |

CMS 0124

 

American Mobile Imaging Unit 3
5766 Carmichael Parkway
Montgomery, AL 36117-2351
Phone: 334-269-3322
Fax: 334-244-2974

# FINAL X-RAY REPORT

PATIENT:  **LEE, CALVIN**                              DOB:  05/16/1956
PHYSICIAN: BAKER                                      DOS:  11/28/2007
LOCATION:  KILBY CORRECTIONAL FACILITY
STATION:   N/A

EXAM REASON: PAIN

EXAM TYPE:    PORTABLE BILATERAL KNEES

FINDINGS:     AP and lateral views of both knees demonstrate no fracture, dislocation, or
              subluxation.  There is no joint effusion.  Alignment is excellent.  Bone
              density is normal and uniform.  There is mild degenerative change
              consistent with age but no unusual arthropathy.  The soft tissue planes are
              overpenetrated without radiopaque foreign body.  Degenerative change is
              slightly worse on the left than the right.

IMPRESSION:   MILD DEGENERATIVE CHANGE, WORSE ON THE LEFT THAN THE
              RIGHT.


ANNE GLASER MD

D: 11/28/2007 12:00:35 CST

The documents accompanying this transmission contain confidential health information that is legally privileged. This information is intended only for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents.

CMS 0125



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

DATE: 11/12/07

#### URINALYSIS

LEUKOCYTES _neg_

NITRITE _neg_

UROBILINOGEN _normal_

PROTEIN _neg_

pH _6_

BLOOD _neg_

SPEC. GRAVITY _1.015_

KETONE _neg_

GLUCOSE _normal_

Bilirubin _neg_

HCG

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|---|
| Lee | Calvin | 152056 | 5/16/56 | B/m | 2LYC |

PHS-MD-70012

**LABORATORY REPORTS**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## DEPARTMENT OF CORRECTIONS

DATE: 9/10/07

### URINALYSIS

LEUKOCYTES ___ Neg                    BLOOD ___ neg

NITRITE ___ Neg                       SPEC. GRAVITY ___ 1.030

UROBILINOGEN ___ 0.2                  KETONE ___ neg

PROTEIN ___ Neg                       GLUCOSE ___ neg

pH ___ 5.0                            Bilirubin ___ neg

(Add: Final Labs Here)

ab
9/10/07

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee Calvin | 152056 | 5/16/50 | b/m | 7L4C |

PHS-MD-70012                    **LABORATORY REPORTS**

CMS 0127

PHS

DEPARTMENT OF CORRECTIONS

DATE: _8-6-7_

URINALYSIS

LEUKOCYTES _Neg_                    BLOOD _Neg_

NITRITE _Neg_                        SPEC. GRAVITY _1.030_

UROBILINOGEN _0.2_                   KETONE _Neg_

PROTEIN _Neg_                        GLUCOSE _Neg_

pH _5.0_                             ~~Neg~~ Bilirubin

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 3-16-56 | BM | F1/LC |

PHS-MD-70012

LABORATORY REPORTS

**BR BioReference**
LABORATORIES

| | | |
|---|---|---|
| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507 | BOOK/CASE: |
| | (A0110-0)   Bio-Net Print | -FINAL-  Original Report 08/08/2007 |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LEE, CALVIN | 152056 | DR. MAHOOD |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105271742 | 08/08/2007 | 08/08/2007 13:41 | 8/8/2007 03:57 | 51 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : PANEL 2052,

Comment :
        FLYC

------------------------------* CHEMISTRY *------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Total Protein | 7.3 | | 5.9-8.4 | gm/dl |
| Albumin | 4.3 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.4 | | 1.1-2.9 | |
| Glucose | 83 | | 70-109 | mg/dL |
| Sodium | 142 | | 133-145 | mmol/L |
| Potassium | 3.9 | | 3.3-5.3 | mmol/L |
| Chloride | 103 | | 96-108 | mmol/L |
| CO2 | 24 | | 21-29 | mmol/L |
| BUN | 14 | | 7-25 | mg/dl |
| * Creatinine | 1.2 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11.7 | | 10-28 | |
| Calcium | 9.9 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.9 | | 2.4-7.0 | mg/dl |
| Iron | 68 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.2 | | 0.1-1.0 | mg/dl |
| LDH | 168 | | 94-250 | u/l |
| Alk Phos | 79 | | 39-120 | u/l |
| AST (SGOT) | 19 | | < 37 | u/l |
| Phosphorous | 3.9 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 18 | | < 40 | u/L |
| G-GTP | 33 | | 7-51 | u/L |

*********************************************************************
* GFR, Estimated = 67.73 mL/min/1.73m2

*********************************************************************

------------------------------* CARDIOVASCULAR/LIPIDS *------------------------------

| Test Description | Result | Abnormal | Reference Range | |
|---|---|---|---|---|
| Cholesterol | 174 | | < 200 | mg/dl |
| Triglycerides | 109 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 51 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 29 | | % |
| Chol/HDL Ratio | | 3.41 | | |
| LDL/HDL Ratio | 2.00 | | 0-3.55 | |
| LDL Cholesterol | | 102 HI | < 100 | |

Continued on Next Page

*James Weisberger, M.D.*
LABORATORY DIRECTOR

**BR** BioReference
LABORATORIES

| D O C T O R | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL 36507<br><br>(A0110-0) Bio-Net Print | BOOK/CASE:<br><br>-FINAL- Original Report 08/08/2007 |
|---|---|---|

| NAME LEE, CALVIN | PATIENT I.D. / ROOM NO. 152056 | DOCTOR / GROUP NAME DR. MAHOOD | | |
|---|---|---|---|---|

| LAB I.D. NO. 105271742 | DATE COLLECTED 08/08/2007 | DATE RECEIVED 08/08/2007 13:41 | DATE OF REPORT 8/8/2007 03:57 | AGE 51 Y | SEX M |
|---|---|---|---|---|---|

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

----------------------------* HEMATOLOGY *----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| WBC | 4.0 | | 3.40-11.80 | x10(3) |
| RBC | | 6.1 HI | 4.20-5.90 | x10(6) |
| HGB | 14.2 | | 12.3-17.0 | gm/dl |
| HCT | 48.2 | | 39.3-52.5 | % |
| MCV | | 79.3 LO | 80.0-100.0 | FL |
| MCH | | 23.4 LO | 25.0-34.1 | pg |
| MCHC | | 29.5 LO | 30.0-35.0 | gm/dl |
| RDW | | 18.0 HI | 10.9-16.9 | % |
| POLYS | | 34 LO | 36-78 | % |
| POLYS - COUNT,ABS | 1360 | | 1224-9204 | |
| LYMPHS | | 50 HI | 12-48 | % |
| LYMPHS - COUNT,ABS | 2000 | | 408-5664 | |
| EOS | 3 | | 0-8 | % |
| EOS - COUNT,ABS | 120 | | 34-944 | |
| BASOS | 0 | | 0-2 | % |
| BASOS - COUNT,ABS | 0 | | 0-236 | |
| MONOS | 13 | | 0-13 | % |
| MONOS - COUNT,ABS | 520 | | 170-1416 | |
| Platelet Count | 211 | | 144-400 | x10(3) |

----------------------------* MISCELLANEOUS *----------------------------

| Test | Result | Reference Range |
|---|---|---|
| TSH | 1.730 | 0.27-4.2 uIU/mL |
| THYROXINE(T4) | 5.3 | 4.5-12.0 ug/dL |
| T3 UPTAKE | 29.4 | 24.3-39.0% |
| FREE T4 INDEX | 1.6 | 1.1-4.5 |

Final Report                    Page: 2



James Weisberger, M.D.
LABORATORY DIRECTOR



481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

CMS 0130

**BioReference**
LABORATORIES

| DOCTOR | KILBY CORR. FACILITY<br>12201 WARES FERRY RD.<br>MONTGOMERY, AL  36507 | BOOK/CASE: |
|---|---|---|

(A0110-0)  Bio-Net Print          -FINAL-  Original Report 08/08/2007

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| HENDERSON, RANDALL | 238739 | DR. MAHOOD |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 105271744 | 08/06/2007 | 08/08/2007 13:32 | 8/8/2007 02:18 | 24 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : CPK, ,

    Comment :
            NON FASTING
    ---------------------------* MISCELLANEOUS *-----------------------------


CK(CPK,TOTAL)                        230 HI        38-174M/26-140F
                        Final Report                    Page: 1

*James Weisberger, M.D.*
LABORATORY DIRECTOR



481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05



lee.calvin
ID:      152056

D.O.B.: 05/16/1956    51 YEARS
MALE
Meds:
Class:
Dr:      mahood
Tech:    exum

08/06/2007 8:35:50

| Vent. Rate: | 53 bpm |
| RR Interval: | 1131 ms |
| PR Interval: | 186 ms |
| QRS Duration: | 90 ms |
| QT Interval: | 420 ms |
| QTc Interval: | 408 ms |
| QT Dispersion: | 50 ms |
| P-R-T AXIS: | 48°    29°    16° |

SINUS BRADYCARDIA
NO OTHER FINDING

Summary: NORMAL ECG EXCEPT FOR RATE  * Unconfirmed Analysis

1/SB
2 No Δ from prev

1/1/98

Aria 3006 In: re160050202E(024)

Serial #: A3006-00748

STABLE 40 Hz

CMS 0132

HCR
HEALTHCARE CORRECTIONS

Name: *Lee, Colum*
State ID No.: *152 05b*
DOB: *5/116/50*

RADIOLOGY SERVICES REQUEST AND REPORT

INSTITUTION: *Frank Lu*

Race: ___    Sex: *M*

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| *Mahood, CRNP* | *4/30/07* | *12:00* | ✓ | | |

HISTORY/DIAGNOSIS:

*Annual CXR : PA Lateral (HTN asthma).*

## X-RAY REQUEST

| | | | |
|---|---|---|---|
| ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| ✕ CHEST PA (LATERAL) | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILLIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

### REPORT

Lee

CHEST: The heart is not enlarged. The lungs are clear.
IMPRESSION: THERE IS NO EVIDENCE OF ACTIVE CARDIOPULMONARY DISEASE.

D & T: 05-14-07 Thomas J. Payne, III, M.D./rr Board Certified Radiologist (Signature on file)

X-RAY TECHNOLOGIST'S NAME (PRINT)    X-RAY TECHNOLOGIST'S SIGNATURE    DATE, TIME  EXAM PERFORMED

FROM CAHABA IMAGING

CMS 0133


**BioReference**
LABORATORIES

| DOCTOR | STATON CORR. FACILITY 2690 MARION SPILLWAY RD. ELMORE, AL  36025 | | |
|---|---|---|---|
| | (A0116-7)   Bio-Net Print | -FINAL-  Original Report 05/02/2007 | |

| NAME | PATIENT I.D. / ROOM NO. | DOCTOR / GROUP NAME |
|---|---|---|
| LEE, CALVIN | 152058.2187 | CORBIER, PAUL |

| LAB I.D. NO. | DATE COLLECTED | DATE RECEIVED | DATE OF REPORT | AGE | SEX |
|---|---|---|---|---|---|
| 104431750 | 05/01/2007 | 05/02/2007 10:00 | 5/2/2007 11:43 | 50 Y | M |

| Test Description | Result | Abnormal | Reference Range |
|---|---|---|---|

Tests Ordered : DIAGNOSTIC PROFILE II, ,

Comment :
        FASTING FLYC

------------------------------* CHEMISTRY *-----------------------------

| Test | Result | Abnormal | Reference Range | Units |
|---|---|---|---|---|
| Total Protein | 7.0 | | 5.9-8.4 | gm/dl |
| Albumin | 4.0 | | 3.2-5.2 | gm/dl |
| Globulin | 3.0 | | 1.7-3.7 | gm/dL |
| A/G Ratio | 1.3 | | 1.1-2.9 | |
| Glucose | | 123 HI | 70-109 | mg/dL |
| Sodium | 140 | | 133-145 | mmol/L |
| Potassium | 3.8 | | 3.3-5.3 | mmol/L |
| Chloride | 106 | | 96-108 | mmol/L |
| CO2 | 26 | | 21-29 | mmol/L |
| BUN | 13 | | 7-25 | mg/dl |
| * Creatinine | 1.1 | | 0.6-1.3 | mg/dl |
| BUN/Creat Ratio | 11.8 | | 10-28 | |
| Calcium | 9.4 | | 8.4-10.4 | mg/dl |
| Uric Acid | 5.2 | | 2.4-7.0 | mg/dl |
| Iron | 98 | | 30-160 | mcg/dl |
| Bilirubin, Total | 0.3 | | 0.1-1.0 | mg/dl |
| LDH | 150 | | 94-250 | u/l |
| Alk Phos | 75 | | 39-120 | u/l |
| AST (SGOT) | 20 | | < 37 | u/l |
| Phosphorous | 2.7 | | 2.6-4.5 | mg/dl |
| ALT (SGPT) | 24 | | < 40 | u/L |
| G-GTP | 33 | | 7-51 | u/L |
| Cholesterol | 177 | | < 200 | mg/dl |
| Triglycerides | 106 | | < 151 | mg/dl |
| HDL CHOL.,DIRECT | 44 | | >35 | mg/dl |
| HDL as % of Cholesterol | | 25 | | % |
| Chol/HDL Ratio | | 4.02 | | |
| LDL/HDL Ratio | 2.55 | | 0-3.55 | |
| LDL Cholesterol | | 112 HI | < 100 | mg/dL |

****************************************************************************

* GFR, Estimated = 75.01 mL/min/1.73m2

                    Continued on Next Page                     Page: 1

James Weisberger, M.D.
LABORATORY DIRECTOR

481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407
1-800-229-LABS
4255 Rev 1/05

IN MOU

HCX
HEALTHCARE CORRECTIONS
RADIOLOGY SERVICES REQUEST AND REPORT

DO: 1-17-07

Name: Lee, Calvin

State ID No.: 152056

DOB: 5/16/56

INSTITUTION: Frank Lee

Race: B    Sex: M

NOTE: PERTINENT CLINICAL INFORMATION AND TENTATIVE DIAGNOSIS MUST BE PROVIDED FOR X-RAY EXAMINATION TO BE PERFORMED

| Requesting Physician/PA/NP | Date of request | Time of request | Routine | Priority | Transportation or special needs |
|---|---|---|---|---|---|
| D. P. Corbier | 1-16-07 | | | | |

HISTORY/DIAGNOSIS:

Pain - left side mid abd. back

| X-RAY REQUEST | | | |
|---|---|---|---|
| X ABDOMEN/KUB | FINGERS | NAVICULAR VIEW | SOFT TISSUE STUDIES |
| ACROMIO-CLAVICULAR JOINTS (W/WO WEIGHT) | FOOT | ORBITS | STERNUM |
| ANKLE | HAND | OS CALCIS (HEEL) | TEMPORO-MANDIBULAR JOINTS |
| CERVICAL SPINE | HIP | PELVIS | THORACIC SPINE |
| CHEST PA / LATERAL | HUMERUS | RADIUS/ULNA | TIBIA/FIBULA |
| COCCYX | KNEE | RIBS | TOES |
| CONE DOWN SELLA TURCICA | LUMBAR SPINE | SACRO-ILIAC JOINTS | WRIST |
| ELBOW | MANDIBLE | SCAPULA | ZYGOMA |
| FACIAL BONES | MAXILLA | SHOULDER | ZYGOMATIC ARCH |
| FEMUR | NASAL BONES | SKULL | |

KUB: There are no definite abnormalities. The film is markedly underexposed and shows extensive motion artifact and provides very little diagnostic information.

D & T: 01-18-07  Howard P. Schiele, M.D./rr Board Certified Radiologist  (Signature on file)

CMS 0135



**PRISON
HEALTH
SERVICES
INCORPORATED**

### DEPARTMENT OF CORRECTIONS

DATE: _1-17-07_

#### URINALYSIS

| | | | |
|---|---|---|---|
| LEUKOCYTES | *Neg* | BLOOD | *Neg* |
| NITRITE | *Neg* | SPEC. GRAVITY | *1.015* |
| UROBILINOGEN | *Normal* | KETONE | *Neg* |
| PROTEIN | *Neg* | GLUCOSE | *Normal* |
| pH | *5* | HCG | *NA* |

(Add: Final Labs Here)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC # | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152054 | 5/16/56 | B/m | Flyc |

PHS-MD-70012

### LABORATORY REPORTS

CMS 0136

CMS 0137

CORRECTIONAL MEDICAL SERVICES
INFORMED CONSENT

_Calvin AlPhonse Lee_
Name of Inmate

_12-07-07_
Date

_182056    05-16-1956_
Inmate ID Number / Date of Birth

I hereby authorize Dr(s). _Andria P. Caldwell_ and Correctional Medical Services employees and agents to perform the following procedure(s):
_Clean Teeth_

I understand the above procedure(s) is/are necessary to treat my condition and has/have been fully explained. I also understand the nature of any risks associated with this procedure(s), which has/have been explained to me.

I am aware the practice of medicine is not an exact science, and I acknowledge no guarantees have been made as to the outcome of this procedure(s).

I sign this consent willingly and voluntarily in full understanding of the above.

_Calvin A. Lee_
Inmate Signature

_Andria P. Caldwell_
Witness

_12-07-07    10:30 am_
Date / Time

_Ethel R. Gowdy DA_
Witness

CMS 7172  REV. 8/01/02

CMS 0138

# CORRECTIONAL MEDICAL SERVICES
## DENTAL TREATMENT RECORD

NAME: Calvin Alphonse Lee   ID#: 152056   RACE: BlK   DOB: 05-16-1954

| DENTAL EXAMINATION | RESTORATION AND TREATMENTS |
|---|---|



| | TOOTH | PRIORITY LIST |
|---|---|---|
| Date of Initial Examination: 12/7/07 | | |
| Initial Classification: | | |
| Oral Pathology: | | |
|   Gingivitis | | |
|   Vincent's Infection | | |
|   Stomatis | | |
|   Other Findings | | |
| Occlusion | | |
| Roentgenograms: | | |
|   Periapical | | |
|   Bitewing | | |
|   Panarex | | |

| HEALTH QUESTIONNAIRE | YES | NO | | YES | NO |
|---|:---:|:---:|---|:---:|:---:|
| Are you in good health? | ✓ | | Acquired Immune Deficiency (AIDS/HIV)? | | ✓ |
| Allergies | ✓ | | Gastrointestinal disorders | | ✓ |
| Anemia | | | Glaucoma | | ✓ |
| Asthma or other respiratory problems | ✓ | | Heart disease or murmur | | ✓ |
| Blood pressure conditions | ✓ | | Hepatitis | | ✓ |
| Diabetes | | ✓ | Kidney problems | | ✓ |
| Epilepsy | | ✓ | Reactions to anesthetics or medications | | ✓ |
| Excessive bleeding after surgery | | ✓ | Rheumatic fever | | ✓ |
| Fainting | | ✓ | Taking any medication | ✓ | |
| Pregnant? | | | Thyroid conditions | | ✓ |
| Tuberculosis | | ✓ | Other conditions | ✓ | |

CMS 7103 REV. 10/94

CMS 0139



**PRISON**
**HEALTH**
**SERVICES**
**INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Calvin A. Lee_    AIS #: _152056_

1.   I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.   I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.   I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.   I have had the opportunity to ask questions which have been answered to my satisfaction.

5.   I understand there is no guarantee of success or permanence of the treatment.

_Calvin A. Lee_    _01/05/07_
Patient's Signature    Date

_(signature)_    _2/5/07_
Dentist's Signature    Date

60528-AL



**PRISON
HEALTH
SERVICES
INCORPORATED**

# PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

Patient Name: _Calvin A. Lee_                    AIS #: _152056A_

1.     I agree to having dental x-rays taken of my teeth and jaws in order to determine my dental problems.

2.     I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.     I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.     I have had the opportunity to ask questions which have been answered to my satisfaction.

5.     I understand there is no guarantee of success or permanence of the treatment.

_Calvin Lee_
**Patient's Signature**

_01/31/06_
**Date**

_El-Cid Burlett DDS_
**Dentist's Signature**

_01/31/06_
**Date**

60528-AL

**CMS 0141**

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_K C F_

### INSTITUTION

_Lee, Calvin_                     _152056_
            NAME                    NUMBER    R/S

Lay-in for ___1___ days from _____9-27-05_____ to _____

_9-27-05_        due to   _Extraction_
   (date)

Instructions:

_Failure to follow the directions above may result in a disciplinary._

_9-27-05_              _Y. Mowdy M_
Date Issued           Signature

F-53

*Dental*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Calvin A. Lee _____ Date of Request: 9/16/05
ID # 152056 _____ Date of Birth: 5/16/56 Location: KCA-87
Nature of problem or request: Toothache #5 Upper Right Side, Sore to
touch and Aching, Need Extraction

Signature: Cal Lee

**DO NOT WRITE BELOW THIS LINE**

Date: 9/19/05
Time: 8:20 AM PM
Allergies: NKDA

> RECEIVED
> Date: 9-19-05
> Time: 6:45A
> Receiving Nurse Intials: SM

**(S)ubjective:** Toothache - Inmate States that He Wants An Extraction

**(O)bjective (V/S): T:** ___ **P:** ___ **R:** ___ **BP:** ___ **WT:** ___

**(A)ssessment:** #5

**(P)lan:** RTC on Sept. 27, 2005 at 10:00am

Refer to:   MD/PA   Mental Health   (Dental)   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE (✓)     EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )   No ( )
   Was MD/PA on call notified:   Yes ( )   No ( )

SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

GLF-1002  (1/4)

CMS 0143

*DenTaL*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: *Calvin A. Lee*    Date of Request: *08/18/05*
ID # *152056A*    Date of Birth: *05/16/54* Location: *KCA-82*
Nature of problem or request: *Toothache severe, Right side*
*Top*

*C. Lee*
Signature

**DO NOT WRITE BELOW THIS LINE**

*8-19-05*
*N/S*

Date: *8/18/05*
Time: *9:05* AM PM
Allergies: *NKDA*

RECEIVED
Date: *8-18-05*
Time: *6:50*
Receiving Nurse Initials *YM*

**(S)ubjective:** *Toothache - Sensitive*

**(O)bjective**    (V/S): T: _____    P: _____    R: _____    BP: _____    WT: _____

**(A)ssessment:** *# 5 — X-ray*    *Rx: Pen Vk 500mg; bid x 7 days*

**(P)lan:** *RTC on Aug 29, 2005 AT 1:00 pm for Consult w/ for*

Refer to:    MD/PA    Mental Health    (Dental)    Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:    ROUTINE ( ✓ )    EMERGENCY ( )
If Emergency was PHS supervisor notified:    Yes ( )    No ( )
Was MD/PA on call notified:    Yes ( )    No ( )

*J. Nowdy*
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:    INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0144

*DENTIST*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin Alphonse Lee_    Date of Request: _02-08-05_
ID # _152056A_    Date of Birth: _05-16-56_  Location: _KCA-156_
Nature of problem or request: _Entire mouth sore, tongue also. Suppose to have_
_been set an Appointment to have teeth cleaned. Was Prescribed Peridex to_
_Rinse with. Was taken off when I got here_

_Calvin A. Lee_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: _2-9-05_
Time: _7:30_ (AM) PM
Allergies: _NKDA_

| RECEIVED |
|---|
| Date: _2-9-05_ |
| Time: _6:45_ A |
| Receiving Nurse Intials: _SH_ |

**(S)ubjective:** _See Above_

**(O)bjective (V/S): T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:** _RTC on Feb 14, 2005 at 8:30am for_
_Cleansing_

Refer to:   MD/PA / Mental Health / (Dental) Daily Treatment    Return to Clinic PRN
CIRCLE ONE
Check One:  ROUTINE ( ✓ )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_G. Dowdy  RN_
SIGNATURE AND TITLE

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0145

*DENTIST*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: Calvin Alphonse Lee   Date of Request: 01/01/05
ID # 152056   Date of Birth: 05/16/56   Location: S.D. 50
Nature of problem or request: I came in 12/29/04, I had some PERIDEX mouth rinse. Come with me for a mouth and temporary gum problem. The Doctor told me, it has to be Appeared by you for me to have as medication in inmate I need it until I can get teeth cleaned.   Car Lee
                                                                                          Signature

### DO NOT WRITE BELOW THIS LINE

Date: 1-5-05
Time: 8:10 AM PM
Allergies: N/A

> RECEIVED
> Date: 1/4/05
> Time: 11:00pm
> Receiving Nurse Initials: __

(S)ubjective: See Above

(O)bjective (V/S): T:         P:         R:         BP:         WT:

(A)ssessment:

(P)lan: RTC ON JAN 10, 2005 AT 1:00pm for Consult IN DR.

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
                                    CIRCLE ONE
Check One:   ROUTINE ( )   EMERGENCY ( )
      If Emergency was PHS supervisor notified:   Yes ( )   No ( )
                  Was MD/PA on call notified:   Yes ( )   No ( )

                                    E Nowdy
                                    SIGNATURE AND TITLE

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

**CMS 0146**



**PRISON
HEALTH
SERVICES
INCORPORATED**

## PATIENT CONSENT AND AUTHORIZATION FOR DENTAL TREATMENT

**Patient Name:** _Calvin Lee_      **BCDC#:** _152056A_

1.  I agree to having dental X-Rays taken of my teeth and jaws in order to determine my dental problems.

2.  I have had a treatment plan explained to me, including alternatives or the recommendation of no treatment.

3.  I consent to the use of local anesthetics or other medications and that there may be side effects, including allergic reactions and this has been explained to me.

4.  I have had the opportunity to ask questions which have been answered to my satisfaction.

5.  I understand there is no guarantee of success or permanence of the treatment.

_[signature]_      _2/14/05_
_____      _____
Patient's Signature         Date

_[signature]_      _2-14-05_
_____      _____
Dentist's Signature        Date

PHS MD-70090

**CMS 0147**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## DENTAL RECORD TREATMENT

**Services Rendered**

| Date | Tooth # | Diagnosis | Treatment | Initials | Class |
|------|---------|-----------|-----------|----------|-------|
| 8-21-05 | 4 | Caries | Pt said #4 was hurting and now it does not. Unsure about if he wants tooth extracted or not. Advised patient to return when he makes up his mind what he wants done. El-Al Burkett DDS. | | |
| 9/27/05 | 5 | irreversible pulpitis odontalgia | Reviewed Pt Med Hx ; 2% lidocaine HCl 1.8cc x(2) & epi 1:50,000 pt ch. pai from H.S ; large caries lesion on distal occl. surface. Dx. odontalgia; irreversible pulpitis. Tx. simple extraction of 5 ; compressed socket POST-OP instructions and medication given to inmate. 1 Motrin 400 m ; discussed Pt back to population. El-Al Burkett DDS | | |
| 2/3/07 | | | Med Hx update & panoral Ex. Pt had heavy calculus deposits & moderate bleeding upon probing | SRC RDH | |

| IENT LAST NAME | FIRST | MIDDLE | DOB | R/S | ID NO: |
|----------------|-------|--------|-----|-----|--------|
| Lee, Calvin | | | 5/16/86 | B/m | 152056 |

ID-70022

CMS 0148

## ALABAMA DEPARTMENT OF CORRECTIONS

## PROBLEM LIST

INMATE NAME _Lee, Calvin_ AIS# _152056_

Medication Allergies: _NKA Demerol_

Medical: Chronic (Long-Term) Problems
　　　　Roman Numerals for Medical/Surgical

Mental Health Code: SMI  HARM  HIST  NONE
　　　　Capital Letter for Psychiatric Behavior

| Date Identified | Chronic Medical Problem | Mental Health Code | Date Resolved | Provider Initials |
|---|---|---|---|---|
| | I PPD 1/1/05 Ø mm | | | |
| 12/30/04 | HTN | | | BOO |
| 12/30/04 | Hyperlipidemia | | | BOO |
| 12/31/05 | PPD 20mm – per Q willer LPN 1/06 | | | |
| 12/14/06 | Asthma 1987 | | | mc |
| 12/14/06 | 207 Does INA completed | | | mc |
| 8/22/07 | Adjustment D/o c Depressed mood | MH = 1 | | SB, MD |
| 5/18/07 | Adjustment D/o c Depressed mood (in remission) | MH = 0 A40 | | SB, MD |
| | H/O Dizziness | | | W |
| | | | | |

**If Asthmatic label:  Mild – Moderate – or Severe.**

# HYPERTENSION CLINIC
## Q 3-6 months

Name: _Lee, Calvin_  DOB: 5/16/56  AIS#: 152056  R/S: B/M

**PATIENT HISTORY**

Date of Diagnosis: c 1989.
Current Meds: HCTZ, nurastc, ASA 81mg, metoprolol 50mg, Toprine, Lisinopril
Diet/exercise history: ø diet / walks daily   Compliant? (Yes)  No

**Risk factors (check all that apply)**

✓Family History  __Smoker  ✓Diabetes  __Alcoholism  ✓Drug Abuse  __Obesity  __CHF  ✓Hyperlipidemia  __Renal Disease

| VARIABLE | Date 4/30/07 | Date 8/6/07 | Date 11-12-7 |
|---|---|---|---|
| BP/Weight/Pulse | 126/93 236 54 | 132 260 61 | 110 60 200 74 |
| CP - No cardiac cath | 8yr h/o op since 2005 | CD | |
| Exertional Dyspnea | @ occasy | @ asso dyspnea | ø |
| Orthopnea | | | ø |
| Fundi exam annually | 8/6/06 | 8/6/07 | 8/6/07 |
| General Appearance | NAD, WD, WN | NAD, WD, WN | |
| Heart | S₁S₂ prn/G/H/C | S₁S₂ prn/G int | RRR Ø mu |
| JVD/Carotid Bruits | ⊖JVD ⊖bruits | ⊖ca ⊖45° ⊖bruits | wnl ~ Ø |
| Lungs | CTAB | CTAB | all c̄ |
| Abdomen | B/S/NT/⊖BSM/⊖org | B/S/NT ⊖BSM/⊖org | |
| Periph. Pulses/edema | +2 DP/PT ⊖edema | +2 DP/PT ⊖ed | 2⁺ 1 Ø |

| | | | |
|---|---|---|---|
| BMP per MD/NP order | Na 141 K 4.2 | 6/1/07 | |
| DPII annually 7/12/06 | 141 WNL / LDL | 8/1/07 | 9-8-07 |
| HA Dipstick (annual) | | | |

**LABS**  Date  Date  Date
CXRAY  7/17/06  3/07 : Neg  3/07 neg
Disease Control  Good/Fair/Poor Improved/Worsened  Good/Fair/Poor Improved/Worsened  Good/Fair/Poor Improved/Worsened

**PLAN**  Date  Date  Date

| | | | |
|---|---|---|---|
| Patient Edu/Training | HTN, Hyperlip, Asthma | HTN, Hyperlip, Asthma | given 11-12-7 |
| Completed Master Problem Sheet | Yes | Yes | |
| Next F/U | 3mths c̄c | 3mths c̄c | |
| Signature | | | |

**SHORT TERM GOALS** | **LONG TERM GOALS**
1  Optimize current BP meds | 1  prevent CAD
2  Continue albuterol PRN | 2  Wt loss

3 Add QVAR 80mg
4 No added salt diet
5 Obtain records cardiac cath 2005
6 continue NTG - SL PRN

CMS 0150

## HYPERTENSION CLINIC
### Q 3-6 months

Name: *Lee, Calvin*  DOB: 5-16-56  AIS#: 152056  R/S BJM   *No ulcers cause vomiting prior to ABD*

### PATIENT HISTORY

Date of Diagnosis: HTN 1990  Asthma 1987   Metoprolol Tartrate 50mg, HCTZ 25mg ½ tab
Current Meds: Verapamil CR 180mg; Maalox 30mg, ASAEC 81mg, Zantac 300mg, Lisinopril 5mg
Diet/exercise history:                     ☑ Compliant?  Yes  No    INH 300mg, Vit B6 25mg Biweekly
Parents
**Risk factors (check all that apply)**
X Family History __ Smoker __ Diabetes __ Alcoholism X Drug Abuse __ Obesity __ CHF X Hyperlipidemia __ Renal Disease
Allergies: Demerol    12-12-06 NB    2001 stopped smoker P 10 yks

| VARIABLE | Date (initial exam) | Date | | | Date | | |
|---|---|---|---|---|---|---|---|
| BP/Weight/Pulse | 130/82 254.5 62 | | | | | | |
| CP | once a week | | | | | | |
| Exertional Dyspnea | NO | | | | | | |
| Orthopnea | NO | | | | | | |
| Fundi exam annually | 8-7-06 | | | | | | |
| General Appearance | NAD noted | | | | | | |
| Heart | RRR | | | | | | |
| JVD/Carotid Bruits | none | | / | | | / | |
| Lungs | CTAB | | | | | | |
| Abdomen | BS ⊕ non tender | | | | | | |
| Periph. Pulses/edema | none | | / | | | / | |

### LABS

| | Date | | | Date | | Date | |
|---|---|---|---|---|---|---|---|
| BMP per MD/NP order | — | | | | | | |
| DPII annually | 7-28-06 | | | | | | |
| UA Dipstick (on-site) | 7-19-06 | | | | | | |
| EKG | 4-17-06 Sinus Brady | | | | | | |
| CXRAY | 4-18-06 | | | | | | |
| Disease Control | Good/Fair/Poor Improved/Worsened | | | Good/Fair/Poor Improved/Worsened | | Good/Fair/Poor Improved/Worsened | |

### PLAN

| | Date | Date | Date |
|---|---|---|---|
| Patient Edu/Training | medication compliance | | |
| Completed Master Problem Sheet | yes | | |
| Next F/U | 3 months | | |
| Signature | [signature] | | |

| SHORT TERM GOALS | LONG TERM GOALS |
|---|---|
| 1  medication compliance | 1  BP goal ≤120/80 |
| 2  Diet / exercise | 2 |

Comments: T 97.7 R 18 O2 Sat 97%
TG/ TR/ LDL 162/ 100/ 100H 7-28-06
PHS Fact Sheet: Hypertension given

Discussed with Dr Colber
Patient. Recommended D/c verapamil
Since patient unwilling on metoprolol

X [signature]  12/12/06

# Patient Information Fact Sheet
# High Blood Pressure (Hypertension)

**DESCRIPTION / GENERAL INFORMATION**

High blood pressure (Hypertension) is known as "The Silent Killer" because warning signs such as headache, or chest pain are rare. Most people with hypertension feel fine even when their blood pressure is too high. If not treated, high blood pressure damages blood vessels and can lead to a stroke, heart disease, blindness, or kidney failure. High blood pressure can be treated, and with proper care, you can control your blood pressure and reduce or prevent further problems.

Blacks are 40% more likely than whites to have high blood pressure. Hispanics also have higher rates of high blood pressure and obesity (being overweight) than non-Hispanic Whites.

- See the doctor when you are supposed to. This is an important part of treatment for hypertension.
- If your doctor has prescribed medicine to lower your blood pressure, it is very important to take it like you agreed to. **DO NOT** stop taking medications on your own.
- Some people may feel worse when they first start taking a new medication. You may have a feeling of dizziness if you get up from a lying or sitting down position too fast. Take your time getting up from a lying or sitting down position until your body adjusts to the medication. Most people will feel normal after several days when their body has adjusted to the medication.
- If you smoke try to quit, or at least cut down as much as possible. People with hypertension who smoke have a much higher risk of developing heart disease and having a stroke.
- Avoid salt-rich foods such as salted or smoked meats or fish, pickles, potato chips, nuts, processed cheese, ketchup, soy sauce and carbonated drinks (soda). A lot of foods like processed meats and canned soups have large amounts of salt in them.
- Do not add salt to your food.
- If you are overweight, lose weight by dieting and exercise. This may help to lower your blood pressure and reduce your risk of developing other problems associated with hypertension.
- Exercising at least 3 times a week can reduce your blood pressure.
- If you are able to make lifestyle changes (such as improved diet and exercise) your high blood pressure might get better, and you might not have to take medications for hypertension anymore.

## PHS    How can controlling my Blood Pressure help me?

In clinical trials good control of hypertension has been associated with a **reduced chance of the following complications:**

- 35% to 40% less chance of having a stroke.
- 20% to 25% less chance of having a heart attack.
- At least 50% less chance of developing heart failure.

12/12/06

13

CMS 0152



**PRISON HEALTH SERVICES, INC.**

## HEALTH EVALUATION

I.    HISTORY – (LPN or RN)                    YES    NO        COMMENT(S)

    Weight Change (greater 15 lbs.)            ✓
     (Compare Weight Below)                              Last weight at least 6 months ago
    Persistent Cough                           ✓
    Chest Pain                            ✓              At times
    Blood in Urine or Stool                    ✓
    Difficult Urination                   ✓             some hey
    Other Illnesses (Details)             ✓             HTN
    Smoke, Dip or Chew                         ✓
    ALLERGIES                             ✓             Demerol

Weight 160  Height 5'11  Temp 97.5  Pulse 46  Resp 18  Blood Presssure 138/100

Eye Exam: 20/40 OD  20/50 OS  20/40 OU w/glasses

                                              If greater than > 140/90, repeat in 1hour.
                                              Refer to M.D. if remains > 140/90.

II.   TESTING – (LPN or RN)               RESULTS  9-15-7            LC+A
    Tuberculin Skin Test (q yr)           Date given  9-10-7   Site  LC+A
                                          Read on  9-18-7   Results  0        mm
    Past Positive TB Skin Test      →     **Survey Completed**
    (Chest x-ray if clinical symptoms)    Date 9-10-7   Results ____
    RPR (q 3 yrs)                         Date 12-30-04  Results  N/R
    EKG (baseline at 35, over 45 q 3 yrs)  8-6-07
    Cholesterol (at 35 then q 5 yrs)      174
    Finger Stick Blood Sugar              Results  123
    * If > than 200 repeat Finger Stick BS within 48 hours  Results ____
    Optometry Exam (@ 50 if not already seen)
    Mammogram                             Date _____ Results _____
        (females @ 40, q 1 yr/other M.D. order)

III.  PHYSICAL RESULTS – (RN, Mid-Level, M.D.)
    Heart                                 RRR – Ommur
    Lungs                                 all lul c
    Breast  Exam                          neg
    Rectal (yearly after 45)              Results _____
        with Hemoccult                    Results refus
    Pelvic and PAP (q 1 yr)               Date _____ Results _____

Facility  FLVC   Nurse Signature  Loren Even   Date  9-10-7

M.D. or Mid-Level Signature _____  Date  10/15/07

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Lee, Calvin | 152056 | 3-16-54 | B/M |

60513-AL   5/15/06



**PHS**
PRISON
HEALTH
SERVICES
INCCAPORATED

**DEPARTMENT OF CORRECTIONS**

## KITCHEN CLEARANCE
## PHYSICAL ASSESMENT

|  | YES | NO |
|---|---|---|
| ANY OPEN SORES OR RASHES ON HANDS, ARMS, FACE & NECK | | ✓ |
| TB TEST CURRENT | ~~INH~~ INH Therapy | |
| DOES PT. SHOW ANY OBVIOUS SIGNS OF ANY OTHER DISEASE | | ✓ |

OTHER: _____

_____

_____

THIS PATIENT HAS BEEN INFORMED OF THE NEED FOR THE FOLLOWING:

PROPER HANDWASHING, NOT TO HANDLE FOOD WHILE SICK, SEEK MEDICAL EVALUATION WHEN NECESSARY AND TO NOTIFY THE DIETARY SERVICES SHIFT SUPERVISOR OF ANY ILLNESS.

MEDICAL AUTHORITY: _Arthur Gai Gee_   DATE: _4/9/04_

I attest that the above statement is true to the best of my knowledge.
PATIENT SIGNATURE: _____   DATE: _4/9/04_

EXPIRATION DATE: _4/9/07_

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | Race/Sex | FAC. |
|---|---|---|---|---|
| Lee Calvin | 152056 | 5/16/56 | Bm | 000 |

PHS-MD-70042   (White - Medical File, Yellow - Kitchen Supervisor,  Pink - Classification Administrator (Inmate))

*Mental Health*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_          Date of Request: _11-08-07_
ID # _152056_          Date of Birth: _05-16-56_ Location: _F.L.4.C._
Nature of problem or request: _Effects from the shooting of inmate_
_on the Institutional Grounds_

_Cal F. Lee_
                                                        *Signature*

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

```
┌──────────────────────────────┐
│         RECEIVED             │
│  Date:                       │
│  Time:                       │
│  Receiving Nurse Intials ____│
└──────────────────────────────┘
```

**(S)ubjective:**

**(O)bjective   (V/S): T:** _____  **P:** _____  **R:** _____  **BP:** _____  **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment        Return to Clinic PRN
                                      CIRCLE ONE
Check One:  ROUTINE ( )      EMERGENCY ( )
        If Emergency was PHS supervisor notified:    Yes ( )      No ( )
                        Was MD/PA on call notified:    Yes ( )      No ( )

_____
                *SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0155

*Mental Health*



**PRISON HEALTH SERVICES, INC.**
**SICK CALL REQUEST**

Print Name: _Calvin A. Lee_    Date of Request: _11-06-07_
ID # _152036_    Date of Birth: _05-16-56_ Location: _F.L.4.C._
Nature of problem or request: _Effects from the shooting of inmate_
_on the Institutional Grounds._

_Calvin A. Lee_
Signature

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

| RECEIVED |
| --- |
| Date: |
| Time: |
| Receiving Nurse Intials _____ |

**(S)ubjective:**

**(O)bjective** (V/S): **T:** _____ **P:** _____ **R:** _____ **BP:** _____ **WT:** _____

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment     Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )     EMERGENCY ( )
    If Emergency was PHS supervisor notified:    Yes ( )    No ( )
    Was MD/PA on call notified:    Yes ( )    No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0156

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES
### TREATMENT PLAN

Inmate's Housing Location:                                    Institution: _FLYC_
Treatment Coordinator: _Durrah_

Plan Application and Review Frequency:
Crisis Cell:_____ MH Observation_____ Suicide Watch (one time)      Outpatient: _X_ (6 months)
RTU:_____ (weekly, bimonthly, monthly)                        SU:_____ (weekly)

DSM IV Diagnosis:
Axis I: _Adjustment D10 c Depressed mood_
Axis II: _deferred_
Axis III: _see medical hx_
Axis IV: _Incarceration_
Axis V: GAF _70_

| Problem #1 _Jm has excessive Anger built up_ | | |
|---|---|---|
| | Initiation Date: _4/17/07_ | |
| Goal: _Eliminating Anger outburst_ | | |
| Target Date for Resolution: _Six months_ | | |
| Intervention: _1) Anger mangement training (Jst completed 8 week group) 2) Exposure to emotional cues 3) cognitive restructuring 4) Tc to see monthly for 1:1 counseling_ | | |
| Staff Member(s) Responsible: _TX TEAM_ | Frequency: _monthly_ | |

| Problem #2 _Irritability_ | Initiation Date: _4/17/07_ |
|---|---|
| Goal: _Increasing Social contacts to three times a week_ | |
| Target Date for Resolution: _Six months_ | |
| Intervention: _1) Activity Scheduling, support groups 2) Refer to problem solving group 3) routine 1:1 counseling w/ TC._ | |
| Staff Member(s) Responsible: _TX TEAM_ | Frequency: _monthly_ |

**Treatment Team Members**

Psychiatrist: _SBanerjee, MD._          Date:_____
Supervising Psychologist_____          Date:_____
Mental Health Nurse:_____              Date:_____
Treatment Coordinator _____         Date: _06/17/07_
Inmate Agreement: _____              Date:_____
Treatment Plan Review to be conducted by: _TX TEAM_     Review Date: _10/17/07_

| Inmate Name: _Calvin Lee_ | Ais# _152056_ |
|---|---|

Disposition: Medical File            Reference: AR ADOC 622,623, 630,632,633,635,638
                                     ADOC Form MH-034 – June 28, 2004
                                     Page_____of_____

CMS 0157

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHIATRIC PROGRESS NOTES**

| DATE: 5/18/07 | TIME: | | | |
|---|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | | Today versus Before |
| Adjustment difficulties | | | | 0 / 1-2 |
| Poor coping Skills | | | | 0 / 1-2 |
| Depressed Mood | | | | 0 / 0-2 |
| Anger / Irritability | | | | 0 / 1-2 |

Medications: I'm to not on any psychotropic meds.    *Informed Consent*

Compliance: ____ Inmate report ____% versus MAR ____% Doing well clinically.

In addition to the information in the tables above and below, then inmate/patient:

SUBJECTIVE: "I am fine. I don't need any more help from mental health. I have no problems now.
Side effects: I am not depressed. I am coping quite well."

OBJECTIVE: Reports Ø other Sxs of mood / anxiety or. thought d/o. Ø thoughts to hurt himself or anyone else. Voices no other concerns. A+Ox3.

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings | |
|---|---|---|---|---|
| Psychosis | ✓ | | ØSI, ØHI, ØHA, Ødelusions, Øparanoia, | Good eye contact |
| Serious Depression | ✓ | | ØSxs of depression / anxiety noted | |
| Self-Injurious Thoughts | ✓ | | Denies                    [at present time. | Mood |
| Suicidal Intent | ✓ | | Denies | euthy... |
| Aggressive | ✓ | | None noted | |
| Seriously Impulsive | ✓ | | None noted } at present time. | |
| Situational Upset | ✓ | | None noted | Affect |

| Lab info: | Labs Ordered: | Labs Reviewed: | AIMS: | appropriate |
|---|---|---|---|---|
| None at this time from mental health. | | | | |

ASSESSMENT/Diagnosis (DSM-IV)
Adjustment D/o c̄ Depressed Mood
(in remission)

PLAN: I'm clinically stable. He is doing well without being on any psychotropic meds. at present time. He does not want to continue mental health counseling at this time. Exhibits Ø Sxs or signs of

| Return to clinic: | Print Last Name: | Sign: | |
|---|---|---|---|
| RTC PRN | DR. BANERJEE | SBanerjee, MD. # | |

| Patient's Name: (Last, First, Middle) | AIS # | Age | R/S | Code | Institution |
|---|---|---|---|---|---|
| LEE, CALVIN | 152056 | | B/M | MH=0 | FLYC |

Disposition: Inmate Medical Record

ADOC AR: 615, 632, 633
ADOC Form MH-025 – November 14, 2005

∗ mental health illness at present. Discussed c̄ Tx team to change his MH code to zero at this time. Adviced I'm to seek mental health help as soon as he feels the need for it. Discussed Tx plan c̄ I'm. He understands and agrees ā tx pln.

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

**PSYCHIATRIC PROGRESS NOTES**

| DATE: 8/22/07 | TIME: | | |
|---|---|---|---|
| Target Symptoms | Behavioral Rating Scale  0=No problem  5= worst | | Today versus Before |
| Adjustment difficulties | | | 1-2 / 0-1 |
| Poor coping skills | | | 1-2 / 0-1 |
| Depressed mood | | | 0-2 / 0-2 |
| Anger / Irritability | | | 1-2 / 0-1 |

Medications: I'm refusing all psychotropic meds.     Informed Consent

Compliance:  Inmate report ___%  versus MAR ___%   Wants counseling from mental health

In addition to the information in the tables above and below, then inmate/patient:

SUBJECTIVE: "I get real frustrated and angry with everything. I am having difficulty adjusting in here. I can't cope well. I get depressed every now and then; but I don't want to take any medicines. I would like to get counseling from mental health. I would come to you all if I feel I need

OBJECTIVE:

| Selected Issues | NO | YES | If yes, comment on pertinent positive findings |
|---|---|---|---|
| Psychosis | ✓ | | ⊘ST, ⊘HI, ⊘HA, ⊘delusions, ⊘paranoia. |
| Serious Depression | ✓ | | mild sxs of depression noted at present time. |
| Self-Injurious Thoughts | ✓ | | Denies |
| Suicidal Intent | ✓ | | Denies |
| Aggressive | ✓ | | None noted ) at present time. |
| Seriously Impulsive | ✓ | | None noted. |
| Situational Upset | | ✓ | Re: being incarcerated and having difficult time. |

| Lab info: None at this time. | Labs Ordered: from mental health. | Labs Reviewed: | AIMS: ⊘efcts. |
|---|---|---|---|

ASSESSMENT/Diagnosis (DSM-IV)
Adjustment D/O c̄ Depressed Mood.

PLAN: Im clinically exhibits mild sxs of adjustment d/o c̄ mild sxs of depression. He does not want to take any psychotropic meds. at present time. Wants counseling from mental health. Will RTC 90 days

Return to Clinic     Print Last Name: DR. BANERJEE     SBanerjee, M.D. ℞

| Patient's Name: (Last, First, Middle) LEE, CALVIN | AIS # 152056 | Age | R/S B/M | Code MH=1 | Institution FLYC |
|---|---|---|---|---|---|

Disposition: Inmate Medical Record

ADOC AR: 615, 632, 633
ADOC Form MH-025 – November 14, 2005

*keep him on MH caseload as MH 1 at present time. Will continue MH counseling. RTC in 90 days for follow up. Discussed Tx plan c̄ Im. He understands and agrees c̄

(right margin) take medicin. Let me keep it on his own first. Refer to the sxs of mood anxiety or thought d/o at present time. Voices no other concerns.

CMS 0159



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# PRISON HEALTH SERVICES, INC.
## SICK CALL REQUEST

Print Name: Calvin A. Lee _____ Date of Request: 02/12/07

ID # 152056 _____ Date of Birth: 08/16/56 Location: A-31

Nature of problem or request: Request To See Phsyzatrist for
mental Health Issues _____

_____

_____

Cal Lee
_____
Signature

### DO NOT WRITE BELOW THIS LINE

_____ 30yr B/M

Date: ____/____/____

Time: _____ AM PM

Allergies: _____

| RECEIVED |
|---|
| Date: 2-12-07 |
| Time: 11:29pm |
| Receiving Nurse Intials MS |

**(S)ubjective:** Been at FVYC since June 2006
Having problems righter now with the
communication of my family member. Going through
family problems with people here too. Having
pressure with staff at FVYC as well. I would like
problems with staff at FVYC as well. I would like no mental Health
to transfer to another facility. just going-on or issues. He will
code. just going-on or place in flyer group starting
next week. ✓_____ for MS MH

**(O)bjective    (V/S): T:** _____ **P:** _____ **R:** ? **BP:** _____ **WT:** _____

X Calvin Lee

**(A)ssessment:**

**(P)lan:** Scheduled for MH Clinic 2/23/07

Refer to:    MD/PA   (Mental Health)   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE

Check One:   ROUTINE ( ✓ )      EMERGENCY ( )

If Emergency was PHS supervisor notified:    Yes ( )    No ( )

Was MD/PA on call notified:    Yes ( )    No ( )

_A. Terrell_
*SIGNATURE AND TITLE*

WHITE:    INMATES MEDICAL FILE
YELLOW:  INMATE RETAINS COPY AFTER NURSE INITIALS RECEIPT

CMS 0160

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## PROGRESS NOTES

| DATE | | SIGNATURE |
|------|---|-----------|
| 4/19/07 | (S) Im seen by TC for monthly indiidual counseling session. I am not on any medication. I just stay angry about being in prison, stuff just happens I'm either angry with staff or inmates. This is my 3rd time in prison + get mad at myself." (O:) BLM, polite with TC, oriented x 4, got lHI, lack of facial expression (A:) Adjustment concerns, Anger management issues (P:) TC will encourage Im to utilize skills aquired in 8 week Anger management group. | (signature) US MHP |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Calvin Lee | 152056 | FLYC |

Disposition: Inmate Medical Record
Printed Front and Back on Blue Paper

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – November 14, 2005

CMS 0161

## INT. DISCIPLINARY PROGRESS NO'

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 3/6/06 | 1:50pm | *seen @ Bullock c vol I of I. she o-mH meds. ✓* | *A Jackson MHC* |
| 3/30/07 | | (S:) "I'm about the same. I'm still angry at the world anit nothing say to help me get all this anger out of me. I'm take an anger management class now." (B) Pt polite, appeared frustrated, alert, calm, @ SP/ H (A) Pt continues to have built up anger issues (P) TC will continue to encourage Pt to release & share his feelings/ emotions instead of holding on to them. *Sarah Jn MSN MHC* | |
| 4/17-07 | 10am | Pt no show per officer Whetstone, for MH Clinic. *A. Smalls* | |
| 4/27/07 | | Pt seen for Tx team meeting. Reviewed and discussed Tx plan c Pt. He understands and agrees c Tx plan. Continue care. *SBanerjee, MD.* | |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|----------------------------------------|------|-----|-----|----------|
| *Lee Calvin* | 182056 | 3/6/56 | BM | FLYC |

F-61

## ADOC
## SPECIAL NEEDS COMMUNICATION FORM

Date: 1-22-2008

To: Draper

From: SHCU

Inmate Name: Lee, Calvin          ID#: 152056

**The following action is recommended for medical reasons:**

1. House in
2. Medical Isolation
3. Work restrictions
4. May have extra _____ until
5. Other

**Comments:**

No prolong standing greater than 10 (ten) minutes x 90 days. Start 1-22-2008 Stop 4-22-2008.

Date: 1-22-2008  MD Signature: Mana S/Dr. Tarver    Time: 2⁴⁵pm

60418

:MS E-Form AL

CMS 0163

Lee, Calvin
152056

**HEALTH EDUCATION**

**FOOD SERVICE WORKER GUIDELINES**


## HAIRNETS

**(If applicable as health department or site requirement)**

1. Put ~~Hairnet~~ *Hat* on before washing hands.

2. Be sure to include all hair, especially bangs on the front of the head.

3. Do not touch hair or ~~hairnet~~ *Hat* when handling food.


## HANDWASHING

1. Turn warm water on.

2. Wet hands.

3. Lather hands with soap. Scrub at least 30 seconds.

4. Rinse off bar of soap. Replace in soap dish.

5. Rinse hands.

6. Dry hands with paper towels.

7. Turn faucet off with paper towels.


## SICKNESS

Tell kitchen officer if you feel ill, or if you have diarrhea or a rash.

I have received education on hand washing and personal hygiene, and I understand the need for both, especially when handling food on kitchen detail.

X _____
                                    Inmate Signature

01/03/08 _____
                                    Date

_____
                                    Instructor Signature

01/03/08 _____
                                    Date

e-form-Food Service Workers-Guidelines from B03.00 revised 1/2007
CMS # 7814 Jail Generic Policy & Procedures Manual, Revision 1/2007
Copyright © 2007 by Correctional Medical Services, Inc., All Rights Reserved

**CMS 0164**

**ALABAMA DEPARTMENT OF CORRECTIONS**

N610

*RECEIVING SCREENING FORM*

Inmate's Name: *Calvin Lee*        Date: *12/19/07*    Time: _____

DOB: _____    Officer: *Edwards* _____    Institution: *DCC* _____

| | *Booking Officer's Visual Opinion* | YES | NO |
|---|---|---|---|
| 1. | Is the inmate conscious? | ✓ | |
| 2. | Does the inmate have any obvious pain or bleeding/other symptoms suggesting the need for emergency services? | | ✓ |
| 3. | Are there any visible signs of trauma or illness requiring immediate emergency treatment or doctor's care? | | ✓ |
| 4. | Any obvious fever, swollen lymph nodes, jaundice, or other evidence of infection which might spread through the institution? | | ✓ |
| 5. | Is the skin in poor condition or show signs of vermin or rashes? | | ✓ |
| 6. | Does the inmate appear to be under the influence of alcohol or drugs? | | ✓ |
| 7. | Are there any visible signs of alcohol or drug withdrawal? (extreme perspiration, shakes, nausea, pinpoint pupils, etc.) | | ✓ |
| 8. | Is the inmate making any verbal threats to staff or other inmates? | | ✓ |
| 9. | Is the inmate carrying any medication or report that he is on any medication which must be continually administered or available? | | ✓ |
| 10. | Does the inmate have any obvious physical handicaps? | | ✓ |

*If the answer is YES to any question from 2-10 above, specify WHY in section below.*

| | | | |
|---|---|---|---|
| 11. | Are you presently taking medication for diabetes, heart disease, seizures, arthritis, asthma, ulcers, high blood pressure or psychiatric disorder? | | ✓ |
| 12. | Are you on any special diet prescribed by a physician? (if YES, what type?) | | ✓ |
| 13. | Do you have a history of venereal disease or abnormal discharge? | | ✓ |
| 14. | Have you recently been hospitalized or recently seen a medical or psychiatric doctor for any illness? | | ✓ |
| 15. | Have you ever attempted suicide? (if YES, when?_____ how?_____) | | ✓ |
| 16. | Do you want to do any harm to yourself now? | | ✓ |

CMS 0165

# A F F I D A V I T

STATE OF ALABAMA )
)
<u>Montgomery</u> **COUNTY** )

I, <u>Catherine Stallworth</u>, hereby certify and affirm that I am a <u>Medical Records Supv.</u> at <u>Kilby</u>; that I am one of the custodians of medical records at this institution; that the attached documents are true, exact, and correct photocopies of certain medical records maintained here in the institution medical file of one <u>Calvin Lee</u>, AIS# <u>152056</u>; and that I am over the age of twenty-one years and am competent to testify to the aforesaid documents and matters stated therein.

I further certify and affirm that said documents are maintained in the usual and ordinary course of business at <u>Kilby</u>; and that said documents (and the entries therein) were made at, or reasonably near, the time that by, or from information transmitted by, a person with knowledge of such acts, events, and transactions referred to therein are said to have occurred.

This, I do hereby certify and affirm to on this the <u>13th</u> day of <u>December</u>, 2007.

*Catherine Stallworth*

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE <u>13th</u> Day of <u>December</u>, 2007.

*Cynthia K. Evans*
Notary Public
<u>6-15-08</u>
My Commission Expires

CMS 0166

Date: _12 - 13 - 07_

RE: _Calvin Lee_

AIS# _152056_

✓
_____

Hospital record photocopies are enclosed as requested. This information is confidential and is furnished upon the condition that it will not be disclosed to third parties.

_____

We have no record of this individual having been at this institution under the given name.

_____

Medical information is confidential and only released upon written consent. Please date, sign, and return the attached form and we will forward the information to the necessary person(s).

_____

We are unable to locate the requested information.

_____

No mental health records available.

_____

Additional information is needed.

_____

We are unable to accept a copy of Claimant/Patient signature. It must be the original signature.

_____

Medical records are only maintained for a period of six years after the inmate's release and we are therefore unable to provide the requested information.

✓
_____

There will be a $5.00 retrieval fee plus $1.00 for each page of the first 25 pages, and $.50 (50 cents) for each page on excess of 25 pages. A total of _99_ pages for a total amount billed of $ _67.00_ . Please submit payment to Correctional Medical Services, Inc. _P O Box 11_

_Mt Meigs AL 36057_
**Name and address of facility**

ATTN: _Charlotte Foster_ .

If further information is needed, please contact our office at _334 215-6688_ .
**Phone #**

Thank you,

_Catherine Stallworth_     _Record from June 06_
_to present, sent to PHS Attorney, William Lunsford_
_approved by Kim Thomas, DOC Legal_

CMS 0167

## HEALTH CARE UNIT
## PATIENT INFORMATION SLIP

_Kilby_
**INSTITUTION**

_Lee, Calvin_                    152056    BM
**NAME**                         **NUMBER**   **R/S**

Lay-in for _____ days from _____ to

(date)

_____ due to _____

(date)

KOP – Soft Knee Braces X 60 days

Keylock Profile X 180 days

Bottom Bunk Profile x 14 days

**Instructions:** KOP – Ocean Nasal Spray X 180d

KOP – Albuterol Inhaler X 180 days

KOP – Q – VAR 80mcg X 180d

KOP liquifilm Tears X 180 days

*Failure to follow the directions above may result in a disciplinary.*

11-28-07                    VO M.Baker CRNP/
**Date Issued**             **Signature**

F-53

# Prison Health Services

**REFUSAL OF TREATMENT FORM**

Institution: _7L4C_

Resident's Name: _Lee Calvin_          ID# _15 2056_

D.O.B. _5/16/56_

I, _Calvin Lee_ _____ have, this day, knowing that I have a condition
(Name of Inmate)

requiring medical care as indicated below:

| | | |
|---|---|---|
| ____ | A. | Refused medication. |
| ____ | B. | Refused dental care. |
| ____ | C. | Refused an outside medical appointment. |
| ____ | D. | Refused laboratory services. |

| | | |
|---|---|---|
| ____ | E. | Refused X-Ray services. |
| ____ | F. | Refused other diagnostic tests. |
| ____ | G. | Refused physical examination. |
| ____ | H. | Other (Please specify) |

Reason For Refusal _Rectal exam_

Potential Consequences Explained _____

I acknowledge that I have been fully informed of and understand the above treatment recommendations and the risks involved in refusing them. I hereby release and agree to hold harmless the state, statutory authority, all correctional personnel, medical/health personnel from all responsibility and any ill effects which may result from this refusal and I shall personally assume responsibility for my welfare.

I have read this form and certify that I understand its contents.

_____
Witness Signature

_____
Witness Signature

_9/10/07_
Date

_____
Patient Signature

_____
Time

NOTE: A refusal by the resident to sign requires the signatures of at least one witness in addition to that of the medical staff member.

D-70108

CMS 0169



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _10·22-7_

**To:** _DOC_

**From:** _HCU_

**Inmate Name:** _Lee, Calvin_     **ID#:** _152056_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_KOP Bandages + Gauze + X 10d_

_KOP Betadine X 10d_

**Date:** _10-22-7_     **MD Signature:** _____     **Time:** _____

60418

CMS 0170



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

Date: _10-4-07_

To: _Frank Lee_

From: _HCU_

Inmate Name: _Lee, Calvin_     ID#: _152056_

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

_Clipper shave profile X 60 days (10-4 to 11-4-07)_

Date: _10-4-07_  MD Signature: _S. Taylor LPN_     Time: _2:00 pm_

60418



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: Elmore County court
(Agency)

_____
(Address)

From: ELXC
(Institution)

_____
(Address)

334 567-1542
(Telephone)

Inmate's Name: Lee Colvin

a/k/a: 152056

D.O.B.: 5/16/56    SS #: 417-76-837

**Person Completing Form**

Name: A. Cothvely LPN

Signature: _____

Date: 2/22/0

---

**MEDICAL PROBLEM(S):**

HTN
Hyperlipidemia
Adjustment D/o c̄ Depressed mood
(In remission)
Asthma

**TREATMENTS/MEDICATIONS:**

Zocor 10mg 1 p.o qHS
Lisinopril 10mg p.o qd
EC ASA 81mg p.o qd
Zantac 300mg 1 p.o Bid
Metoprolol 50mg 1 p.o qd
NTG 0.4mg SL PRN
Albuterol Inhaler 2puffs tid/PRN (HFA)
Qvar Inhaler 80mg 2 puffs Bid

---

**Allergies:** Demerol

**Pregnant:**    Yes    No    Unknown

**Other Lab Data:**

**TB Skin Test:** NEG    POS 12/3/04    Date
**CXR:** NEG    POS    Date 5/18/0

| Test | | Treated | Date |
|------|------|---------|------|
| RPR: | NEG   POS | Yes No | 12/30/04 |
| VDRL: | NEG   POS | Yes No | |
| GC: | NEG   POS | Yes No | |
| Other: | | Yes No | |

---

60109 (4/87)    WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE

CMS 0172



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## MEDICAL INFORMATION TRANSFER FORM
### Confidential Medical Data

To: _Cart_
(Agency)

_____
(Address)

_____

From: _Frank Lee_
(Institution)

_____
(Address)

(____) _____
(Telephone)

Inmate's Name: _Lee, Cahan_

a/k/a: _A's 150050_

D.O.B.: _5/10/50_    SS #: _____
Person Completing Form

Name: _L Jackson CRN_

Signature: _L. Jackson RN_

Date: _7/18/07_

---

| MEDICAL PROBLEM(S): | TREATMENTS/MEDICATIONS: |
|---|---|
| HTN<br>Hyperlipidemia | Antivert 12.5mg ī P.O. BD<br>Aspirin EC 81mg ī P.O. daily<br>HCTZ 25mg ḳ tab P.O. daily<br>Lisinopril 10mg ī P.O. daily<br>Zantac 300mg ī P.O. BD<br>Lopressor 50mg ī P.O. daily<br>Zocor 10mg ī P.O. @ h.s. |

---

| | |
|---|---|
| **Allergies:** _Demerol_ | **TB Skin Test:** (NEG) POS  Date _1/1/05 8mm_<br>**CXR:** NEG  POS  Date _____ |
| **Pregnant:**  Yes  (No)  Unknown | **Test**  **Treated**  **Date**<br>RPR:  NEG  POS  Yes No  _____<br>VDRL:  NEG  POS  Yes No  _____<br>GC:  NEG  POS  Yes No  _____<br>Other: _____  Yes No  _____ |
| **Other Lab Data:** | |

60109 (4/87)

**WHITE - RECEIVING INSTITUTION, YELLOW - MEDICAL FILE**

CMS 0173



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

### DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I,  Lee, Calvin _____     152056 _____

     (Print Name)                                                        (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )    Splint

(   )    Eyeglasses

(   )    Dentures

(   )    Prothesis      describe _____

(   )    Wheelchair

(   )    Cane

(   )    Crutches

( X )    Other         describe  Knee brace _____

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_Car Lee_ _____          06/30/07 _____
   (Inmate)                                                          (Date)

_Kendall_ _____          06/30/07 _____
   (Witness)                                                         (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Lee, Calvin | 152056 | 5·16·56 | B/M | FLYC |

PHS-MD-70005       **(White – Medical File, Yellow – Security Property Officer)**

**CMS 0174**



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

INCORPORATED

## *Authorization for Release of Information*

To: _V. A. Medical Center_
_Dr. Ramsel_
_Mobile, AL_

From: _Megan Mahood, CRNP_
_FLYC_
_Elmore, AL_

Patient: _Lee, Calvin_

Inmate ID No.: _152·056_

Alias: _____

Social Security No.: _____ - ___ - _____

Date of Birth: _5/16/56_

Date(s) of Service: _2002, 2003, 2007_

I hereby authorize the above named provider to release to Prison Health Services, Inc. or any of its representatives the following confidential information:

[✗] Physician/Provider's summary of my diagnosis, medications, treatments, prognosis and recent care

[✗] Admission      [─] Discharge      [ ] Operative Summary Reports

[ ] X-Ray      [✗] Special Studies Reports      [ ] HIV Test      [ ] T B Test

[✗] Laboratory Reports      [✗] Immunization History      [ ] Dental Treatment Records

[ ] Psychiatric Summary Report      [ ] Substance Abuse Treatment History & Counseling Reports

[✗] Other Records: _Cardiac Catheterization records 2003_
(Specify information requested)
_All records_

This authorization shall remain in full force and effect until withdrawn in writing by me. I hereby release and agree to hold provider harmless from any and all liability that may result from such release of information.

_Calvin A. Lee  #152056_
(Patient's Signature)

_6/4/07_
(Date)

_Annie Mullins_
(Witness' Signature)

_6/4/07_
(Date)

The information requested is recognized as confidential and will be used only to ensure prompt and appropriate treatment of the named patient.

_____
(Signature and Title for PHS)

_____
(Date)

60102  (11/02)

**CMS 0175**



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 6-25-7

**To:** DOC

**From:** HCU

**Inmate Name:** Lee, Calvin          **ID#** 152056

The following action is recommended for medical reasons:

1.  House in
2.  Medical Isolation
3.  Work restrictions
4.  May have extra _____ until
5.  Other

**Comments:**

Lay in 1 hr Am + 1 hr PM X 2wks

**Date:** 6-25-7  **MD Signature:** _____ CRNP  **Time:** 1000

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** _____

**To:** _____

**From:** _____

**Inmate Name:** Lee, Calvin _____ **ID#:** _____

The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:**

_____

_____

_____

**Date:** _____ **MD Signature:** _____ **Time:** _____

60418



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

Date: _____ 5/21/07 _____

To: _____ Doc _____

From: _____ 4cu _____

Inmate Name: _____ Lee, Calvin _____   ID#: _____ 152056 _____

**The following action is recommended for medical reasons:**

1.  House in _____

2.  Medical Isolation _____

3.  Work restrictions _____

4.  May have extra _____ until _____

5.  Other _____

**Comments:**

1) NoP nasal decongestant spy x 3 dys

2) Nop saline nasal spy x 14 dys

3) Nop Artificial tears x 30 dys

_____

Date: 5/21/07  MD Signature: _____ (CRNP)  Time: 0930

60418

CMS 0178

PATIENT INFORMATION SLIP

H V C

**INSTITUTION**

Calvin Lee                15 2056 ³/m

**NAME**                    **NUMBER**   **R/S**

WORK STOP

~~Lay-in for~~ X days from 5-17-07 to

(date)

5-19-07 due to Upper

(date)

resp. problem

**Instructions:** ↑ fluds ↓

gargle with warm

salt + water

*Failure to follow the directions above may result in a disciplinary.*

5/17/07          M. Surge RN

**Date Issued**        **Signature**

F-53

CMS 0179

Request for Special Needs

Name *Calvin Alphonso Lee* AIS# *152056*    Camp *F.L.4C*

Privileges requested:

No Prolong Standing ✓    Special Shoes ___    Bottom Bunk ✓ *Already have Bottom Bunk just need*
Cane ___    Egg Crate Mattress ___    *the profile because I need and Ase.*
Other (list) *Soft Knee Brace K.O.P. and Profile, Eye Allergy drops with Antihistamine*

Name the physical condition which requires the special arrangement:
*Knee Operation 2004 Knees constantly go out causing me to fall or*
*Re-injury myself, Constant swelling. Need Eye drop for Eye Allergy Relief*
*Eyes Itching in swollen, Eye lid's sticking and Redness Due to Allergies*

Approximate date when first experienced this condition:

*Eye injury in Military 1973, Knee Injury problem since 1989 Reoccurred 2000*

MD'S treating this condition prior to incarceration and location of the office and
approximate dates of service:
*Dr. Hazel Dickerson, Dr. Ramsey VA Outpatient Clinic 1504 Springhill*
*Ave Mobile, AL 36604 Dr. Roger Setzler Springhill Orthopedic Clinic*
*Springhill Ave Ext Mobile AL*

Test done prior to incarceration for this condition with results:

*CPRS, X-Ray, MRI for Knee, Arthroscopy Surgery for Tear of Medial Cartilage*
*or Meniscus of Knee. Dry Eye Syndrome - Tear Film Insufficiency, Diseases of Nasal*
*Cavity and Senuses, Acute Sinuitis   Visual Disturbances*

Describe exactly what restriction is required by your condition:
*No-Prolong Standing Bottom Bunk Profile Menton or Other For swollen, Allergy Eye drops*
*Knee Brace possible cane Constant update on conditions*

Signature *Cal. G. Lee*    Date submitted to medical _____

*4/3/07*
*Ph. I me @*
*Comp next week*
*CL*

CMS 0180



**PHS**

PRISON
HEALTH
SERVICES
INCORPORATED

## Informed Consent to Medical Services

Inmate's Name: _Lee, Calvin_

Date of Birth: _5-16-56_                Social Security No.: _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_

Date: _3-14-07_                Time: _8:00_    (A.M.)  P.M.

I hereby authorize Prison Health Service, Inc. and _Dr Corbier_ ,
                                                        (Print Physician's Name)
his assistant(s) or designee(s) to treat me as is necessary in his judgement.

The procedure(s) _Ingrown toenail removal_ , necessary to treat my condition has been fully ex-
                        (state in Layman's terms)
plained to me by Dr. _Corbier_ and I understand the nature of, and risks associated

with, this procedure(s). Briefly stated, they are: (Benefits) _____

_____

(Risks) _____

_____

_____

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees
have been made to me as to the results of this procedure(s). Alternate treatment methods and their
consequences as well as the risks of refusing the described treatment(s) (if applicable) have been fully
explained to me.

_Cal A. Lee_                        _W. Havencor 8:00 Am 3-14-07_
(Signature of Inmate)                        (Witness)

_____        _____
(Signature & Title of Provider)                        (Witness)

60104 (6/90)

CMS 0181

**Treatment Continued:**

✓ BP QD X 2 WKS

Start 3-14-07
End  3-27-07

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 3-14-07 | 3-15-07 | 3-16-07 | 3-17-07 | 3-18-07 | 3-19-07 | 3-20-07 |
|  |  |  |  | NS |  | 120/10 |
|  |  |  |  | NB |  | B |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 3-21-07 | 3-22-07 | 3-23-07 | 3-24-07 | 3-25-07 | 3-26-07 | 3-27-07 |
|  | 126/70 |  | 132/80 | 122/80 | 140/80 | 140/90 |
|  | NS |  | YB | YB | ⟋ | M |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

**Comments:**

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Lee, Calvin 152056 | Demerol | FLYC |



PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 2/19/07

**To:** Frankller

**From:** Stew

**Inmate Name:** Lee, Calvin          **ID#:** 152U56

**The following action is recommended for medical reasons:**

1. House in _____
2. Medical Isolation _____
3. Work restrictions _____
4. May have extra _____ until _____
5. Other _____

**Comments:**

Limit excessive bending due to back pain

**Date:** 2/19/07   **MD Signature:** Dr. P. Corbin /s/ Sw.   **Time:** _____

60418

CMS 0183



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## SPECIAL NEEDS COMMUNICATION FORM

**Date:** 1/22/07

**To:** FLVC

**From:** HCU

**Inmate Name:** Lee, Calvin    **ID#:** 152056

**The following action is recommended for medical reasons:**

1. House in

2. Medical Isolation

3. Work restrictions

4. May have extra _____ until

5. Other

**Comments:** Bottom Bunk Profile x 30 days

**Date:** 1/22/07    **MD Signature:** _____    **Time:** 350 p

J. Wema RN

60418



# SPECIAL NEEDS COMMUNICATION FORM

**PRISON HEALTH SERVICES INCORPORATED**

**Date:** 1-19-07

**To:** Frank Lee

**From:** SHCU

**Inmate Name:** Lee, Calvin          **ID#:** 152056

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _____

**Comments:** To NCU 1/22/07 @ Dr. 7:30

for M.D.

**Date:** 1/19/07    **MD Signature:** Dr. Corbier    **Time:** _____

60418

CMS 0185

**Treatment Continued:** BP ✓ 2x weekly x 4 weeks

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 12/3 | 12/10 | 12/20 | 12/22 | 12/27 | 12/29 | |
| 110/78 | NS | 118/78 | 140/78 | 112/70 | 124/82 | |
| JB | NS | JB | JB | JB | NS | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| 1/3 | 1/5 | | | | | |
| 102/64 | 140/86 | | | | | |
| JB | Jones | | | | | |
| Initials | Initials | Initials | Initials | Initials | Initials | Initials |

| Date | Date | Date | Date | Date | Date | Date |
|------|------|------|------|------|------|------|
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Comments:** NOTIFY MD if ≥ 160/100

| Patient Name/Number | Allergies: | Housing Unit: |
|---------------------|-----------|---------------|
| Lee Calvin | Demerol | |

CMS 0186