IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CALVIN ALPHONSE LEE (AIS# 152056), § § Plaintiff, § § vs. § § LEVAN THOMAS; et al. § § Defendants. § | § § § § CIVIL ACTION NO. § 2:08-cv-00018-WKW-CSC § § § § |

## NOTICE OF APPEARANCE

COMES NOW Paul M. James, Jr., and does hereby give his notice of appearance as counsel of record for Defendant, Prison Health Services, Inc., in the above-referenced case.

Please direct copies of all future correspondence, orders, and pleadings to the undersigned.

/s/ PAUL M. JAMES, JR. (JAM017)
Attorney for Defendant,
Prison Health Services, Inc.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
P. O. Box 270
Montgomery, AL 36101-0270
(334) 206-3148
(334) 481-0817 (fax)

**CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 27th day of May, 2008, to:

  Mr. Calvin Alphonse Lee (AIS # 152056)
  1306 Brooke Avenue
  Mobile, AL  36605

 The Clerk of Court, using the CM/ECF system will send notification of this filing to the following:

  Albert Sims Butler, Esq.
  ALABAMA DEPARTMENT OF CORRECTIONS
  P. O. Box 301501
  Montgomery, AL  36130-1501

  William R. Lunsford, Esq.
  MAYNARD, COOPER & GALE, P.C.
  655 Gallatin Street
  Huntsville, AL  35801

  Philip G. Piggott, Esq.
  William A. Davis, III, Esq.
  STARNES & ATCHISON
  P. O. Box 598512
  Birmingham, AL  35259-8512

         /s/ PAUL M. JAMES, JR. (JAM017)
         OF COUNSEL