**IN THE UNITED STATES DISTRICT COURT**
**THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **CALVIN A. LEE,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | )    Case No.: 2:08-cv-00018 |
| | ) |
| **WARDEN LEVAN THOMAS,** | ) |
| **LT. JANET HICKS, SGT. NATHAN** | ) |
| **PARRISH, PRISON HEALTHCARE** | ) |
| **SERVICES, AND CORRECTIONAL** | ) |
| **MEDICAL SERVICES,** | ) |
| | ) |
|    **Defendants.** | ) |

## MOTION TO WITHDRAW

William R. Lunsford of Maynard, Cooper & Gale, P.C. respectfully requests this Court to hereby permit him to withdraw as counsel of record for Defendant Prison Health Services, Inc. ("Defendant"). Defendant and undersigned counsel have agreed that Defendant will retain new counsel and new counsel has submitted his Notice of Appearance as of this date.

For the foregoing reason, undersigned counsel respectfully requests this Court to allow William R. Lunsford of the law firm of Maynard, Cooper & Gale, P.C. to withdraw from further representation of Defendant in the above-styled civil action.

Respectfully submitted on this the 28th day of May, 2008.

                                            /s/ William R. Lunsford
                                            *One of the Attorneys for Prison Health Services, Inc.*

William R. Lunsford
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
Email: blunsford@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court and mailed via regular U.S. mail to the following:

Calvin Alphonse Lee
AIS 152056
7216 8th Street
Mobile, AL 36608

Albert Sim Butler
Alabama Department of Corrections
Legal Division
PO Box 301501
Montgomery, AL 36130-1501

Philip Guy Piggott
William Anthony Davis, III
Starnes & Atchison
PO Box 598512
100 Brookwood Place
Birmingham, AL 35259-8512

Paul McGee James, Jr.
Rushton Stakely Johnston & Garrett PC
PO Box 270
Montgomery, AL 36101-0270

/s/ William R. Lunsford
Of Counsel