IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:08-CV-18-WKW |
| | ) |
| LEVAN THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

On May 28, 2008, one counsel of record for defendant Prison Health Services, Inc., William R. Lunsford, filed a motion to withdraw (Court Doc. No. 40) in which he seeks to withdraw from representation of the aforementioned defendant. Upon consideration of the motion to withdraw as counsel, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 29th day of May, 2008.

      /s/ Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE