IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:08-CV-18-WKW |
| | ) |
| LEVAN THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before September 12, 2008 the correctional defendants shall (i) show cause why they have failed to file a written report and answer in compliance with the orders issued in this case, and (ii) file the requisite written report and answer.

Done this 29th day of August, 2008.

                                              /s/ Charles S. Coody
                                              CHARLES S. COODY
                                              UNITED STATES MAGISTRATE JUDGE