IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN ALPHONSE LEE, #152056, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| LEVAN THOMAS, et al., ) | 2:08-CV-018-WKW |
| ) | |
| Defendants. ) | |

### ADOC DEFENDANTS' RESPONSE TO SHOW CAUSE

Come now the named Alabama Department of Corrections Defendants, by and through the undersigned counsel, and file this response to show cause pursuant to this Court's Order (Docket #42) as follows:

1. That counsel for the ADOC Defendants received the Plaintiff's amended complaint on May 12, 2008.

2. For some unknown reason the Court's order (Docket #35) requiring the ADOC Defendants to file a special report to that complaint was not docketed into the ADOC Legal Division's docket system, was not placed to the proper file, and was not calendared in counsel's calendar system. It was not until August 29, 2008, when counsel pulled the pacer system, that counsel became aware of the Court's order (Docket #35).

3. During this period of time, counsel was without assigned support staff and it is the belief of counsel that Docket #35 was mis-filed in another Calvin Alphonse Lee case, of which there are eleven.

        Respectfully submitted,


        Kim T. Thomas
        General Counsel


        /s/ Albert S. Butler
        Albert S. Butler (BUT016)
        Assistant General Counsel


ADDRESS OF COUNSEL:
Alabama Department of Corrections
Legal Division
301 South Ripley Street
P. O. Box 301501
Montgomery, Alabama 36130-1501
(334) 353- 4859

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Calvin A. Lee
c/o Linda Rodgers
1461 Linewood Drive
Mobile, Alabama 36603

Paul M. James
Rushton, Stakely
Attorney for PHS
P. O. Box 270
Montgomery, AL 36101-0270

Philip G. Piggott
Starnes & Atchison
Attorney for CMS
P. O. Box 598512
100 Brookwood Place
Birmingham, Alabama 35259-8512

on this the 3rd day of September, 2008.

/s/Albert S. Butler-
Albert S. Butler (BUT016)
Assistant General Counsel