IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CALVIN ALPHONSE LEE, #152056,  )
  )
        Plaintiff,        )
  )
vs.        )     CIVIL ACTION NO.
  )
LEVAN THOMAS, et al.,       )     2:08-CV-018-WKW
  )
        Defendants.   )

## ADOC DEFENDANTS' ANSWER TO AMENDED COMPLAINT

Come now the named Alabama Department of Corrections Defendants, by and through the undersigned counsel, and file this answer to the amended complaint as follows:

### ANSWER

The ADOC Defendants would deny the allegations of the amended complaint and demand the strict proof thereof.

### DEFENSES

The Defendants allege that they have not violated the Plaintiff's constitutional rights, and demand the strict proof thereof.

The Defendants allege that the Plaintiff has failed to state a claim upon which relief can be granted.

The Defendants allege that they are entitled to qualified immunity against the claims of the Plaintiff.

The Defendants allege that they are entitled to absolute immunity against the claims

of the Plaintiff.

The Defendants plea the general defense.

The Defendants allege that the Plaintiff has failed to state a claim upon which a 42 U.S.C. §1983 action can be maintained.

The Defendants allege that the claims of the Plaintiff are barred pursuant to the Prisoner's Litigation Reform Act.

The Defendants allege that the Plaintiff's claims against the Defendants are moot in that, he has been released from ADOC custody.

The Defendants reserve the right to amend their defenses, including additional affirmative defenses, upon the receipt of information through discovery and otherwise.


Respectfully submitted,


Kim T. Thomas
General Counsel


/s/ Albert S. Butler
Albert S. Butler (BUT016)
Assistant General Counsel


ADDRESS OF COUNSEL:
Alabama Department of Corrections
Legal Division
301South Ripley Street
P.O. Box 301501
Montgomery, Alabama 36130-1501
(334)353-4859

## CERTIFICATE OF SERVICE

     I hereby certify that I have electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non-CM-ECF participants):

Calvin A. Lee
c/o Linda Rodgers
1461 Linewood Drive
Mobile, Alabama 36603

Paul M. James
Rushton, Stakely
Attorney for PHS
P. O. Box 270
Montgomery, AL  36101-0270

Philip G. Piggott
Starnes & Atchison
Attorney for CMS
P. O. Box 598512
100 Brookwood Place
Birmingham, Alabama 35259-8512

on this the 3rd day of September, 2008.

     /s/Albert S. Butler-
Albert S. Butler (BUT016)
Assistant General Counsel