IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CALVIN ALPHONSE LEE, #152056 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-18-WKW |
| | ) | |
| LEVAN THOMAS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On January 21, 2011, the Magistrate Judge filed a Recommendation (Doc. # 48) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1.      The Recommendation of the Magistrate Judge (Doc. # 48) is ADOPTED;

2.      Defendants' motions for summary judgment (Docs. # 15, 38, 44) are

GRANTED.

DONE this 11th day of February, 2011.

                        /s/ W.  Keith Watkins
                 UNITED STATES DISTRICT JUDGE